# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATCO PHARMA LTD. and NATCO PHARMA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-0838-CFC (consolidated) <br><br> ANDA CASE |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 20, 2023, true and correct copies of: 1) Natco Pharma Ltd.'s and Natco Pharma, Inc.'s First Set of Requests for Production to Plaintiffs (Nos. 1-17); 2) Natco Pharma Ltd.'s and Natco Pharma, Inc.'s First Set of Interrogatories to Plaintiffs (Nos. 1-3); and 3) Natco Pharma Ltd.'s and Natco Pharma, Inc.'s First Set of Requests for Admissions to Plaintiffs (Nos. 1-12) were caused to be served on the following counsel as indicated:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| Steven J. Balick | Michael D. Kaminski |
| Andrew C. Mayo | Liane M. Peterson |
| Ashby & Geddes | Foley & Lardner LLP |
| 500 Delaware Avenue | 3000 K Street, N.W. |
| 8th Floor | Suite 500 |
| Wilmington, DE 19801 | Washington, D.C. 20007-5109 |

| | |
|---|---|
| OF COUNSEL:<br><br>Christopher J. Sorenson<br>MERCHANT & GOULD PC<br>150 South Fifth Street, Suite 2200<br>Minneapolis, Minnesota 55402<br>csorenson@merchantgould.com<br>(612) 332-5300<br><br>Andrew O. Larsen<br>MERCHANT & GOULD PC<br>500 Fifth Avenue, Suite 4100<br>New York, NY 10110<br>alarsen@merchantgould.com<br>(212)223-6520<br><br>Jason M. Wiener<br>MERCHANT & GOULD PC<br>1900 Duke Street, Suite 600<br>Alexandria, VA 22314<br>jwiener@merchantgould.com<br>(703) 684-2500<br><br>Dated:  April 20, 2023 | /s/ Tyler E. Cragg<br>Kelly E. Farnan (#4395)<br>Tyler E. Cragg (#6398)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>cragg@rlf.com<br><br>*Attorneys for Defendants Natco Pharma Inc. and Natco Pharma, Ltd.* |

2