IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 19-2342-JLH |
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE INC. <br><br> Defendant. | C.A. No. 21-838-JLH <br><br> **CONSOLIDATED ANDA CASE** |

## NOTICE OF WITHDRAWAL OF CERTAIN PRO HAC VICE COUNSEL

Please withdraw the appearance of Constance S. Huttner, Jason A. Lief, Louis H. Weinstein, Joshua Miller, and Joanna Garelick Goldstein as counsel admitted *pro hac vice* on behalf of Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. ("MSN"). MSN will continue to be represented by all other counsel of record.

Dated: March 7, 2024

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (Bar No. 2721)
Daniel A. Taylor (Bar No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*