**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EUGIA PHARMA SPECIALITIES LTD., AUROBINDO PHARMA LTD., and AUROBINDO PHARMA U.S.A., INC., <br><br> Defendants. | ) ) ) ) ) C.A. No. 19-2309-JLH ) ) ) ) ) ) ) ) ) |
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 21-0838-JLH ) **[LEAD CASE]** ) ) ) ) ) |
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EUGIA PHARMA SPECIALITIES LTD., AUROBINDO PHARMA LTD., and AUROBINDO PHARMA U.S.A., INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 22-1611-JLH ) ) ) ) ) ) ) ) |

|  |  |  |
|---|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 23-1193-JLH |
| v. | ) ) ) | |
| EUGIA PHARMA SPECIALITIES LTD., AUROBINDO PHARMA LTD., and AUROBINDO PHARMA U.S.A., INC., | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), and by agreement between Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. (collectively, "Taiho") and Defendants Eugia Pharma Specialties Ltd., Aurobindo Pharma Ltd., and Aurobindo Pharma USA, Inc., (collectively, "Eugia," and together with Taiho, the "Parties"), the Parties, by and through their undersigned counsel, **HEREBY STIPULATE AND AGREE:**

1. All claims, counter-claims, and defenses asserted by the Parties against each other in the above captioned actions are **DISMISSED WITH PREJUDICE**;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby; and

3. The U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes relating to the Parties' resolution of the above-captioned actions.

Dated:  April 2, 2021

**DLA PIPER LLP (US)**

/s/ Angela C. Whitesell
Brian A. Biggs (Bar No. 5591)
Angela C. Whitesell (Bar No. 5547)
Erin E. Larson (Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Tel: (302) 468-5700
brian.biggs@us.dlapiper.com
angela.whitesell@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Plaintiffs Taiho
Pharmaceuticals, Co., Ltd. and Taiho
Oncology, Inc.*

Respectfully submitted,

**MORRIS JAMES LLP**

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Aurobindo Pharma
USA, Inc., Aurobindo Pharma Ltd., and Eugia
Pharma Specialities Ltd.*

SO ORDERED this __3rd__ day of ____April_____, 2024.

_____
THE HONORABLE JENNIFER L. HALL
UNITED STATES DISTRICT JUDGE