# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> Defendant. | ) ) ) ) ) C.A. No. 21-cv-0838-JLH ) ) ANDA CASE ) CONSOLIDATED ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ethan H. Townsend of the firm McDermott Will & Emery LLP hereby enters his appearance as counsel for plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc., in the above-captioned action.

                                                       **MCDERMOTT WILL & EMERY LLP**

                                                       /s/ *Ethan H. Townsend*
                                                       Ethan H. Townsend (#5813)
                                                       The Brandywine Building
                                                       1000 N. West Street, Suite 1400
                                                       Wilmington, DE 19801
                                                       Tel: (302) 485-3911
                                                       ehtownsend@mwe.com

                                                       *Attorneys for Plaintiffs*
Dated:  December 11, 2024                    *Taiho Pharmaceutical Co., Ltd. and*
                                                       *Taiho Oncology, Inc.*

DM_US 209662929-1.125624.0011