# EXHIBIT A

1               IN THE UNITED STATES DISTRICT COURT

2               IN AND FOR THE DISTRICT OF DELAWARE

3

4      TAIHO PHARMACEUTICAL CO. LTD., et  )
       al.,                               )
                                          )
5      --------------------Plaintiffs,    )
                                          ) Case No.
6      vs.                                ) 19-CV-2309-CFC
                                          )
7      EUGIA PHARMA SPECIALTIES LTD., et   )
       al.,                               )
8                                          )
       --------------------Defendant.     )
9
                   TRANSCRIPT OF MOTION HEARING
10

11         MOTION HEARING had before the Honorable Colm F.

12    Connolly, Chief Judge, in Courtroom 4B on the 8th of

13    November, 2023.

14

15                         APPEARANCES

16      DLA PIPER
             BY:  ANGELA WHITESELL, ESQ.
17                MIKE SITZMAN, ESQ.
                  RAY MILLER, ESQ.
18                ERIN LARSON, ESQ.
                  MEGAN BOWERS, ESQ.
19                MARCELO BARROS, ESQ.

20                         Counsel for Plaintiff

21      MORRIS JAMES LLP
             BY:  CORTLAN HITCH, ESQ.
22
                           -and-
23
        MCNEELY HARE & WAR LLP
24           BY:  WILLIAM HARE, ESQ.

25                         Counsel for Eugia

```
 1              RICHARDS, LAYTON & FINGER, P.A.
 2                   BY:  KELLY FARNAN, ESQ.

 3                            -and-

 4              MERCHANT & GOULD P.C.
                     BY:  CHRIS SORENSON, ESQ.
 5                        JASON WIENER, ESQ.

 6                          Counsel for Natco

 7
                SMITH KATZENSTEIN & JENKINS LLP
 8                   BY:  DANIEL TAYLOR, ESQ.

 9                            -and-

10              WINDELLS MARX LANE & MITTENDORF LLP
                     BY:  JOSH MILLER, ESQ.
11                        CONNIE HUTTNER, ESQ.

12                          Counsel for MSN/Accord

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              MS. WHITESELL:  Good morning, Your Honor.
 2   Angela Whitesell on behalf of DLA Piper introducing for you
 3   Mike Sitzman from DLA Piper, Megan Bowers, Ray Miller, Erin
 4   Larson, and Marcela Barros on behalf of the plaintiff,
 5   Taiho.
 6              THE COURT:  Good morning.
 7              I guess Mr. Hitch is first.
 8              MR. HITCH:  Good morning, Your Honor.  On behalf
 9   of Eugia, it's Cortlan Hitch from Morris James, and joining
10   me today is Bill Hare from McNeely, Hare, and War.
11              THE COURT:  Thank you.
12              Ms. Farnan.
13              MS. FARNAN:  Good morning, Your Honor.  Kelly
14   Farnan from Richards, Layton, and Finger on behalf of Natco.
15   I'm joined by Chris Sorenson from Merchant & Gould and Jason
16   Wiener from Merchant & Gould.
17              THE COURT:  Mr. Taylor.
18              MR. TAYLOR:  Good morning, Your Honor.  Daniel
19   Taylor from Smith Katzenstein on behalf of MSN and Accord.
20   With me from Windels Marx are Josh Miller and Connie
21   Huttner.
22              THE COURT:  Thank you.  Nice to see you,
23   Mr. Taylor.
24              All right.  Well, I guess without thinking about
25   it too deeply, when I finished the opinion, I thought this
```

1  was going to be appealed because it just -- I thought, why

2  else was I trying the first case?  So we need to kind of

3  figure out what the right thing to do is here.

4           MR. SITZMAN:  Your Honor, if that's what the

5  Court is thinking, may I address the Court first?

6           THE COURT:  Yeah, and just help me out.  What --

7  first of all, have you appeared before me before?

8           MR. SITZMAN:  It's been a long time, Your Honor.

9           THE COURT:  I meant in this case.

10          MR. SITZMAN:  Not in this case.  We substituted

11  in after the end of the '284 trial, Your Honor.  This is our

12  first appearance.  Thank you.

13          THE COURT:  Well, okay.  So why did we try the

14  '284 first if we're now going to sit here and wait and wait

15  and wait to try these other cases?  What was the whole point

16  of it?

17          MR. SITZMAN:  Your Honor, I don't think we're

18  waiting, waiting, waiting.  If you want to go through the

19  patents, I'm happy to.  Remember, the polymorph case is

20  ready to go.  It was ready to go last year.  It was going to

21  go to trial the week after.

22          THE COURT:  Are you going to agree then, if we

23  try the polymorph case, are you going to agree at that point

24  that it's a final judgment and all these cases are going to

25  go up on appeal?

1           MR. SITZMAN:  After the polymorph case is over,

2    there will be final judgments in several cases that can be

3    appealed.

4           THE COURT:  Will there be a final judgment on

5    the '284 patent?

6           MR. SITZMAN:  There would be a final judgment on

7    the '284 at that point as well.  Exactly, Your Honor.

8           If I may, the Rule 54(b) -- I understand what

9    the Court is thinking.  And trust me, if I was in your

10   shoes, I'd be thinking the exact same thing.  But Rule 54(b)

11   does not just allow a case to go up on trial.  We've got

12   lots of cases on appeal.  You've got lots of cases with

13   multiple patents.  Once one patent is decided, Rule 54(b)

14   doesn't kick in as an automatic appeal.

15          THE COURT:  I get you're going to be able to

16   make argument.  My hesitancy to even grant the Rule 54(b)

17   is it's then subject to the discretionary view by the

18   Federal Circuit.  So the last thing I want to do is spend

19   more time writing that opinion when it's a 50/50 shot.  It's

20   a discretionary call.

21          What I'm trying to figure out is, look how many

22   lawyers are in the room.  Look how many patents and claims

23   you're asserting.  You're going to cripple the courts.  We

24   try to do these things efficiently.  We try to conserve very

25   precious, scarce judicial resources.  What I'm trying to

1    figure out is why I tried that '284 case.  I spent a lot of

2    time writing that opinion, and in a way it's for sport.  So

3    what I should have done, maybe in retrospect, is not done

4    the '284 and waited until I had all the cases together that

5    I would try and then it would go up to the Federal Circuit.

6    We're looking for efficiency.

7                You weren't here, but we spent a lot of time,

8    hours, with all these lawyers trying to figure out the most

9    efficient way to hear these cases.  I don't need to hear

10   anything about the standards for Rule 54 because I would be

11   very reluctant to risk certifying something on Rule 54 and

12   then you go up and you raise legal arguments to the Federal

13   Circuit and who knows what they're going to decide.  What

14   I'm trying to get to the bottom of is, what's the most

15   efficient way to go forward?

16              MR. SITZMAN:  Here's what I would suggest, if I

17   may.  I think we should move forward on the polymorph case.

18   It's all ready.  It was ready to be tried.  Many defense

19   counsel at that hearing, which I've read that transcript

20   several times, and I saw all the time the Court put in

21   trying to figure this out.  The defendants wanted to proceed

22   forward quickly on that polymorph case.  It's all done.

23   There's no new discovery.  There's no new anything.  It just

24   needs a trial date and it's ready to go.

25              At that time, there will be final judgments in

1    two of the four cases.  The other two should go with it, and

2    those two cases can go up on appeal.  The remaining case --

3    and I'll go back over this --

4                THE COURT:  These are patents that don't expire

5    until 2037, I think it is; right?

6                MR. SITZMAN:  The remaining one is 2037.  The

7    polymorph is 2034.  So the 2037 cases are not done with

8    discovery.  We're at the end of fact discovery.  We've got

9    expert discovery, et cetera.  Those likely will be ready for

10   trial at the latter part of 2024, but we don't have to worry

11   about them if we move forward and get the polymorph trial

12   done.  Then what we've got is we've got final judgments that

13   can go up on appeal without any reason to attack them either

14   from Federal Circuit or from counsel, and we can move

15   forward.  But as this Court pointed out at the hearing last

16   year, when you were trying to go through all of this, the

17   problem with trying the '284 case first was it was the first

18   one to expire in 2029 and they would not be able to launch

19   until they got through those other two patent trials.  They

20   knew it.

21               THE COURT:  They wouldn't be able to launch.

22   Right.  Because you're saying as long as even one of the

23   patents is valid out there, they can't launch until 2037,

24   2030-whatever.

