## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> Defendants. | C.A. No. 21-0838-JLH <br><br> CONSOLIDATED |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Brian A. Biggs on behalf of Plaintiffs Taiho Pharmaceuticals, Co., Ltd. and Taiho Oncology, Inc. ("Taiho") is hereby withdrawn.

PLEASE TAKE FURTHER NOTICE that Stephanie E. O'Byrne hereby enters her appearance on behalf of Taiho.

Dated: February 4, 2025

**OF COUNSEL:**

Raymond Miller
Megan Bowers
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel: (215) 656-2484
raymond.miller@us.dlapiper.com
megan.bowers@us.dlapiper.com

Shuzo Maruyama
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: (312) 368-4000
shuzo.maruyama@us.dlapiper.com

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stephanie E. O'Byrne*
Stephanie E. O'Byrne (Bar No. 4446)
Angela C. Whitesell (Bar No. 5547)
Erin E. Larson (Bar No. 6617)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Tel: (302) 468-5700
stephanie.obyrne@us.dlapiper.com
angela.whitesell@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Plaintiffs Taiho Pharmaceuticals, Co., Ltd. and Taiho Oncology, Inc.*

1

Marcelo Barros
**DLA PIPER LLP (US)**
3203 Hanover Street
Suite 100
Palo Alto, CA 94304
Tel: (650) 833-2113
marcelo.barros@us.dlapiper.com

Tracy Block
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
tracy.block@us.dlapiper.com

1616887931.1