# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD., and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE INC., *et. al.*, <br><br> Defendants. | C.A. No. 21-838-JLH (Consolidated) <br><br> ANDA Case |

**STIPULATION AND [PROPOSED] ORDER**
**GOVERNING CASE SCHEDULE**

WHEREAS, on December 20, 2023, the Court vacated all remaining deadlines in this matter, pending trial between the parties on related patents in C.A. No. 19-2342-JLH (D.I. 102; D.I. 97);

WHEREAS, on January 31, 2025, the Court issued a final judgment in that matter (C.A. No. 19-2342-JLH, D.I. 264);

WHEREAS, on January 31, 2025, the Court issued an Oral Order (D.I. 125) instructing the Parties to submit a Proposed Scheduling Order; and

WHEREAS, the parties have met and conferred regarding a schedule for the events remaining in this matter as set forth in the December 20, 2023 Stipulation and Order (D.I. 102; D.I. 97);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that the schedule of remaining events shall be as follows:

| Event | Proposed Date[1] |
|---|---|
| Defendants' Final Election of Asserted Prior Art | March 28, 2025 |
| Plaintiff's Final Election of Asserted Claims | April 4, 2025 |
| Defendants' Opening Expert Reports | May 2, 2025 |
| Plaintiff's Rebuttal Expert Reports | June 20, 2025 |
| Defendants' Reply Expert Reports | July 18, 2025 |
| Completion of Expert Depositions | August 29, 2025 |
| Deadline to file Daubert Motions | September 12, 2025 |
| Pretrial Order | 7 days before Pretrial Conference |

FURTHER, the Court hereby sets a Pretrial Conference for  March 18, 2026  and a 4-day at 3:00 PM Bench Trial for  March 30, 2026 .  The parties will address their respective views regarding timing of post-trial briefing and page lengths in the Pretrial Order unless the Court advises otherwise.

---

[1] Although the Court's form Scheduling Order, ¶ 18, specifies that this table should include "the current deadline/date," because these deadlines were previously vacated (D.I. 102; D.I. 97), there are presently no current dates associated with these deadlines.

Dated: February 14, 2025

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP | SMITH KATZENSTEIN & JENKINS LLP |
| /s/ *Ethan H. Townsend* | /s/ *Daniel A. Taylor* |
| Ethan H. Townsend (#5813) | Neal C. Belgam (#2721) |
| The Brandywine Building | Daniel A. Taylor (#6934) |
| 1000 N. West Street, Suite 1400 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 485-3911 | (302) 652-8400 |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Michael A. Sitzman | W. Blake Coblentz |
| MCDERMOTT WILL & EMERY LLP | Aaron Lucas |
| 415 Mission Street, Suite 5600 | COZEN O'CONNOR |
| San Francisco, CA 94105-2616 | 2001 M Street, NW |
| (628) 218-3917 | Washington, DC 20036 |
| | |
| Timothy P. Best | *Counsel for Defendants MSN Laboratories* |
| MCDERMOTT WILL & EMERY LLP | *Private Ltd. and MSN Pharmaceuticals Inc.* |
| 2049 Century Park East, Suite 3200 | |
| Los Angeles, CA 90067-3206 | |
| (310) 551-9321 | |

*Counsel for Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.*

SO ORDERED THIS  25th  day of   February  , 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge

DM_US 210716062-1.125624.0011

3