# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD., and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 21-cv-838-JLH <br><br> **CONSOLIDATED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of *Plaintiffs' Final Election of Asserted Claims for U.S. Patent Nos. 10,456,399 and 10,960,004* was served on the following counsel of record via email on April 4, 2025:

| | |
|---|---|
| Daniel Taylor <br> Neal C. Belgam <br> Smith, Katzenstein & Jenkins LLP <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 | W. Blake Coblentz <br> Aaron S. Lukas <br> Cozen O'Connor <br> 1200 19th Street, N.W. <br> Washington, DC 20036 |

|  |  |
|---|---|
| Dated: April 7, 2025 | **MCDERMOTT WILL & EMERY LLP**<br><br>/s/ *Ethan H. Townsend*<br>Ethan H. Townsend (#5813)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, DE 19801<br>Tel: (302) 485-3911<br>ehtownsend@mwe.com<br><br>*Attorneys for Plaintiffs*<br>*Taiho Pharmaceutical Co., Ltd. and*<br>*Taiho Oncology, Inc.* |