### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., | |
| Plaintiffs | C.A. No. 21-838-JLH |
| v. | CONSOLIDATED |
| ACCORD HEALTHCARE INC., | |
| Defendants. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Kathryn Riley Grasso, of the law firm DLA Piper LLP (US), 500 Eighth Street, NW, Washington, DC 20004 to represent Plaintiffs Taiho Pharmaceuticals, Co., Ltd. and Taiho Oncology, Inc. in this action.

Dated: April 9, 2025

    Respectfully submitted,

*/s/ Stephanie E. O'Byrne*
Stephanie E. O'Byrne (DE Bar No. 4446)
Angela C. Whitesell (DE Bar No. 5547)
Erin E. Larson (DE Bar No. 6617)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Tel: (302) 468-5700
stephanie.obyrne@us.dlapiper.com
angela.whitesell@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Plaintiffs Taiho Pharmaceuticals, Co., Ltd. and Taiho Oncology, Inc.*

2

## **ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:_____

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California, District of Columbia and the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

In accordance with Standing Order for the District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk of the Court upon filing of this motion.

Dated: April 9, 2025                                         **DLA PIPER LLP (US)**

*/s/ Kathryn Riley Grasso*
Kathryn Riley Grasso
500 Eighth Street, NW
Washington, DC 20004
kathryn.grasso@us.dlapiper.com

3