# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 21-838-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 2, 2025, Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. served the Opening Expert Report of Robert Dreicer, M.D. Regarding the Invalidity of U.S. Patent No. 10,960,004 and Supplemental Opening Expert Report Regarding the Invalidity of U.S. Patent No. 10,456,399 on the following counsel via email:

Ethan Haller Townsend
MCDERMOTT WILL & EMERY LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801-1147
ehtownsend@mwe.com

Michael A. Sitzman
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105
msitzman@mwe.com

Timothy P. Best
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
tbest@mwe.com

Angela Whitesell
Stephanie E. O'Byrne
Erin E. Larson
DLA PIPER, LLP (US)

1201 North Market Street, Suite 2100
Wilmington, DE 19801
angela.whitesell@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com
erin.larson@us.dlapiper.com

Catherine Huang
DLA PIPER, LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
catherine.huang@us.dlapiper.com

Marcelo Barros
DLA PIPER, LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
marcelo.barros@us.dlapiper.com

Raymond A. Miller
Megan E. Bowers
DLA PIPER, LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
raymond.miller@us.dlapiper.com
megan.bowers@us.dlapiper.com

Shuzo Maruyama
DLA PIPER, LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
shuzo.maruyama@us.dlapiper.com

Tracy Block
DLA PIPER, LLP (US)
1251 Avenue of the Americas
New York, NY 10020
tracy.block@us.dlapiper.com

Dated:  May 6, 2025

|  |  |
|---|---|
| *Of Counsel:* | **SMITH, KATZENSTEIN & JENKINS LLP** |
|  | */s/ Daniel A. Taylor* |
| W. Blake Coblentz | Neal C. Belgam (No. 2721) |
| Aaron S. Lukas | Daniel A. Taylor (No. 6934) |
| **COZEN O'CONNOR** | 1000 West Street, Suite 1501 |
| 2001 M Street, NW, Suite 500 | Wilmington, DE 19801 |
| Washington, D.C. 20036 | (302) 652-8400 |
| (202) 912-4800 | nbelgam@skjlaw.com |
| alukas@cozen.com | dtaylor@skjlaw.com |
| wcoblentz@cozen.com |  |
|  | *Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* |