## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

<table>
<tr><td>
TAIHO PHARMACEUTICAL CO., LTD.<br>and TAIHO ONCOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD.<br>and MSN PHARMACEUTICALS, INC.,<br><br>Defendants.
</td><td>
C.A. No. 21-cv-838-JLH<br><br>**CONSOLIDATED**
</td></tr>
</table>

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiffs Taiho Pharmaceuticals Co., Ltd. and Taiho Oncology, Inc. ("Taiho") and Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc. ("MSN"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that certain Scheduling Order (D.I. 128) dates are modified or set as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiffs' Rebuttal Expert Reports | June 20, 2025 | July 8, 2025 |
| Defendants' Reply Expert Reports | July 18, 2025 | August 5, 2025 |

MCDERMOTT WILL & EMERY LLP

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Brandywine Building
1000 North West Street, Suite 1400
Wilmington, DE 19801
(302) 485-3911
ehtownsend@mwe.com

OF COUNSEL:

Michael A. Sitzman
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105-2616

Timothy P. Best
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

*Attorneys for Plaintiffs*
*Taiho Pharmaceutical Co., Ltd.*
*and Taiho Oncology, Inc.*

Dated:  June 10, 2025


SMITH KATZENSTEIN & JENKINS LLP

/s/ *Daniel A. Taylor*
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

OF COUNSEL:

W. Blake Coblentz
Aaron Lucas
COZEN O'CONNOR
2001 M Street, NW
Washington, DC 20036

*Attorneys for Defendants*
*MSN Laboratories Private Ltd.*
*and MSN Pharmaceuticals, Inc.*


SO ORDERED this ___ day of _____, 2025.

_____
The Honorable Jennifer L. Hall