# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD., and TAIHO ONCOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 21-cv-838-JLH (Consolidated)<br><br>ANDA Case |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were served on July 8, 2025, upon the following attorneys of record as indicated below:

(1) *Rebuttal Expert Report of David R. Taft, Ph.D. Regarding Validity of U.S. Patent Nos. 10,960,004 and 10,456,399,* and

(2) *Rebuttal Expert Report of Dr. Thomas Abrams, M.D. Regarding Validity of U.S. Patent Nos. 10,456,399 and 10,960,004*.

**VIA E-MAIL:**

Neal C. Belgam, Esq.
Daniel A. Taylor, Esq.
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801

| | |
|---|---|
| | MCDERMOTT WILL & EMERY LLP |
| OF COUNSEL: | /s/ *Ethan H. Townsend* |
| | Ethan H. Townsend (#5813) |
| Michael A. Sitzman | The Brandywine Building |
| MCDERMOTT WILL & EMERY LLP | 1000 N. West Street, Suite 1400 |
| 415 Mission Street, Suite 5600 | Wilmington, DE 19801 |
| San Francisco, CA 94105-2616 | (302) 485-3911 |
| | ehtownsend@mwe.com |
| Timothy P. Best | |
| MCDERMOTT WILL & EMERY LLP | *Attorneys for Plaintiffs Taiho* |
| 2049 Century Park East, Suite 3200 | *Pharmaceutical Co., Ltd. and Taiho* |
| Los Angeles, CA 90067-3206 | *Oncology, Inc.* |

Dated: July 9, 2025