IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 21-838-JLH <br><br> CONSOLIDATED |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. ("MSN") and Plaintiffs Taiho Pharmaceuticals Co., Ltd. and Taiho Oncology, Inc. ("Taiho"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for MSN to serve its Reply Expert Reports is extended from August 5, 2025 to August 8, 2025.

| | |
|---|---|
| */s/ Ethan H. Townsend* <br> Ethan H. Townsend (#5813) <br> MCDERMOTT WILL & SCHULTE <br> The Brandywine Building <br> 1000 North West Street, Suite 1400 <br> Wilmington, DE 19801 <br> (302) 485-3911 <br> ehtownsend@mwe.com <br><br> OF COUNSEL: <br><br> Michael A. Sitzman <br> MCDERMOTT WILL & SCHULTE <br> 415 Mission Street, Suite 5600 <br> San Francisco, CA 94105-2616 <br><br> Timothy P. Best <br> MCDERMOTT WILL & SCHULTE | */s/ Daniel A. Taylor* <br> Neal C. Belgam (#2721) <br> Daniel A. Taylor (#6934) <br> SMITH, KATZENSTEIN & JENKINS LLP <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com <br><br> OF COUNSEL: <br><br> W. Blake Coblentz <br> Aaron S. Lukas <br> COZEN O'CONNOR <br> 2001 M Street, N.W., Suite 500 <br> Washington, DC 20036 |

| | |
|---|---|
| 2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206 | Keri L. Schaubert<br>COZEN O'CONNOR<br>3 WTC, 175 Greenwich Street, 55th Floor<br>New York, NY 1000 |
| *Attorneys for Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.* | *Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* |

Dated: August 4, 2025

IT IS SO ORDERED, this \_\_\_\_ day of _____, 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge

2