# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD., and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE, *et al.*, <br><br> Defendants. | C.A. No. 21-cv-838-JLH (Consolidated) <br><br> ANDA Case |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective August 1, 2025, McDermott Will & Emery LLP, counsel for plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc., in the above-captioned case, merged with Schulte Roth & Zabel LLP. The new name of the firm is McDermott Will & Schulte LLP ("MWS"). The firm address and telephone number remain the same.

MCDERMOTT WILL & SCHULTE LLP

OF COUNSEL:

Michael A. Sitzman
MCDERMOTT WILL & SCHULTE LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105-2616

Timothy P. Best
MCDERMOTT WILL & SCHULTE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

Dated: August 4, 2025

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
(302) 485-3911
ehtownsend@mwe.com

*Attorneys for Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.*