# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 21-cv-838-JLH <br><br> CONSOLIDATED |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiffs Taiho Pharmaceuticals Co., Ltd. and Taiho Oncology, Inc. ("Taiho") and Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc. ("MSN"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that certain dates in the Scheduling Order (D.I. 20), as modified by subsequent orders (D.I. 68; D.I. 102; D.I. 128; D.I. 137; D.I. 139) shall be further modified as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Completion of Expert Depositions | August 29, 2025 | October 3, 2025 |
| Deadline to file Daubert Motions | September 12, 2025 | October 17, 2025 |

| | |
|---|---|
| */s/ Ethan H. Townsend* | */s/ Daniel A. Taylor* |
| Ethan H. Townsend (#5813) | Neal C. Belgam (#2721) |
| MCDERMOTT WILL & SCHULTE LLP | Daniel A. Taylor (#6934) |
| The Brandywine Building | SMITH, KATZENSTEIN & JENKINS LLP |
| 1000 N. West Street, Suite 1400 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 485-3911 | (302) 652-8400 |
| ehtownsend@mwe.com | nbelgam@skjlaw.com |
| | dtaylor@skjlaw.com |

OF COUNSEL:

Michael A. Sitzman
MCDERMOTT WILL & SCHULTE LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105

Timothy P. Best
MCDERMOTT WILL & SCHULTE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067

*Attorneys for Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.*

OF COUNSEL:

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, N.W., Suite 500
Washington, DC 20036

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 1000

*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

Dated: August 27, 2025

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge