# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 21-838-JLH |

## DEFENDANTS' NOTICE OF DEPOSITION OF DR. THOMAS ABRAMS

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(1) and the applicable Local Civil Rules of the U.S. District Court for the District of Delaware, Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc., by and through their undersigned counsel, will take the deposition upon oral examination of Dr. Thomas Abrams on September 17, 2025, beginning at 9:30 a.m. (ET), at the offices of Cozen O'Connor, 200 State Street, Suite 1105, Boston, MA 02109, or at a time and place mutually agreed upon by the parties. The deposition will be taken before a duly qualified notary public or other person authorized by law to administer oaths, and will be recorded by audio, stenographic and/or videographic means. The deposition will continue from day to day until completed.

Dated: September 10, 2025

| | |
|---|---|
| *Of Counsel:* | **SMITH, KATZENSTEIN & JENKINS LLP** |
| | */s/ Daniel A. Taylor* |
| W. Blake Coblentz | Neal C. Belgam (No. 2721) |
| Aaron S. Lukas | Daniel A. Taylor (No. 6934) |
| **COZEN O'CONNOR** | 1000 West Street, Suite 1501 |
| 2001 M Street, NW, Suite 500 | Wilmington, DE 19801 |
| Washington, D.C. 20036 | (302) 652-8400 |
| (202) 912-4800 | nbelgam@skjlaw.com |
| alukas@cozen.com | dtaylor@skjlaw.com |
| wcoblentz@cozen.com | |
| | *Attorneys for Defendants MSN Laboratories* |
| | *Private Ltd. and MSN Pharmaceuticals Inc.* |
| Keri L. Schaubert | |
| **COZEN O'CONNOR** | |
| 3 WTC, 175 Greenwich Street, 55th Floor | |
| New York, NY 10007 | |
| (212) 509-9400 | |
| kschaubert@cozen.com | |