**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 21-838-JLH |

## DEFENDANTS' NOTICE OF DEPOSITION OF DR. DAVID R. TAFT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(1) and the applicable Local Civil Rules of the U.S. District Court for the District of Delaware, Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc., by and through their undersigned counsel, will take the deposition upon oral examination of Dr. David R. Taft on October 2, 2025, beginning at 9:30 a.m. (ET), at the offices of Cozen O'Connor, 100 Park Avenue, Suite 3400, New York, NY 10017, or at a time and place mutually agreed upon by the parties. The deposition will be taken before a duly qualified notary public or other person authorized by law to administer oaths, and will be recorded by audio, stenographic and/or videographic means. The deposition will continue from day to day until completed.

Dated:  September 10, 2025

*Of Counsel:*

W. Blake Coblentz
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, NW, Suite 500
Washington, D.C. 20036
(202) 912-4800
alukas@cozen.com
wcoblentz@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants MSN Laboratories*
*Private Ltd. and MSN Pharmaceuticals Inc.*

2