# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 21-838-JLH ) CONSOLIDATED |
| v. | ) ) |
| MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS INC., | ) ) ) |
| Defendants. | ) ) ) |

## **PLAINTIFFS' NOTICE OF DEPOSITION OF DR. ROBERT DREICER**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(1) and the applicable Local Civil Rules of the U.S. District Court for the District of Delaware, Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc., by and through their undersigned counsel, will take the deposition upon oral examination of Dr. Robert Dreicer on September 25, 2025, beginning at 9:00 a.m. (ET), at the offices of McDermott Will & Schulte, 500 North Capitol Street NW, Washington, D.C. 20001, or at a time and place mutually agreed upon by the parties. The deposition will be taken before a duly qualified notary public or other person authorized by law to administer oaths, and will be recorded by audio, stenographic and/or videographic means. The deposition will continue from day to day until completed.

Dated:  September 15, 2025

| | |
|---|---|
| OF COUNSEL: | /s/ Ethan H. Townsend |
| | Ethan H. Townsend (#5813) |
| Michael A. Sitzman | MCDERMOTT WILL & SCHULTE |
| MCDERMOTT WILL & SCHULTE | The Brandywine Building |
| 415 Mission Street, Suite 5600 | 1000 North West Street, Suite 1400 |
| San Francisco, CA 94105-2616 | Wilmington, DE 19801 |
| | (302) 485-3911 |
| Timothy P. Best | ehtownsend@mwe.com |
| MCDERMOTT WILL & SCHULTE | |
| 2049 Century Park East, Suite 3200 | |
| Los Angeles, CA 90067-3206 | |

*Attorneys for Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.*