# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICALS CO., LTD., and TAIHO ONCOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 21-cv-838-JLH<br><br>**CONSOLIDATED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached certifications, counsel moves the admission *pro hac vice* of Samoneh K. Schickel, Courtney C. Seams, and Cecilia L. Choy, of McDermott Will & Schulte LLP to represent plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. in this matter.

Dated: November 5, 2025

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Brandywine Building
1000 North West Street, Suite 1400
Wilmington, DE 19801
(302) 485-3911
ehtownsend@mwe.com

OF COUNSEL:

Michael A. Sitzman
MCDERMOTT WILL & SCHULTE LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105-2616
(628) 218-3917

Timothy P. Best
MCDERMOTT WILL & SCHULTE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
(310) 551-9321

DLA PIPER LLP (US)
Raymond Miller
Megan E. Bowers
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Telephone: (215) 656-2430
raymond.miller@us.dlapiper.com
megan.bowers@us.dlapiper.com

DLA PIPER LLP (US)
Shuzo Maruyama
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: (312) 368-4046
shuzo.maruyama@us.dlapiper.com

*Attorneys for Plaintiffs*
*Taiho Pharmaceutical Co., Ltd.*
*and Taiho Oncology, Inc.*

## **ODER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                                                  United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 5, 2025

*/s/ Samoneh K. Schickel*
Samoneh K. Schickel
MCDERMOTT WILL & SCHULTE LLP
300 Colorado Street, Suite 2200
Austin, TX 78701-4891
(512) 298-5686
sschickel@mwe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 5, 2025    */s/ Courtney C. Seams*
Courtney C. Seams
MCDERMOTT WILL & SCHULTE LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000
cseams@mwe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 5, 2025
/s/ *Cecilia L. Choy*
Cecilia L. Choy
MCDERMOTT WILL & SCHULTE LLP
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025
(650) 815-7684
cchoy@mwe.com