IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 21-838-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on February 27, 2026, Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. served their notice in writing pursuant to 35 U.S.C. § 282 on the following counsel via email:

Ethan Haller Townsend
MCDERMOTT WILL & EMERY LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801-1147
ehtownsend@mwe.com

Michael A. Sitzman
MCDERMOTT WILL & SCHULTE LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105
msitzman@mwe.com

Timothy P. Best
MCDERMOTT WILL & SCHULTE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
tbest@mwe.com

Angela Whitesell
Stephanie E. O'Byrne

Erin E. Larson
DLA PIPER, LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
angela.whitesell@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com
erin.larson@us.dlapiper.com

Catherine Huang
DLA PIPER, LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
catherine.huang@us.dlapiper.com

Marcelo Barros
DLA PIPER, LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
marcelo.barros@us.dlapiper.com

Raymond A. Miller
Megan E. Bowers
DLA PIPER, LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
raymond.miller@us.dlapiper.com
megan.bowers@us.dlapiper.com

Shuzo Maruyama
DLA PIPER, LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
shuzo.maruyama@us.dlapiper.com

Tracy Block
DLA PIPER, LLP (US)
1251 Avenue of the Americas
New York, NY 10020
tracy.block@us.dlapiper.com

Dated:  February 27, 2026

Of Counsel:

W. Blake Coblentz
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, NW, Suite 500
Washington, D.C. 20036
(202) 912-4800
alukas@cozen.com
wcoblentz@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

**SMITH, KATZENSTEIN & JENKINS LLP**

<u>/s/ Daniel A. Taylor</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*