IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO. LTD. and TAIHO ONCOLOGY, INC.<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ACCORD HEALTHCARE INC., *et al.*,<br><br>　　　　　　　Defendants. | C.A. No. 21-838-JLH<br>**CONSOLIDATED ANDA CASE** |

### PLAINTIFFS' MOTION FOR AN EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. (collectively "Taiho" or "Plaintiffs") hereby move for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Taiho states as follows:

1.　The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place personal electronic devices in a locked pouch. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.　A pretrial conference is scheduled in this case for March 18, 2026, in Courtroom 6D.

3.　A bench trial is scheduled in this case for March 30, 2026 through April 2, 2026, in Courtroom 6D.

4. Courtroom setup for the trial is scheduled for March 27, 2026, in Courtroom 6D.

5. The following trial counsel, staff, trial consultants, and witnesses intend to or may need to appear at the pretrial conference, courtroom setup, and/or the trial on behalf of Taiho, and may require access to their electronic devices for those purposes stated above. The persons listed below do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Michael Sitzman, Attorney
- Tim Best, Attorney
- Sammy Schickel, Attorney
- Ethan Townsend, Attorney
- Courtney Seams, Attorney
- Raymond Miller, Attorney
- Shuzo Maruyama, Attorney
- Stan Panikowski, Attorney
- Megan Bowers, Attorney
- Tracy Block, Attorney
- Ethan Song, Paralegal
- Joanie Rice, Paralegal
- Allison Shook, Paralegal
- Ken Kotarski, Trial Technician
- Chris Field, Interpreter
- Kenji Arashi, Client Representative
- Yuko Nagase, Client Representative
- Michitaka Chikushima, Client Representative

- Shinsuke Aramaki, Client Representative

- Chris Jewell, Client Representative

- Kenichiro Akaike, Client Representative

- David Taft, Witness

- Tom Abrams, Witness

WHEREFORE, Taiho respectfully requests that the Court issue an order to exempt the above-listed persons from the District of Delaware's May 17, 2024 Standing Order.

Dated: March 12, 2026

MCDERMOTT WILL & SCHULTE LLP

*/s/ Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
(302) 485-3911
ehtownsend@mcdermottlaw.com

*Attorneys for Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.*

**SO ORDERED** on this  12th  day of   March  , 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge

3