**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 21-838-JLH |

**DEFENDANTS MSN LABORATORIES PRIVATE LTD. AND MSN
PHARMACEUTICALS, INC.'S MOTION FOR EXEMPTION OF PERSONS
FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING
ORDER ON PERSONAL DEVICES**

Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. (collectively "MSN") respectfully move the Court to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of its motion, MSN states as follows:

The District of Delaware's May 17, 2024, Standing Order provides procedures to regulate the possession and use of personal electronic devices having a primary function of wireless communication by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

A Pretrial Conference in the above captioned action is set to begin March 18, 2026 at 3 p.m. in Courtroom 6D. Trial Courtroom Setup in the above captioned action is scheduled for March 27, 2026 at 2:00 p.m. in Courtroom 6D. A 4-day Bench Trial in the above captioned action is

scheduled to begin on March 30, 2026 at 9 a.m. in Courtroom 6D. The following personnel from MSN's trial team plan to attend the Pretrial Conference, Trial Courtroom Setup, and the 4-day Bench Trial and require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024, Standing Order:

- W. Blake Coblentz (Attorney)

- Aaron S. Lukas (Attorney)

- Keri L. Schaubert (Attorney)

- Anna Pedraza Beck (Attorney)

- Kondal Reddy Bairy (Client Representative)

- Srisiva Rakesh (Client Representative)

- Dr. Robert Dreicer (Witness)

- Manako Ihaya (Translator/Interpreter)

- Morgan M. Daughton (Paralegal)

- Mark Boezi (Paralegal)

- Dylan Green (Trial Technician)

WHEREFORE, MSN respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order.

Dated: March 17, 2026

SMITH KATZENSTEIN JENKINS LLP

*Of Counsel:*

Aaron S. Lukas
W. Blake Coblentz
**COZEN O'CONNOR**
1200 Nineteenth Street NW
Washington, D.C. 20036
(202) 912-4800
alukas@cozen.com
wcoblentz@cozen.com

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants MSN Laboratories
Private Ltd. and MSN Pharmaceuticals Inc.*