**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 21-838-JLH |

**[PROPOSED] ORDER**

WHEREAS, the Court has considered MSN's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024, Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the Pretrial Conference on March 17, 2026, Trial Courtroom Setup on March 27, 2026, and the 4-day Bench Trial beginning on March 30, 2026, the following persons are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- W. Blake Coblentz (Attorney)
- Aaron S. Lukas (Attorney)
- Keri L. Schaubert (Attorney)
- Anna Pedraza Beck (Attorney)
- Kondal Reddy Bairy (Client Representative)
- Srisiva Rakesh (Client Representative)
- Dr. Robert Dreicer (Witness)
- Manako Ihaya (Translator/Interpreter)

- Morgan M. Daughton (Paralegal)

- Mark Boezi (Paralegal)

- Dylan Green (Trial Technician)


IT IS SO ORDERED this __17th__ day of March, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge

2