# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| TAIHO PHARMACEUTICAL CO. LTD. and TAIHO ONCOLOGY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE INC., *et al.*,<br><br>Defendants. | C.A. No. 21-838-JLH<br>**CONSOLIDATED ANDA CASE** |

**EXHIBIT 6**
**PLAINTIFFS' LIST OF WITNESSES TO BE CALLED**

Plaintiffs Taiho Pharmaceuticals Co., Ltd. and Taiho Oncology, Inc. (referred to herein, as "Taiho" or "Plaintiffs") provide below an identification of the witnesses whose testimony they may present at trial in their case-in-chief. The inclusion of a witness on this list does not require Taiho to call that witness to testify, and does not imply or establish that Taiho has the power to compel the live testimony of that witness or make that witness available to the opposing party.

Taiho expressly reserves the right to call any witness identified by Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. (collectively, "MSN" or "Defendants") at any point before or during trial, whether or not listed on Taiho's list below, live or by deposition designations. Taiho also expressly reserves the right to call any witness live or by deposition designations (or to offer additional deposition designations from witnesses identified herein) for purposes of rebuttal, impeachment, or authentication of a document or as required by any of the Court's pretrial or trial rulings. Taiho also reserves its right to change or modify this list as permitted by the Federal Rules of Civil Procedure, Local Rules, or Orders of the Court.

At this time, Taiho expects to call the following witnesses at trial live or by deposition:

1. Dr. Thomas Abrams, Expert (live)

1

2. Dr. Kenichiro Akaike, Named Inventor (live and with Japanese translator)

3. Dr. David Taft, Expert (live)