# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-838-JLH |
| v. | ) ) | |
| MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS INC., | ) ) ) | |
| Defendants. | ) ) | |

<u>**EXHIBIT 7 – DEFENDANTS' WITNESS LIST**</u>

Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. (collectively, "MSN" or "Defendants") provide below an identification of the witnesses whose testimony they may present at trial in its case-in-chief.  The inclusion of a witness on this list does not require Defendants to call that witness to testify, and does not imply or establish that Defendants have the power to compel the live testimony of that witness or make that witness available to Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. (collectively, "Taiho" or "Plaintiffs").

Defendants expressly reserve the right to call any witness identified by Plaintiffs at any point before or during trial, whether or not listed on Defendants list below, live or by deposition designations.  Defendants also expressly reserve the right to call any witness live or by deposition designations (or to offer additional deposition designations from witnesses identified herein) for purposes of rebuttal, impeachment, or authentication of a document or as required by any of the Court's pretrial or trial rulings. Defendants also reserve their right to change or modify this list as permitted by the Federal Rules of Civil Procedure, Local Rules, or Orders of the Court.

At this time, Defendants expect to call the following witnesses at trial live or by deposition:

1.  Robert Dreicer, M.D. (live)

1

2. Fabio Benedetti, M.D. (by deposition)

3. Christine Guertin (by deposition)

4. Robert Winkler, M.D. (by deposition)