# EXHIBIT 8

# INTENTIONALLY OMITTED