# EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 21-838-JLH |
| MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**EXHIBIT 9 – DEFENDANTS' DEPOSITION DESIGNATIONS**

Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. (collectively, "MSN" or "Defendants") provide the following case-in-chief deposition designations, which are based on the parties' pleadings, documentary and testimonial evidence, and on Defendants' current understanding of Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.'s (collectively, "Taiho" or "Plaintiffs") claims and defenses and the Court's rulings to date. Defendants designate this testimony pursuant to Federal Rule of Civil Procedure 26(a)(3).

Defendants reserve the right to revise, amend, supplement, or modify their case-in-chief deposition designations based upon any pretrial rulings by the Court or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, and similar developments. Defendants further reserve the right to supplement these designations to rebut or otherwise address deposition designations, exhibits, or other facts identified by Plaintiffs. All irrelevant and redundant material, including objections and colloquy of counsel will be eliminated from the deposition designations below when the designations are read to or played to the Court. Defendants further reserve the right to designate any portion of the

deposition transcripts of Plaintiffs' 30(b)(6) representatives, officers, or employees should they fail to be in attendance at trial in this matter. Defendants further reserve the right to later provide designations from any deposition for use in their rebuttal case and to use any portion of any deposition transcript, whether listed below or not, for purposes of impeachment.

**DEFENDANTS' OBJECTION KEY**

| Abbreviation | Description | Rule |
|---|---|---|
| 403 | Prejudicial | FRE 403 |
| V | Vague and ambiguous | F |
| A | Lacking authentication | FRE 901–902 |
| AA | Asked and answered | |
| AF | Assuming facts not in evidence | |
| C | Compound | |
| E | Calls for expert opinion, improper testimony of a lay witness | FRE 701–702 |
| F | Lacks foundation | FRE 602, 901 |
| H | Hearsay | FRE 801–802 |
| HYP | Improper hypothetical | FRE 501--502 |
| I | Incomplete | FRE 106 |
| L | Legal Conclusion | FRE 103 |
| LIVE | The witness will be live at trial | |
| MIL | Subject to motion *in limine* | |
| MIS | Mischaracterizes evidence/testimony or is misleading | FRE 611 |
| NA | No answer | |
| NQP | No question posed | |
| NS | Nonsensical | |
| OBJ | Includes Attorney Objections | |
| P | Attorney Client Privilege or Work Product | FRE 501–502 |
| R | Relevance | FRE 402 |
| S | Calls for speculation | FRE 401–403, 602, 701 |
| Scope | Outside the scope of designated 30(b)(6) topics | FRCP 30(b)(6) |

i

Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. (collectively, "Taiho" or "Plaintiffs") object to the introduction of any deposition testimony that has not been previously designated in this Exhibit by MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. (collectively, "MSN" or "Defendants"). Plaintiffs object to the following deposition testimony at trial consistent with the Federal Rules of Evidence and Federal Rules of Civil Procedure. Taiho's objections and counter-designations are not a waiver of any right to object to introduction of the same testimony by Defendants. Taiho reserves the right to amend, modify and/or change the following objections and counter-designations based on any further changes made by MSN or in the event that any deposition designation is altered in some manner different than what was originally identified.

| KEY FOR TAIHO'S TESTIMONIAL EVIDENCE OBJECTIONS | |
|---|---|
| General Objections: | Form Objections: |
| R: FRE 401: Relevance | L: FRE 611(c): Leading |
| 403: FRE 403: Prejudicial | ARG: Argumentative |
| H: FRE 802: Hearsay | AF: Assuming Facts Not in Evidence |
| LF: FRE 602: Lacks Foundation | C: Compound |
| I: Incomplete | N: Narratives |
| V: Vague and ambiguous | M: Mischaracterizes Testimony or Document |
| S: Beyond the scope of Rule 30(b)(6) deposition topics | AA: Asked and Answered |
| LC: Legal Conclusion | NT: Not Testimony |
| LK: FRE 602: Lack of Personal Knowledge | OS: Outside Scope of Original Designation |
| ET: Calls for expert testimony | |
| MIS: Misleading | |
| IC: Improper counter | |
| NR: Non-responsive | |
| IH: Incomplete hypothetical | |
| SP: Speculation | |

