# EXHIBIT 10

**Plaintiffs' Trial Exhibit List**

| Plaintiffs' Trial Exhibit | Description | Bates | MSN's Objections |
|---|---|---|---|
| PTX-0001 | *Intentionally Omitted* | | |
| PTX-0002 | *Intentionally Omitted* | | |
| PTX-0003 | *Intentionally Omitted* | | |
| PTX-0004 | *Intentionally Omitted* | | |
| PTX-0005 | S.E. Rosenbaum, Basic Pharmacokinetics and Pharmacodynamics: An Integrated Textbook and Computer Simulations, 2nd ed. (John Wiley & Sons, Inc., Hoboken, NJ 2017) | TAI-LONS-03662156-TAI-LONS-03662221 | |
| PTX-0006 | M. Rowland and T.N. Tozer, Clinical Pharmacokinetics: Concepts and Applications, 3rd ed. (Williams & Wilkins, Media, PA 1995) | TAI-LONS-03662222-TAI-LONS-03662229 | |
| PTX-0007 | G. R. Wilkinson, The Effects of Diet, Aging and Disease-states on Presystemic Elimination and Oral Drug Bioavailability in Humans, Adv Drug Deliv Rev, 1997, 27(2-3):129-159 at p. 131. | TAI-LONS-03662360-TAI-LONS-03662290 | |
| PTX-0008 | A. D. Ajavon and D. R. Taft, Pharmacokinetics/ADME of Small Molecules, Chapter 4 in Preclinical Drug Development, 2nd ed. (New York, Informa Healthcare, 2009) | TAI-LONS-03661977-TAI-LONS-03662035 | |
| PTX-0009 | Smith, Assessment of Dose Proportionality | TAI-LONS-03662330-TAI-LONS-03662248 | |
| PTX-0010 | Adam Frymoyer, Pharmacokinetic Considerations in Neonates, Chapter 11 | TAI-LONS-03662082-TAI-LONS-03662099 | |
| PTX-0011 | A. W. Dreisbach and J. J. L. Lertora, The Effect of Chronic Renal Failure on Drug Metabolism and Transport, Expert Opin Drug Metab Toxicol, 2008 | TAI-LONS-03662063-TAI-LONS-03662081 | |
| PTX-0012 | Cockcroft DW, Gault MH. Prediction of creatinine clearance from serum creatinine, Nephron. 1976 | TAI-LONS-03662052-TAI-LONS-03662062 | |
| PTX-0013 | FDA Population Pharmacokinetics Guidance for Industry, February 2022 | TAI-LONS-03661944-TAI-LONS-03661970 | |
| PTX-0014 | FDA Guidance for Industry: Population Pharmacokinetics, February 1999 | TAI-LONS-03661909-TAI-LONS-03661943 | |
| PTX-0015 | Mould DR and Upton RN, Basic Concepts in Population Modeling, Simulation, and Model-Based Drug Development—Part 2: Introduction to Pharmacokinetic Modeling Methods, CPT: Pharmacometrics & Systems Pharmacology (2013) | TAI-LONS-03662114-TAI-LONS-03662127 | |
| PTX-0016 | Sun et al., Computer Methods and Programs in Biomedicine (2011) 104(3):461-471, 461 | TAI-LONS-03662349-TAI-LONS-03662259 | |
| PTX-0017 | Mould DR and Upton RN, CPT: Pharmacometrics & Systems Pharmacology (2013) | TAI-LONS-03662100-TAI-LONS-03662113 | |
| PTX-0018 | Owen and Fiedler-Kelly, *Introduction to Population Pharmacokinetic/Pharmacodynamic Analysis with Nonlinear Mixed Effects Models* , (John Wiley & Sons, Inc., Hoboken, NJ 2014) | TAI-LONS-03662391-TAI-LONS-03662431 | |
| PTX-0019 | *Intentionally Omitted* | | |
| PTX-0020 | *Intentionally Omitted* | | |
| PTX-0021 | TAS-102-107 Clinical Study Report | TAI-LONS-03269591-TAI-LONS-03271201 | |
| PTX-0022 | *Intentionally Omitted* | | |
| PTX-0023 | Daniel Dexter et al.., *The Clinical Pharmacology of 5-t rifluoromethyl-2'-deoxyuridine* , 32 CANCER RESEARCH 247 (1972) | DEFS-TT-000210-DEFS-TT-000210 | |
| PTX-0024 | Setsuo Takeda et al., *Potentiation of the Antitumor Activity of 5-trifluoromethyl-2'-deoxyuridine By the Use of Depot Forms of the Parent Compound* , 30 CANCER CHEMOTHERAPY PHARMACOLOGY 360 (1992) | TAI-LONS-00002786–TAI-LONS-00002791 | |
| PTX-0025 | Haraguchi et al.., *Angiogenic Activity of Enzymes* , NATURE, (1994) | TAI-LONS-03295029 | |
| PTX-0026 | Yano et al*. , Synthesis and Evaluation of 6-methylene-bridged Uracil Derivatives. Part 1: Discovery of Novel Orally Active Inhibitors of Human Thymidine Phosphorylase* , BIOORGANIC & MEDICINAL CHEMISTRY (2004) | TAI-LONS-03089348–TAI-LONS-03089358 | |
| PTX-0027 | Yano et al., *Synthesis and Evaluation of 6-Methylene-Bridged Uracil Derivatives. Part 2: Optimization of Inhibitors of Human Thymidine Phosphorylase and Their Selectivity with Uridine Phosphorylase* , BIOORGANIC & MEDICINAL CHEMISTRY (2004) | DEFS-TT-001418-DEFS-TT-001425 | |
