# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 21-838-JLH |
| MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**EXHIBIT 11 – DEFENDANTS' TRIAL EXHIBIT LIST**

Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. (collectively, "MSN" or "Defendants") submit this list of exhibits that Defendants will or may offer into evidence at trial.

Defendants reserve the right to revise, amend, supplement, or modify this list based upon any pretrial rulings by the Court or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, and similar developments. Defendants reserve the right to revise, amend, supplement, or modify this list to the extent necessary to reflect any future rulings by the Court, and to revise, amend, supplement, or modify this list to fairly respond to any new issue that Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. (collectively, "Taiho" or "Plaintiffs") may raise. Defendants also reserve the right to offer additional exhibits in rebuttal to issues raised in Plaintiffs' case-in-chief or rebuttal presentations. Defendants further reserve the right to offer additional exhibits to respond to issues raised after the preparation and submission of this list, including any changes by Plaintiffs to their

arguments, exhibit lists, witness lists, or other positions. Defendants further reserve the right to

offer exhibits for purposes of impeachment.

**Taiho's Key to Objection Abbreviations**

| KEY FOR TESTIMONIAL EVIDENCE OBJECTIONS | |
|---|---|
| General Objections: | Form Objections: |
| R: FRE 401: Relevance | L: FRE 611(c): Leading |
| 403: FRE 403: Prejudicial | ARG: Argumentative |
| H: FRE 802: Hearsay | AF: Assuming Facts Not in Evidence |
| LF: FRE 602: Lacks Foundation | C: Compound |
| I: Incomplete | N: Narratives |
| V: Vague and ambiguous | M: Mischaracterizes Testimony or Document |
| S: Beyond the scope of Rule 30(b)(6) deposition topics | AA: Asked and Answered |
| LC: Legal Conclusion | NT: Not Testimony |
| LK: FRE 602: Lack of Personal Knowledge | OS: Outside Scope of Original Designation |
| ET: Calls for expert testimony | |
| MIS: Misleading | |
| IC: Improper counter | |
| NR: Non-responsive | |
| IH: Incomplete hypothetical | |
| SP: Speculation | |

| KEY FOR DOCUMENTARY EVIDENCE OBJECTIONS | |
|---|---|
| General Objections: | |
| R: FRE 401: Relevance | |
| 402: FRE 402: Relevance | |
| 403: FRE 403: Prejudicial | |
| 106: FRE 106: Completeness | |
| H: FRE 802: Hearsay | |
| F: FRE 602: Lacks Foundation | |
| A: FRE 901: Authentication | |
| BE: FRE 1002: Best Evidence | |
| P: FRE 501: Privilege | |

Taiho Pharmaceutical Co. Ltd. et al. v. MSN Laboratories Private Ltd. et al.
C.A. No. 21-838-JLH

