# EXHIBIT 12

**Joint Trial Exhibit List**

| Exhibit No. | Description | Bates |
|---|---|---|
| JTX-0001 | U.S. Patent No. 10,456,399 | TAI-LONS-00000014–TAI-LONS-00000021 |
| JTX-0002 | U.S. Patent No. 10,960,004 | TAI-LONS-03298917–TAI-LONS-03298925 |
| JTX-0003 | U.S. Patent No. 10,456,399 File History | TAI-LONS-00004056–TAI-LONS-00005061 |
| JTX-0004 | U.S. Patent No. 10,960,004 File History | TAI-LONS-03298926–TAI-LONS-03299650 |
| JTX-0005 | 2021-07-22 Dreicer Opening Expert Report | N/A |
| JTX-0006 | 2021-11-19 Dreicer Reply Report with Exhibit | N/A |
| JTX-0007 | 2025-05-23 Dreicer Opening Expert Report | N/A |
| JTX-0008 | 2025-07-08 Rebuttal Expert Report of David R. Taft | N/A |
| JTX-0009 | 2025-07-08 Rebuttal Expert Report of Dr. Thomas Abrams | N/A |
| JTX-0010 | 2025-08-08 - Dreicer Reply Expert Report | N/A |
| JTX-0011 | 2019 LONSURF Label | TAI-LONS-01184809–TAI-LONS-01184830 |
| JTX-0012 | S. Matsukawa et al., "Experience of Using Lonsurf for Treatment of Unresectable Advanced Recurrent Cancer in Our Hospital," Proceedings of the 54th Annual Meeting of Japan Society of Clinical Oncology | TAI-LONS-00020475 |
| JTX-0013 | J. Cleary et al., "Population Pharmacokinetic Analysis of TAS-102 in Patients with Metastatic Colorectal Cancer: Results from 3 Phase 1 Trials and the Phase 3 RECOURSE Trial," Poster Presentation, Poster #295 (Abstract #2579), presented May 29-June 2, 2015 ("Cleary Poster") | DEFS-TT-006197 |
| JTX-0014 | E. Booka et al., "Development of an S-1 dosage formula based on renal function by a prospective pharmacokinetic study," Gastric Cancer, 19:876-886 (2016) | DEFS-TT-006160-DEFS-TT-006170 |
| JTX-0015 | 2014 Report on the Deliberation Results of Lonsurf from the Japanese Pharmaceutical and Food Safey Bureau ("Lonsurf Report") | DEFS-TT-000069-DEFS-TT-000168 |
| JTX-0016 | Mayer, et al., Randomized Trial of TAS-102 for Refractory Metastatic Colorectal Cancer | TAI-LONS-00021009-TAI-LONS-00021019 |
| JTX-0017 | J. Cleary et al., "Population Pharmacokinetic (PK) analysis of TAS-102 in patients (pts) with metastatic colorectal cancer (mCRC): results from 3 Phase 1 trials and the Phase 3 RECOURSE trial," Journal of Clinical Oncology, Vol. 33, Iss. 15 Supplement at 2579 (May 20, 2015) ("Cleary Abstract") | NAT-TT-113065-NAT-TT-113066 |
| JTX-0018 | History of Changes for Study: NCT02301117, A Phase I Study of TAS-102 in Patients with Advanced Solid Tumors with Renal Impairment | DEFS-TT-001144-DEFS-TT-001151 |
| JTX-0019 | Saif et al., A Phase I, Open-Label Study Evaluating the Safety and Pharmacokinetics of Trifluridine/Tipiracil in Patients with Advanced Solid Tumors and Varying Degrees of Renal Impairment, CANCER CHEMOTHERAPY AND PHARMACOLOGY (2021) | TAI-LONS-03293661-TAI-LONS-03293673 |