25               MR. SITZMAN:  Exactly, Your Honor.  That was --

```
 1    Your Honor is absolutely right.  That was the conundrum that

 2    everybody was facing last year to try to figure this out.

 3    And we were going to go forward with the '284 and the

 4    polymorph case back to back.  Unfortunately, we couldn't do

 5    them back to back.  There was, I believe, a sickness issue

 6    related to the pandemic, and then there was a scheduling

 7    issue.

 8              The polymorph case, though, is ready for trial.

 9    It should be scheduled at the Court's convenience.  The

10    parties are -- should be ready to go.

11              THE COURT:  When will you be ready to go on the

12    third tranche?

13              MR. SITZMAN:  The SRI case?  I think August.  It

14    will be done before that, but ready for trial in August.

15              THE COURT:  Is there a trial date on it?

16              MR. SITZMAN:  No, you haven't set one yet.

17              THE COURT:  Did I construe any claims?

18              MR. SITZMAN:  You didn't, but you decided that

19    the one issue need not be decided before trial, so that's

20    where we sit today.

21              THE COURT:  On the '284, did I do any claim

22    construction?

23              MR. SITZMAN:  Not needed.

24              THE COURT:  I didn't?

25              MR. SITZMAN:  No, there was no construction
```

1    needed.

2            THE COURT:  Did I make any legal rulings other

3    than my trial opinion on the '284 case?

4            MR. SITZMAN:  I might have to defer to

5    Mr. Sorenson on that.

6            MR. SORENSON:  No, Your Honor, you did not.

7    There was a kerfuffle in the first case that related to

8    polymorph patents (inaudible) and then there was a motion

9    before Magistrate Judge Hall, I believe, but you've -- there

10   was no Markman because we agreed there were no terms that

11   required construction.

12           THE COURT:  Which is very welcome.  Thank you.

13   Which is ironic.  This is the case where you only agreed to

14   six facts.  Was this the one?  I think so.  You only agreed

15   people were incorporated in the states they were

16   incorporated in.

17           MR. SORENSON:  If you remember the first

18   pretrial hearing, you called us out on the carpet on that.

19   We reached an amended pretrial order that had a lot more

20   agreed facts than the first go-round.  So you're thinking

21   about the first time, and you appropriately asked us to redo

22   that, and we did.  There was more than six.

23           THE COURT:  I think I had another one more

24   recently where there were just six.  People don't learn

25   their lesson.

1          MR. SORENSON:  Both sides think the facts are

2     undisputed as long as you read them in the light of each

3     side.

4          The only substantial decision on the '284 is the

5     trial decision, and where we currently stand, there's no

6     Markman determination to be made for the polymorph trial.

7     Counsel is right.  We're ready to roll.  We had a fight over

8     whether it would be more efficient on the polymorph trial to

9     do a Markman on an issue that came up after the experts

10    started doing reports.  You already decided that a couple

11    times and said you don't want Markman for the polymorph

12    trial, and that's fine.  We'll deal with that claim

13    construction issue at that trial when you set that trial.

14    Am I making sense?

15         THE COURT:  No, it does.  All right.

16         And you agree I didn't make any decisions in the

17    '284?

18         MR. SITZMAN:  I agree.  I appreciate counsel's

19    supplementation because I wasn't here.  As far as I can

20    remember from the record, there's nothing else on the '284

21    other than the trial decision.

22         THE COURT:  We don't have a trial date yet for

23    the second or third tranche?

24         MR. SITZMAN:  Correct.

25         Your Honor, let me offer one more piece of

1    perspective to help maybe.  On the third, the SRI patent,

2    the way things currently sit -- and we're finishing

3    discovery and experts -- our view will be that that will be

4    likely a validity-only trial.  The infringement issues have

5    either fallen away quickly or will be stipulated to, at

6    least in our view.  If that's the case, we're looking at a

7    fairly quick trial for that third case, something on the

8    order of maybe two and a half or three days at max.  But I

9    wanted you to have that in your head while you're trying to

10   think through what's available.

11            THE COURT:  All right.  Thank you.  So here's

12   what I'm going to do:  I'm going to reassign the case.

13            Thank you.  You can have a seat, and I'll

14   explain my thinking.

15            So we have a new judge coming on the court, and

16   each of the current judges have to transfer a certain number

17   of cases to that docket, and when we do that, we try to be

18   equitable, but I've had hard time identifying cases that I

19   can transfer that are midstream.  What do I mean by that?

20   We think it's fair to the new docket to not, for instance,

21   transfer all new cases because then that poor judge, Judge

22   Hall, would then have all the cases hit two years from now.

23   So what we try to do is come up with cases that are -- some

24   that are old, some that are midstream, and some that are

25   brand new, and we go also by subject matter.

```
 1              I'm down to 58 ANDA cases, but it's very
 2    difficult for me to identify an ANDA case that I can
 3    transfer to Judge Hall because I think it would be
 4    especially cumbersome and unfair to Judge Hall to transfer a
 5    case that I've made a lot of decisions on that she would
 6    inherit because I did that as a judge, and it's very, very
 7    frustrating, especially with regard to claim construction.
 8    And I've so far only identified one ANDA that I could
 9    transfer.  And the other is because a lot of my ANDAs, one
10    is multidistrict.  I've already done tranches, and I had
11    come into the case thinking there's no way I could ever
12    transfer this one because I've already had a trial.  I've
13    been invested.  It would not be fair to her.
14              But if I've not ruled on claim construction,
15    and, in fact, the only thing I've done is my opinion, which
16    is in writing, which is -- I think this is an ideal case,
17    actually, to transfer to Judge Hall.  She's also familiar
18    with the case because she's handled some pretrial matters;
19    right?  And she has an open -- a much more open docket.  And
20    as I say, I had thought the only ANDA I could give her would
21    be a brand new ANDA.  There is one I'm going to give her,
22    which is kind of by itself, and there's been no issues.
23              But that's what I'm going to do.  And I don't
24    want to get involved.  What's before me is really just case
25    management issues, and I haven't set a trial date,
```

1    apparently, for the second or third tranche.

2              Go ahead.

3              MR. SORENSON:  If I may, Your Honor.

4              THE COURT:  Yes.

5              MR. SORENSON:  As I was getting ready for this

6    hearing, I was sort of in the same kind of problem-solving

7    mode that you're in, and your proposal to transfer the case

8    to Judge Hall makes perfect sense to me.  The polymorph case

9    is set.  It's ready to go.  There's no more discovery,

10   nothing more to do.  We probably need to revise the pretrial

11   order to consolidate it down and make it easier for that

12   trial.  It's a nice, concise, easy case.  And you're

13   correct, Judge Hall -- I doubt she remembers this.  It was a

14   while ago.  There was a flurry of motions back and forth

15   trying to deal with new expert opinion and the claim

16   construction, but she's familiar with that.

17             The SRI patents, the ones that expire in 2037,

18   they're kind of a different animal here, and I want to

19   explain this to you because I think it's important that you

20   understand that the '284 patent expires in 2029, and that's

21   the one that we want to appeal right away so that we can get

22   that Federal Circuit timeline rolling and at the same time

23   deal with the polymorph trial, whenever it can happen either

24   on your calendar or Judge Hall's calendar.  If you recall,

25   you had actually suggested that we consent to her

1    jurisdiction back when the first trial was cancelled, and we

2    almost got there.  I think that makes good sense.

3              I would suggest, as a potential solution as

4    well, sever the SRI cases into its own case so that we can

5    get that case taken care of on its own timeline but then

6    once the polymorph trial is done and we have the polymorph

7    decision, then we can take that to the Federal Circuit.

8              THE COURT:  I'm pretty confident she would agree

9    to that, but what I would rather do is let her make the

10   call.  It makes a lot of sense.

11             My problem is this:  I think that it would take

12   time to deal with the Rule 54 analysis.  You want it to get

13   up right now in the Federal Circuit, and I feel for you in a

14   way.  But the reality is you didn't make your burden at

15   trial.  And you know what?  Because I've got to tell you, I

16   don't know why we have to have a clear and convincing

17   evidence standard, but we do.

18             MR. SORENSON:  I understand.

19             THE COURT:  And you just didn't make your

20   burden.

21             MR. SORENSON:  I read your opinion, and I don't,

22   respectfully, agree with you, but I completely understand.

23             THE COURT:  And if it had been a preponderance,

24   you would have won, and somebody ought to really think

25   that -- I researched it, for what it's worth.  I didn't

1    realize the Supreme Court chimed in on the issue, and I

2    guess it's Microsoft.  But there's -- really people ought to

3    be thinking why, as a policy matter, we have a clear and

4    convincing evidence standard.

5            MR. SORENSON:  As a battle-scarred generic

6    lawyer, I tend to agree with you.

7            THE COURT:  That's all I'm getting at is, I was

8    sympathetic to the defendants, but, ultimately, I could not

9    make a determination that you had established by clear and

10   convincing evidence.