Taiho reserves the right to use any deposition testimony designated by MSN, counter-designated by MSN, or counter-counter-designated by MSN as a counter-designator to any of MSN's deposition designations.

ii

**TABLE OF CONTENTS**

**Page**

Fabio Benedetti, M.D. – December 4, 2023.................................................................................1
Christine Guertin – December 14, 2023....................................................................................10
Robert Winkler, M.D. – March 7, 2024 ...................................................................................17

**Fabio Benedetti, M.D. – December 4, 2023[1]**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| 13:12-14 | | 13:7-9; 13:25-14:15; 14:21-25 | | |
| 18:9-19:2 | | 13:7-9; 13:25-14:15; 14:21-25 | | |
| 19:8-23 | R, 403 | 13:7-9; 13:25-14:15; 14:21-25 | | |
| 20:8-21:9 | R, 403 | 13:7-9; 13:25-14:15; 14:21-25 | | |
| 32:17-33:10 | | 13:7-9; 13:25-14:15; 14:21-25 | | |
| 34:12-13 | | | | |
| 34:17-19 | | | | |
| 36:2-36:11 | | | | |
| 39:15-40:20 | ET, SP, OS | | | |
| 56:10-12 | | | | |
| 56:15-57:1 | | | | |
| 57:15-18 | | | | |
| 58:4-11 | | 214:6-15 | | |
| 59:4-17 | | 214:6-15 | | |
| 60:2-12 | | 214:6-15 | | |

[1] For each of Defendants' Designations, where the question does not specify that Dr. Benedetti is being asked for testimony in his corporate capacity as a Fed. R. Civ. P. 30(b)(6) witness, Plaintiffs counter-designate 24:12-25:24 (Defendants agreeing that any testimony provided that is not specified to be in his corporate capacity is understood and agreed to be provided solely in Dr. Benedetti's personal capacity).

**Fabio Benedetti, M.D. – December 4, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| 64:23-65:1 | | | | |
| 65:4-66:8 | | | | |
| 66:17-67:10 | | | | |
| 70:1-6 | R, 403 | 316:5-317:10 | R, 403 | |
| 70:21-22 | LF, SP, LK, V | 72:2-4 | | |
| 71:4-11 | LF, SP, LK, V | 72:2-4 | | |
| 77:25-78:3 | R, V | 72:2-4; 83:10-18; 83:21-84:2 | R, 403 | |
| 79:11-24 | 403, R, LF, SP, LK | 72:2-4; 83:10-18; 83:21-84:2 | R, 403 | |
| 80:2-8 | 403, R, LF, SP, LK | 72:2-4; 83:10-18; 83:21-84:2 | R, 403 | |
| 81:20-82:16 | 403, R, LF, SP, LK | 72:2-4; 83:10-18; 83:21-84:2 | R, 403 | |
| 87:19-88:24 | 403, R, LF, SP, LK | 72:2-4; 83:10-18; 83:21-84:2 | R, 403 | |
| 90:22-91:13 | 403, R, LF, SP, LK | 72:2-4; 83:10-18; 83:21-84:2; 85:16-86:6 | R, 403 | |
| 91:22-93:23 | 403, R, LF, SP, LK, V, OS, ES | 72:2-4; 83:10-18; 83:21-84:2; 320:22-322:2 | R, 403 | |
| 94:1-5 | V, OS, ES | | | |
| 94:9-10 | V, OS, ES | | | |