| PTX-0028 | Pradhan et al. *The intact nephron hypothesis as a model for renal drug handling* , EUR J CLIN PHARMACOL 75, (2019) | TAI-LONS-03662128-TAI-LONS-03662137 | |
| PTX-0029 | Chapron et al., *Does Secretory Clearance Follow Glomerular Filtration Rate in Chronic Kidney Diseases? Reconsidering the Intact Nephron Hypothesis* , CLIN TRANSL SCI. 2017 | TAI-LONS-03662043-TAI-LONS-03662051 | |
| PTX-0030 | *Intentionally Omitted* | | |
| PTX-0031 | *Intentionally Omitted* | | |
| PTX-0032 | Key Points & Actions for the Dedicated Renal Impairment Study | TAI-LONS-01281034–TAI-LONS-01281036 | |
| PTX-0033 | 2017-06-22 Correspondence Taiho-FDA | TAI-LONS-02993777-TAI-LONS-02993786 | |
| PTX-0034 | Dedicated Renal Impairment Study Amendment | TAI-LONS-03268697-TAI-LONS-03268777 | |
| PTX-0035 | 2022 Citizen Petition - FDA Response | TAI-LONS-03649696–TAI-LONS-03649717 | |
| PTX-0037 | *Intentionally Omitted* | | |
| PTX-0038 | *Intentionally Omitted* | | |
| PTX-0039 | *Intentionally Omitted* | | |
| PTX-0040 | *Intentionally Omitted* | | |
| PTX-0041 | *Intentionally Omitted* | | |

| | | | |
|---|---|---|---|
| PTX-0042 | *Intentionally Omitted* | | |
| PTX-0043 | *Intentionally Omitted* | | |
| PTX-0044 | *Intentionally Omitted* | | |
| PTX-0045 | *Intentionally Omitted* | | |
| PTX-0046 | *Intentionally Omitted* | | |
| PTX-0047 | *Intentionally Omitted* | | |
| PTX-0048 | *Intentionally Omitted* | | |
| PTX-0049 | *Intentionally Omitted* | | |
| PTX-0050 | *Intentionally Omitted* | | |
| PTX-0051 | *Intentionally Omitted* | | |
| PTX-0052 | Global Investigator's Brochure for Teysuno | TAI-LONS-03091545–TAI-LONS-03091716 | |
| PTX-0053 | *Intentionally Omitted* | | |
| PTX-0054 | Marc Peeters, *Trifluridine/Tipiracil: An Emerging Strategy of the Management of Gastrointestinal Cancers*, FUTURE ONCOL., 2018 | TAI-LONS-03291636-TAI-LONS-03291653 | |
| PTX-0055 | Troy Kish et al., *Trifluridine/Tipiracil (Lonsurf) for the Treatment of Metastatic Colorectal Cancer*, DRUG FORECAST – ONCOLOGY SPECIAL REPORT, May 2016 | TAI-LONS-03291656-TAI-LONS-03291660 | |
| PTX-0056 | Nataliya Uboha et al., *TAS-102: A Novel Antimetabolite for the 21st Century*, FUTURE ONCOLOGY, Nov. 2015 | TAI-LONS-03291661-TAI-LONS-03291671 | |
| PTX-0057 | Taiho News Release, March 2015 | TAI-LONS-03291585-TAI-LONS-03291586 | |
| PTX-0058 | Taiho News Release, October 2017 | TAI-LONS-03291587-TAI-LONS-03291588 | |
| PTX-0059 | 2016/2017 Baseline Characteristics in an International Phase IIIb, Open-Label, Early Access Program of Trifluridine/Tipiracil in Previously Treated Metastatic Colorectal Cancer | TAI-LONS-01270232 | |
| PTX-0060 | Antionette Rollins, Colon Health Alert: FDA Approves Lonsurf, October 2015 | TAI-LONS-03291615-TAI-LONS-03291617 | |
| PTX-0061 | Lisa Salvatore et al., *Tas-102 for the Treatment of Metastatic Colorectal Cancer*, EXPERT REVIEW OF ANTICANCER THERAPY, October 2015 | TAI-LONS-01381146–TAI-LONS-01381156 | |
| PTX-0062 | Alberto Zanoboni, *TAS-102 (Lonsurf) for the Treatment of Metastatic Colorectal Cancer*, CLINICAL COLORECTAL CANCER, June 2016 | TAI-LONS-03291618-TAI-LONS-03291623 | |
| PTX-0063 | 2012 Regorafenib Label | TAI-LONS-03662138-TAI-LONS-03662155 | |
| PTX-0064 | *Intentionally Omitted* | | |
| PTX-0065 | Anscombe, *Graphs in Statistical Analysis* | TAI-LONS-03661971-TAI-LONS-03661976 | |
| PTX-0066 | Clinical Study Report – Protocol TPU-S1111 | TAI-LONS-03660303-TAI-LONS-03661405 | |
| PTX-0067 | Population Pharmacokinetic Analysis for 5-FU, FT, CDHP and Oxo Following S-1 in Selected Phase 1 and 3 Studies in Patients with Solid Cancer | TAI-LONS-03661517-TAI-LONS-03661549 | |
| PTX-0068 | A Phase I, Open-Label Study Evaluating the Pharmacokinetics of Components of S-1 in Patients with Varying Degrees of Renal Function | TAI-LONS-03661406-TAI-LONS-03661516 | |