**Defendants' Trial Exhibit List**

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections |
|---|---|---|---|---|---|
| DTX-1 | Intentionally Omitted (on JTX List) | | | | |
| DTX-2 | Intentionally Omitted (on JTX List) | | | | |
| DTX-3 | Intentionally Omitted (on JTX List) | | | | |
| DTX-4 | Intentionally Omitted (on JTX List) | | | | |
| DTX-5 | Defendants' Joint Notice of Deposition of Kenichiro Yoshida | 11/13/2023 | | | 402 |
| DTX-6 | Defendants' Notice of Rule 30(b)(6) Deposition to Plaintiffs | 10/31/2023 | | | 402 |
| DTX-7 | Intentionally Omitted (on JTX List) | | | | |
| DTX-8 | Intentionally Omitted (on JTX List) | | | | |
| DTX-9 | Clinical Study Report "Lonsurf® (TAS-102) - TAS-102-107 - A Phase 1, Open-Label Study to Evaluate the Safety, Tolerability, and Pharmacokinetics of TAS-102 in Patients with Advanced Solid Tumors and Varying Degrees of Renal Impairment" | 6/13/2019 | TAI-LONS-01188849 | TAI-LONS-01190459 | F |
| DTX-10 | Intentionally Omitted (on JTX List) | | | | |
| DTX-11 | J. Cleary et al., "Population Pharmacokinetic (PK) analysis of TAS-102 in patients (pts) with metastatic colorectal cancer (mCRC): results from 3 Phase 1 trials and the Phase 3 RECOURSE trial," Abstract submitted to the 2015 ASCO Annual Meeting (May 29, - June 2, 2015) | 2015 | TAI-LONS-01297235 | TAI-LONS-01297237 | R, 403, F |
| DTX-12 | Email from F. Yamashita to R. Kavanakudiyil et al. re "TAS102-106 and TAS102-107 - PK and Safety Evaluability Review" | 11/23/2015 | TAI-LONS-03273844 | | R, 403, H, F |
| DTX-13 | Taiho PowerPoint "Dose Estimation for Severe Cohort Based on TAS-102 PK Data" | 11/23/2015 | TAI-LONS-03273845 | TAI-LONS-03273858 | R, 403, F |
| DTX-14 | Fabio Benedetti MD LinkedIn profile | | | | R, 403, F |
| DTX-15 | M. Ratain et al., "Pharmacodynamics (PD) of GRN163L in a Phase I Study in refractory, solid tumors," Poster Session - Telomerase-targeting agents, No. 438 | 10/23/2008 | | | R, 403, F, A |
| DTX-16 | J. Bendell et al., "Phase 1 study of oral TAS-102 in patients with refractory metastatic colorectal cancer," Cancer Chemother Pharmacol, 76:925-932 (2015) | 2015 | DEFS-TT-002021 | DEFS-TT-002028 | R, 403, F, A |
| DTX-17 | K. Hirata et al., "Pharmacokinetic Study of S-1, a Novel Oral Fluorouracil Antitumor Drug," Clinical Cancer Research, Vol. 5, 2000-2005 (August 1999) | Aug. 1999 | | | R, 403, F, A |
| DTX-18 | Taiho News Release "Teysuno™ (S-1) Receives European Marketing Authorization as Therapy for Advanced Gastric Cancer" | 3/15/2011 | | | R, 403, F |
| DTX-19 | K. Yoshida et al., "Population pharmacokinetic (PPK) analysis for 5-FU, tegafur (FT), gimeracil (CDHP), and oteracil potassium (Oxo) in the eight clinical studies of S-1 in Western patients with advanced solid tumors," American Society of Clinical Oncology, Abstract 53 (2011) | 2011 | | | R, 403, F, A |
| DTX-20 | Intentionally Omitted (on JTX List) | | | | |
| DTX-21 | K. Goto et al., "Pharmacokinetic study of the oral fluorouracil antitumor agent S-1 in patients with impaired renal function," Cancer Science, 110: 1987-1994 (2019) | 2019 | | | R, 403, F, A |
| DTX-22 | T. Mizukami et al., "Prospective evaluation of a developed S-1 dosage formula based on renal function," Journal of Clinical Oncology, Vol. 27, Issue 4, Meeting Abstract, 2019 GastroIntestinal Cancers Symposium | 2019 | | | R, 403, F, A |
| DTX-23 | Intentionally Omitted (on JTX List) | | | | |
| DTX-24 | Teysuno label | | TAI-LONS-03251285 | TAI-LONS-03251358 | R, 403, F |
| DTX-25 | Intentionally Omitted (on JTX List) | | | | |
| DTX-26 | Intentionally Omitted (on JTX List) | | | | |
| DTX-27 | Intentionally Omitted (on JTX List) | | | | |
| DTX-28 | Intentionally Omitted (on JTX List) | | | | |
| DTX-29 | Intentionally Omitted (on JTX List) | | | | |
| DTX-30 | Intentionally Omitted (on JTX List) | | | | |

*Taiho Pharmaceutical Co. Ltd. et al. v. MSN Laboratories Private Ltd. et al.*
C.A. No. 21-838-JLH