1

| | | |
|---|---|---|
| JTX-0020 | Clinical Study Report "TAS-102 - Protocol No.: TO-TAS-102-107 - A Phase 1, Open-Label Study to Evaluate the Safety, Tolerability, and Pharmacokinetics of TAS-102 in Patients with Advanced Solid Tumors and Varying Degrees of Renal Impairment" | TAI-LONS-03276673-TAI-LONS-03276742 |
| JTX-0021 | Clinical Study Report "Lonsurf® (TAS-102) - TAS-102-107 - A Phase 1, Open-Label Study to Evaluate the Safety, Tolerability, and Pharmacokinetics of TAS-102 in Patients with Advanced Solid Tumors and Varying Degrees of Renal Impairment" | TAI-LONS-02867752-TAI-LONS-02867867 |
| JTX-0022 | Approval Package for Application Number 207981Orig1s000 (NDA 207981) ("LONSURF FDA Approval Package") | DEFS-TT-005546-DEFS-TT-006151 |
| JTX-0023 | Letter from A. Patel (Taiho)  to P. Keegan (FDA) re "Postmarking Requirments (PMR 2963-2): Waiver to Cease Severe Cohort of Study TAS-102-107" | TAI-LONS-01349095-TAI-LONS-01349104 |
| JTX-0024 | Pharmacokinetic Analysis Report, TAS-102 "Population pharmacokinetic analysis for FTD and TPI following TAS-102 administration in selected clinical studies in patients with solid tumor cancers", Study No. 12DA25, Taiho Pharamaceutical Co., Ltd. | TAI-LONS-00022879-TAI-LONS-00023056 |
| JTX-0025 | 2015 Lonsurf Label | DEFS-TT-005252-DEFS-TT-005290 |
| JTX-0026 | FDA Guidance for Industry "Pharmacokinetics in Patients with Impaired Renal Function - Study Design, Data Analysis, and Impact on Dosing and Labeling" ("FDA Guidance 1998") | DEFS-TT-000848-DEFS-TT-000866 |
| JTX-0027 | M. Doogue et al., "Drug Dosing in Renal Disease," Clin Biochem Rev, 32:69-73 (May 2011) | DEFS-TT-001426-DEFS-TT-001430 |
| JTX-0028 | A. Hurria et al., "Effect of Creatinine Clearance on Patterns of Toxicity in Older Patients Receiving Adjuvant Chemotherapy for Breast Cancer," Drugs Aging, 22(9):785-791 (2005) | DEFS-TT-000882-DEFS-TT-000888 |
| JTX-0029 | T. Doi, Phase 1 Study of TAS-102 Treatment in Japanese Patients with Advanced Solid Tumors, BRITISH JOURNAL OF CANCER, 2012 | DEFS-TT-002029-DEFS-TT-002034 |
| JTX-0030 | WO2014185528 / U.S. Publication No. 2016/0082032 (Sakamoto) | DEFS-TT-000218-DEFS-TT-000225 |
| JTX-0031 | N. Janus et al., "Cancer and Renal Insufficiency Results of the BIRMA Study," British Journal of Cancer, 103: 1815-1821 (2010) | DEFS-TT-000754-DEFS-TT-000760 |
| JTX-0032 | R. Mehvar, "Estimation of Pharmacokinetic Parameters Based on the Patient-Adjusted Population Data," American Journal of Pharmaceutical Education, 70(5) Article 96, 1-8 (2006) | DEFS-TT-000908-DEFS-TT-000915 |
| JTX-0033 | M. Munar et al.,"Drug Dosing Adjustments in Patients with Chronic Kidney Disease," American Family Physician, 75(10):1487-1496 (2007) | DEFS-TT-001323-DEFS-TT-001332 |

| JTX-0034 | Lichtman et al., International Society of Geriatric Oncology (SIOG) Recommendations for the Adjustment of Dosing in Elderly Cancer Patients with Renal Insufficiency, EUROPEAN JOURNAL OF CANCER (2006) | DEFS-TT-006171-DEFS-TT-006191 |
|---|---|---|
| JTX-0035 | S. Huang et al., "When to Conduct a Renal Impairment Study During Drug Development: US Food and Drug Administration Perspective," Clinical Pharmacology & Therapeutics, Vol. 86(5): 475-479 (2009) | DEFS-TT-006192-DEFS-TT-006196 |
| JTX-0036 | U.S. Patent No. 7,799,783 (Emura et al.) | TAI-LONS-00000022-TAI-LONS-00000030 |
| JTX-0037 | APO-Trifluridine, Trifluridine Ophthalmic Solution 1%, Product Monograph | DEFS-TT-000889-DEFS-TT-000907 |
| JTX-0038 | 2023-06-09 Defendants' Joint Initial Invalidity Contentions | |
| JTX-0039 | MSN's Proposed Label | MSNTIP 045012-MSNTIP 045027 |
| JTX-0040 | 2023-08-23 Defendants' Joint Initial Invalidity Contentions with Appendix A_B | |