11           MR. SORENSON:  I understand that, Your Honor.

12   What I'm coming to this hearing with is trying to figure out

13   how to solve the problem we have with the case schedule and

14   case management.  What we really need and what my client

15   needs is more certainty.  If we have a trial date set for

16   the polymorph trial, they can plan around that date.

17           THE COURT:  Here's what you could do, and I know

18   Judge Hall would do this, is even if they're not going to

19   consent, they'd have to wait until January 1st.  She can set

20   up a hearing and look at her calendar and say, "I've got you

21   for trial here."  And she's going to have a lot more

22   flexibility than my calendar would.

23           MR. SORENSON:  I don't understand the

24   January 1st part of it.

25           THE COURT:  So January 1st is Judge Andrews

 1    effectively goes senior December 31st.  As soon as her

 2    commission is signed, I will swear her in.  I don't know

 3    that the President will sign the commission on January 1st.

 4    I can order you to set up a scheduling conference with her

 5    or they can consent.  You can just do the consent right now.

 6    Either way, my point is that she could get on this right

 7    away and get you on the calendar, and she's going to have a

 8    lot more freedom on her calendar for next year than I do.

 9    I'm really booked for next year.

10              MR. SORENSON:  I can't speak for the other

11    parties, of course, but I think that the decision today

12    about consenting to Magistrate Hall's jurisdiction is very

13    different from the decision before the '284 trial as to

14    whether consent to Magistrate Hall makes sense.

15              THE COURT:  I don't know who didn't consent.

16    Let's move on from that topic.  I do recall because, again,

17    of trial scheduling encouraging you all to do that.

18              But anyway, do you understand why I don't think

19    it's a fruitful exercise to do the Rule 54?  Having said

20    that, I had thought -- it was a surprise to me when I

21    understood there was some debate about this because I'm

22    thinking, why am I doing this piecemeal?  If that case --

23    especially if that case --

24              Do you dispute that case is teed up ready to go

25    to trial?

1    MR. SORENSON:  I do not dispute that at all.

2    THE COURT:  Frankly, it even makes more sense in

3    terms of judicial efficiency at that point to put those two

4    together, and I'll speak with her.

5    So you'll do the -- in other words, what I'll do

6    is, I'm going to talk to her, get her to schedule as soon as

7    she can the polymorph trial, then you guys can get up to the

8    Federal Circuit on both cases.  I think that would be

9    beneficial to the defendants too; right?  No?

10    MS. HUTTNER:  Yes, it would be, Your Honor.  I

11    just want to point out, and I think counsel alluded to this

12    before, that MSN and Accord are differently situated in that

13    the '339 patent, which is one of the SRI patents, is in the

14    same action as the '284 and the polymorph patents.  So we

15    won't be able to appeal as of right unless that is severed

16    out from that case.  When you talk --

17    THE COURT:  They might agree to it.  I bet

18    they'll agree to sever it out.

19    MR. SITZMAN:  Ms. Whitesell will address that.

20    MS. HUTTNER:  We've been talking amongst

21    ourselves trying to put a stipulation to that effect, but I

22    just wanted to put that on your radar and perhaps you can

23    convey that to Judge Hall.

24    THE COURT:  Ms. Whitesell.

25    MS. WHITESELL:  Exactly what counsel is saying,

1    is that we are working through a stipulation to sever the

2    SRIs from polymorph cases and moving it over to

3    consolidating it with second stage other cases of SRIs so

4    they're all together.  I don't believe there's any

5    disagreement on it.  It's just cleanup on stipulations and

6    getting it on file.

7              THE COURT:  That makes a lot of sense.  Let me

8    tell you where I am.  I want to make sure you all agree to

9    this, but some combination of Judge Hall and I will issue

10   some combination of orders such that the polymorph tranche

11   will be tried as early as Judge Hall can get it on the

12   calendar.  At that point, you all agree that the '284

13   tranche and the polymorph tranche can go on an appeal to the

14   Federal Circuit.  The SRI cases are all severed and treated

15   differently and are put on the back burner.  That seems to

16   me the most judicially efficient and fair way.

17              If I'm wrong, I want that generic on the market

18   as soon as possible.  That's why I tried to look at the

19   '284, because what I remember was I thought, I had my doubts

20   and still have my doubts as to the '284, but my point was if

21   I thought, well, if I rule invalid, then it's going to go

22   right away.  The public will be able to get a generic, and

23   that would be right.  But the way the trial went and the way

24   the evidence was presented, I did not think as an

25   intellectually honest matter I could rule any other way than

1    I did.

2                    Are you all good with that?

3                    MR. SITZMAN:  First of all, yes.  And I wanted

4    to all put on the record Taiho, Plaintiffs, consent to Judge

5    Hall's assignment so if the Court is ready to make that

6    phone call and speed things along, we would be more than

7    happy to have that go forward in front of Judge Hall to move

8    that polymorph case as fast as we can.

9                    THE COURT:  I want to make sure and on the

10   record.  This will be like -- you're agreeing that the

11   polymorph tranche and the '284, once the polymorph is tried,

12   that there's no dispute that both the '284 judgment that I

13   entered or opinion I entered, I guess I should say, and

14   whatever judgment Judge Hall enters with respect to the

15   polymorph tranche become appealable to the Federal Circuit

16   at that point.

17                   MR. SITZMAN:  Yes, Your Honor, and I understand

18   exactly what -- yes, they will be final judgments in those

19   cases.  And as Ms. Whitesell said, we've already either

20   cleaned up or will be cleaning up pulling the SRIs out of

21   that first set of consolidated cases, so those cases will be

22   done at the end of the polymorph case.

23                   THE COURT:  All right.

24                   MR. SORENSON:  I represent Natco, Your Honor,

25   and I think that sounds pretty good.  But for the record,

1    the agreements that are about to happen I've heard about

2    today for the first time.

3                THE COURT:  Okay.

4                MR. SORENSON:  Doesn't in concept cause me any

5    concern, but I need to carve out the room to be able to

6    consult with my clients in India on that.  My only concern

7    is your comment about the back burner for the SRI patents.

8    As long as we can stay on a relatively --

9                THE COURT:  In other words, "back burner"

10   means -- you have to step back.  When is the polymorph -- I

11   don't think Judge Hall is going to say stay your case.

12   That's not what I mean by "back burner."

13               MR. SORENSON:  All I mean by "not back burner"

14   is a date certain relatively soon.  Not that the date is

15   relatively soon but that we have a date relatively soon we

16   can plan around.  So if the SRI patents get tried sometime

17   in 2025, at least we know when that trial is.  That's what I

18   mean.

19               THE COURT:  The polymorph doesn't expire until

20   2034?

21               MR. SORENSON:  2034, correct.

22               THE COURT:  I've got to tell you, I'm sorry.  If

23   you've already had one patent trial and you lost and the

24   patent was upheld as valid and it's good through 2029 and

25   then you're going to get a second that -- a second set of

1   patents tried that don't expire until 2034, you don't get to

2   try your third trial in any kind of timely fashion to see if

3   patents that don't expire until 2037 are valid.  We can't

4   operate like that.  That's my point, is get this to the

5   Federal Circuit.  That was what was driving me when I said

6   let me try do the '284 right away.  And so, no, I'm not

7   going to guarantee you anything about SRI, and I'm not going

8   to tell Judge Hall she should put on the front burner or the

9   middle burner, she should do anything other than let's get

10  the polymorphs and '284 up to the Federal Circuit.

11          MR. SORENSON:  I completely agree with that.  I

12  did not mean to distract the conversation away from that

13  conclusion.  My only point is that I need some time to

14  consult with my client about the agreement about severing

15  out the SRI patents and having those be completely separate.

16  I think it's going to be just fine.  I'm only saying that

17  these conversations --

18          THE COURT:  That sounds like you don't want an

19  appeal.

20          MR. SORENSON:  No, I want an appeal on the '284

21  and polymorphs.

22          THE COURT:  Why wouldn't you sever out the SRI?

23  I don't get it.  I'm trying to figure out why you wouldn't

24  do that if you want an appeal.

25          MR. SORENSON:  Natco has not been sued on -- I'm

1   sorry.  On the SRI patents, no.  We want the SRI patents to

2   get to trial and get an appeal eventually, yes.  The whole

3   point of trying to go on appeal for the '284 now is not have

4   to wait until all of the patents, all including the SRI

5   patents, are adjudicated in the district court before we get

6   to the Federal Circuit.

7              THE COURT:  You're not going to have to.  What I

8   just laid out --

9              MR. SORENSON:  Correct.  All I'm saying is that

10  when you say "back burner" on the SRI patents, I'm hoping

11  that doesn't mean that we are in limbo for a very long time

12  in terms of when the trial gets set.  That's all.