**Fabio Benedetti, M.D. – December 4, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| 94:15-95:13 | V, S/OS, ET, R | 72:2-4 | | |
| 95:16-96:1 | V, S/OS, ET, R | 72:2-4 | | |
| 97:8-19 | LF, LK, R | | | |
| 98:20 | LF, LK, R | | | |
| 98:23-99:8 | LF, LK, R | | | |
| 100:18-22 | 403, R, S/OS, ET | | | |
| 100:25-101:16 | 403, R, S/OS, ET | | | |
| 103:22-104:12 | 403, R, S/OS, ET | 119:19-25 | R, 403, I | |
| 106:4-108:14 | 403, R, S/OS, ET | 119:19-25 | R, 403, I | |
| 110:6-111:12 | 403, R, S/OS, ET | 119:19-25 | R, 403, I | |
| 113:15-21 | 403, R, S/OS, ET | 119:19-25 | R, 403, I | |
| 113:24-114:1 | 403, R, S/OS, ET | 119:19-25 | R, 403, I | |
| 116:3-15 | 403, R, S/OS, ET | 119:19-25 | R, 403, I | |
| 117:17-118:6 | 403, R, S/OS, ET | 118:11-119:5; 119:19-25 | R, 403, I | |
| 118:9-10 | 403, R, S/OS, ET | 118:11-119:5; 119:19-25 | R, 403, I | |
| 120:5-10 | S/OS, ET, IH, R, 403 | 120:11-12; 119:19-25 | R, 403, I | |
| 120:14-121:12 | S/OS, ET, IH, R, 403 | 121:13; 119:19-25 | R, 403, I | |
| 121:15-122:15 | S/OS, ET, IH, R, 403 | 119:19-25 | R, 403, I | |
| 123:3-9 | S/OS, ET, IH, R, 403 | 122:23-123:2; 119:19-25; 123:10 | R, 403, I | |
| 123:11-15 | | 123:10; 119:19-25 | R, 403, I | |

3

**Fabio Benedetti, M.D. – December 4, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| 123:25 | S/OS, ET, IH, R, 403 | 123:25; 119:19-25 | R, 403, I | |
| 125:14-19 | S/OS, ET, IH, R, 403 | 125:20-21; 119:19-25 | R, 403, I | |
| 125:22-126:4 | S/OS, ET, IH, R, 403 | 126:5-6; 119:19-25 | R, 403, I | |
| 126:20-21 | S/OS, R, 403 | 127:25-128:16 | R, 403 | |
| 127:17-24 | S/OS, R, 403 | 127:25-128:16 | R, 403 | |
| 129:10-23 | | 127:25-128:16 | R, 403 | |
| 130:18-131:1 | 403, R, LF, SP | 127:25-128:16 | R, 403 | |
| 132:3-22 | 403, R, LF, SP, V | 127:25-128:16 | R, 403 | |
| 132:24 | 403, R, LF, SP, V | 127:25-128:16 | R, 403 | |
| 134:11-135:18 | 403, R, LF, SP, M, V | 127:25-128:16 | R, 403 | |
| 139:15 | 403, R, LF, SP, M, V | 143:25-144:3; 144:23-25 | | |
| 139:23-140:8 | 403, R, LF, SP, V, S/OS | 142:19-22; 143:25-144:3; 144:23-25 | | |
| 140:18-141:6 | 403, R, LF, SP, M, V, S/OS, ET | 142:19-22; 143:25-144:3; 144:23-25 | | |
| 141:20-142:18 | 403, R, LF, SP, M, V | 142:19-22; 143:25-144:3; 144:23-25 | | |
| 143:16-24 | 403, R, LF, SP, M, V | 142:19-22; 143:25-144:3; 144:23-25 | | |
| 145:3 | 403, R, LF, SP, LK | 142:19-22; 145:18-22; 147:17-20 | | |
| 146:13-21 | 403, R, LF, SP, M, V, | 145:18-22; 147:17-20; | | |

4

**Fabio Benedetti, M.D. – December 4, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter– Designations | Defendants' Objections | Defendants' Counter– Designations |
|---|---|---|---|---|
| | S/OS | | | |
| 147:9-16 | 403, R, LF, SP, M, V, S/OS | 145:18-22; 147:17-20 | | |
| 147:21-24 | 403, R, MIS, S/OS | 145:18-22; 147:17-20 | | |
| 148:20-21 | | | | |
| 149:1-22 | | | | |
| 155:5-6 | R, LF, SP, S/OS | 156:20-157:2; 157:22-158:1 | | |
| 155:25-156:15 | LF, SP, S/OS, R | 156:20-157:2; 157:22-158:1 | | |
| 157:3-9 | LF, SP, S/OS, R | 156:20-157:2; 157:22-158:1 | | |
| 157:12-21 | LF, SP, S/OS, R | 156:20-157:2; 157:22-158:1 | | |
| 158:21-159:20 | LF, SP, S/OS, R | 156:20-157:2; 157:22-158:1 | | |
| 160:15-161:6 | S/OS, LF, SP | 156:20-157:2; 157:22-158:1 | | |
| 161:25-162:10 | S/OS, ET, LF, SP | 156:20-157:2; 157:22-158:1 | | |
| 162:19-24 | S/OS, ET, LF, SP | 156:20-157:2; 157:22-158:1 | | |
| 163:2-23 | S/OS, ET, LF, SP | 156:20-157:2; 157:22- | | |