| PTX-0069 | Dr. Kenichiro Akaike (Yoshida) Deposition | N/A | |
| PTX-0070 | *Intentionally Omitted* | | |
| PTX-0071 | *Intentionally Omitted* | | |
| PTX-0072 | Centelles, *General Aspects of Colorectal Cancer*, INT'L SCHOLARLY RESEARCH NETWORK (2012) | TAI-LONS-03661630-TAI-LONS-03661648 | |
| PTX-0073 | Memorial Sloan Kettering Cancer Center, *Stages of Colon Cancer* (2025) | TAI-LONS-03661723-TAI-LONS-03661725 | |
| PTX-0074 | Curasia Endoscopy Centre, *Understanding the Symptoms of Colon Cancer at Different Stages* (2022) | TAI-LONS-03661670-TAI-LONS-03661682 | |
| PTX-0075 | Nygren, *What is cancer chemotherapy?*, Acta Oncologica (2001) | TAI-LONS-03661732-TAI-LONS-03661741 | |
| PTX-0076 | Saltz, *Second- and Third-Line Treatment Options for Unresectable Metastatic Colorectal Cancer*, CASE REPORTS IN GI ONCOLOGY (2009) | TAI-LONS-03661801-TAI-LONS-03661804 | |
| PTX-0077 | Xeloda 2015 Label | TAI-LONS-03661846-TAI-LONS-03661891 | |
| PTX-0078 | Cyramza 2015 Label | TAI-LONS-03661683-TAI-LONS-03661702 | |
| PTX-0079 | Zaltrap 2013 Label | TAI-LONS-03661892-TAI-LONS-03661908 | |
| PTX-0080 | Stivarga® 2015 Label | TAI-LONS-03661805-TAI-LONS-03661827 | |
| PTX-0081 | Stivarga® 2016 Label | TAI-LONS-03662488-TAI-LONS-03662508 | |
| PTX-0082 | Block Abstract, *Evaluation of Exposure of Regorafenib and its Metabolies in Cancer Patients with Renal Impairment by Modelling, Simulation, and Clinical Study*, ANNALS OF Oncology (2016) | TAI-LONS-03661590 | |
| PTX-0083 | McLean *et al*, *Clinical Practice Patterns in Chemotherapeutic Treatment Regimens for Metastatic Colorectal Cancer*, CLINICAL COLORECTAL CANCER (2015) | TAI-LONS-03661717-TAI-LONS-03661722 | |
| PTX-0084 | Vogel *et al*, *Treatment decisions in metastatic colorectal cancer – Beyond first and second line combination therapies*, Cancer Treatment Reviews (2017) | TAI-LONS-03661839-TAI-LONS-03661845 | |
| PTX-0085 | Naidoo *et al*, *Drugs and the Kidney*, SAMJ (2015) | TAI-LONS-03661726-TAI-LONS-03661731 | |
| PTX-0086 | Prescott, *Mechanisms of Renal Excretion of Drugs (withSpecial Reference to Drugs Used by Anaesthetists)*, BRIT. J. ANAESTH. (1972) | TAI-LONS-03661795-TAI-LONS-03661800 | |
| PTX-0087 | Traynor *et al*, *How to measure renal function in clinical practice*, BMJ (2006) | TAI-LONS-03661834-TAI-LONS-03661838 | |
| PTX-0088 | National Kidney Foundation, How to Classify CKD, https://www.kidney.org/how-to-classify-ckd (2025) | TAI-LONS-03661703-TAI-LONS-03661704 | |
| PTX-0089 | Aapro and Launay-Vacher, *Importance of monitoring renal function in patients with cancer*, CANCER TREATMENT REVIEWS (2011) | TAI-LONS-03661550-TAI-LONS-03661555 | |

| | | | |
|---|---|---|---|
| PTX-0090 | Malyszko *et al*, *How to assess kidney function in oncology patients*, KIDNEY INT'L (2020) | TAI-LONS-03661707-TAI-LONS-03661716 | |
| PTX-0091 | Costa *et al*, *REOX: Evaluation of the Efficacy of Re-treatment with Oxaliplatin-containing regimen in Metastatic Colorectal Cancer. A Retrospective single-center study*, Clinical Colorectal Cancer (2107) | TAI-LONS-03661649-TAI-LONS-03661669 | |
| PTX-0092 | Camptosar 2014 Label | TAI-LONS-03661591-TAI-LONS-03661629 | |
| PTX-0093 | Takimoto *et al*, *Administration of Oxaliplatin to Patients with Renal Dysfunction: A Preliminary Report of the national Cancer Institute Organ Dysfunction Working Group*, SEMINARS IN ONCOLOGY (2003) | TAI-LONS-03661828-TAI-LONS-03661833 | |
| PTX-0094 | Oxaliplatin 2013 Label | TAI-LONS-03661742-TAI-LONS-03661784 | |
| PTX-0095 | Avastin 2015 Label | TAI-LONS-03661556-TAI-LONS-03661589 | |
| PTX-0096 | Poole *et al*, *Effect of renal impairment on the pharmacokinetics and tolerability of capecitabine (Xeloda) in cancer patients*, CANCER CHEMOTHER PHARMACOL (2002) | TAI-LONS-03661785-TAI-LONS-03661794 | |
| PTX-0097 | *Intentionally Omitted* | | |
| PTX-0098 | 2020 Citizen Petition - Lonsurf | TAI-LONS-03649788–TAI-LONS-03649821 | |