**Defendants' Trial Exhibit List**

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections |
|---|---|---|---|---|---|
| DTX-31 | Clinical Study Report "TAS-102 - Protocol No.: TO-TAS-102-107 - A Phase 1, Open-Label Study to Evaluate the Safety, Tolerability, and Pharmacokinetics of TAS-102 in Patients with Advanced Solid Tumorsw and Varying Degrees of Renal Impairment," (Amendment 3) | 2/2/2016 | TAI-LONS-03265144 | TAI-LONS-03265249 | R, 403, F, A |
| DTX-32 | FDA Office of New Drugs Manual of Policies and Procedures "NDAs/BLAs/Efficacy Supplements: Action Packages and Taking Regulatory Actions" | 6/13/2016 | | | R, 403, F, A |
| DTX-33 | Intentionally Omitted (on JTX List) | | | | |
| DTX-34 | FDA Summary Review for Lonsurf | 9/21/2015 | DEFS-TT-005588 | DEFS-TT-005605 | 106 |
| DTX-35 | FDA Clinical Pharmacology and Biopharmaceutics Review(s) for Lonsurf | 8/20/2015 | DEFS-TT-005994 | DEFS-TT-006051 | 106 |
| DTX-36 | FDA PMR/PMC Development Template re Lonsurf | 9/22/2015 | DEFS-TT-006066 | DEFS-TT-006072 | 106 |
| DTX-37 | FDA "Interdisciplinary Review Team for QT Studies Consultation: Thorough QT Study Review" | 9/9/2015 | DEFS-TT-006087 | DEFS-TT-006113 | 106 |
| DTX-38 | Intentionally Omitted (on JTX List) | | | | |
| DTX-39 | Letter from D. Gill (Taiho) to P. Keegan (FDA) re Type B Meeting (Clinical) Background Package", enclosing Meeting Information Package | 11/11/2011 | TAI-LONS-00883891 | TAI-LONS-00884085 | R, 403, H, F, A |
| DTX-40 | Letter from G. Davis (FDA) to J. Boisvert (Taiho) re Meeting Minutes for December 12, 2011 | 12/22/2011 | TAI-LONS-00883807 | TAI-LONS-00883830 | R, 403, H, F, A |
| DTX-41 | Intentionally Omitted (on JTX List) | | | | |
| DTX-42 | Robert E. Winkler, MD LinkedIn profile | | | | R, 403, F |
| DTX-43 | M. Saif et al., "Open-label study to evaluate trifluridine/tipiracil safety, tolerability and pharmacokinetics in patients with advanced solid tumours and hepatic impairment," British Pharmacological Society, 85: 1239-1246 (2019) | 2019 | | | R, 403, F |
| DTX-44 | Email from F. Yamashita to R. Kavanakudiyil et al. re "TAS102-106 and TAS102-107 - PK and Safety Evaluability Review", attaching results of PK analyses | 11/23/2015 | TAI-LONS-03273844 | TAI-LONS-03273858 | R, 403, H, F, A |
| DTX-45 | Taiho "TAS 102-107 Renal Safety Review Minutes" | 11/24/2015 | TAI-LONS-03261567 | TAI-LONS-03261568 | 403, F, A |
| DTX-46 | Email from F. Yamashita to C. Zergebel re "TAS102-107 Dose and IP Discussion for Severe" | 12/3/2015 | TAI-LONS-03273189 | TAI-LONS-03273192 | R, 403, H, F, A |
| DTX-47 | Taiho PowerPoint re TAS-102-107 | | TAI-LONS-03273193 | TAI-LONS-03273210 | 403, F, A |
| DTX-48 | Taiho PowerPoint re "Minutes from the TAS102-107 Dose and IP Discussion" | 12/8/2015 | TAI-LONS-03261698 | TAI-LONS-03261729 | 403, F, A |
| DTX-49 | Defendants' Joint Notice of Deposition of Kunihiro Yoshisue | 11/13/2023 | | | 402, F |
| DTX-50 | ASCO Meeting Program Guide attaching color Cleary Poster, https://meetings.asco.org/abstracts-presentations/109386poster | | | | R, 403, F |
| DTX-51 | Plaintiffs' Initial Disclosures | 3/6/2023 | | | 402, F |
| DTX-52 | Intentionally Omitted (on JTX List) | | | | |
| DTX-53 | Intentionally Omitted (on JTX List) | | | | |
| DTX-54 | Intentionally Omitted (on JTX List) | | | | |
| DTX-55 | Intentionally Omitted (on JTX List) | | | | |
| DTX-56 | Intentionally Omitted (on JTX List) | | | | |
| DTX-57 | Intentionally Omitted (on JTX List) | | | | |
| DTX-58 | Intentionally Omitted (on JTX List) | | | | |
| DTX-59 | Intentionally Omitted (on JTX List) | | | | |
| DTX-60 | CV of Robert Dreicer, M.D., M.S., MACP, FASCO | 4/30/2025 | | | |
| DTX-61 | Intentionally Omitted (on JTX List) | | | | |
| DTX-62 | Intentionally Omitted (on JTX List) | | | | |
| DTX-63 | Intentionally Omitted (on JTX List) | | | | |
| DTX-64 | Intentionally Omitted (on JTX List) | | | | |