13             THE COURT:  I'm going to leave that to Judge

14  Hall, and it's going to depend.  If I were Judge Hall, I

15  wouldn't touch those cases if I thought I could quickly try

16  the polymorph and get it up to Federal Circuit and get a

17  decision.  If the Federal Circuit affirms -- let's say she

18  found the patents were not invalid and infringed, the

19  polymorphs, and let's say they affirmed me; right?  You're

20  not getting on the market until 2034 no matter what.  So why

21  would a judge spend any time on the SRI patents?

22             MR. SORENSON:  Because the Federal Circuit may

23  reverse the '284 decision.

24             THE COURT:  I just said if.  That's true, they

25  may reverse the '284.

1              MR. SORENSON:  There's an if on my side of the

2    equation too.  If the Federal Circuit has a different

3    opinion on the '284 and if we lose on the polymorph patents

4    and if the Federal Circuit has a different decision on those

5    two, those are all ifs that I recognize.  But in these

6    cases, there's always inflection points.  There's always

7    points where both sides, once they have a definitive answer,

8    have an opportunity to talk to each other as business people

9    and resolve the case.

10             THE COURT:  The good news is -- and I think this

11   is a good way the resolve the case for all, for the Court

12   and both parties and especially the defendants.  I think

13   Judge Hall will be able to get you a quick trial on the

14   polymorph.  If I granted the Rule 54(b), how long is the

15   Federal Circuit going to take before they decide that?  That

16   could be longer than Judge Hall could get you in trial for

17   the polymorphs.

18             MR. SORENSON:  I was Googling that.  I think the

19   mean time to decision is 14 months in 2022.

20             THE COURT:  14 months to decide whether there's

21   a 54(b) judgment or not?

22             MR. SORENSON:  I thought you were asking about

23   the timeline it takes for a Federal Circuit appeal to

24   complete.

25             THE COURT:  It takes -- that makes sense.  But

1    it also takes time for them to decide whether or not a 54(b)

2    decision was correct or not.  And I'm saying that timeframe,

3    I'm willing to bet, isn't that much different than Judge

4    Hall could have you before her trying the polymorph case.

5              I'm going to talk to her right after this and

6    encourage her to do it as soon as she can.  She's got -- she

7    has -- she does have things in her schedule, but you know.

8              All right.  You can talk to your client.  Let's

9    go through what are the decision points.

10             So I'm going to deny the application for Rule

11   54(b) appeal.  Going to deny that.  Not that I'm not

12   sympathetic to the defendants.  I am going to -- you all

13   should -- I would encourage you to get on file a consent to

14   Magistrate Judge Hall taking over in their entirety all of

15   these cases.  Regardless of whether you do that, when she

16   becomes a district court judge in January, she will be

17   assigned these cases as a district court judge.  If you

18   consent to her -- and they've already said they will

19   consent, so there should be no hold-up on this.  In other

20   words, they can't delay this.

21             You all file a consent this week.  I'm going to

22   ask her to convene, as soon as possible, a scheduling

23   conference, and I'm going to encourage her to schedule as

24   early as possible the polymorph trial, and I'm going to tell

25   her that that way both -- whatever decision she would render

1   on that trial and my decision, the parties agree, would be

2   appealable immediately to go to the Federal Circuit, and

3   then she can do what she wants with the third tranche, the

4   SRI tranche.

5           MR. SORENSON:  That sounds good to me.

6           THE COURT:  You're good with that?

7           MR. SITZMAN:  That's good with me.

8           THE COURT:  Thank you.  I appreciate you all

9   being collegial about that.

10          Anything else?

11          MS. HUTTNER:  No, Your Honor.  I think, just for

12  the record, we're all in the same situation as Mr. Sitzman

13  regarding client consents.

14          THE COURT:  Makes sense.  Well, great.  Have a

15  good morning.  Thank you.

16                    **C E R T I F I C A T E**

17      I, Deanna L. Warner, a Certified Shorthand Reporter,

18  do hereby certify that as such Certified Shorthand Reporter,

19  I was present at and reported in Stenotype shorthand the

20  above and foregoing proceedings.

21

22  _____
            Deanna L. Warner, CSR, #1687
23          Official Court Reporter
            U.S. District Court
24

25

| # | 8 |
|---|---|
| **#1687** [1] - 25:22 | **8th** [1] - 1:12 |

**'**

**'284** [28] - 4:11, 4:14, 5:5, 5:7, 6:1, 6:4, 7:17, 8:3, 8:21, 9:3, 10:4, 10:17, 10:20, 13:20, 16:13, 17:14, 18:12, 18:19, 18:20, 19:11, 19:12, 21:6, 21:10, 21:20, 22:3, 22:23, 22:25, 23:3
**'339** [1] - 17:13

**1**

**14** [2] - 23:19, 23:20
**1st** [4] - 15:19, 15:24, 15:25, 16:3

**2**

**2022** [1] - 23:19
**2023** [1] - 1:13
**2024** [1] - 7:10
**2025** [1] - 20:17
**2029** [3] - 7:18, 13:20, 20:24
**2030-whatever** [1] - 7:24
**2034** [5] - 7:7, 20:20, 20:21, 21:1, 22:20
**2037** [6] - 7:5, 7:6, 7:7, 7:23, 13:17, 21:3

**3**

**31st** [1] - 16:1

**4**

**4B** [1] - 1:12

**5**

**50/50** [1] - 5:19
**54** [4] - 6:10, 6:11, 14:12, 16:19
**54(b** [8] - 5:8, 5:10, 5:13, 5:16, 23:14, 23:21, 24:1, 24:11
**58** [1] - 12:1

**A**

**able** [7] - 5:15, 7:18, 7:21, 17:15, 18:22, 20:5, 23:13
**absolutely** [1] - 8:1
**accord** [1] - 17:12
**Accord** [1] - 3:19
**action** [1] - 17:14
**address** [2] - 4:5, 17:19
**adjudicated** [1] - 22:5
**affirmed** [1] - 22:19
**affirms** [1] - 22:17
**ago** [1] - 13:14
**agree** [13] - 4:22, 4:23, 10:16, 10:18, 14:8, 14:22, 15:6, 17:17, 17:18, 18:8, 18:12, 21:11, 25:1
**agreed** [4] - 9:10, 9:13, 9:14, 9:20
**agreeing** [1] - 19:10
**agreement** [1] - 21:14
**agreements** [1] - 20:1
**ahead** [1] - 13:2
**al** [2] - 1:4, 1:7
**allow** [1] - 5:11
**alluded** [1] - 17:11
**almost** [1] - 14:2
**amended** [1] - 9:19
**analysis** [1] - 14:12
**AND** [1] - 1:2
**ANDA** [5] - 12:1, 12:2, 12:8, 12:20, 12:21
**ANDAs** [1] - 12:9
**Andrews** [1] - 15:25
**Angela** [1] - 3:2
**ANGELA** [1] - 1:16
**animal** [1] - 13:18
**answer** [1] - 23:7
**anyway** [1] - 16:18
**appeal** [15] - 4:25, 5:12, 5:14, 7:2, 7:13, 13:21, 17:15, 18:13, 21:19, 21:20, 21:24, 22:2, 22:3, 23:23, 24:11
**appealable** [2] - 19:15, 25:2
**appealed** [2] - 4:1, 5:3
**appearance** [1] - 4:12
**APPEARANCES** [1] - 1:15

**appeared** [1] - 4:7
**application** [1] - 24:10
**appreciate** [2] - 10:18, 25:8
**appropriately** [1] - 9:21
**argument** [1] - 5:16
**arguments** [1] - 6:12
**asserting** [1] - 5:23
**assigned** [1] - 24:17
**assignment** [1] - 19:5
**attack** [1] - 7:13
**August** [2] - 8:13, 8:14
**automatic** [1] - 5:14
**available** [1] - 11:10

**B**

**BARROS** [1] - 1:19
**Barros** [1] - 3:4
**battle** [1] - 15:5
**battle-scarred** [1] - 15:5
**become** [1] - 19:15
**becomes** [1] - 24:16
**behalf** [5] - 3:2, 3:4, 3:8, 3:14, 3:19
**beneficial** [1] - 17:9
**bet** [2] - 17:17, 24:3
**Bill** [1] - 3:10
**booked** [1] - 16:9
**bottom** [1] - 6:14
**BOWERS** [1] - 1:18
**bowers** [1] - 3:3
**brand** [2] - 11:25, 12:21
**burden** [2] - 14:14, 14:20
**burner** [8] - 18:15, 20:7, 20:9, 20:12, 20:13, 21:8, 21:9, 22:10
**business** [1] - 23:8
**BY** [4] - 1:16, 1:24, 2:8, 2:10