5

**Fabio Benedetti, M.D. – December 4, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| | | 158:1 | | |
| 164:6-165:22 | S/OS, ET, LF, SP | 156:20-157:2; 157:22-158:1 | | |
| 166:21-167:3 | S/OS, ET, LF, SP | 167:4; 156:20-157:2; 157:22-158:1 | | |
| 167:6-168:13 | S/OS, ET, LF, SP | 167:4; 168:14-15; 156:20-157:2; 157:22-158:1 | | |
| 168:16-169:19 | S/OS, ET, LF, SP, M | 168:14-15; 156:20-157:2; 157:22-158:1 | | |
| 169:21-170:20 | S/OS, ET, LF, SP, M | 170:21; 156:20-157:2; 157:22-158:1 | | |
| 170:22-172:2 | S/OS, ET, LF, SP, M | 170:21; 156:20-157:2; 157:22-158:1 | | |
| 173:16-17 | S/OS, LF, SP | | | |
| 173:23-174:1 | S/OS, LF, SP | | | |
| 175:23-176:2 | S/OS, LF, SP | | | |
| 177:24-180:14 | | 186:8-22320:22-322:2 | R, 403 | |
| 184:17-185:24 | 403, R, V, MIS | 186:8-22;320:22-322:2 | R, 403 | |
| 190:18-191:15 | 403, R, V, NR, SP | 186:8-22; 320:22-322:2 | R, 403 | |
| 192:4-5 | | | | |
| 192:10-193:15 | S/OS | | | |

**Fabio Benedetti, M.D. – December 4, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| 194:3-196:11 | V, NT, S/OS | 193:11-15 | | |
| 196:15-24 | M, S/OS, ET, SP | 196:25; 193:11-15 | | |
| 197:2-8 | M, S/OS, ET, SP | 196:25; 193:11-15 | | |
| 200:2-12 | | 100:25-102:11; 214:6-15 | R, 403 | |
| 203:2-19 | | | | |
| 203:22-204:16 | | | | |
| 208:10-24 | M, NT, LF | 208:25-209:13 | | |
| 212:7-16 | | 210:15-18; 211:4-212:4 | R, 403 | |
| 213:17-22 | V, SP | 211:4-212:4; 214:6-15 | R, 403 | |
| 214:6-15 | V, SP | 211:4-212:4; 214:6-15 | R, 403 | |
| 214:17-25 | M, 403, V | 211:4-212:4; 214:6-15 | R, 403 | |
| 220:12-21 | V, M | | | |
| 221:12-16 | | | | |
| 225:5-9 | SP, LK, LF, 403, V | 225:13-226:1 | | |
| 225:13-226:23 | SP, LK, LF, 403, V, M | 225:5-9; 226:24-25; 227:1-24 | | |
| 227:1-14 | SP, LK, LF, 403, V | 227:15-24 | | |
| 228:10-13 | | | | |
| 228:15-20 | | | | |
| 228:23-229:24 | | | | |
| 230:12-25 | I, V, M, LF | 231:1-25 | | |

**Fabio Benedetti, M.D. – December 4, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter– Designations | Defendants' Objections | Defendants' Counter– Designations |
|---|---|---|---|---|
| 231:7-19 | V, M, LF | 231:23-25 | | |
| 231:23-25 | | | | |
| 233:5-21 | V, 403, M | | | |
| 234:21-235:4 | S/OS | | | |
| 235:11-17 | S/OS | | | |
| 236:19-22 | S/OS | | | |
| 237:7-22 | V, 403, NT, S/OS | | | |
| 238:15-240:18 | 403, V, N, MIS, M, S/OS, ET, LF | | | |
| 242:3-14 | V, ET, MIS, S/OS, ET, LF | 242:15-25 | | |
| 242:17-25 | V, ET, MIS, S/OS, ET, LF | | | |
| 243:22-244:4 | MIS, M, 403, ET, LF | | | |
| 247:12-248:10 | M, 403, V, NT, ET, LF | 248:24-249:13 | | |
| 250:4-5 | | | | |
| 251:10-17 | | | | |
| 252:24-25 | | | | |
| 253:21-25 | | | | |
| 257:10-25 | V | | | |
| 258:12-259:3 | V, M | | | |