| PTX-0099 | 2020 Citizen Petition - FDA Response | TAI-LONS-03649718–TAI-LONS-03649723 | |
| PTX-0100 | 2022 Citizen Petition - Lonsurf | TAI-LONS-03649741–TAI-LONS-03649787 | |
| PTX-0101 | 2022 Citizen Petition - Opposition | TAI-LONS-03649680–TAI-LONS-03649695 | |
| PTX-0102 | Burnes *et al*, *Trifluridine/ Tipiracil: A Review in Metastatic Colorectal Cancer* (2016) | TAI-LONS-03291721-TAI-LONS-03291730 | |
| PTX-0103 | Sparks *et al*, *Effect of Low-Dose Methotrexate on eGFR and Kidney Adverse Events: A Randomized Clinical Trial*, J AM SOC NEPHROL (2021) | TAI-LONS-03662432-TAI-LONS-03662459 | |
| PTX-0104 | IRT's Highlights of Clinical Pharmacology and Cardiac Safety, https://www.fda.gov/media/163288/download?attachment (2023) | TAI-LONS-03661705-TAI-LONS-03661706 | |
| PTX-0105 | 2017 Australia LONSURF Package Insert | TAI-LONS-01393326–TAI-LONS-01393346 | |
| PTX-0106 | 2018 Canada LONSURF Product Monograph | TAI-LONS-03298209-TAI-LONS-03298243 | |
| PTX-0107 | Complaint and exhibits in 1:21-cv-00838 | N/A | |
| PTX-0108 | Complaint and exhibits in 1:22-cv-01611 | N/A | |
| PTX-0109 | Complaint and exhibits in 1:23-cv-00008 | N/A | |
| PTX-0110 | Complaint and exhibits in 1:22-cv-01480 | N/A | |
| PTX-0111 | Complaint and exhibits in 1:19-cv-02342 | N/A | |
| PTX-0112 | Complaint and exhibits in 1:19-cv-02321 | N/A | |
| PTX-0113 | Provisional Application 62/291,799 | TAI-LONS-03647653-TAI-LONS-03647675 | |
| PTX-0114 | *Intentionally Omitted* | | |
| PTX-0115 | *Intentionally Omitted* | | |
| PTX-0116 | *Intentionally Omitted* | | |
| PTX-0117 | *Intentionally Omitted* | | |
| PTX-0118 | UVA Health page | N/A | |
| PTX-0119 | *Intentionally Omitted* | | |
| PTX-0120 | Highlights of Prescribing Information LONSURF | N/A | |
| PTX-0121 | *Intentionally Omitted* | | |
| PTX-0122 | *Intentionally Omitted* | | |
| PTX-0123 | Sipuleucel-T Immunotherapy for Castration-Resistant Prostate Cancer | N/A | |
| PTX-0124 | Treatment of Patients With Metastatic Urothelial Cancer "Unfit" for Cisplatin-Based Chemotherapy | N/A | |
| PTX-0125 | A consensus definition of patients with metastatic urothelial carcinoma who are unfit for cisplatin-based chemotherapy | N/A | |
| PTX-0126 | Vinblastine, Ifosfamide, Gallium Nitrate, and Filgrastim in Platinum and Paclitaxel-Resistant Ovarian Cancer: A Phase II Study | N/A | |
| PTX-0127 | Phase II Trial of Neoadjuvant Nab-Paclitaxel in High Risk Patients With Prostate Cancer Undergoing Radical Prostatectomy | N/A | |
| PTX-0128 | Metastatic Hormone-Sensitive Prostate Cancer: Clinical Decision Making in a Rapidly Evolving Landscape of Life-Prolonging Therapy | N/A | |
| PTX-0129 | Oral enzastaurin in prostate cancer: A two-cohort phase II trial in patients with PSA progression in the non-metastatic castrate state and following docetaxel-based chemotherapy for castrate metastatic disease | N/A | |
| PTX-0130 | Phase II Study of Paclitaxel plus Carboplatin in Patients with Advanced Carcinoma of the Urothelium and Renal Dysfunction (E2896) | N/A | |
| PTX-0131 | Which Should Be Used First in Symptomatic Metastatic Castration-Resistant Prostate Cancer, Docetaxel or Radium? | N/A | |
| PTX-0132 | The Investigational Aurora Kinase A Inhibitor MLN8237 Induces Defects in Cell Viability and Cell-Cycle Progression in Malignant Bladder Cancer Cells *In Vitro* and *In Vivo* | N/A | |
| PTX-0133 | *Intentionally Omitted* | | |
| PTX-0134 | *Intentionally Omitted* | | |
| PTX-0135 | *Intentionally Omitted* | | |
| PTX-0136 | *Intentionally Omitted* | | |
| PTX-0137 | TOI_Monthly_Financial_Inv_April 2016.xlsx | TAI-LONS-01267965 | |
| PTX-0138 | TOI Monthly Financial Sales Inventory Flash Report_10.31.2018.xlsx | TAI-LONS-01267978 | |
| PTX-0139 | Lonsurf ATU Tracking W6_full report | TAI-LONS-01268021-TAI-LONS-01268129 | |
| PTX-0140 | Lonsurf ATU Tracking mCRC - W7 Final Report July 18 AB | TAI-LONS-01268282-TAI-LONS-01268439 | |
| PTX-0141 | LONSURF_Monthly Shares thru June 2020_IntrinsiQ_081120 | TAI-LONS-01268683-TAI-LONS-01268699 | |