*Taiho Pharmaceutical Co. Ltd. et al. v. MSN Laboratories Private Ltd. et al.*
**C.A. No. 21-838-JLH**

**Defendants' Trial Exhibit List**

| Ex. No. | Description | Doc Date | Beginning Bates | Ending Bates | Objections |
|---|---|---|---|---|---|
| DTX-65 | D. Hong et al., "Phase I study to determine the safety and pharmacokinetics of oral administration of TAS-102 in patients with solid tumors," American Cancer Society, Vol. 107 (6), 1383-1390 (Sept. 2006) | Sept. 2006 | DEFS-TT-006152 | DEFS-TT-006159 | |
| DTX-66 | Intentionally Omitted (on JTX List) | | | | |
| DTX-67 | Intentionally Omitted (on JTX List) | | | | |
| DTX-68 | Intentionally Omitted (on JTX List) | | | | |
| DTX-69 | Intentionally Omitted (on JTX List) | | | | |
| DTX-70 | Intentionally Omitted (on JTX List) | | | | |
| DTX-71 | Intentionally Omitted (on JTX List) | | | | |
| DTX-72 | Intentionally Omitted (on JTX List) | | | | |
| DTX-73 | Plaintiffs' Second Supplemental Objections and Responses to Defendants' Joint First Set of Interrogatories (Nos. 1-4) (Supplementing Interrogatory Nos. 1-2, 4) | 12/28/2023 | | | H, 402, 403 |
| DTX-74 | R. Dreicer et al., "Paclitaxel in Advanced Urothelial Carcinoma: Its Role in Patients with Renal Insufficiency and as Salvage Therapy," J. UROL, 156:1606-1608 (1996) | 1996 | MSNTIP 045118 | MSNTIP 045120 | 403, R, A, F |
| DTX-75 | S. Dwivedy et al., "Safety and Pharmacokinetics (PK) of an Antitumor/Antiangiogenic Agent, TAS-102: a Phase 1 study for Patients (PTS) with solid tumors," Clinical Pharmacology, Proceedings of ASCO Volume 20 | 2001 | DEFS-TT-001459 | | 403, R, A, F |
| DTX-76 | U.S. Patent No. 5,744,475 (Yano et al.) | 4/28/1998 | DEFS-TT-001152 | DEFS-TT-001191 | 403, R, A, F |
| DTX-77 | U.S. Patent No. 6,479,500 (Fukushima et al.) | 11/12/2002 | DEFS-TT-001440 | DEFS-TT-001448 | 403, R, A, F |
| DTX-78 | U.S. Patent Appl. Pub. No. 2014/0213602 (Ito et al.) | 7/31/2014 | DEFS-TT-001360 | DEFS-TT-001367 | 403, R, A, F |
| DTX-79 | Taiho press release "Taiho's Lonsurf® (trifluridine and tipiracil hydrochloride) Tablets Approved in Japan for Treatment of Advanced Metastatic Colorectal Cancer" | 3/24/2014 | DEFS-TT-001302 | DEFS-TT-001303 | 403, R, A, F |
| DTX-80 | Intentionally Omitted (on JTX List) | | | | |
| DTX-81 | Intentionally Omitted (on JTX List) | | | | |