**C**

**calendar** [7] - 13:24, 15:20, 15:22, 16:7, 16:8, 18:12
**cancelled** [1] - 14:1
**care** [1] - 14:5
**carpet** [1] - 9:18
**carve** [1] - 20:5
**case** [44] - 4:2, 4:9, 4:10, 4:19, 4:23, 5:1, 5:11, 6:1, 6:18, 6:22,

7:2, 7:17, 8:4, 8:8, 8:13, 9:3, 9:7, 9:13, 11:6, 11:7, 11:12, 12:2, 12:5, 12:11, 12:16, 12:18, 12:25, 13:7, 13:8, 13:12, 14:4, 14:5, 15:13, 15:14, 16:22, 16:23, 16:24, 17:16, 19:8, 19:22, 20:11, 23:9, 23:11, 24:4
**Case** [1] - 1:5
**CASENUM** [1] - 1:6
**cases** [28] - 4:15, 4:24, 5:2, 5:12, 6:4, 6:9, 7:1, 7:2, 7:7, 11:17, 11:18, 11:21, 11:22, 11:23, 12:1, 14:4, 17:8, 18:2, 18:3, 18:14, 19:19, 19:21, 22:15, 23:6, 24:15, 24:17
**certain** [2] - 11:16, 20:14
**certainty** [1] - 15:15
**Certified** [2] - 25:17, 25:18
**certify** [1] - 25:18
**certifying** [1] - 6:11
**cetera** [1] - 7:9
**Chief** [1] - 1:12
**chimed** [1] - 15:1
**Chris** [1] - 3:15
**CHRIS** [1] - 2:4
**circuit** [2] - 5:18, 21:10
**Circuit** [19] - 6:5, 6:13, 7:14, 13:22, 14:7, 14:13, 17:8, 18:14, 19:15, 21:5, 22:6, 22:16, 22:17, 22:22, 23:2, 23:4, 23:15, 23:23, 25:2
**claim** [5] - 8:21, 10:12, 12:7, 12:14, 13:15
**claims** [2] - 5:22, 8:17
**cleaned** [1] - 19:20
**cleaning** [1] - 19:20
**cleanup** [1] - 18:5
**clear** [3] - 14:16, 15:3, 15:9
**client** [4] - 15:14, 21:14, 24:8, 25:13
**clients** [1] - 20:6
**CO** [1] - 1:3
**collegial** [1] - 25:9
**Colm** [1] - 1:11
**combination** [2] - 18:9, 18:10
**coming** [2] - 11:15,

15:12
**comment** [1] - 20:7
**commission** [2] - 16:2, 16:3
**complete** [1] - 23:24
**completely** [3] - 14:22, 21:11, 21:15
**concept** [1] - 20:4
**concern** [2] - 20:5, 20:6
**concise** [1] - 13:12
**conclusion** [1] - 21:13
**conference** [2] - 16:4, 24:23
**confident** [1] - 14:8
**Connie** [1] - 3:20
**CONNIE** [1] - 2:11
**Connolly** [1] - 1:12
**consent** [1] - 13:25, 15:19, 16:5, 16:14, 16:15, 19:4, 24:13, 24:18, 24:19, 24:21
**consenting** [1] - 16:12
**consents** [1] - 25:13
**conserve** [1] - 5:24
**consolidate** [1] - 13:11
**consolidated** [1] - 19:21
**consolidating** [1] - 18:3
**construction** [7] - 8:22, 8:25, 9:11, 10:13, 12:7, 12:14, 13:15
**construe** [1] - 8:17
**consult** [2] - 20:6, 21:14
**conundrum** [1] - 8:1
**convene** [1] - 24:22
**convenience** [1] - 8:9
**conversation** [1] - 21:12
**conversations** [1] - 21:17
**convey** [1] - 17:23
**convincing** [3] - 14:16, 15:4, 15:10
**correct** [5] - 10:24, 13:12, 20:21, 22:9, 24:2
**CORTLAN** [1] - 1:21
**Cortlan** [1] - 3:9
**counsel** [7] - 1:20, 1:25, 6:19, 7:14, 10:7, 17:11, 17:25
**Counsel** [2] - 2:6, 2:12
**counsel's** [1] - 10:18
**couple** [1] - 10:10
**course** [1] - 16:11

**Court** [10] - 4:5, 5:9, 6:20, 7:15, 15:1, 19:5, 23:11, 25:23, 25:23
**court** [4] - 11:15, 22:5, 24:16, 24:17
**COURT** [53] - 1:1, 3:6, 3:11, 3:17, 3:22, 4:6, 4:9, 4:13, 4:22, 5:4, 5:15, 7:4, 7:21, 8:11, 8:15, 8:17, 8:21, 8:24, 9:2, 9:12, 9:23, 10:15, 10:22, 11:11, 13:4, 14:8, 14:19, 14:23, 15:7, 15:17, 15:25, 16:15, 17:2, 17:17, 17:24, 18:7, 19:9, 19:23, 20:3, 20:9, 20:19, 20:22, 21:18, 21:22, 22:7, 22:13, 22:24, 23:10, 23:20, 23:25, 25:6, 25:8, 25:14
**Court's** [1] - 8:9
**Courtroom** [1] - 1:12
**courts** [1] - 5:23
**cripple** [1] - 5:23
**CSR** [1] - 25:22
**cumbersome** [1] - 12:4
**current** [1] - 11:16

**D**

**DANIEL** [1] - 2:8
**Daniel** [1] - 3:18
**date** [9] - 6:24, 8:15, 10:22, 12:25, 15:15, 15:16, 20:14, 20:15
**days** [1] - 11:8
**deal** [4] - 10:12, 13:15, 13:23, 14:12
**Deanna** [2] - 25:17, 25:22
**debate** [1] - 16:21
**December** [1] - 16:1
**decide** [4] - 6:13, 23:15, 23:20, 24:1
**decided** [4] - 5:13, 8:18, 8:19, 10:10
**decision** [14] - 10:4, 10:5, 10:21, 14:7, 16:11, 16:13, 22:17, 22:23, 23:4, 23:19, 24:2, 24:9, 24:25, 25:1
**decisions** [2] - 10:16, 12:5
**deeply** [1] - 3:25

**Defendant** [1] - 1:8
**defendants** [5] - 6:21, 15:8, 17:9, 23:12, 24:12
**defense** [1] - 6:19
**defer** [1] - 9:4
**definitive** [1] - 23:7
**DELAWARE** [1] - 1:2
**delay** [1] - 4:20
**deny** [2] - 24:10, 24:11
**determination** [2] - 10:6, 15:9
**different** [5] - 13:18, 16:13, 23:2, 23:4, 24:3
**differently** [2] - 17:12, 18:15
**difficult** [1] - 12:2
**disagreement** [1] - 18:5
**discovery** [6] - 6:23, 7:8, 7:9, 11:3, 13:9
**discretionary** [2] - 5:17, 5:20
**dispute** [3] - 16:24, 17:1, 19:12
**distract** [1] - 21:12
**District** [1] - 25:23
**DISTRICT** [2] - 1:1, 1:2
**district** [3] - 22:5, 24:16, 24:17
**DLA** [3] - 1:16, 3:2, 3:3
**docket** [3] - 11:17, 11:20, 12:19
**done** [10] - 6:3, 6:23, 7:7, 7:12, 8:14, 12:10, 12:15, 14:6, 19:22
**doubt** [1] - 13:13
**doubts** [2] - 18:19, 18:20
**down** [2] - 12:1, 13:11
**driving** [1] - 21:5

**E**

**early** [2] - 18:11, 24:24
**easier** [1] - 13:11
**easy** [1] - 13:12
**effect** [1] - 17:21
**effectively** [1] - 16:1
**efficiency** [2] - 6:6, 17:3
**efficient** [4] - 6:9, 6:15, 10:8, 18:16
**efficiently** [1] - 5:24
**either** [5] - 7:13, 11:5, 13:23, 16:6, 19:19
**ell** [1] - 14:3

**encourage** [3] - 24:6, 24:13, 24:23
**encouraging** [1] - 16:17
**end** [3] - 4:11, 7:8, 19:22
**entered** [2] - 19:13
**enters** [1] - 19:14
**entirety** [1] - 24:14
**equation** [1] - 23:2
**equitable** [1] - 11:18
**Erin** [1] - 3:3
**ERIN** [1] - 1:18
**especially** [4] - 12:4, 12:7, 16:23, 23:12
**ESQ** [14] - 1:16, 1:17, 1:17, 1:18, 1:18, 1:19, 1:21, 1:24, 2:2, 2:4, 2:5, 2:8, 2:10, 2:11
**established** [1] - 15:9
**et** [3] - 1:3, 1:7, 7:9
**Eugia** [2] - 1:25, 3:9
**EUGIA** [1] - 1:7
**eventually** [1] - 22:2
**evidence** [4] - 14:17, 15:4, 15:10, 18:24
**exact** [1] - 5:10
**exactly** [4] - 5:7, 7:25, 17:25, 19:18
**exercise** [1] - 16:19
**expert** [2] - 7:9, 13:15
**experts** [2] - 10:9, 11:3
**expire** [6] - 7:4, 7:18, 13:17, 20:19, 21:1, 21:3
**expires** [1] - 13:20
**explain** [2] - 11:14, 13:19