**Fabio Benedetti, M.D. – December 4, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| 259:24-263:18 | V, M | | | |
| 264:1-7 | V, SP | 264:18-:18 | | |
| 266:9-268:16 | V, 403, ET, SP, M | 268:17-18; 259:24-262:9 | R, 403 | |
| 268:19-269:5 | V, 403, M | 269:6-19; 259:24-262:9; 289:1-10; 288:22-289:6 | R, 403 | |
| 269:8-19 | V, 403, M | 268:24-269:7; 259:24-262:9; 287:1-10; 288:22-289:6 | R, 403 | |
| 269:22-270:15 | V, 403, M | 269:15-21; 259:24-262:9; 270:16-271:23; 287:1-10; 288:22-289:6 | R, 403 | |
| 273:22-23 | | | | |
| 315:2-317:25 | V, 403, ET, SP, M | | | |

**Christine Guertin – December 14, 2023**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter– Designations | Defendants' Objections | Defendants' Counter– Designations |
|---|---|---|---|---|
| 8:23-9-1 | | 9:7-10; 10:4-11:3 | | |
| 9:7-10 | | 8:23-9:1; 10:4-11:3 | | |
| 10:4-11:3 | | 8:23-9:1; 9:7-10 | | |
| 14:22-24 | NT | 16:1-10; 16:11-15, 16:21-23; 16:25-17:8; 17:23-18:10; 18:17-19; 20:6-14; 20:18-23 | R, 403 | |
| 16:1-10 | R, NT | 16:11-15, 16:21-23; 16:25-17:8; 17:23-18:10; 18:17-19; 20:6-14; 20:18-23 | R, 403 | |
| 21:18-22:2 | NT, S, V, | 18:17-19; 20:6-14; 20:18-23; 22:5-10; 22:11-13, 22:16-19 | R, 403 | |
| 22:5-10 | S, V, I | 18:17-19; 20:6-14; 20:18-23; 21:18-22:2; 22:11-13, 22:16-19 | R, 403 | |
| 23:19-24:5 | R | | | |
| 26:16-18 | | | | |
| 26:23-27:21 | R | | | |
| 30:23-31:17 | S, I, R, LF, LK | 31:20-22; 31:24-32:3 | | |

10

**Christine Guertin – December 14, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| 31:20-22 | I | 30:23-31:17; 31:24-32:3 | | |
| 31:24-32:3 | M, AA, S | 30:23-31:17; 31:20-22 | | |
| 33:14-34:12 | ET, S, LF, V, LK, SP | 30:23-31:17; 31:20-22; 31:24-32:3 | | |
| 34:18-35:20 | S, LF, V | 30:23-31:17; 31:20-22; 31:24-32:3; 33:14-34:12 | | |
| 37:18-39:15 | NT, I, M, R, LF | 30:23-31:17; 31:20-22; 31:24-32:3; 37:15-17; 39:23-40:1, 40:5-6; 40:20-23 | R, 403 | |
| 42:21-43:9 | I, MIS, V, ET, LK, LF, S | 43:11-18, 43:20-45:1 | | |
| 43:11-18 | I, MIS, V, ET, LK, LF, S | 42:21-43:9; 43:20-45:1 | | |
| 43:20-45:1 | I, LK, ET, S, LF | 42:21-43:9; 43:11-18 | | |
| 45:24-46:7 | | | | |
| 47:18-48:8 | LK, LF, S | 45:24-46:7; 47:6-17 | | |
| 48:12-49:19 | LK, LF, S | 45:24-46:7; 47:6-48:8; 49:20-24 | R, 403 | |
| 49:25-51:10 | S | 45:24-46:7; 47:6-48:8; 48:12-49:19 | R, 403 | |
| 52:3-53:8 | I, S | 52:2; 45:24-46:7; 47:6-48:8; 49:25-51:10; 53:9- | R, 403 | |