| PTX-0142 | 2017 Commercial Plan v8 Aug 4 2016 Eric Benn | TAI-LONS-01268765-TAI-LONS-01268943 | |
| PTX-0143 | 2020 Brand Plan final version | TAI-LONS-01269006-TAI-LONS-01269043 | |
| PTX-0144 | 2019 Brand Objective and Strategic Asya | TAI-LONS-01269049-TAI-LONS-01269057 | |
| PTX-0145 | Lonsurf competitive simulation workshop output_26Mar2015_final_v2 | TAI-LONS-01269060-TAI-LONS-01269115 | |
| PTX-0146 | TAS_102_2016_BP_SIs_Strats_6.10.15 | TAI-LONS-01269116-TAI-LONS-01269136 | |

| PTX-0147 | LONSURF_BP_Slides_Highlights_9.16.15 RK Servier 1 | TAI-LONS-01269137-TAI-LONS-01269206 | |
| PTX-0148 | Lonsurf® Gross Sales History through 29 Sep 20.xlsx | TAI-LONS-01269208 | |
| PTX-0149 | Lonsurf Sales_Oct 2015-Sep 2020.xlsx | TAI-LONS-01269209 | |
| PTX-0150 | 180227_0228_6th Lonsurf JPSWG_Minutes docx_SCDP_MI | TAI-LONS-01269232-TAI-LONS-01269239 | |
| PTX-0151 | Poster Price MOGA2018 DRAFT_UPDATED | TAI-LONS-03027152 | |
| PTX-0152 | CRC ATU Wave 4_Kantar Health | TAI-LONS-03245451-TAI-LONS-03245588 | |
| PTX-0153 | CRC ATU Wave 6_Kantar Health | TAI-LONS-03245821-TAI-LONS-03245925 | |
| PTX-0154 | regorafenib sales Q3_2018 | TAI-LONS-03246073-TAI-LONS-03246080 | |
| PTX-0155 | CRC ATU Wave 3_Kantar Health | TAI-LONS-03246085-TAI-LONS-03246239 | |
| PTX-0156 | mCRC market through August 2018 | TAI-LONS-03246446-TAI-LONS-03246473 | |
| PTX-0157 | CRC ATU Wave 7_Kantar Health | TAI-LONS-03246500-TAI-LONS-03246656 | |
| PTX-0158 | CRC ATU Wave 5_Kantar Health | TAI-LONS-03246899-TAI-LONS-03247008 | |
| PTX-0159 | CRC ATU Wave 2_Kantar Health | TAI-LONS-03247156-TAI-LONS-03247302 | |
| PTX-0160 | Physicans' Experiences with Lonsurf_Ipsos | TAI-LONS-03247481-TAI-LONS-03247503 | |
| PTX-0161 | Lonsurf Patient Experience_The Planning Shoppe | TAI-LONS-03247522-TAI-LONS-03247603 | |
| PTX-0162 | Lonsurf Gross Sales thru 22 Oct 20 | TAI-LONS-03247816-TAI-LONS-03247818 | |
| PTX-0163 | TAS-102 Phase II Final 092313 Revised | TAI-LONS-03247860-TAI-LONS-03247917 | |
| PTX-0164 | TOI Board Meeting December 2014--Commercial Section 9 | TAI-LONS-03247957-TAI-LONS-03248010 | |
| PTX-0165 | 200819_Lonsurf_DATA.xlsx | TAI-LONS-03290947 | |
| PTX-0166 | 2020 LONSURF_Brand Plan_Final_1.4.2020RK | TAI-LONS-03291505-TAI-LONS-03291549 | |
| PTX-0167 | Taiho's Lonsurf® (trifluridine and tipiracil hydrochloride) Tablets Approved in Japan for Treatment in Advanced Metastatic Colorectal Cancer _ 2014 _ TAIHO PHARMA | TAI-LONS-03291561-TAI-LONS-03291562 | |
| PTX-0168 | Taiho News Release, May 2014 | TAI-LONS-03291589-TAI-LONS-03291590 | |
| PTX-0169 | TAS-1402: more than an antimetabolite | TAI-LONS-03291654-TAI-LONS-03291655 | |
| PTX-0170 | F. Huemer, et al., *Regorafenib Is Associated With Increased Skeletal Muscle Loss Compared to TAS-102 in Metastatic Colorectal Cancer*, Clinical Colorectal Cancer, Vol. 18, No. 2 (2019) | TAI-LONS-03291710-TAI-LONS-03291720 | |
| PTX-0171 | A. Patel, et al., *Real-world Treatment Patterns Among Patients With Colorectal Cancer Treated With Trifluridine/Tipiracil and Regorafenib*, Clinical Colorectal Cancer, Vol. 17, No. 3 (2018) | TAI-LONS-03291731-TAI-LONS-03291739 | |
| PTX-0172 | WGIC commentary 2014 | TAI-LONS-03293316-TAI-LONS-03293346 | |
| PTX-0173 | Lonsurf ATU Tracking mGastric Cancer Wave 2 Report 3-4-21 | TAI-LONS-03294081-TAI-LONS-03294127 | |
| PTX-0174 | 3L+ mCRC Monthly Shares_Oral Agents_IntrinsiQ_June 2021 | TAI-LONS-03294187-TAI-LONS-03294187 | |
| PTX-0175 | CRC Shares_IntrinsiQ_June 2021.xlsx | TAI-LONS-03294261 | |
| PTX-0176 | Lonsurf Brand Plan 2021-2-26-21 | TAI-LONS-03294507-TAI-LONS-03294546 | |
| PTX-0177 | IntrinsiQ_CRC Drug Monthly Share_July 2018-June 2021.xlsx | TAI-LONS-03294868 | |
| PTX-0178 | Lonsurf History through 30 Aug 21.xlsx | TAI-LONS-03295041 | |
| PTX-0179 | Garcia-Alfonso et al, Early Clinical Experience with TrifluridineTipiracil for Refractory Metastatic Colorec | TAI-LONS-03298079-TAI-LONS-03298092 | |