**F**

**facing** [1] - 8:2
**fact** [2] - 7:8, 12:15
**facts** [3] - 9:14, 9:20, 10:1
**fair** [3] - 11:20, 12:13, 18:16
**fairly** [1] - 11:7
**fallen** [1] - 11:5
**familiar** [2] - 12:17, 13:16
**far** [2] - 10:19, 12:8
**farnan** [1] - 3:14
**FARNAN** [2] - 2:2, 3:13
**Farnan** [1] - 3:12
**fashion** [1] - 21:2

**fast** [1] - 19:8
**Federal** [21] - 5:18, 6:5, 6:12, 7:14, 13:22, 14:7, 14:13, 17:8, 18:14, 19:15, 21:5, 21:10, 22:6, 22:16, 22:17, 22:22, 23:2, 23:4, 23:15, 23:23, 25:2
**fight** [1] - 10:7
**figure** [8] - 4:3, 5:21, 6:1, 6:8, 6:21, 8:2, 15:12, 21:23
**file** [3] - 18:6, 24:13, 24:21
**final** [7] - 4:24, 5:2, 5:4, 5:6, 6:25, 7:12, 19:18
**fine** [2] - 10:12, 21:16
**FINGER** [1] - 2:1
**Finger** [1] - 3:14
**finished** [1] - 3:25
**finishing** [1] - 11:2
**first** [16] - 3:7, 4:2, 4:5, 4:7, 4:12, 4:14, 7:17, 9:7, 9:17, 9:20, 9:21, 14:1, 19:3, 19:21, 20:2
**flexibility** [1] - 15:22
**flurry** [1] - 13:14
**FOR** [1] - 1:2
**foregoing** [1] - 25:20
**forth** [1] - 13:14
**forward** [7] - 6:15, 6:17, 6:22, 7:11, 7:15, 8:3, 19:7
**four** [1] - 7:1
**frankly** [1] - 17:2
**freedom** [1] - 16:8
**front** [2] - 19:7, 21:8
**fruitful** [1] - 16:19
**frustrating** [1] - 12:7

**G**

**generic** [3] - 15:5, 18:17, 18:22
**go-round** [1] - 9:20
**Googling** [1] - 23:18
**Gould** [2] - 3:15, 3:16
**GOULD** [1] - 2:4
**grant** [1] - 5:16
**granted** [1] - 23:14
**great** [1] - 25:14
**guarantee** [1] - 21:7
**guess** [4] - 3:7, 3:24, 15:2, 19:13
**guys** [1] - 17:7

**H**

**half** [1] - 11:8
**hall** [21] - 9:9, 11:22, 12:3, 12:4, 12:17, 13:8, 13:13, 15:18, 16:14, 18:9, 18:11, 19:7, 19:14, 20:11, 21:8, 22:14, 23:13, 23:16, 24:4, 24:14
**Hall** [1] - 17:23
**hall's** [3] - 13:24, 16:12, 19:5
**handled** [1] - 12:18
**happy** [2] - 4:19, 19:7
**hard** [1] - 11:18
**Hare** [1] - 3:10
**HARE** [2] - 1:23, 1:24
**head** [1] - 11:9
**hear** [2] - 6:9
**heard** [1] - 20:1
**hearing** [6] - 6:19, 7:15, 9:18, 13:6, 15:12, 15:20
**help** [2] - 4:6, 11:1
**hereby** [1] - 25:18
**hesitancy** [1] - 5:16
**hit** [1] - 11:22
**Hitch** [1] - 3:7
**HITCH** [2] - 1:21, 3:8
**hitch** [1] - 3:9
**hold** [1] - 24:19
**hold-up** [1] - 24:19
**honest** [1] - 18:25
**Honor** [19] - 3:1, 3:8, 3:13, 3:18, 4:4, 4:8, 4:11, 4:17, 5:7, 7:25, 8:1, 9:6, 10:25, 13:3, 15:11, 17:10, 19:17, 19:24, 25:11
**Honorable** [1] - 1:11
**hoping** [1] - 22:10
**hours** [1] - 6:8
**HUTTNER** [4] - 2:11, 17:10, 17:20, 25:11
**Huttner** [1] - 3:21

**I**

**ideal** [1] - 12:16
**identified** [1] - 12:8
**identify** [1] - 12:2
**identifying** [1] - 11:18
**ifs** [1] - 23:5
**immediately** [1] - 25:2
**important** [1] - 13:19
**IN** [2] - 1:1, 1:2
**inaudible** [1] - 9:8

including [1] - 22:4
incorporated [2] - 9:15, 9:16
India [1] - 20:6
inflection [1] - 23:6
infringed [1] - 22:18
infringement [1] - 11:4
inherit [1] - 12:6
instance [1] - 11:20
intellectually [1] - 18:25
introducing [1] - 3:2
invalid [2] - 18:21, 22:18
invested [1] - 12:13
involved [1] - 12:24
ironic [1] - 9:13
issue [7] - 8:5, 8:7, 8:19, 10:9, 10:13, 15:1, 18:9
issues [3] - 11:4, 12:22, 12:25
itself [1] - 12:22

**J**

James [1] - 3:9
JAMES [1] - 1:21
January [5] - 15:19, 15:24, 15:25, 16:3, 24:16
Jason [1] - 3:15
JASON [1] - 2:5
JENKINS [1] - 2:7
joined [1] - 3:15
joining [1] - 3:9
Josh [1] - 3:20
JOSH [1] - 2:10
Judge [25] - 1:12, 9:9, 11:21, 12:3, 12:4, 12:17, 13:8, 13:13, 13:24, 15:18, 15:25, 17:23, 18:9, 18:11, 19:4, 19:7, 19:14, 20:11, 21:8, 22:13, 22:14, 23:13, 23:16, 24:3, 24:14
judge [6] - 11:15, 11:21, 12:6, 22:21, 24:16, 24:17
judges [1] - 11:16
judgment [6] - 4:24, 5:4, 5:6, 19:12, 19:14, 23:21
judgments [4] - 5:2, 6:25, 7:12, 19:18
judicial [2] - 5:25, 17:3
judicially [1] - 18:16

jurisdiction [2] - 14:1, 16:12

**K**

KATZENSTEIN [1] - 2:7
Katzenstein [1] - 3:19
KELLY [1] - 2:2
Kelly [1] - 3:13
kerfuffle [1] - 9:7
kick [1] - 5:14
kind [5] - 4:2, 12:22, 13:6, 13:18, 21:2
knows [1] - 6:13

**L**

laid [1] - 22:8
LANE [1] - 2:10
LARSON [1] - 1:18
Larson [1] - 3:4
last [4] - 4:20, 5:18, 7:15, 8:2
latter [1] - 7:10
launch [3] - 7:18, 7:21, 7:23
lawyer [1] - 15:6
lawyers [2] - 5:22, 6:8
LAYTON [1] - 2:1
Layton [1] - 3:14
learn [1] - 9:24
least [2] - 11:6, 20:17
leave [1] - 22:13
legal [2] - 6:12, 9:2
lesson [1] - 9:25
light [1] - 10:2
likely [2] - 7:9, 11:4
limbo [1] - 22:11
look [4] - 5:21, 5:22, 5:20, 18:18
looking [2] - 6:6, 11:6
lose [1] - 23:3
lost [1] - 20:23
LTD [2] - 1:3, 1:7

**M**

magistrate [4] - 9:9, 16:12, 16:14, 24:14
management [2] - 12:25, 15:14
Marcela [1] - 3:4
MARCELO [1] - 1:19
market [2] - 18:17, 22:20