**Christine Guertin – December 14, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter– Designations | Defendants' Objections | Defendants' Counter– Designations |
|---|---|---|---|---|
| | | 14 | | |
| 61:12-62:3 | S | 62:4-9; 62:10-63:10; 63:13-64:3; 64:6; 65:25-66:21 | R, 403 | |
| 62:10-63:10 | S, I, MIS | 61:12-62:3; 62:4-9; 63:13-64:3; 64:6; 65:25-66:21 | R, 403 | |
| 63:13-23 | I, S | 61:12-62:3; 62:4-9; 62:10-63:10, 63:24-64:3, 64:6; 65:25-66:21 | R, 403 | |
| 65:25-66:21 | S, V | 61:12-62:3; 62:4-9; 62:10-63:10, 63:24-64:3, 64:6 | R, 403 | |
| 67:9-25 | LK, LF | 70:6-15; 69:14-70:19 | R, 403 | |
| 70:6-15 | R, S | 67:9-25; 69:14-70:5; 70:16-19 | R, 403 | |
| 71:9-72:1 | | | | |
| 73:13-16 | V, S | 71:9-72:1; 72:6-18, 72:21; 72:23-73:12; 74:5-9; 74:16-75:23; 76:6-14; 76:17-77:15 | R, 403 | |
| 74:16-75:23 | MIS, S | 71:2-4; 71:9-72:1; 72:6-18, 72:21; 72:23-73:16; 74:5-9; 76:6-14; 76:17- | R, 403 | |

12

**Christine Guertin – December 14, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| | | 77:15 | | |
| 76:6-14 | MIS, S, I | 71:2-4; 71:9-72:1; 72:6-18, 72:21; 72:23-73:16; 74:5-9; 74:16-75:23; 76:17-77:15 | R, 403 | |
| 76:17-77:15 | M, S, I | 71:2-4; 71:9-72:1; 72:6-18, 72:21; 72:23-73:16; 74:5-9; 74:16-75:23; 76:6-14 | R, 403 | |
| 78:9-13 | I, M | 71:9-72:1; 72:6-18, 72:21; 77:16-24; 78:17-25; 79:5-80:2 | R, 403 | |
| 78:17-25 | I, M | 71:9-72:1; 72:6-18, 72:21; 77:16-24; 78:9-13; 79:5-80:2 | R, 403 | |
| 79:5-80:2 | I, M | 71:9-72:1; 72:6-18, 72:21; 77:16-24; 78:9-13; 78:17-25 | R, 403 | |
| 80:18-23 | R | | | |
| 83:14-16 | R | 83:17-83:23; 84:11-85:3; 85:22-86:6, 86:10-12 | R, 403 | |
| 84:11-25 | | 83:14-83:23; 85:1-85:3; 85:22-86:6, 86:10-12 | R, 403 | |

**Christine Guertin – December 14, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter– Designations | Defendants' Objections | Defendants' Counter– Designations |
|---|---|---|---|---|
| 85:18-86:2 | | 83:14-83:23; 84:11-85:3; 85:22-86:6, 86:10-12 | R, 403 | |
| 89:7-90:13 | S, MIS | 85:22-86:2; 90:14-16 | R, 403 | |
| 93:10-94:1 | S, MIS, V | 85:22-86:2; 89:7-90:17; 91:16-92:1; 94:2-9; 95:6-96:14, 96:17-96:20, 96:23-99:6; 99:13-16; 100:18-102:11; 140:6-141:5 | R, 403 | |
| 95:6-96:14 | S, I | 85:22-86:2; 89:7-90:17; 91:16-92:1; 93:10-94:9; 96:17-96:20, 96:23-99:6; 99:13-16; 100:18-102:11; 140:6-141:5 | R, 403 | |
| 96:17-20 | I, OS | 85:22-86:2; 89:7-90:17; 91:16-92:1; 93:10-94:9; 95:6-96:14, 96:23-99:6; 99:13-16; 100:18-102:11;140:6-141:5 | R, 403 | |
| 96:23-98:2 | I, S | 85:22-86:2; 89:7-90:17; 91:16-92:1; 93:10-94:9; 95:6-96:14, 96:17-96:20, 98:3-99:6; 99:13-16; 100:18-102:11;140:6- | R, 403 | |