| PTX-0180 | Lonsurf Launch-to-Date Dec 2022v2 | TAI-LONS-03298888-TAI-LONS-03298894 | |
| PTX-0181 | mCRC Shares Report_Data thru Nov 2022 | TAI-LONS-03298895-TAI-LONS-03298896 | |
| PTX-0182 | LONSURF and Stivarga_Historical US Pricing_010523 | TAI-LONS-03298898-TAI-LONS-03298899 | |
| PTX-0183 | IntrinsiQ_3L+ mCRC_Pt Shares and Counts_July 2019-June 2022 | TAI-LONS-03298900-TAI-LONS-03298901 | |
| PTX-0184 | CRC Shares_IntrinsiQ_June 2022.xlsx | TAI-LONS-03298902 | |
| PTX-0185 | Updated_Lonsurf - 6.14-15mg | TAI-LONS-03298903 | |
| PTX-0186 | Updated_Lonsurf - 8.19-20mg | TAI-LONS-03298904 | |
| PTX-0187 | Lonsurf Life-to-Date Metadata Rec and Support - NET Sales.xlsx | TAI-LONS-03298908 | |
| PTX-0188 | 833 Reexam file history | TAI-LONS-00000064–TAI-LONS-00000780 | |
| PTX-0189 | 2017-06-22 Correspondence Taiho-FDA | TAI-LONS-03264334–TAI-LONS-03264343 | |
| PTX-0190 | 2018-02-02 Correspondence Taiho-FDA | TAI-LONS-00938181–TAI-LONS-00938191 | |
| PTX-0191 | 2017-07-14 Summary Taiho-FDA teleconference | TAI-LONS-01184687–TAI-LONS-01184688 | |
| PTX-0192 | *Intentionally Omitted* | | |
| PTX-0193 | *Intentionally Omitted* | | |
| PTX-0194 | FDA request re 399 and MSN response | MSNTIP 010646–MSNTIP 010743 | |
| PTX-0195 | MSN Certification to FDA - IV 399 and 666 | MSNTIP 010744–MSNTIP 010767 | |
| PTX-0196 | MSN cert to FDA 399 | MSNTIP 107462–MSNTIP 107465 | |
| PTX-0197 | MSN section viii 399 and 004 | MSNTIP 042323–MSNTIP 042434 | |
| PTX-0198 | 2020-04-28 Citizen Petition | MSNTIP 042478-MSNTIP 042488 | |
| PTX-0199 | 2021-11-02 Complete Response | MSNTIP 042525-MSNTIP 042532 | |
| PTX-0200 | 2022-11-30 Patent and Exclusivity Certification | MSNTIP 044513-MSNTIP 044516 | |
| PTX-0201 | 2015-02-03 Correspondence Taiho-FDA | TAI-LONS-00888415-TAI-LONS-00888420 | |
| PTX-0202 | 2019-06-21 Correspondence Taiho-FDA | TAI-LONS-01178212-TAI-LONS-01178213 | |
| PTX-0203 | TAS102-107_PK Analysis_20170829 | TAI-LONS-01322070-TAI-LONS-01322084 | |
| PTX-0204 | *Intentionally Omitted* | | |
| PTX-0205 | R. Mayer, et al., *Randomized Trial of TAS-102 for Refractory Metastatic Colorectal Cancer* | TAI-LONS-01383227-TAI-LONS-01383237 | |
| PTX-0206 | TAS102-107 (Renal)_Meeting Highlights_08DEC2016 | TAI-LONS-01394489-TAI-LONS-01394506 | |
| PTX-0207 | CDP_Approval status | TAI-LONS-01453290-TAI-LONS-01453303 | |
| PTX-0208 | TAS-102 Global IB ver 6 0_release date 14Oct2015 | TAI-LONS-01619262-TAI-LONS-01619465 | |
| PTX-0209 | Response to CHMP's Day-120 Clinical Questions | TAI-LONS-02430413-TAI-LONS-02430689 | |
| PTX-0210 | TO-TAS-102-107_PRO_Version 2 0_20 Jan 2015 | TAI-LONS-02683319-TAI-LONS-02683399 | |
| PTX-0211 | TAS-102 Global IB ver 7 0_release date 14Oct2016 | TAI-LONS-02816660-TAI-LONS-02816824 | |
| PTX-0212 | LONSURF safety information_2017_03_21 | TAI-LONS-02841396-TAI-LONS-02841420 | |
| PTX-0213 | Notification letter for TO-TAS-102-107 Study completion_final 20191008_TPC | TAI-LONS-02862651-TAI-LONS-02862652 | |
| PTX-0214 | *Intentionally Omitted* | | |
| PTX-0215 | Clinical Study Report TAS-102-107 Synopsis Final 14 June | TAI-LONS-02870420-TAI-LONS-02870427 | |
| PTX-0216 | 2018-11-13-NDA 207981 TAGS Filing Issues Identified | TAI-LONS-02878975-TAI-LONS-02879002 | |
| PTX-0217 | TAS102-107_PK Analysis_20181206 | TAI-LONS-02887884-TAI-LONS-02887893 | |
| PTX-0218 | TAS102-107_PK Analysis_Cohort 3 | TAI-LONS-02910420-TAI-LONS-02910429 | |
| PTX-0219 | FDA Submission-TOI-TC Minutes | TAI-LONS-02933515-TAI-LONS-02933516 | |

| | | | |
|---|---|---|---|
| PTX-0220 | PMR-2963-2 (TAS102-107) Extension Request-24OCT2017 | TAI-LONS-02956971-TAI-LONS-02956973 | |
| PTX-0221 | 2017-07-24 Correspondence Taiho-FDA | TAI-LONS-02978335-TAI-LONS-02978337 | |
| PTX-0222 | J-RMP update 19June 2018 TPC PV | TAI-LONS-02998928-TAI-LONS-02998934 | |
| PTX-0223 | 2018-02-02 Correspondence Taiho-FDA | TAI-LONS-02999522-TAI-LONS-02999533 | |