Markman [4] - 9:10, 10:6, 10:9, 10:11
Marx [1] - 3:20
MARX [1] - 2:10
matter [4] - 11:25, 15:3, 18:25, 22:20
matters [1] - 12:18
max [1] - 11:8
MCNEELY [1] - 1:23
McNeely [1] - 3:10
mean [7] - 11:19, 20:12, 20:13, 20:18, 21:12, 22:11, 23:19
means [1] - 20:10
meant [1] - 4:9
Megan [1] - 3:3
MEGAN [1] - 1:18
Merchant [1] - 3:15
MERCHANT [1] - 2:4
merchant [1] - 3:16
Microsoft [1] - 21:9
middle [1] - 21:9
midstream [1] - 11:19, 11:24
might [2] - 9:4, 17:17
MIKE [1] - 1:17
Mike [1] - 3:3
miller [1] - 3:20
MILLER [2] - 1:17, 2:10
Miller [1] - 3:3
MITTENDORF [1] - 2:10
mode [1] - 13:7
months [2] - 23:19, 23:20
morning [6] - 3:1, 3:6, 3:8, 3:13, 3:18, 25:15
MORRIS [1] - 1:21
Morris [1] - 3:9
most [3] - 6:8, 6:14, 18:16
motion [1] - 9:8
motions [1] - 13:14
move [5] - 6:17, 7:11, 7:14, 16:16, 19:7
moving [1] - 18:2
MR [48] - 3:8, 3:18, 4:4, 4:8, 4:10, 4:17, 5:1, 5:6, 6:16, 7:6, 7:25, 8:13, 8:16, 8:18, 8:23, 8:25, 9:4, 9:6, 9:17, 10:1, 10:18, 10:24, 13:3, 13:5, 14:18, 14:21, 15:5, 15:11, 15:23, 16:10, 17:1, 17:19, 19:3, 19:17, 19:24, 20:4, 20:13, 20:21,

21:11, 21:20, 21:25, 22:9, 22:22, 23:1, 23:18, 23:22, 25:5, 25:7
MS [6] - 3:1, 3:13, 17:10, 17:20, 17:25, 25:11
MSN [2] - 3:19, 17:12
MSN/Accord [1] - 2:12
multidistrict [1] - 12:10
multiple [1] - 5:13

**N**

Natco [4] - 2:6, 3:14, 19:24, 21:25
need [7] - 4:2, 6:9, 8:19, 13:10, 15:14, 20:5, 21:13
needed [2] - 8:23, 9:1
needs [2] - 6:24, 15:15
new [8] - 6:23, 11:15, 11:20, 11:21, 11:25, 12:21, 13:15
news [1] - 23:10
next [2] - 16:8, 16:9
nice [2] - 3:22, 13:12
nothing [2] - 10:20, 13:10
November [1] - 1:13
number [1] - 11:16

**O**

OF [2] - 1:2, 1:9
offer [1] - 10:25
Official [1] - 25:23
old [1] - 11:24
once [4] - 5:13, 14:5, 19:11, 23:7
one [16] - 5:13, 7:6, 7:18, 7:22, 8:16, 8:19, 9:14, 9:23, 10:25, 12:8, 12:9, 12:12, 12:21, 13:21, 17:13, 20:23
ones [1] - 13:17
open [2] - 12:19
operate [1] - 21:4
opinion [9] - 3:25, 5:19, 6:2, 9:3, 12:15, 13:15, 14:21, 19:13, 23:3
opportunity [1] - 23:8
order [4] - 9:19, 11:8, 13:11, 16:4
orders [1] - 18:10

ought [2] - 14:24, 15:2
ourselves [1] - 17:21
own [2] - 14:4, 14:5

**P**

P.A [1] - 2:1
P.C [1] - 2:4
pandemic [1] - 8:6
part [2] - 7:10, 15:24
parties [4] - 8:10, 16:11, 23:12, 25:1
patent [8] - 5:5, 5:13, 7:19, 11:1, 13:20, 17:13, 20:23, 20:24
patents [22] - 4:19, 5:13, 5:22, 7:4, 7:23, 9:8, 13:17, 17:13, 17:14, 20:7, 20:16, 21:1, 21:3, 21:15, 22:1, 22:4, 22:5, 22:10, 22:18, 22:21, 23:3
people [4] - 9:15, 9:24, 15:2, 23:9
perfect [1] - 13:8
perhaps [1] - 17:22
perspective [1] - 11:1
PHARMA [1] - 1:7
PHARMACEUTICAL [1] - 1:3
phone [1] - 19:6
piece [1] - 10:25
piecemeal [1] - 16:22
piper [2] - 3:2, 3:3
PIPER [1] - 1:16
pit [1] - 21:8
plaintiff [1] - 3:4
Plaintiff [1] - 1:20
plaintiffs [1] - 19:4
Plaintiffs [1] - 1:5
plan [2] - 15:16, 20:16
point [12] - 4:15, 4:23, 5:7, 16:6, 17:3, 17:11, 18:12, 18:20, 19:16, 21:4, 21:13, 22:3
pointed [1] - 7:15
points [3] - 23:6, 23:7, 24:9
policy [1] - 15:3
polymorph [35] - 4:19, 4:23, 5:1, 6:17, 6:22, 7:7, 7:11, 8:4, 8:8, 9:8, 10:6, 10:8, 10:11, 13:8, 13:23, 14:6, 15:16, 17:7, 17:14, 18:2, 18:10, 18:13, 19:8, 19:11,

19:15, 19:22, 20:10, 20:19, 22:16, 23:3, 23:14, 24:4, 24:24
**polymorphs** [4] - 21:10, 21:21, 22:19, 23:17
**poor** [1] - 11:21
**possible** [3] - 18:18, 24:22, 24:24
**potential** [1] - 14:3
**precious** [1] - 5:25
**preponderance** [1] - 14:23
**present** [1] - 25:19
**presented** [1] - 18:24
**president** [1] - 16:3
**pretrial** [4] - 9:18, 9:19, 12:18, 13:10
**pretty** [2] - 14:8, 19:25
**problem** [4] - 7:17, 13:6, 14:11, 15:13
**problem-solving** [1] - 13:6
**proceed** [1] - 6:22
**PROCEEDING** [2] - 1:9, 1:11
**proceedings** [1] - 25:20
**proposal** [1] - 13:7
**public** [1] - 18:22
**pulling** [1] - 19:20
**put** [6] - 6:21, 17:3, 17:21, 17:22, 18:15, 19:4

## Q

**quick** [2] - 11:7, 23:13
**quickly** [3] - 6:22, 11:5, 22:15

## R

**radar** [1] - 17:22
**raise** [1] - 6:12
**rather** [1] - 14:9
**RAY** [1] - 1:17
**Ray** [1] - 3:3
**reached** [1] - 9:19
**read** [3] - 6:19, 10:2, 14:21
**ready** [15] - 4:20, 6:18, 6:24, 7:9, 8:8, 8:10, 8:11, 8:14, 10:7, 13:5, 13:9, 16:24, 19:5
**reality** [1] - 14:14
**realize** [1] - 15:1

**really** [5] - 12:24, 14:24, 15:2, 15:14, 16:9
**reason** [1] - 7:13
**reassign** [1] - 11:12
**recently** [1] - 9:24
**recognize** [1] - 23:5
**record** [5] - 10:20, 19:4, 19:10, 19:25, 25:12
**redo** [1] - 9:21
**regard** [1] - 12:7
**regarding** [1] - 25:13
**regardless** [1] - 24:15
**related** [2] - 8:6, 9:7
**relatively** [4] - 20:8, 20:14, 20:15
**reluctant** [1] - 6:11
**remaining** [2] - 7:2, 7:6
**remember** [4] - 4:19, 9:17, 10:20, 18:19
**remembers** [1] - 13:13
**render** [1] - 24:25
**reported** [1] - 25:19
**Reporter** [3] - 25:17, 25:18, 25:23
**reports** [1] - 10:10
**represent** [1] - 19:24
**required** [1] - 9:11
**researched** [1] - 14:25
**resolve** [2] - 23:9, 23:11
**resources** [1] - 5:25
**respect** [1] - 19:14
**respectfully** [1] - 14:22
**retrospect** [1] - 6:3
**reverse** [2] - 22:23, 22:25
**revise** [1] - 13:10
**RICHARDS** [1] - 2:1
**Richards** [1] - 3:14
**risk** [1] - 6:11
**roll** [1] - 10:7
**rolling** [1] - 13:22
**room** [2] - 5:22, 20:5
**round** [1] - 9:20
**Rule** [10] - 5:8, 5:10, 5:13, 5:16, 6:10, 6:11, 14:12, 16:19, 23:14, 24:10
**rule** [2] - 18:21, 18:25
**ruled** [1] - 12:14
**rulings** [1] - 9:2