**Christine Guertin – December 14, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| | | 141:5 | | |
| 100:18-102:3 | S | 85:22-86:2; 89:7-90:17; 91:16-92:1; 93:10-94:9; 95:6-96:14, 96:17-96:20, 96:23-99:6; 99:13-16; 102:4-102:11; 140:6-141:5 | R, 403 | |
| 103:24-104:24 | R, 403, H | | | |
| 106:6-17 | R | 105:14-20; 106:3-5;106:21-23; 107:2-4; 107:11-21, 108:1-15 | R, 403 | |
| 106:21-23 | R | 105:14-20; 106:3-17; 107:17-21, 108:1-11; 107:2-4; 107:11-21, 108:1-15 | R, 403 | |
| 111:5-10 | R | 111:18-112:7 | | |
| 111:18-112:7 | R | 111:5-10 | | |
| 120:8-10 | | 120:15-121:5 | | |
| 120:15-23 | | 120:8-10; 120:24-121:5 | | |
| 122:13-124:8 | S, V | 120:8-10; 120:24-121:5; 124:9-14, 124:17-19; 125:2-14, 127:22-128:6 | R, 403 | |
| 125:2-14 | MIS, S | 120:8-10; 120:24-121:5; 122:13-124:14, 124:17- | R, 403 | |

15

**Christine Guertin – December 14, 2023 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| | | 19; 127:22-128:6 | | |
| 127:22-128:6 | MIS, S | 120:8-10; 120:24-121:5; 122:13-124:14; 125:2-14; 124:17-19 | R, 403 | |
| 132:10-18 | | 120:8-10; 120:24-121:5; 132:22-133:5 | R, 403 | |
| 132:22-133:5 | S | 120:8-10; 120:24-121:5; 132:10-18 | R, 403 | |
| 133:17-18 | | 133:24-134:14 | | |
| 133:24-134:14 | | 133:17-18 | | |
| 134:23-135:4 | S | 133:17-18; 133:24-134:14;135:18-21 | R, 403 | |
| 135:18-21 | S | 133:17-18; 133:24-134:14; 134:23-135:4 | R, 403 | |

**Robert Winkler, M.D. – March 7, 2024**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| 9:13-14 | | 11:10-23; 12:14-13:1 | | |
| 11:10-23 | | 12:14-13:1 | | |
| 12:14-13:1 | | 11:10-23 | | |
| 42:16-18 | | 43:2-25; 44:5-20; 44:23-47:1; 47:2-9, 47:19-23; 47:25-48:18 | R, 403 | |
| 43:2-25 | MIS, LF, LK | 42:16-18; 43:2-8; 44:5-20; 44:23-47:1; 47:2-9, 47:19-23; 47:25-48:18 | R, 403 | |
| 44:14-20 | LF, LK | 42:16-18; 43:2-8; 44:5-13; 44:23-47:1; 47:2-9, 47:19-23; 47:25-48:18 | R, 403 | |
| 44:23-47:1 | ET, V, SP, LK, LF | 42:16-18; 43:2-8; 44:5-20; 47:2-9, 47:19-23; 47:25-48:18 | R, 403 | |
| 48:19-51:6 | MIS, ET, SP, LK, LF | 42:16-18; 43:2-8; 51:7-52:1 | R, 403 | |
| 51:11-52:1 | MIS, ET, SP, LK, LF | 42:16-18; 43:2-8; 48:19-51:10 | R, 403 | |
| 53:12-16 | NT | 53:18-21; 53:25-54:16; 53:25-54:16 | R, 403 | |
| 53:20-21 | NT | 53:12-19; 53:25-54:16 | R, 403 | |

17

**Robert Winkler, M.D. – March 7, 2024 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| 53:25-54:16 | I, MIS | 53:12-21; 54:18-21; 54:24-55:4; 55:10-21; 56:11-15; 56:20-57:1 | R, 403 | |
| 59:6-25 | V, LF, SP | 53:12-21; 53:25-54:16; 54:18-21; 54:24-55:4; 55:10-21; 56:11-15; 56:20-57:1; 58:21-59:5; 60:1-6; 60:12-20 | R, 403 | |
| 60:12-18 | LF, SP | 53:12-21; 53:25-54:16; 54:18-21; 54:24-55:4; 55:10-21; 56:11-15; 56:20-57:1; 58:21-59:5; 59:6-25; 60:1-6; 60:19-20 | R, 403 | |
| 61:18-25 | V, LF | 53:12-21; 53:25-54:16; 54:18-21; 54:24-55:4; 59:14-60:6; 60:12-20 | R, 403 | |
| 62:19-65:1 | LF, MIS, V, NT, ET, H | 53:12-21; 53:25-54:16; 59:14-60:6; 60:12-20; 61:18-25; 65:3; 65:9-13 | R, 403 | |
| 65:3 | LF, MIS, V, NT, ET, H, I | 53:12-21; 53:25-54:16; 54:18-21; 54:24-55:4; 59:14-60:6; 60:12-20; 61:18-25; 62:19-65:1; | R, 403 | |
| 65:15-67:15 | ET, H, MIS, SP, V | 53:12-21; 53:25-54:16; | R, 403 | |