| PTX-0224 | TAS-102 Global IB Version 9.0 21May2018 | TAI-LONS-03028612-TAI-LONS-03028777 | |
| PTX-0225 | TAS102-107_1004563_Master_Tracker_08DEC2016.xlsx | TAI-LONS-03057043 | |
| PTX-0226 | MINUTES TAS-102 PLRM 13MAR17 | TAI-LONS-03057605-TAI-LONS-03057639 | |
| PTX-0227 | TAS-102 FDA Pre-NDA Meeting Minutes (140731) | TAI-LONS-03109437-TAI-LONS-03109475 | |
| PTX-0228 | Certified copy of US Application 62/291,799 | TAI-LONS-03251179-TAI-LONS-03251204 | |
| PTX-0229 | TAS-102 Global IB Version 11.0 | TAI-LONS-03257044-TAI-LONS-03257223 | |
| PTX-0230 | Global RA Mtg 28-Jan-2020 TOI Project Updates | TAI-LONS-03260476-TAI-LONS-03260498 | |
| PTX-0231 | TAS102-107 slide deck_04Dec2015 | TAI-LONS-03261544-TAI-LONS-03261566 | |
| PTX-0232 | TAS102-107 slide deck_HM2_FY | TAI-LONS-03261606-TAI-LONS-03261632 | |
| PTX-0233 | TAS102-107_SAP_V1.0_24FEB2016 | TAI-LONS-03262941-TAI-LONS-03263002 | |
| PTX-0234 | Protocol TO-TAS-102-107_Amendment 3 Version 4.0_02Feb2016 | TAI-LONS-03265144-TAI-LONS-03265249 | |
| PTX-0235 | TO-TAS-102-107_PRO_Version 3.0_14 May 2015 | TAI-LONS-03265967-TAI-LONS-03266069 | |
| PTX-0236 | Summary of Changes for Study TAS-102-107 Amendment 3 Version 4.0 02Feb2016 | TAI-LONS-03266268-TAI-LONS-03266280 | |
| PTX-0237 | TAS102-107_ Patient Enrollment_Cohort Management_Version 3.0_25Feb2016 | TAI-LONS-03266359-TAI-LONS-03266361 | |
| PTX-0238 | Protocol TO-TAS-102-107_Amendment 4 Version 5.0_ Final 01-Apr-2016 | TAI-LONS-03268275-TAI-LONS-03268380 | |
| PTX-0239 | TAS102-107_PK Analysis_20171017 to Kevin | TAI-LONS-03269571-TAI-LONS-03269590 | |
| PTX-0240 | *Intentionally Omitted* | | |
| PTX-0241 | 2018-02-13-FDA E-mail-PMR-Notification of Missed Milestone | TAI-LONS-03277050-TAI-LONS-03277052 | |
| PTX-0242 | 2017-12-05-FDA-General Advice-TAS102-107PMR Delay | TAI-LONS-03277180-TAI-LONS-03277182 | |
| PTX-0243 | Protocol TAS-102-301 Final_23Feb2012 | TAI-LONS-03278279-TAI-LONS-03278371 | |
| PTX-0244 | Application Orientation Presentation Meeting_TAS-102_02Feb2015 | TAI-LONS-03280009-TAI-LONS-03280094 | |
| PTX-0245 | Application Orientation Presentation Meeting_TAS-102_02Feb2015 | TAI-LONS-03280278-TAI-LONS-03280363 | |
| PTX-0246 | Cleary J_2015_ASCO RECOURSE Pop PK Abstract | TAI-LONS-03649019 | |
| PTX-0247 | RECOURSE_Pop PK ASCO 2015 abstract 012115v2 | TAI-LONS-03649321-TAI-LONS-03649322 | |
| PTX-0248 | 2020 Citizen Petition - FDA Acknowledgement Letter | TAI-LONS-03649724 | |
| PTX-0249 | 2020 Citizen Petition - Opposition | TAI-LONS-03649725–TAI-LONS-03649739 | |
| PTX-0250 | 2022 Citizen Petition - FDA Acknowledgement Letter | TAI-LONS-03649740 | |
| PTX-0251 | 2020.02.19 MSN Notice of Certification - IV '399 and '666 | N/A | |
| PTX-0252 | 2022.11.30 MSN Notice of Cerification - IV '399 and '004 | N/A | |
| PTX-0253 | 2023.12.24 MSN Notice of Certification - IV 399 and 004 | N/A | |
| PTX-0254 | ANDA Submissions | MSNTIP 000001-MSNTIP 012106 | |
| PTX-0255 | TOI_Monthly_Financial_Inv_Aug 2016.xlsx | TAI-LONS-01267966 | |
| PTX-0256 | TOI_Monthly_Financial_Inv_Dec 2016.xlsx | TAI-LONS-01267967 | |
| PTX-0257 | TOI_Monthly_Financial_Inv_Feb 2016.xlsx | TAI-LONS-01267968 | |
| PTX-0258 | TOI_Monthly_Financial_Inv_Jan 2016.xlsx | TAI-LONS-01267969 | |
| PTX-0259 | TOI_Monthly_Financial_Inv_Jul 2016.xlsx | TAI-LONS-01267970 | |
| PTX-0260 | TOI_Monthly_Financial_Inv_Jun 2016.xlsx | TAI-LONS-01267971 | |
| PTX-0261 | TOI_Monthly_Financial_Inv_Mar 2016.xlsx | TAI-LONS-01267972 | |
| PTX-0262 | TOI_Monthly_Financial_Inv_May 2016.xlsx | TAI-LONS-01267973 | |
| PTX-0263 | TOI_Monthly_Financial_Inv_Nov 2016.xlsx | TAI-LONS-01267974 | |
| PTX-0264 | TOI_Monthly_Financial_Inv_Oct 2016.xlsx | TAI-LONS-01267975 | |
| PTX-0265 | TOI_Monthly_Financial_Inv_Sept 2016.xlsx | TAI-LONS-01267976 | |
| PTX-0266 | TOI Monthly Financial Sales Inventory Flash Report_8.31.2018.xlsx | TAI-LONS-01267979 | |
| PTX-0267 | TOI Monthly Financial Sales Inventory Flash Report_9.30.2018-Revised.xlsx | TAI-LONS-01267980 | |