## S

**saw** [1] - 6:20

**scarce** [1] - 5:25
**scarred** [1] - 15:5
**schedule** [4] - 15:13, 17:6, 24:7, 24:23
**scheduled** [1] - 8:9
**scheduling** [4] - 8:6, 16:4, 16:17, 24:22
**seat** [1] - 11:13
**second** [5] - 10:23, 13:1, 18:3, 20:25
**see** [2] - 3:22, 21:2
**senior** [1] - 16:1
**sense** [9] - 10:14, 13:8, 14:2, 14:10, 16:14, 17:2, 18:7, 23:25, 25:14
**separate** [1] - 21:15
**set** [10] - 8:16, 10:13, 12:25, 13:9, 15:15, 15:19, 16:4, 19:21, 20:25, 22:12
**sever** [4] - 14:4, 17:18, 18:1, 21:22
**several** [5] - 5:2, 6:20
**severed** [2] - 17:15, 18:14
**severing** [1] - 21:14
**shoes** [1] - 5:10
**Shorthand** [2] - 25:17, 25:18
**shorthand** [1] - 25:19
**shot** [1] - 5:19
**SI** [1] - 21:15
**sickness** [1] - 8:5
**side** [2] - 10:3, 23:1
**sides** [2] - 10:1, 23:7
**sign** [1] - 16:3
**signed** [1] - 16:2
**sit** [3] - 4:14, 8:20, 11:2
**situated** [1] - 17:12
**situation** [1] - 25:12
**sitzman** [1] - 3:3
**Sitzman** [1] - 25:12
**SITZMAN** [22] - 1:17, 4:4, 4:8, 4:10, 4:17, 5:1, 5:6, 6:16, 7:6, 7:25, 8:13, 8:16, 8:18, 8:23, 8:25, 9:4, 10:18, 10:24, 17:19, 19:3, 19:17, 25:7
**six** [3] - 9:14, 9:22, 9:24
**SMITH** [1] - 2:7
**Smith** [1] - 3:19
**solution** [1] - 14:3
**solve** [1] - 15:13
**solving** [1] - 13:6
**sometime** [1] - 20:16
**soon** [8] - 16:1, 17:6,

18:18, 20:14, 20:15, 24:6, 24:22
**SORENSON** [26] - 2:4, 9:6, 9:17, 10:1, 13:3, 13:5, 14:18, 14:21, 15:5, 15:11, 15:23, 16:10, 17:1, 19:24, 20:4, 20:13, 20:21, 21:11, 21:20, 21:25, 22:9, 22:22, 23:1, 23:18, 23:22, 25:5
**Sorenson** [2] - 3:15, 9:5
**sorry** [2] - 20:22, 22:1
**sort** [1] - 13:6
**sounds** [3] - 19:25, 21:18, 25:5
**SPECIALTIES** [1] - 1:7
**speed** [1] - 19:6
**spend** [2] - 5:18, 22:21
**spent** [2] - 6:1, 6:7
**sport** [1] - 6:2
**SRI** [16] - 8:13, 11:1, 13:17, 14:4, 17:13, 18:14, 20:7, 20:16, 21:7, 21:22, 22:1, 22:4, 22:10, 22:21, 25:4
**SRIs** [3] - 18:2, 18:3, 19:20
**stage** [1] - 18:3
**stand** [1] - 10:5
**standard** [2] - 14:17, 15:4
**standards** [1] - 6:10
**started** [1] - 10:10
**STATES** [1] - 1:1
**states** [1] - 9:15
**stay** [2] - 20:8, 20:11
**Stenotype** [1] - 25:19
**step** [1] - 20:10
**still** [1] - 18:20
**stipulated** [1] - 11:5
**stipulation** [2] - 17:21, 18:1
**stipulations** [1] - 18:5
**subject** [2] - 5:17, 11:25
**substantial** [1] - 10:4
**substituted** [1] - 4:10
**sued** [1] - 21:25
**suggest** [2] - 6:16, 14:3
**suggested** [1] - 13:25
**supplementation** [1] - 10:19
**Supreme** [1] - 15:1
**surprise** [1] - 16:20
**swear** [1] - 16:2

**sympathetic** [2] - 15:8, 24:12

## T

**TAIHO** [1] - 1:3
**Taiho** [2] - 3:5, 19:4
**Taylor** [3] - 3:17, 3:19, 3:23
**TAYLOR** [2] - 2:8, 3:18
**teed** [1] - 16:24
**tend** [1] - 15:6
**terms** [3] - 9:10, 17:3, 22:12
**THE** [54] - 1:1, 1:2, 3:6, 3:11, 3:17, 3:22, 4:6, 4:9, 4:13, 4:22, 5:4, 5:15, 7:4, 7:21, 8:11, 8:15, 8:17, 8:21, 8:24, 9:2, 9:12, 9:23, 10:15, 10:22, 11:11, 13:4, 14:8, 14:19, 14:23, 15:7, 15:17, 15:25, 16:15, 17:2, 17:17, 17:24, 18:7, 19:9, 19:23, 20:3, 20:9, 20:19, 20:22, 21:18, 21:22, 22:7, 22:13, 22:24, 23:10, 23:20, 23:25, 25:6, 25:8, 25:14
**they've** [1] - 24:18
**thinking** [9] - 3:24, 4:5, 5:9, 5:10, 9:20, 11:14, 12:11, 15:3, 16:22
**third** [7] - 8:12, 10:23, 11:1, 11:7, 13:1, 21:2, 25:3
**three** [1] - 11:8
**timeframe** [1] - 24:2
**timeline** [3] - 13:22, 14:5, 23:23
**timely** [1] - 21:2
**today** [5] - 3:10, 8:20, 16:11, 20:2
**together** [3] - 6:4, 17:4, 18:4
**topic** [1] - 16:16
**touch** [1] - 22:15
**tranche** [10] - 8:12, 10:23, 13:1, 18:10, 18:13, 19:11, 19:15, 25:3, 25:4
**tranches** [1] - 12:10
**TRANSCRIPT** [1] - 1:9
**transcript** [1] - 6:20
**transfer** [9] - 11:16,

11:19, 11:21, 12:3, 12:4, 12:9, 12:12, 12:17, 13:7
**treated** [1] - 18:14
**trial** [45] - 4:11, 4:21, 5:11, 6:24, 7:10, 7:11, 8:8, 8:14, 8:15, 8:19, 9:3, 10:5, 10:6, 10:8, 10:12, 10:13, 10:21, 10:22, 11:4, 11:7, 12:12, 12:25, 13:12, 13:23, 14:1, 14:6, 14:15, 15:15, 15:16, 15:21, 16:13, 16:17, 16:25, 17:7, 18:23, 20:17, 20:23, 21:2, 22:2, 22:12, 23:13, 23:16, 24:24, 25:1
**trials** [1] - 7:19
**tried** [7] - 6:1, 6:18, 18:11, 18:18, 19:11, 20:16, 21:1
**true** [1] - 22:24
**trust** [1] - 5:9
**try** [12] - 4:13, 4:15, 4:23, 5:24, 6:5, 8:2, 11:17, 11:23, 21:2, 21:6, 22:15
**trying** [15] - 4:2, 5:21, 5:25, 6:8, 6:14, 6:21, 7:16, 7:17, 11:9, 13:14, 15:12, 17:21, 21:23, 22:3, 24:4
**two** [8] - 7:1, 7:2, 7:19, 11:8, 11:22, 17:3, 23:5

## U

**U.S** [1] - 25:23
**ultimately** [1] - 15:8
**understood** [1] - 16:21
**undisputed** [1] - 10:2
**unfair** [1] - 12:4
**unfortunately** [1] - 8:4
**UNITED** [1] - 1:1
**unless** [1] - 17:15
**up** [18] - 4:25, 5:11, 6:5, 6:12, 7:2, 7:13, 10:9, 11:23, 14:13, 15:20, 16:4, 16:24, 17:7, 19:20, 21:10, 22:16, 24:19
**upheld** [1] - 20:24

## V

**valid** [3] - 7:23, 20:24, 21:3
**validity** [1] - 11:4
**view** [3] - 5:17, 11:3, 11:6
**vs** [1] - 1:6

## W

**wait** [5] - 4:14, 4:15, 15:19, 22:4
**waited** [1] - 6:4
**waiting** [3] - 4:18
**wants** [1] - 25:3
**War** [1] - 3:10
**WAR** [1] - 1:23
**warner** [1] - 25:17
**Warner** [1] - 25:22
**week** [2] - 4:21, 24:21
**welcome** [1] - 9:12
**Whitesall** [1] - 17:19
**WHITESELL** [3] - 1:16, 3:1, 17:25
**whitesell** [1] - 3:2
**Whitesell** [1] - 19:19
**whitsell** [1] - 17:24
**whole** [2] - 4:15, 22:2
**WIENER** [1] - 2:5
**Wiener** [1] - 3:16
**WILLIAM** [1] - 1:24
**willing** [1] - 24:3
**WINDELLS** [1] - 2:10
**Windels** [1] - 3:20
**won** [1] - 14:24
**words** [3] - 17:5, 20:9, 24:20
**worry** [1] - 7:10
**worth** [1] - 14:25
**writing** [3] - 5:19, 6:2, 12:16

## Y

**year** [5] - 4:20, 7:16, 8:2, 16:8, 16:9
**years** [1] - 11:22