18

**Robert Winkler, M.D. – March 7, 2024 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| | | 54:18-21; 54:24-55:4; 59:14-60:6; 60:12-20; 61:18-25 | | |
| 73:12-74:18 | ET, H, MIS, SP | 53:12-21; 53:25-54:16; 54:18-21; 54:24-55:4; 59:14-60:6; 60:12-20; 61:18-25; 74:21-75:6; 75:8-13 | R, 403 | |
| 74:21-75:6 | ET, H, MIS, SP | 53:12-21; 53:25-54:16; 54:18-21; 54:24-55:4; 59:14-60:6; 60:12-20; 61:18-25; 73:12-74:18; 75:8-13 | R, 403 | |
| 75:8-13 | ET, H, MIS, SP | 53:12-21; 53:25-54:16; 54:18-21; 54:24-55:4; 59:14-60:6; 60:12-20; 61:18-25; 73:12-74:18; 75:8-13; 75:8-13 | R, 403 | |
| 92:4-9 | | 76:20-24; 77:3-10; 78:3-10; 83:13-84:8; 87:15-19; 89:12-16; 89:21; 90:4-8; 91:23-92:3; 92:12-17 | R, 403 | |
| 92:12-17 | SP, LK, LF, V, ET | 76:20-24; 77:3-10; 78:3-10; 83:13-84:8; 87:15-19; 89:12-16; 89:21; | R, 403 | |

19

**Robert Winkler, M.D. – March 7, 2024 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter–Designations | Defendants' Objections | Defendants' Counter–Designations |
|---|---|---|---|---|
| | | 90:4-8; 91:23-92:3; 92:4-9 | | |
| 94:19-20 | NT | 94:24-95:15; 96:19-98:11 | | |
| 94:24-95:15 | | 94:19-20; 96:19-98:11 | | |
| 96:19-98:11 | V, MIS, ET | 94:19-20; 94:24-95:15 | | |
| 125:14-126:4 | | | | |
| 128:23-129:18 | R | 125:14-126:4; 129:19-130:1 | R, 403 | |
| 130:4-131:18 | V, MIS, R, LF, LK, SP | 125:14-126:4; 132:3-16; 132:19; 132:22-133:8; 133:11-22; 133:24-134:11 | R, 403 | |
| 132:3-16 | ET, R, ARG | 125:14-126:4; 130:4-131:18; 132:19; 132:22-133:8; 133:11-22; 133:24-134:11 | R, 403 | |
| 132:19 | | 125:14-126:4; 130:4-131:18; 132:3-16; 132:22-133:8; 133:11-22; 133:24-134:11 | R, 403 | |
| 132:22-133:8 | ET, LK, SP, LF | 125:14-126:4; 130:4-131:18; 132:3-16; 132:19; 133:11-22; | R, 403 | |

**Robert Winkler, M.D. – March 7, 2024 (continued)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiffs' Counter– Designations | Defendants' Objections | Defendants' Counter– Designations |
|---|---|---|---|---|
| | | 133:24-134:11 | | |
| 133:11-22 | I, ET, LF | 125:14-126:4; 130:4-131:18; 132:3-16; 132:19; 132:22-133:8; 133:24-134:11 | R, 403 | |
| 133:24-134:11 | I, ET, LF | 125:14-126:4; 130:4-131:18; 132:3-16; 133:11-22 | R, 403 | |
| 134:13-20 | R | 134:25-135:16 | | |
| 134:25-135:16 | H, R, ET | 134:13-20 | | |

21