| PTX-0268 | TOI Monthly Sales & Inventory Flash Report-Jan'18.xlsx | TAI-LONS-01267981 | |
| PTX-0269 | TOI_Monthly Financial Sales Inventory Flash Report_4.30.2018.xlsx | TAI-LONS-01267982 | |
| PTX-0270 | TOI_Monthly Financial Sales & Inventory Flash Report.xlsx | TAI-LONS-01267983 | |
| PTX-0271 | TOI_Monthly Financial Sales & Inventory Flash Report_3.31.2018.xlsx | TAI-LONS-01267984 | |
| PTX-0272 | TOI_Monthly Financial Sales Inventory Flash Report_11.30.2018.xlsx | TAI-LONS-01267985 | |
| PTX-0273 | TOI_Monthly Financial Sales Inventory Flash Report_12.31.2018.xlsx | TAI-LONS-01267986 | |
| PTX-0274 | TOI_Monthly Financial Sales Inventory Flash Report_5.31.2018.xlsx | TAI-LONS-01267987 | |
| PTX-0275 | TOI_Monthly Financial Sales Inventory Flash Report_6.30.2018.xlsx | TAI-LONS-01267988 | |
| PTX-0276 | TOI_Monthly Financial Sales Inventory Flash Report_7.31.2018.xlsx | TAI-LONS-01267989 | |
| PTX-0277 | TOI_Monthly Financial Inv. Sales_Jan.31_2019.xlsx | TAI-LONS-01267990 | |
| PTX-0278 | TOI_Monthly Financial Sales Inventory Flash Report_2.28.2019.xlsx | TAI-LONS-01267991 | |
| PTX-0279 | TOI_Monthly Financial Sales Inventory Flash Report_3.31.2019.xlsx | TAI-LONS-01267992 | |
| PTX-0280 | TOI_Monthly Financial Sales Inventory Report_10.31.2019.xlsx | TAI-LONS-01267993 | |
| PTX-0281 | TOI_Monthly Financial Sales Inventory Report_11.30.2019.xlsx | TAI-LONS-01267994 | |
| PTX-0282 | TOI_Monthly Financial Sales Inventory Report_4.30.2019.xlsx | TAI-LONS-01267995 | |
| PTX-0283 | TOI_Monthly Financial Sales Inventory Report_6.30.2019.xlsx | TAI-LONS-01267996 | |
| PTX-0284 | TOI_Monthly Financial Sales Inventory Report_7.31.2019.xlsx | TAI-LONS-01267997 | |
| PTX-0285 | TOI_Monthly Financial Sales Inventory Report_8.31.2019.xlsx | TAI-LONS-01267998 | |
| PTX-0286 | TOI_Monthly Financial Sales Inventory Report_9.30.2019.xlsx | TAI-LONS-01267999 | |
| PTX-0287 | TOI_Monthly_Financial_Inv_DEC 2015.xlsx | TAI-LONS-01268000 | |
| PTX-0288 | US𝑓𝑓"𝑓T[𝑓t_151104.xlsx | TAI-LONS-01268001 | |
| PTX-0289 | US𝑓𝑓"𝑓T[𝑓t_151202.xlsx | TAI-LONS-01268002 | |
| PTX-0290 | TOI_Daily Financial Inv. & Sales_Nov.30th 2017.xlsx | TAI-LONS-01268003 | |
| PTX-0291 | TOI_Daily Financial Inv.& Sales Flash Report_Dec.31.xlsx | TAI-LONS-01268004 | |
| PTX-0292 | TOI_Daily Financial Inv.&Sales_Oct31_2017.xlsx | TAI-LONS-01268005 | |
| PTX-0293 | TOI_Monthly_Financial_Inv_Apr 2017.xlsx | TAI-LONS-01268006 | |
| PTX-0294 | TOI_Monthly_Financial_Inv_Aug 2017.xlsx | TAI-LONS-01268007 | |
| PTX-0295 | TOI_Monthly_Financial_Inv_Feb 2017.xlsx | TAI-LONS-01268008 | |
| PTX-0296 | TOI_Monthly_Financial_Inv_Jan 2017.xlsx | TAI-LONS-01268009 | |
| PTX-0297 | TOI_Monthly_Financial_Inv_July 2017_Rev.xlsx | TAI-LONS-01268010 | |

| PTX-0298 | TOI_Monthly_Financial_Inv_June 2017.xlsx | TAI-LONS-01268011 | |
| PTX-0299 | TOI_Monthly_Financial_Inv_Mar 2017.xlsx | TAI-LONS-01268012 | |
| PTX-0300 | TOI_Monthly_Financial_Inv_May 2017.xlsx | TAI-LONS-01268013 | |
| PTX-0301 | TOI_Monthly_Financial_Inv_Sept 2017.xlsx | TAI-LONS-01268014 | |
| PTX-0302 | TOI_Monthly Financial Sales Inventory Report_1.31.2020.xlsx | TAI-LONS-01268015 | |
| PTX-0303 | TOI_Monthly Financial Sales Inventory Report_2,29.2020.xlsx | TAI-LONS-01268016 | |
| PTX-0304 | TOI_Monthly Financial Sales Inventory Report_3.31.2020.xlsx | TAI-LONS-01268017 | |
| PTX-0305 | TOI_Monthly Financial Sales Inventory Report_4.30.2020.xlsx | TAI-LONS-01268018 | |
| PTX-0306 | TOI_Monthly Financial Sales Inventory Report_5.31.2020.xlsx | TAI-LONS-01268019 | |
| PTX-0307 | TOI_Monthly Financial Sales Inventory Report_6.30.2020.xlsx | TAI-LONS-01268020 | |
| PTX-0308 | Updated CV of Dr. David Taft | | |
| PTX-0309 | Updated CV of Dr. Thomas Abrams | | |
| PTX-0310 | TPU-TAS-102-301 Final Report | TAI-LONS-02396330-TAI-LONS-02399232 | |
| PTX-0311 | Pharmacokinetic Analysis Protocol for Study No. 12DA25 | TAI-LONS-03647855-TAI-LONS-03647882 | |