# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

TAIHO PHARMACEUTICAL CO. LTD. and
TAIHO ONCOLOGY, INC.

Plaintiffs,

v.

ACCORD HEALTHCARE INC., *et al.*,

Defendants.

C.A. No. 21-838-JLH
**CONSOLIDATED ANDA CASE**

**EXHIBIT 13
PLAINTIFFS' EXPERTS' CURRICULUM VITAE**

# CURRICULUM VITAE
## David R. Taft, Ph.D.

**CONTACT INFORMATION:**    Division of Pharmaceutical Sciences
Arnold & Marie Schwartz College of Pharmacy
Long Island University
75 DeKalb Avenue
Brooklyn, NY 11201
TEL:   718-488-1263
EMAIL:  david.taft@liu.edu

## EDUCATION

University of Rhode Island, College of Pharmacy, Kingston, RI 02881.
Bachelor of Science, Pharmacy, With Highest Distinction, May 1987.

University of Connecticut, School of Pharmacy, Storrs, CT 06269.
Doctor of Philosophy, Pharmaceutical Science, May 1993.
Advisor:  Kevin R. Sweeney, Ph.D.

University of North Carolina, School of Pharmacy, Chapel Hill, NC 27599.
Postdoctoral Fellow, Pharmacokinetics, 1993-1994.
Advisors:  Gary M. Pollack, Ph.D.
        Kim L.R. Brouwer Pharm.D., Ph.D.

## ACADEMIC EXPERIENCE

September 2024 to present. Professor with Tenure, Division of Pharmaceutical Sciences, Arnold & Marie Schwartz College of Pharmacy, Long Island University, Brooklyn, NY 11201.

September 2022 to August 2024. Professor and Chair, Division of Pharmaceutical Sciences, Arnold & Marie Schwartz College of Pharmacy, Long Island University, Brooklyn, NY 11201.

September 2013 to August 2022. Professor with Tenure, Division of Pharmaceutical Sciences, Arnold & Marie Schwartz College of Pharmacy, Long Island University, Brooklyn, NY 11201.

September 2008 to August 2013. Professor and Dean, Arnold & Marie Schwartz College of Pharmacy, Long Island University, Brooklyn, NY 11201.

January 2008 to August 2008. Director, Division of Pharmaceutical Sciences, Arnold & Marie Schwartz College of Pharmacy, Long Island University, Brooklyn, NY 11201

September 2005 to August 2008. Associate Professor with Tenure, Division of Pharmaceutical Sciences, Arnold & Marie Schwartz College of Pharmacy, Long Island University, Brooklyn, NY 11201.

September 2000 to August 2005. Associate Professor with Tenure, Division of Pharmaceutics and Industrial Pharmacy, Arnold & Marie Schwartz College of Pharmacy, Long Island University, Brooklyn, NY 11201.

June 1994 to September 2000.  Assistant Professor, Division of Pharmaceutics and Industrial Pharmacy, Arnold & Marie Schwartz College of Pharmacy, Long Island University, Brooklyn, NY 11201.

## COLLEGE/UNIVERSITY APPOINTMENTS

Director of Graduate Academic Programs 2021-2024

Director, Graduate Programs in Pharmaceutics, 2013-2021

Chair, Assessment Committee, 2019-2023

Chair, Brooklyn Campus Institutional Review Board for Human Subjects Research, 2017-2018, 2021 -

Chair, ACPE Accreditation Self-Study Steering Committee 2006-2008

Chair, ACPE Accreditation Self-Study Steering Committee 2000-2002

Chair, Faculty Review Committee, 2003-2004, 2005-2007

Chair, Planning and Assessment Committee, 2002-2005

Chair, Research Committee, 1998-1999

University Committee Appointments

Middle States Reaccreditation Standard 1 Working Group, 2020-2023

University Strategic Planning Committee, 2013 - 2018

Dean, School of Nursing, Brooklyn Campus, Search Committee, 2013

Presidential Search, Advisory Committee, Long Island University, 2013

Dean, School of Business, Brooklyn Campus, Search Committee 2012

Middle States Reaccreditation Steering Committee, 2011-2012

Dean, School of Nursing, Brooklyn Campus, Search Committee 2011

Dean of Libraries, Search Committee, 2010

Brooklyn Campus Institutional Review Board for Human Subjects Research, 1998-2008, 2013-present

Brooklyn Campus Institutional Animal Care and Usage Committee, 2006-2017

College Committee Appointments

Steering Committee, ACPE Accreditation Self-Study, 2019-2022

Assessment Committee, 2016-2023

Research Committee, 1994-1999, 2013-2014

Faculty, Preceptor and Staff Development Committee, 2013-2015

Honors and Awards Committee, 2002-2008, 2024-

Curricular Assessment Committee, 2001-2003

Commencement Committee, 1999-2007

Curriculum Committee, 1998-2001

PharmD Implementation Committee, 4th Year Coordinator,
1997-2000 Faculty Review Committee, 1997-1999, 2018-2019, 2025-
Disciplinary Committee, 1996-1999
PharmD Task Force, 1994-1997
Disciplinary Committee, 1996-1999
Research Committee, 1994-1999, 2013-2014


DOCTORAL STUDENTS SUPERVISED

Dr. Ganesh Iyer (Ph.D. 1998), Pharmacokinetics Ophtha/NS and Clinical Pharmacology
Phase I PKS Lead, Novartis Institutes for Biomedical Research

Dr. Raju Poola (Ph.D. 2001), Director, Quantitative Pharmacology, Otsuka Pharmaceutical
Companies

Dr. Malaz AbuTarif (Ph.D. 2003), Vice President, Global Head of Clinical Pharmacology,
Daiichi Sankyo, Inc.

Dr. Stephan Ortiz (Ph.D. 2004), Executive Director, Non-Clinical, Clinical and Quantitative
Pharmacology, AstraZeneca Rare Disease

Dr. Ishani Savant Landry (Ph.D. 2004), Vice President, Clinical Pharmacology and DMPK,
Alkermes, Inc.

Dr. Tomoko Nakatani-Freshwater (Ph.D. 2006), Senior Principal Scientist, Quantitative
Pharmacology and Pharmacometrics, Immuno-Oncology, Merck

Dr. Aruna Dontabhaktuni (Ph.D. 2008), President and CEO, PharmaPro Consulting

Dr. Mariana Babayeva (Ph.D. 2008), Associate Professor, Touro College of Pharmacy

Dr. Amy Chun Kuang (Ph.D. 2010), Director, Medical Writing, AbbVie

Dr. Mitalee Tamhane (Ph.D. 2010), Director, Clinical Pharmacology, AbbVie

Dr. Antoinette Ajavon-Hartman (Ph.D. 2010), Director, Clinical Pharmacology and
Pharmacometrics, Bristol Myers Squibb

Dr. Michael White (Ph.D. 2011), Consultant, Strategic Healthcare Risk & Financial Advisors

Dr. Yogesh Patel (Ph.D. 2013), Director, Quantitative & Clinical Pharmacology, Sarepta
Therapeutics

Dr. Mayankbhai Patel (Ph.D. 2014), Principal Scientist, Quantitative Pharmacology and
Pharmacometrics, Merck

Dr. Kevin Burns (Ph.D. 2014), Director, Business Development, KCAS Bioanalytical &
Biomarker Services

Dr. Vidhi Shah (Ph.D. 2014), Postdoctoral Researcher, Oregon State University

Dr. Rakesh Gollen (Ph.D. 2015), Clinical Pharmacology Lead, PTC Therapeutics

Dr. Giselle Benitez (Ph.D. 2016), Associate Director, Pharmacometrics, Boehringer-
Ingelheim

Dr. Ami Patel (Ph.D., 2016), Senior Director, Product Development, Boyds

Dr. Hannah Huang (Ph.D. 2016), Associate Director, Clinical Pharmacology, Arcus
Biosciences

Dr. Jennypher Mudunuru (Ph.D. 2018), Investigator, Global DMPK Modeling, In Vitro In
Vivo Translation, GSK

Dr. Sheila Masinde (Ph.D. 2018), Scientist, Clinical Pharmacology, Regeneron
Pharmaceuticals

Dr. Kushal Shah (Ph.D. 2019), Clinical Pharmacologist, Takeda

Dr. Vamshi Krishna Jogiraju (Ph.D. 2020), Sr.  Clinical Pharmacologist, Gilead Sciences

Dr. Harshith Neeli (Ph.D. 2020), Associate Director, Project Clinical Pharmacokineticist, Boehringer Ingelheim

Dr. Shamistha Das (Ph.D. 2021), Modeling and Simulation Scientist 2, Vertex Pharmaceuticals

Dr. Suvarchalakiranmai Avvari (Ph.D. 2022),  Scientist II, Simulations Plus, Inc.

Dr. Xu Sun (Ph.D. 2023), Research Investigator, Clinical Pharmacology & Pharmacometrics, Bristol Myers Squibb

Dr. Zeel Shah (Ph.D. 2023), Research Investigator, Clinical Pharmacology & Pharmacometrics,  Bristol Myers Squibb

Dr. Hui Wei (Ph.D. 2023), Scientist, U.S. Food and Drug Administration

## HONORS AND AWARDS

COVID-19 Outstanding Faculty Recognition Award, Arnold & Marie Schwartz College of Pharmacy, Long Island University, 2021

Certara® Simcyp Academic Award, Most Effective Teaching Application, Long Island University, 2016

University of Connecticut School of Pharmacy Distinguished Alumnus Award, 2011

American Association of Colleges of Pharmacy Academic Leadership Fellow, 2004-2005

Founders Award for Faculty, Arnold & Marie Schwartz College of Pharmacy, Long Island University, 2002

American Association of Pharmaceutical Scientists New Investigator Grant Award in Pharmacokinetics, Pharmacodynamics, and Drug Metabolism, 1998

David Newton Award for Excellence in Teaching, Long Island University, 1997

American Foundation for Pharmaceutical Education (AFPE) Fellow, 1989-1992

## PROFESSIONAL ASSOCIATIONS

American Association of Pharmaceutical Scientists

American Association of Colleges of Pharmacy

International Society for the Study of Xenobiotics

Phi Lambda Sigma Pharmacy Leadership Society

Rho Chi Pharmacy Honor Society

## EDITORIAL BOARD APPOINTMENT

AAPS Introductions in the Pharmaceutical Sciences (2021-present)

Current Drug Discovery Technologies (2007-present)

**EDITORIAL ADVISORY BOARD APPOINTMENTS**

Journal of Pharmaceutical Sciences (2003 – present)
Drug Development and Industrial Pharmacy (2005- present)
Current Medical Research and Opinion (International Advisory Board, 2007-2010)

**OTHER PROFESSIONAL ACTIVITIES**

Guest Editor, Special Issue " Formulation Strategies to Optimize Drug Pharmacokinetics and Improve Therapeutic Outcomes", *Pharmaceutics* 2024
Guest Editor, Special Issue "Role of Pharmacokinetics in Drug Development and Evaluation", *Pharmaceutics* 2023
Member, Board of Directors, The National Institute for Pharmaceutical Technology & Education (NIPTE), 2018 - 2020
Member, 2010-2015 Council of the Convention, U.S. Pharmacopeial Convention

Manuscript Reviews
*AAPS PharmSciTech*
*Antimicrobial Agents and Chemotherapy*
*BAA Reviews on Cancer*
*Biochemical Pharmacology*
*BMC Neurology*
*British Journal of Clinical Pharmacology*
*Clinical Pharmacokinetics*
*Clinical Microbiology and Infection*
*Drug Metabolism and Disposition*
*Epilepsia*
*European Journal of Pharmaceutics and Biopharmaceutics*
*International Journal of Pharmaceutics*
*International Brazilian Journal of Urology*
*Journal of Antimicrobial Chemotherapy*
*Journal of Drug Assessment*
*Journal of Pharmaceutical and Biomedical Analysis*
*Journal of Pharmacokinetics and Pharmacodynamics*
*Journal of Pharmacology and Experimental Therapeutics*
*Kidney International*
*Molecular Pharmaceutics*
*PDA Journal of Pharmaceutical Science and Technology*
*Pharmaceutics*
*Pharmaceutical Research*
*Pharmaceutical Development and Technology*
*The AAPS Journal*

Grant Proposal Reviewer, Panel "CE 17 – Translational Research in Health", French National Research Agency, April 2023

Invited Speaker, "PBPK Modeling of Altered Tizanidine Systemic Exposure by CYP1A2 Modulation: Impact of Drug-Drug Interactions and Cigarette Consumption", Simcyp® Scientific Seminar Series, Webinar, June 30, 2021. Sponsored by Certara®.

David Taft, PhD, and Khaled Abduljalil, PhD, "Recent Advances in Neonatal Clinical Pharmacology", Webinar, December 11, 2019, Sponsored by The American Society of Clinical Pharmacology and Therapeutics

Alice Ke and David Taft. How to Pick the Right Drug Doses for Pregnant Women, *Applied Clinical Trials*, May 17, 2017 (http://www.appliedclinicaltrialsonline.com/how-pick-right-drug-doses-pregnant-women?pageID=2)

Invited Speaker, "Predicting Drug Exposure During Pregnancy Using PBPK Models", Webinar, March 15, 2017. Sponsored by Certara®.

Lecturer, NIH-Sponsored Short Course, Integrative and Organ Systems Pharmacology, School of Pharmacy, University of North Carolina, Chapel Hill, NC, 2005, 2006, 2007, 2008

Reviewer, Annual Faculty Scholarship Awards, Massachusetts Colleges of Pharmacy & Health Sciences, 2006-2008

Member, Outstanding Manuscript Award Committee, Drug Development and Industrial Pharmacy, 2007-2008

Chair, Abstract Screening Committee, PPDM Section, Annual Meeting of The American Association of Pharmaceutical Scientists, 1998-1999.

Member, Contributed Papers Committee, Eastern Regional Meeting of The American Association of Pharmaceutical Scientists, 1997-2000, Vice-Chair 1999

Moderator, PPDM Poster Session, Annual Meeting of The American Association of Pharmaceutical Scientists, Boston, MA, November 1997.

Moderator, PPDM Poster Session, Annual Meeting of The American Association of Pharmaceutical Scientists, Seattle, WA, November 1996.

Moderator, PPDM Poster Session, Annual Meeting of The American Association of Pharmaceutical Scientists, Miami, FL, November 1995.


GRANTS/CONTRACTS

National Institutes of Health, SBIR Phase I, Subaward PI (Taft), Award# 1R43NS145939-01, Prime Recipient:  Aneuryst, Inc., "Enzyme Phenotyping of Hydroxyfasudil", (Total Award: $492,110, Subaward $162,922), 09/09/25-08/31/2026.

U.S. Food and Drug Administration,  Grant 1U01FD006930, "Elucidating Fundamental Principles of Dermal Pharmacokinetics via Microdialysis", PI (Taft), $217,946, 7/1/2022-6/30/2023.

Certara-Simcyp Grant and Partnership Scheme, "Utilization of Physiologically-Based Pharmacokinetic Modeling to Predict Drug Disposition and Guide Dosing Decisions in Preterm Neonates", $59,700, 2018-2020.

Onconova Therapeutics Inc, "Preclinical Studies with Novel Therapeutic Compounds", $48,954, 2015.

Onconova Therapeutics Inc, "Preclinical Studies with Novel Therapeutic Compounds", $49,231, 2014.

Onconova Therapeutics Inc, "Preclinical Studies with Novel Therapeutic Compounds", $35,585, 2013.

TPP Global Development, "Preclinical Studies with Novel Compounds", $9,000, 2013.

Parion Sciences, Inc, "Renal Excretion of Parion ENaC blockers in the Isolated Perfused Rat Kidney", $25,684, 2011.

Onconova Therapeutics Inc, "Preclinical Studies with Novel Therapeutic Compounds", $37,386, 2010.

Ardea Biosciences, "Preclinical Studies with Novel Therapeutic Compounds", $9,000, 2010.

Parion Sciences, Inc, "Renal Excretion of Parion ENaC blockers in the Isolated Perfused Rat Kidney", $52,764, 2009.

Onconova Therapeutics Inc, "Preclinical Studies with Novel Therapeutic Compounds", $51,264, 2009.

Onconova Therapeutics Inc, "Preclinical Studies with Novel Therapeutic Compounds", $71,936, 2008.

Genzyme Oncology Inc, "Pharmacokinetic Studies with Clofarabine and Other Nucleoside Analogs: In Vivo and Isolated Perfused Kidney Studies", $70,000, 2007.

Onconova Therapeutics Inc, "Preclinical Studies with Novel Therapeutic Compounds", $68,550, 2007.

Genzyme Oncology Inc, "Renal Excretion of Clofarabine in the Isolated Perfused Rat Kidney: Assessment of Dose Linearity and Role of Renal Transport Systems on Drug Excretion", $44,000, 2007.

Onconova Therapeutics Inc, "Preclinical Studies with Novel Therapeutic Compounds", $68,894, 2006.

Vertex Pharmaceuticals Inc, "Renal Excretion of a Novel Compound in the Isolated Perfused Rat Kidney:  Assessing Potential Interaction with Methotrexate", $18,000, 2006.

Onconova Therapeutics Inc, "Preclinical Studies with Novel Therapeutic Compounds", $60,000, 2005.

Shire Pharmaceutical Development, "Assessment of Dose Linearity of the Renal Clearance of SPD-754 and its Metabolite BCH335 in the Isolated Perfused Rat Kidney", $29,975, 2004.

Shire Pharmaceutical Development, "Effect of Potential Interactants on the Renal Disposition of SPD-754 and BCH-355 in the Isolated Perfused Rat Kidney", $24,706, 2004.

Shire Pharmaceutical Development, "Effect of Trimethoprim on the Renal Disposition of BCH-335 in the Isolated Perfused Rat Kidney", $21,670, 2003.

Shire Pharmaceutical Development, "Effect of Trimethoprim on the Renal Disposition of SPD-754 and 3TC in the Isolated Perfused Rat Kidney", $42,600, 2003.

1996-1997 New Investigators Program Grant, American Association of Colleges of Pharmacy, "Investigation of a Facilitative Role of Albumin in Renal Clearance", $10,000.


## PUBLICATIONS

1. Sonia Sharma and <u>David R. Taft</u>. PBPK Modeling of Acetaminophen in Pediatric Populations: Incorporation of SULT Enzyme Ontogeny to Predict Age-Dependent

Metabolism and Systemic Exposure *Life* 15(7), 1099, 2025. https://doi.org/10.3390/life15071099.

2. Kunj Vyas and David R. Taft. PBPK Modeling for Enhanced Drug Therapy in the Elderly Population and the Impact of Organ Impairment on Systemic Exposure. *Current Pharmacology. Reports* 11, 10  2025. https://doi.org/10.1007/s40495-025-00391-5.

3. Chaeho Moon, Sawittree Sahakijpijarn, Esther Y. Maier, David R. Taft, Miguel O. Jara, Tuangrat Praphawatvet, Rachana Manandhar, Nivedita Shetty, Joseph Lubach, Ajit Narang, Karthik Nagapudi, and Robert O. Williams III. Inhaled JAK Inhibitor GDC-0214 Nanoaggregate Powder Exhibits Improved Pharmacokinetic Profile in Rats Compared to the Micronized Form: Benefits of Thin Film Freezing. *Molecular Pharmaceutics* 21(2)564–580 2024. https://doi.org/10.1021/acs.molpharmaceut.3c00719

4. Suvarchala Kiranmai Avvari, Jaclyn A. Cusumano ,Vamshi Krishna Jogiraju, Pooja Manchandani, and David R. Taft. PBPK Modeling of Azithromycin Systemic Exposure in a Roux-en-Y Gastric Bypass Surgery Patient Population. *Pharmaceutics* 15:2520 2023 https://doi.org/10.3390/pharmaceutics15112520.

5. Harsh Shah, Kushal Shah, Bhavin Gajera, Rutesh H. Dave, and David R. Taft. Developing a Formulation Strategy Coupled with PBPK Modeling and Simulation for the Weakly Basic Drug Albendazole. *Pharmaceutics* 15(4):1040  2023. doi:10.3390/pharmaceutics1504104.

6. Harshith Neeli, Nazeeh Hanna, Khaled Abduljalil, Jaclyn Cusumano, and David R. Taft. Application of Physiologically Based Pharmacokinetic-Pharmacodynamic Modeling in Preterm Neonates to Guide Gentamicin Dosing Decisions and Predict Antibacterial Effect. *Journal of Clinical Pharmacology*  61:1356-1365, 2021. doi: 10.1002/jcph.1890. Epub June 8, 2021. PMID: 33945155

7. Vamshi Krishna Jogiraju, Tycho Heimbach, Yuliana Toderika, and David R. Taft. Physiologically Based Pharmacokinetic Modeling of Altered Tizanidine Systemic Exposure by CYP1A2 Modulation: Impact of Drug-Drug Interactions and Cigarette Consumption. *Drug Metabolism and Pharmacokinetics* 37:100375, 2021 doi: 10.1016/j.dmpk.2020.100375. Epub 2020 Dec 13.

8. Kushal Shah, Briann Fischetti, Agnes Cha, and David R. Taft. Using PBPK Modeling to Predict Drug Exposure and Support Dosage Adjustments in Patients with Renal Impairment: An Example with Lamivudine. *Current Drug Discovery Technologies* 17:387-396, 2020. doi: 10.2174/1570163816666190214164916.

9. Jennypher Mudunuru, Chen Ren, David R. Taft, and Manoj Maniar. Effect of Gender on the Pharmacokinetics of ON 123300, a Dual Inhibitor of ARK5 and CDK4/6 for the Treatment of Cancer, in Rats. *European Journal of Drug Metabolism and Pharmacokinetics.* 44:531-538, 2019. doi: 10.1007/s13318-019-00542-2.

10. Briann Fischetti, Kushal Shah, David R. Taft, Leonard Berkowitz, Anjali Bakshi, and Agnes Cha. Real-World Experience with Higher-Than-Recommended Doses of Lamivudine in Patients with Varying Degrees of Renal Impairment. *Open Forum Infectious Diseases*, ofy225, doi:10.1093/ofid/ofy225, eCollection October 2018.

11. Vamshi Krishna Jogiraju, Suvarchala Avvari, Rakesh Gollen, and David R. Taft. Application of Physiologically-Based Pharmacokinetic Modeling to Predict Drug Disposition in Pregnant Populations. *Biopharmaceutics and Drug Disposition* 38: 426-438, 2017.

12. Vidhiben Shah, Robert A. Bellantone, and David R. Taft. Evaluating the Potential for Delivery of Irinotecan via the Buccal Route: Physicochemical Characterization and In Vitro Permeation Assessment Across Porcine Buccal Mucosa. *AAPS PharmSciTech.* 18:867-874, 2017.

13. Aruna Dontabhaktuni, David R. Taft, and Mayankbhai Patel. Gentamicin Renal Excretion in Rats: Probing Strategies to Mitigate Drug-Induced Nephrotoxicity. *Pharmacology & Pharmacy* 7:43-55,2016.

14. Rami S. Komrokji, Azra Raza, Jeffrey E. Lancet, Chen Ren, David Taft, Manoj Maniar, Francois Wilhelm and Alan F. List. Phase I Clinical Trial of Oral Rigosertib in Patients with Myelodysplastic Syndrome. *British Journal of Haematology* 162:517-254, 2013.

15. Takao Ohnuma, Deborah Lehrer, Chen Ren, Sool Yeon Cho, Manoj Maniar, Lewis Silverman, Max Sung1 Herbert F Gretz III, Vladimir Benisovich, Shyamala Navada, Eugene Akahoho, Eric Wilck, David R. Taft, John Roboz, Francois Wilhelm, and James F Holland. Phase 1 Study of Intravenous Rigosertib (ON 01910.Na), a Novel Benzyl Styryl Sulfone Structure Producing G2/M Arrest and Apoptosis, in Adult Patients with Advanced Cancer. *American Journal of Cancer Research* 3:323-338, 2013.

16. Michael P. White, Mariana Babayeva, David R. Taft, and Manoj Maniar. Determination of Intestinal Permeability of Rigosertib (ON 01910.Na, Estybon™): Correlation with Systemic Exposure. *Journal of Pharmacy and Pharmacology* 65:960-969, 2013.

17. Mitalee Tamhane, Manoj Maniar, Chen Ren, Kenza E. Benzeroual and David R. Taft. Disposition of ON 01210.Na (Ex-RAD®), a Novel Radioprotectant, in the Isolated Perfused Rat Liver: Probing Metabolic Inhibition to Increase Systemic Exposure. *Journal of Pharmaceutical Sciences* 102:732–740, 2013.

18. Shubhankar Suman, Kamal Datta, Kathryn Doironi, Chen Ren, Ramesh Kumar, David R. Taft, Albert J. Fornace Jr., and Manoj Maniar. Radioprotective Effects of ON 01210.Na upon Oral Administration. *Journal of Radiation Research* 53:368-376, 2012.

19. Horatio Priestap, Maria Torres, Robert Rieger, Kathleen Dickman, Tomoko Freshwater, David R. Taft, Manuel Barbieri and Charles Iden. Aristolochic Acid I Metabolism in the Isolated Perfused Rat Kidney. *Chemical Research in Toxicology* 25:130-139, 2012.

20. Mariana Babayeva, Susan Cox, Michael P. White, and David R. Taft. Renal Excretion of Apricitabine in Rats: *Ex Vivo* and *In Vivo* Studies. *European Journal of Drug Metabolism and Pharmacokinetics* 36(3):141-150, 2011.

21. David R. Taft, Rutesh Dave, Amanda M. Gillum and Manoj Maniar. ON 01910.Na (Estybon®, Rigosertib). *Drugs of the Future*, 36(6):433-440, 2011.

22. Amy W. Chun, Robert E. Freshwater, David R. Taft, Amanda M. Gillum and Manoj Maniar. The Effect of Formulation and Route of Administration on the Systemic Availability of Ex-RAD™, a New Radioprotectant, in Preclinical Species. *Biopharmaceutics and Drug Disposition* 32(2):99-111, 2011.

23. Antoinette Ajavon, Peter Bonate, and David R. Taft. Renal Excretion of Clofarabine: Assessment of Dose-linearity and Role of Renal Transport Systems on Drug Excretion. *European Journal of Pharmaceutical Sciences* 40(3):209-216, 2010.

24. Mitalee Tamhane, Ananthsrinivas R. Chakilam, Andrew Jayaraj, Vineet Thakkar, and David R. Taft. Comparative Renal Excretion of VX-702, a Novel P38 Mapk Inhibitor, and Methotrexate in the Perfused Rat Kidney Model. *Drug Development and Industrial Pharmacy* 36(3):315-322, 2010.

25. Amy W. Chun, Stephen C. Cosenza, David R. Taft and Manoj Maniar. Preclinical Pharmacokinetics and In Vitro Activity of ON 01910.Na, a Novel Anti-cancer Agent. *Cancer Chemotherapy and Pharmacology* 65(1):177-86, 2009.

26. Tomoko Nakatani-Freshwater and David R. Taft. Renal Excretion of Emtricitabine II. Effect of Trimethoprim on Emtricitabine Excretion: In Vitro and In Vivo Studies. *Journal of Pharmaceutical Sciences* 97(12):5411-5420, 2008.

27. Tomoko Nakatani-Freshwater and David R. Taft. Renal Excretion of Emtricitabine I. Effects of Organic Anion, Organic Cation, and Nucleoside Transport Inhibitors on Emtricitabine Excretion. *Journal of Pharmaceutical Sciences* 97(12):5401-5410, 2008.

28. David R. Taft, Ishani A. Savant, Aruna Dontabhaktuni, Mariana Babayeva and Tomoko Nakatani-Freshwater. Application of the Isolated Perfused Rat Kidney Model to Assess Gender Effects on Drug Excretion. *Drug Development and Industrial Pharmacy* 32(8):919-28, 2006.

29. Tomoko Nakatani-Freshwater, Mariana Babayeva, Aruna Dontabhaktuni, and David R. Taft. Effects of Trimethoprim on the Clearance of Apricitabine, a Deoxycytidine Analog Reverse Transcriptase Inhibitor, and Lamivudine in the Isolated Perfused Rat Kidney. *Journal of Pharmacology and Experimental Therapeutics* 319(2):941-947, 2006.

30. Madiha B. Sidhom, Nadya Rivera, Hassan Almoazen, Harold L. Kirschenbaum, and David R. Taft. Stability of Sotalol Hydrochloride in Extemporaneously Prepared Oral Suspension Formulations. *International Journal of Pharmaceutical Compounding* 9(5):402-406, 2005.

31. Roda Plakogiannis, Henry Cohen, and David Taft. Effects of Morning Versus Evening Administration of Atorvastatin in Patients with Hyperlipidemia. *American Journal of Health Systems Pharmacy* 62(23):2491-2494, 2005.

32. Mohammed A. Kabir, David R. Taft, Cecil K. Joseph, and Robert A Bellantone. Measuring Drug Concentrations Using Pulsatile Microdialysis: Theory and Method Development In Vitro. *International Journal of Pharmaceutics*, 293:171-182, 2005.

33. David R. Taft. The Isolated Perfused Rat Kidney Model: A Useful Tool for Drug Discovery and Development. *Current Drug Discovery Technologies* 1:97-111, 2004.

34. Nagaraju R. Poola, Michelle Kalis, Fotios Plakogiannis, and David R. Taft. Characterization of Pentamidine Excretion in the Isolated Perfused Rat Kidney. *Journal of Antimicrobial Chemotherapy* 52(3):397-404, 2003.

35. Mohammed Nasser Ali Christy, Robert A. Bellantone, David R. Taft and Fotios .M. Plakogiannis. In Vitro Evaluation of the Release of Albuterol Sulfate from Polymer Gels: Effect of Fatty Acids on Drug Transport Across Biological Membranes. *Drug Development and Industrial Pharmacy* 28:1221-1229, 2002.

36. Nagaraju R. Poola, Dider Bhuiyan, Michelle Kalis, Stephan Ortiz, Ishani A. Savant, Harold Kirschenbaum, Madiha Sidhom and David R. Taft. A Novel HPLC Assay for Pentamidine: Comparative Effects of Creatinine and Inulin on GFR Estimation and Pentamidine Renal Excretion in the Isolated Perfused Rat Kidney. *Journal of Pharmacy and Pharmaceutical Sciences* 5(2):130-140, 2002.

37. Malaz A. AbuTarif and David R. Taft. Simulation of the Pharmacokinetic Profile of Methazolamide in Blood: Effect of Carbonic Anhydrase Binding on Drug Disposition. *Pharmaceutical Research* 19:551-555, 2002.

38. Ishani A. Savant, Michelle Kalis, Hassan Almoazen, Stephan R. Ortiz, Malaz AbuTarif and David R. Taft. Alternative High-Performance Liquid Chromatographic Assay for p-Aminohippuric Acid (PAH): Effect of Aging on PAH Excretion in the Isolated Perfused Rat Kidney. *Journal of Pharmaceutical and Biomedical Analysis* 26:687-699, 2001.

39. Ganesh R. Iyer, Robert A. Bellantone and David R. Taft. *In Vitro* Characterization of the Erythrocyte Distribution of Methazolamide: A Model of Erythrocyte Transport and Binding Kinetics. *Journal of Pharmacokinetics and Biopharmaceutics* 27,45-66, 1999.

40. David R. Taft, Sean Nordt, Ganesh R. Iyer, and Michael H. Schwenk. Blood Disposition and Urinary Excretion Kinetics of Methazolamide Following Oral Administration to Human Subjects. *Biopharmaceutics and Drug Disposition* 19(6):373-380, 1998.

41. David R. Taft. One-Compartment Model with Zero-Order Input: The Constant Rate Intravenous Infusion. *American Journal of Pharmaceutical Education* 62(2):170-176, 1998.

42. Ganesh R. Iyer and David R. Taft. Determination of Methazolamide Concentrations in Human Biological Fluids by High Performance Liquid Chromatography. *Journal of Pharmaceutical and Biomedical Analysis* 16(6):1019-1024, 1998.

43. David R. Taft, Ganesh R. Iyer, Leon Behar and Robert V. DiGregorio. Application of a First-Pass Effect Model to Characterize the Pharmacokinetic Disposition of Venlafaxine Following Oral Administration to Human Subjects. *Drug Metabolism and Disposition* 25:1215-1218, 1997.

44. Christopher J. Matheny, David R. Taft, Kim L.R. Brouwer and Gary M. Pollack. Evidence for Reversible Sequestration of Morphine in Rat Liver. *Biochemical Pharmacology* 52:535-541, 1996.

45. David R. Taft, Donna J. Fournier, Dennis J. Chapron and Kevin R. Sweeney. Concentration Dependent Tubular Secretion of Acetazolamide and its Inhibition by Salicylic Acid in the Isolated Perfused Rat Kidney. *Drug Metabolism and Disposition* 24(4):456-451, 1996.

46. Kevin R. Sweeney, Poe-Hirr Hsyu, Paul Statkevich, and David R. Taft. Renal Disposition and Drug Interaction Screening of (-)-2$^{/}$-Deoxy-3$^{/}$-Thiacytidine (3TC) in the Isolated Perfused Rat Kidney. *Pharmaceutical Research* 12(12):1958-1963, 1995.

47. David R. Taft and Kevin R. Sweeney. The Influence of Protein Binding on the Elimination of Acetazolamide by the Isolated Perfused Rat Kidney: Evidence of Albumin-Mediated Tubular Secretion. *Journal of Pharmacology and Experimental Therapeutics* 274:752-760, 1995.


## BOOKS

1. Mark C. Rogge and David R. Taft (Eds), *Preclinical Drug Development*, Second Edition, New York, Informa Healthcare, 2009.

2. Robert O. Williams III, David R. Taft and Jason T. McConville (Eds), *Advanced Drug Formulation Design to Optimize Therapeutic Outcomes*, New York, Informa Healthcare, 2007.

3. Mark C. Rogge and David R. Taft (Eds), *Preclinical Drug Development*, New York, Informa Healthcare, 2005.

BOOK CHAPTERS

1. David R. Taft. Drug Excretion. In: Miles Hacker, Kenneth Bachmann, and William Messer (Eds). Pharmacology: Principles and Practice, Amsterdam, Academic Press, 2009.

2. Antoinette D. Ajavon and David R. Taft. Pharmacokinetics/ADME of Small Molecules. In: Mark C. Rogge and David R. Taft (Eds) Preclinical Drug Development, 2nd Edition, New York, Informa Healthcare, 2009.

3. Xudong Yuan and David Taft. Advanced Formulation Strategies for Central Nervous System Drug Delivery. In: Robert O Williams, David R. Taft, and Jason T. McConville (Eds). Advanced Drug Formulation Design to Optimize Therapeutic Outcomes, New York, Informa Healthcare, 2007.

4. David Taft and Xudong Yuan. Advanced Formulation Strategies for Anti-Cancer Drug Delivery. In: Robert O Williams, David R. Taft, and Jason T. McConville (Eds). Advanced Drug Formulation Design to Optimize Therapeutic Outcomes, New York, Informa Healthcare, 2007.

5. Kevin R. Sweeney and David R. Taft. Assessment of Pharmacokinetics and Drug Activity: Isolated Organ Systems and the Membrane Transporter Family. In: Mark C. Rogge and David R. Taft (Eds) Preclinical Drug Development, New York, Informa Healthcare, 2005.

6. Malaz AbuTarif, Ganesh R. Iyer, Vidya Sankaragarayanan, Robert A. Bellantone and David R. Taft. Erythrocyte Distribution Kinetics of the Carbonic Anhydrase Inhibitor Methazolamide: Application of In Vitro Studies to Predict In Vivo Drug Disposition. In: SG Pandalai (Ed) Recent Developments in Drug Metabolism Vol 1, pp:117-131, 2002.


RESEARCH ABSTRACTS

1. J.A. Hossain, D.R. Taft and R.A, Bellantone. A PBPK Model to Simulate Intranasal Naloxone Rescue from Fentanyl Overdose. Poster presentation at the 2024 AAPS PharmSci 360 Annual Meeting, October 20-23; Salt Lake City, UT, Poster T0930-02-12.

2. S. Sharma and D.R. Taft. A PBPK Model for Acetaminophen: Incorporation of SULT Enzyme Ontogeny to Predict Age-Dependent Metabolism and Systemic Exposure in Pediatric Patient Populations. Poster presentation at the 2024 AAPS PharmSci 360 Annual Meeting, October 20-23; Salt Lake City, UT, Poster T1330-02-11.

3. J. Deangelis, J. Andrade, H. Shah, H. Wei, D. Taft, J. Cusumano, and J. Truong. Evaluating Pharmacokinetic/Pharmacodynamic (PK/PD) Target Attainment of Beta-lactam Doses in Critically Ill Patients Using First-Order Pharmacokinetic Equations. Poster Presentation at the 32nd European Congress of Clinical Microbiology & Infectious Diseases, April 22-26, 2022; Lisbon, Portugal. Poster 05081.

4. H.G. Shah, K. Shah, B. Gajera, D.R. Taft and R. Dave. Predicting Absorption of Weakly Basic BCS-II Prodrug by Coupling In Vitro Solubility and Transfer Model Experiments with Physiologically Based Pharmacokinetic Modelling. Poster presentation at the 2021 AAPS PharmSci 360 Annual Meeting, October 17-20; Philadelphia, PA, Poster M1230-01-04.

5. S. Avvari and D.R. Taft. Physiologically Based Pharmacokinetic (PBPK) Model to Simulate Systemic Exposure of Metronidazole in a Post Gastric Bypass Surgery

Population. Poster presentation at the 2021 AAPS PharmSci 360 Annual Meeting, October 17-20; Philadelphia, PA, Poster W4106V.

6. M. Maniar, C. Ren, P.S. Zbyszewski, M.E. Petrone, S.M. Fruchtman and D. Taft. Evaluation of Underlying Cause of Genitourinary (GU) Adverse Events (AEs) in Patients with Myelodysplastic Syndromes upon Oral Administration of Rigosertib: Safety and Pharmacokinetic Analysis of Rigosertib across Three Clinical Trials. *Blood* 132 Suppl 1:3106, 2018. DOI: https://doi.org/10.1182/blood-2018-99-116982.

7. D. Taft, T. Vora, C. Ren, P.S. Zbyszewski, J. Morgan, M.E. Petrone, S.M. Fruchtman and M. Maniar. Amelioration of Rigosertib Treatment Related Genitourinary (GU) Adverse Events (AEs) in Patients with Myelodysplastic Syndromes: Implementation of Novel Dosing Regimen Derived through Pharmacokinetic Modeling in Phase 2 Study of Oral Rigosertib in Combination with Azacitidine. *Blood* 132 Suppl 1:4379, 2018. DOI: https://doi.org/10.1182/blood-2018-99-118463.

8. C. Ren, J. Mudunuru, D. Taft, and M. Maniar. Effect of Gender on the Rodent Pharmacokinetics of ON 123300, A Dual Inhibitor of ARK5 and CDK4/6, for the Treatment of Cancer. *Cancer Res* July 1, 2018, 78 (13 Supplement) 4906-4906; DOI:10.1158/1538-7445.AM2018-4906.

9. K. Shah, S. Masinde, A. Cha, B. Luteran, and D. Taft. Physiologically Based Pharmacokinetic (PBPK) Modeling and Simulation of Lamivudine in Discrete Renal Failure Populations Using Simcyp Simulator. Poster presentation at the 2017 AAPS Annual Meeting and Exposition; November 12-16, 2017; San Diego, CA. Poster M6060.

10. S. Avvari and D.R. Taft. Development of Physiologically Based Pharmacokinetic Model to Predict the Changes in Drug Exposure of Midazolam and its Metabolite in Premature Neonates. Poster presentation at the 2017 AAPS Annual Meeting and Exposition; November 12-16, 2017; San Diego, CA. Poster W4101.

11. J. Mudunuru, C. Ren, D. Taft, and M. Maniar. Effect of Formulation on Pharmacokinetics of ON123300 in Rats Following Oral Administration. Poster presentation at the 2017 AAPS Annual Meeting and Exposition; November 12-16, 2017; San Diego, CA. Poster W2075.

12. T. Vora, K. Martinez, L. Camaione, T. Le, and D. Taft. Development of a PBPK Model for Vancomycin in a Population with Impaired Renal Function Using Simcyp Simulator. Poster presentation at the 2016 AAPS Annual Meeting and Exposition; November 13-17, 2016; Denver, CO. Poster 09M0200.

13. S.K. Avvari, V. Jogiraju, and D. Taft. Physiologically-Based Pharmacokinetic Modeling to Predict Changes in Drug Exposure during Pregnancy Using the Simcyp Simulator. Poster presentation at the 2016 AAPS Annual Meeting and Exposition; November 13-17, 2016; Denver, CO. Poster 10M1200.

14. C. Ren, T. Vora, J. Mudunuru, D. Taft, M. Mallireddigari, B. Hoffman, and M. Maniar. Pharmacokinetics of a Novel CDK4/6 and ARK5 Inhibitor ON 123300 in Mice Whole Blood by Serial Sampling Technique. Poster presentation at the 2016 AAPS Annual Meeting and Exposition; November 13-17, 2016; Denver, CO. Poster 10T0930

15. J. Mudunuru, M. Gandham, D. Taft, and M. Maniar. Investigation of Solubility and Intrinsic Dissolution of a Novel Cancer Compound ON 123300 as a Function of pH.

Poster presentation at the 2016 AAPS Annual Meeting and Exposition; November 13-17, 2016; Denver, CO. Poster 10T0930.

16. R. Gollen and <u>D.R. Taft</u>. Application of Physiologically Based Pharmacokinetic (PBPK) Modeling and Simulation to Predict Systemic Drug Exposure during Pregnancy. Poster presentation at the 2014 AAPS Annual Meeting and Exposition; November 3-6, 2014; San Diego, CA. Poster W5297.

17. V. M. Shah, <u>D. Taft</u>, and M. Maniar. Determination of Physicochemical Properties of Irinotecan (CPT-11), an Anticancer Drug. Poster presentation at the 2013 AAPS Annual Meeting and Exposition; November 10-14, 2013; San Antonio, TX. Poster W5197.

18. M. Babayeva, J. Tang, A. Ajavon, and <u>D. Taft</u>. Excretion Profile of Aristolochic Acid I in the Isolated Perfused Rat Kidney. Poster presentation at the 2013 AAPS Annual Meeting and Exposition; November 10-14, 2013; San Antonio, TX. Poster W4327.

19. K. J. Burns, <u>D.R. Taft</u>, C. Ren, K. E. Benzeroual, and M. Maniar. Hepatobiliary Disposition of Rigosertib (ON 01910.Na, Estybon$^{TM}$) in the Isolated Perfused Rat Liver following Chronic Oral Dosing to Wild-Type and Mdr1a-/- Knockout Rats. Poster presentation at the 2013 AAPS Annual Meeting and Exposition; November 10-14, 2013; San Antonio, TX. Poster W4367.

20. X. Wang, V.M. Shah, R. Bellantone, <u>D. Taft</u>, and M. Maniar. In Vitro Permeation of ON 01210.Na (Ex–RAD™) through Porcine Skin. Poster presentation at the 2012 AAPS Annual Meeting and Exposition; October 14-18, 2012; Chicago, IL. Poster R6335.

21. Y. Patel and <u>D.R. Taft</u>. Uricosuric Effect of Benzbromarone in the Isolated Perfused Rat Kidney Model. Poster presentation at the 2012 AAPS Annual Meeting and Exposition; October 14-18, 2012; Chicago, IL. Poster W5382.

22. H.H. Patel, C. Ren, M. Maniar, <u>D. Taft</u>, and R.H. Dave. Determination of Degradation Kinetics of Estybon™—A Novel Anticancer Drug in Acidic Conditions. Poster presentation at the 2012 AAPS Annual Meeting and Exposition; October 14-18, 2012; Chicago, IL. Poster T3287.

23. A. Patel, R. Gollen, <u>D.R. Taft</u>, and M. Babayeva. Gender Differences in Renal Excretion of Metformin in Rats. Poster presentation at the 2012 AAPS Annual Meeting and Exposition; October 14-18, 2012; Chicago, IL. Poster T2341.

24. A. Raza, R.S. Komrokji, R. Brooks, J.E. Lancet, A.F. List, C. Ren, <u>D.R. Taft</u>, F. Wilhelm, and M. Maniar. A Phase I Study to Assess Oral Bioavailability of a Novel Oral Soft Gelatin Capsule Formulation of Rigosertib (ON 01910.Na) Under Fasted and Fed Conditions in Patients with Myelodysplastic Syndromes. *Journal of Clinical Oncology* 30, 2012 (suppl; abstr 3081)

25. M. White, <u>D. Taft</u>, M. Maniar, and M. Babayeva. Determination of Intestinal Permeability of ON 01910.Na, a Novel Anti-Cancer Agent, in the In Situ Perfused Rat Intestine. *The AAPS Journal* 13(S2), Abstract 2352, 2011.

26. A. Patel, <u>D. Taft</u>, and M. Babayeva. Gender Differences in Renal Excretion of Trimethoprim. *The AAPS Journal* 13(S2), Abstract 6385, 2011.

27. C. Ren, M. Tamhane, <u>D. Taft</u>, and M. Maniar. Effect of Ethacrynic Acid (EA) on the Pharmacokinetics of Ex-RAD® (ON 01210.Na) in the Isolated Perfused Rat Liver Model (IPRL). Presented at the 14th International Congress of Radiation Research, Warsaw, Poland, August 28 - September 1, 2011 #POS20-20.

28. M. Maniar, R. Kumar, B-H Moon, D. Taft and K. Datta. Radioprotection and Radiomitigation Properties of Ex-RAD™ Upon Oral Administration. Presented at Radiation Research Society, 56th Annual Meeting, September 25-29, 2010, Maui, Hawaii, Mini Symposium #MS701.

29. C. Ren, M. Tamhane, G. Fegley, D. Taft, and M. Maniar. Metabolic Disposition of Ex-RAD™ (ON 01210.Na), a Novel Radioprotectant. Presented at Radiation Research Society, 56th Annual Meeting, September 25-29, 2010, Maui, Hawaii, Abstract #379.

30. C. Ren, M. Tamhane, D. Taft, and M. Maniar. Disposition of Ex-RAD™ (ON 01210.Na), a New Radioprotectant, in the Isolated Perfused Rat Liver Model. Presented at Radiation Research Society, 56th Annual Meeting, September 25-29, 2010, Maui, Hawaii, Mini Symposium, Abstract #571.

31. D. Taft, A. Chun, C. Ren and M. Maniar. Proposed Pathway of Disposition of ON 01910.Na, a Novel Clinical Trial Stage Anti-Cancer Agent: Implication of Mrp2 in Biliary Excretion in the Isolated Perfused Rat Liver System. Presented at 101st AACR Annual Meeting, April 17-21, 2010, Washington DC, Abstract #3534.

32. M. Maniar, S. Mani, M.H. Ghalib, J. Roboz, T. Ohnuma, S. Advani, R. Rao, D. Doval, M. Acharya, E. O'Rourke, F. Wilhelm, J.F. Holland, and D. Taft. Multicenter Pharmacokinetic Evaluation of ON 01910.Na, a Novel Broad-Spectrum Anticancer Agent, in Phase I Single Agent Clinical Trials in Patients with Solid Tumors. Presented at 101st AACR Annual Meeting, April 17-21, 2010, Washington DC, Abstract #2766.

33. A.W. Chun, S.C. Cozenza, D.R. Taft, and M. Maniar. The Effect of Protein Binding and Duration of Exposure on the In Vitro Cytotoxic Activity of ON 01910.Na, a Novel Anticancer Medication. *The AAPS Journal* 11(S2), Abstract 2435, 2009.

34. T. Eversley, C. Ren, M. Tamhane, A. Chun, A. Gillum, D. Taft, and M. Maniar. Preclinical Evaluation of ON 013105, a Novel Anti-Cancer Agent: Plasma Protein Binding and Pharmacokinetic Studies. *The AAPS Journal* 11(S2), Abstract 3062, 2009.

35. R. Gollen, D.R. Taft, and P.L. Bonate. Comparative Renal Excretion of Clofarabine and Metformin in the Perfused Rat Kidney Model *The AAPS Journal* 11(S2), Abstract 2898, 2009.

36. M. White, M. Patel, R. Regis, K. Parekh, D. R. Taft, and P.L. Bonate. Comparative Renal Excretion of Select Nucleoside Analogs in the Isolated Perfused Rat Kidney: Role of Renal Transport Systems on Drug Excretion. *The AAPS Journal* 11(S2), Abstract 2355, 2009.

37. J.M. Vainshtein, M.H. Ghalib, M. Kumar, I. Chaudhary, M. Maniar, D.R. Taft, S. Cosenza, E.P. Reddy, S. Goel and S. Mani. Phase I Study of ON 01910.Na, a Novel Polo-like kinase 1 Pathway Modulator, Administered as a Weekly 24-hour Continuous Infusion in Patients with Advanced Cancer. *Journal of Clinical Oncology* 26(15S):2515, 2008.

38. M. Babayeva, S. Cox, A. McCracken, and D.R. Taft. Renal Excretion of Apricitabine: In-Vivo Assessment of Potential Drug:Drug Interactions. *The AAPS Journal* 10(S2), Abstract 2248, 2008.

39. A.D. Ajavon, P.L. Bonate, K.R. Parekh, and D.R. Taft Effect of Cimetidine on the Renal Excretion of Clofarabine in Rats. *The AAPS Journal* 10(S2), Abstract 631, 2008.

40. M. Tamhane, A.R. Chakilam, A. Jayaraj, V. Thakkar, D.R. Taft. Comparative Renal Excretion of VX-702 and Methotrexate in the Isolated Perfused Rat Kidney. *The AAPS Journal* 10(S2), Abstract 2352, 2008.

41. M. Tamhane, A.W. Chun, R. Reddy, E.P. Reddy, D.R. Taft, and M. Maniar. Preformulation Studies of a Novel Benzyl Styryl Sulfone Analog for the Treatment of Mantle Cell Lymphoma. *The AAPS Journal* 10(S2), Abstract 2342, 2008.

42. A.W. Chun, R.E. Freshwater, E. O'Rourke, R. Reddy, D. R. Taft, S. Cosenza, and M. Maniar. Cross-species Metabolic Stability and Pharmacokinetics of ON 01210.Na (Ex-RAD™), a Novel Radioprotective Agent. Mantle Cell Lymphoma. *The AAPS Journal* 10(S2), Abstract 2322, 2008.

43. M. Babayeva, S. Cox, and D.R. Taft. Renal Excretion of Apricitabine: Ex Vivo Assessment of Potential Drug:Drug Interactions. *The AAPS Journal* 9(S2), Abstract W4509, 2007.

44. A. Ajavon, P.L. Bonate, and D.R. Taft. Renal Excretion of Clofarabine in the Isolated Perfused Rat Kidney: Assessment of Dose Linearity and Role of Renal Transport Systems on Drug Excretion. *The AAPS Journal* 9(S2), Abstract W4439, 2007.

45. A. Dontabhaktuni, D.R. Taft and W. Zarycranski. Effect of Urinary Alkalinization and Cimetidine Co-Administration on Gentamicin Excretion in the Isolated Perfused Rat Kidney: Strategies to Limit Kidney Accumulation of a Nephrotoxic Compound. *The AAPS Journal* 8(S2), Abstract T3327, 2006.

46. T. Nakatani-Freshwater, D.R. Taft, and B. Kearney. Renal Excretion of Emtricitabine In the Isolated Perfused Rat Kidney. *The AAPS Journal* 8(S2), Abstract W5306, 2006.

47. T. Nakatani-Freshwater, D.R. Taft, and B. Kearney. Effect of Trimethoprim on the Renal Disposition of Emtricitabine in the Isolated Perfused Rat Kidney. The AAPS Journal 8(S2), Abstract T3333, 2006.

48. R.E. Freshwater, M. Maniar and D.R. Taft. Cross-Species Pharmacokinetic Comparison of a Novel Anticancer Agent, ON.01910.Na. *The AAPS Journal* 8(S2), Abstract W4355, 2006.

49. R.E. Freshwater, M. Maniar and D.R. Taft. Preclinical Pharmacokinetics of Ex-RAD™, a Novel Radioprotective Agent. *The AAPS Journal* 8(S2), Abstract W4356, 2006.

50. R.E. Freshwater, M. Maniar, and D.R. Taft. Effect of Route of Administration and Formulation on the Plasma Exposure of Ex-RAD™ in Rats. *The AAPS Journal* 8(S2), Abstract W4178, 2006.

51. T. Nakatani-Freshwater, M. Slugocki, S. Sivakumar, E. Freshwater, M. Babayeva, and D.R. Taft. Effect of Tenofovir on the Renal Excretion of Didanosine in the Isolated Perfused Rat Kidney. *The AAPS Journal* 7(S2), Abstract T3313, 2005

52. A Dontabhaktuni and D.R. Taft. Renal Excretion of Gentamicin in the Isolated Perfused Rat Kidney. *The AAPS Journal* 7(S2), Abstract T3268, 2005

53. A Dontabhaktuni, M. B. Sidhom and D.R. Taft. An Alternative HPLC Assay for Gentamicin. *The AAPS Journal* 7(S2), Abstract T3037, 2005

54. I.A. Savant, S.R. Ortiz and D.R. Taft. Gender Differences in Organic Anion Excretion in the Isolated Perfused Rat Kidney. *AAPS PharmSci* 5(4), Abstract R6181, 2003.

55. S.R. Ortiz, I.A. Savant, A. Dontabhaktuni, and D.R. Taft. Effects of Hypoalbuminemia and Protein Binding Displacement on Furosemide Excretion in the Isolated Perfused Rat Kidney. *AAPS PharmSci* 4(4), Abstract W5280, 2002.

56. N.R. Poola and D.R. Taft. A Mathematical Model of Pentamidine Excretion in the Isolated Perfused Rat Kidney. *AAPS PharmSci* 4(4), Abstract W5281, 2002.

57. M.A. Abutarif and D.R. Taft. Non-Instantaneous Complexation Kinetics between Methazolamide and CA Enzymes I and II. *AAPS PharmSci* 4(4), Abstract W5250, 2002.

58. M.A. Abutarif and D.R. Taft. Plasma Protein Binding Determination of Genestein, a Major Ingredient in Soy. *AAPS PharmSci* 3(3), Abstract, 2001.

59. N.R. Poola, S.R. Ortiz, I.A. Savant, and D.R. Taft. Pentamidine Renal Excretion in the Isolated Perfused Rat Kidney. *AAPS PharmSci* 3(3), Abstract, 2001.

60. M.A. Abutarif, R.A. Bellantone, S.R. Ortiz, I.A. Savant, and D.R. Taft. Simulation of the Pharmacokinetic Profile of Methazolamide in Blood. Effect of Carbonic Anhydrase on Drug Disposition. *AAPS PharmSci* 3(3), Abstract, 2001.

61. N. Poola, S Ortiz, I. Savant, M. AbuTarif and D.R. Taft. Renal Disposition of Pentamidine in the Isolated Perfused Rat Kidney: Differential Effects of Creatinine and Inulin on Drug Excretion. *AAPS PharmSci*, Abstract 1112, 2000.

62. S. Sankaranrayanan, G.R. Iyer, R.A. Bellantone, F.M. Plakogiannis and D.R. Taft. Whole Blood Distribution of Methazolamide In Vitro: Comparison to Complexation Studies with Carbonic Anhydrase Isozymes I and II. *AAPS PharmSci*, 1(S1), 1999.

63. N. Poola, D. Bhuiyan and D.R. Taft. HPLC Method for Determination of Pentamidine in Biological Fluids. *AAPS PharmSci*, 1(S1), 1999.

64. N. Nicolettos, D.R. Taft and F.M. Plakogiannis. Transdermal Delivery of Amitriptyline, Doxepin, and Imipramine Part II: In Vivo Study. *PharmSci* 1:69, 1998.

65. M.K. Bazil, H. Almoazen, M. AbuTarif and D.R. Taft. Effect of Aging on the Disposition of Para-Aminohippurate in the Isolated Perfused Rat Kidney. *PharmSci* 1:465, 1998.

66. H. Almoazen and D.R. Taft. Validation of a New HPLC Assay for Para-Aminohippurate in Human Plasma. *PharmSci* 1:574, 1998.

67. G.R. Iyer, M.K. Bazil and D.R. Taft. Characterization of Methazolamide Excretion in the Isolated Perfused Rat Kidney. *PharmSci* 1:661, 1998.

68. S.R. Ortiz, M.K. Bazil, I. Savant and D.R. Taft. Effect of Altered Albumin Levels on the Excretion of Para-Aminohuppurate in the Isolated Perfused Rat Kidney. *PharmSci* 1:666, 1998.

69. G.R. Iyer, R.A. Bellantone and D.R. Taft. Uptake of Methazolamide by Human Erythrocytes In Vitro. *Pharm. Research* 14:S616, 1997.

70. A. Venkatarangan, D.R. Taft, M.K. Bazil, M. Maniar and A.P. Simonelli. In Vitro and In Vivo Intestinal Absorption Studies with a Novel Polypeptide: Correlation to Its pKa and Partitioning Behavior. *Pharm. Research* 14:S647, 1997.

71. N.A. Chisty, R.A. Bellantone, D.R. Taft and F.M. Plakogiannis. Albuterol Sulfate Release from Polymeric Gel In. Vitro: Effect of Fatty Acids on Skin Transport. *Pharm. Research* 14:S453, 1997.

72. G. Iyer, M. Schwenk and D.R. Taft. Modeling of Blood Disposition and Urinary Excretion of Methazolamide (MTZ) in Human Subjects. *Pharm. Research* 13:S413, 1996.

73. G. Iyer, L. Behar, R.V. DiGregorio and D.R. Taft. A First-Pass Effect Model to Describe the Disposition of Venlafaxine Following an Oral Dose to Human Subjects *Pharm. Research* 13:S322, 1996.

**Dr. David R. Taft -- Page 18**

74. G. Iyer and D.R. Taft.  Determination of Methazolamide in Human Biological Fluids Using High Performance Liquid Chromatography *Pharm. Research* 13:S622, 1996.

75. A. Venkatarangan, D.R. Taft, M. Maniar and A.P. Simonelli.  Determination of Apparent pKa's of HP228, a Novel Polypeptide and Correlation to Its Partitioning Behavior. *Pharm. Research* 12:S82, 1995.

76. G. Iyer, D.R. Taft, S. Nordt, J.D. Wagner and M.H. Schwenk.  Pharmacokinetics of Methazolamide In Human Subjects Following an Oral Dose.  *Pharm. Research* 12:S391, 1995.

77. D.R. Taft and K.R. Sweeney.  Impact of Protein Binding on Acetazolamide Elimination in the Isolated Perfused Rat Kidney (IPK):  Evidence of Albumin-Mediated Secretion. *Pharm. Research* 11:S375, 1994.

78. D.R. Taft, C.J. Matheny, K.L.R. Brouwer and G.M. Pollack.  Evidence for Reversible Binding of Morphine (MOR) in the Isolated Perfused Rat Liver.  *Pharm. Research* 11:S388, 1994.

79. K.R. Sweeney, P-H Hsyu, P. Statkevich and D.R. Taft.  The Renal Disposition of Lamivudine in the Isolated Perfused Rat Kidney.  *Pharm. Research* 10:S303, 1993.

80. D.R. Taft, and K.R. Sweeney.  Secretion of Acetazolamide and Inhibition by Salicylate in the Isolated Perfused Rat Kidney.  *Pharm. Research* 9:S292, 1992.

81. D.R. Taft, K.R. Sweeney, and D. Fournier.  Effect of Alterations in Protein Binding on the Renal Elimination of Acetazolamide by the Isolated Perfused Kidney.  *Pharm. Research* 8:S288 1991.

*Updated January 2026*

**The Faculty of Medicine of Harvard University**
**Curriculum Vitae**

| | |
|---|---|
| **Date Prepared:** | January 28, 2026 |
| **Name:** | Thomas Adam Abrams |
| **Office Address:** | 450 Brookline Ave. Dana Bldg. 12th Fl. Boston, MA 02215 |
| **Home Address:** | 29 Otis St., Unit 206 Cambridge, MA 02141 |
| **Work Phone:** | 617-632-6932 |
| **Work Email:** | thomas_abrams@dfci.harvard.edu |

**Education:**

| 06/1996 | A.B. | Biology, Judaic Studies | Brown University, Providence, RI |
|---|---|---|---|
| 06/2000 | M.D. | | Sidney Kimmel Medical College of Thomas Jefferson University, Philadelphia, PA |
| 08/2008 | Non-degree conferring program | Program in Clinical Effectiveness | Harvard School of Public Health, Boston, MA |

**Postdoctoral Training:**

| 07/00-06/03 | Internship/Residency | Internal Medicine | University of Michigan Medical Center, Ann Arbor, MI |
|---|---|---|---|
| 07/03-06/06 | Clinical Fellowship | Hematology/Oncology | University of Michigan Medical Center |

**Faculty Academic Appointments:**

| 2006 | Instructor in Medicine | Medicine | Harvard Medical School, Boston, MA |
|---|---|---|---|
| 2015- | Assistant Professor | Medicine | Harvard Medical School |

**Appointments at Hospitals/Affiliated Institutions:**

| 2006-2014 | Physician | Medical Oncology | Dana-Farber Cancer Institute, Boston, MA |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2006- | Associate Physician | Medicine | Brigham & Women's Hospital, Boston, MA |
| 2014-2022 | Senior Physician | Medical Oncology | Dana-Farber Cancer Institute |
| 2023 | Institute Physician | Medical Oncology | Dana-Farber Cancer Institute |

**Faculty Membership in Harvard Initiatives, Programs, Centers, and Institutes:**

| | | | |
|---|---|---|---|
| 2006- | Harvard Cancer Center | Gastrointestinal Oncology | Harvard Medical School, Boston, MA |

**Other Professional Positions:**

| | | | |
|---|---|---|---|
| 2015- | Expert Panelist | Included Health, Inc., San Francisco, CA | 0-2 days/month |
| 2016-2018 | Immuno-Oncology Pioneers HCC Steering Committee | Bristol-Myers Squibb, New York, NY | 2-4 days/year |
| 2017-2018 | Immuno-Oncology Steering Committee | Merck & Co. Kenilworth, NJ | 2 days/year |
| 2017- | Expert Panelist | Summus Global, New York, NY | 0-1 days/month |
| 2018-2022 | Pancreatic Cancer Strategic Council | Ipsen Biopharmaceuticals, Inc. Paris, France | 4 days/year |
| 2018-2024 | HCC Scientific Advisory Board | Exelixis, Inc. Alameda, CA | 4 days/year |
| 2020-2024 | HCC Strategic Council | Eisai Co. Ltd. & Merck & Co. Woodcliff Lake, NJ | 1-2 days/year |
| 2020- | Expert Panelist | Beijing St. Lucia Hospital Management Consulting Co. Boston, MA | 0-2 days/month |
| 2021- | Expert Panelist | Access Hope, Duarte, CA | 0-2 days/month |
| 2024- | Medical Affairs Board | HistoSonics, Inc., Plymouth, MN | 1 day/week |

**Major Administrative Leadership Positions:**

**Local**

| | | |
|---|---|---|
| 2010-2011 | Director, Gastrointestinal Cancer Clinic Team Training Program | Dana-Farber Cancer Institute |
| 2011-2013 | Director, DFCI/BWH Inpatient Quality Improvement (QI) Project | Dana-Farber Cancer Institute & Brigham and Women's Hospital |

2

| 2018- | Co-Director, Gastrointestinal Malignancies Treatment Pathways Working Group | Dana-Farber Cancer Institute |
|---|---|---|
| 2018- | Co-Director, Liver Tumor Center | Dana-Farber Cancer Institute |
| 2020- | Director, Liver Cancer Task Force | Dana-Farber Cancer Institute/Harvard Cancer Center |

**Committee Service:**

**Local**

| 2004-2006 | Fellowship Education Committee | University of Michigan Medical School |
|---|---|---|
| 2008-2010 | Deep Venous Thrombosis (DVT)/Pulmonary Embolism (PE) Prevention Working Group | Brigham and Women's Hospital/Harvard Medical School |
| 2012 | Cancer Care and Innovation Retreat | Dana-Farber Cancer Institute/Harvard Business School, Boston, MA |
| 2012-2014 | Small Bowel Obstruction (SBO) Prevention Working Group | Dana-Farber Cancer Institute/Brigham and Women's Hospital |
| 2014-2019 | Scientific Review Committee | Dana-Farber Cancer Institute/Harvard Cancer Center |

**National**

| 2008-2025 | Reviewer, Hepatobiliary Cancers Clinical Practice Guidelines Committee | National Comprehensive Cancer Network (NCCN), Core Clinical Guidelines |
|---|---|---|

**Professional Societies:**

| 2001- | American Society of Clinical Oncology (ASCO) |
|---|---|
| 2003- | Massachusetts Medical Society (MMS) |
| 2013-2019 | American Medical Association (AMA) |

**Editorial Activities:**

**Ad hoc Reviewer**

*Journal of Clinical Oncology*
*JAMA – Oncology*
*The British Journal of Cancer*

**Other Editorial Roles**

| 2022-2024 | Editor-in-Chief | *Oncology Data Advisors* (i3 Health) |
|---|---|---|

**Honors and Prizes:**

3

| 1998 | Hobart Amory Hare Honor Medical Society | Sidney Kimmel Medical College |
| 2001 | Intern of the Month | University of Michigan Medical Center |
| 2004-2006 | Ruth L. Kirschstein National Research Service Award | National Institutes of Health (NIH) |

## Report of Funded and Unfunded Projects

**Past**

| 2011-2012 | Multivariate analysis of a 3100-patient cohort who received chemotherapy for metastatic colorectal cancer between 2004 and 2011<br>Bristol-Myers Squibb<br>PI<br>Primary goals of the study were to determine treatment patterns and predictors of chemotherapy choice for patients with metastatic colorectal cancer. |
| 2013-2015 | Multivariate analysis of a 3,700-patient cohort who received chemotherapy for metastatic pancreatic cancer from 2005 through September 2014<br>Celgene Corp<br>PI<br>Primary goals of the study were to determine treatment patterns and predictors of chemotherapy choice for patients with metastatic pancreatic cancer. |
| 2016-2018 | Multivariate analysis of a large cohort of patients receiving chemotherapy for metastatic gastric and GE junction cancer<br>Eli Lilly & Co.<br>PI<br>Primary goals of the study were to determine treatment patterns and predictors of chemotherapy choice for patients with metastatic gastric and GE junction cancer. |
| 2020-2021 | Longitudinal study of patients in primary care settings at high risk for liver cancer to detect cirrhosis and early HCC/cholangiocarcinoma<br>GI SPORE<br>PI<br>Primary goals of the study are to better identify at-risk populations and develop processes to find early liver cancers when they are more amenable to curative treatments. |
| 2022-2025 | Longitudinal study of patients in primary care settings at high risk for liver cancer to detect cirrhosis and early HCC/cholangiocarcinoma<br>AstraZeneca<br>Co-PI (Co-PI: Christopher Manz, MD, $350,000)<br>Primary goals of the study are to better identify at-risk populations and develop processes to find early liver cancers when they are more amenable to curative treatments |

4

**<u>Report of Local Teaching and Training</u>**

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs):**

| | | | |
|---|---|---|---|
| 2007-2014 | Oncology Teaching Conferences<br>BWH Housestaff | Brigham and Women's Hospital<br>2 hours / year | |
| 2010 | Gastrointestinal Cancer Clinical Case Conference<br>DFCI Oncology Fellows | Dana-Farber Cancer Institute<br>24 hours / year | |
| 2014-2019 | Oncology Lecture Series<br>DFCI Radiology Fellows | Dana-Farber Cancer Institute<br>1 hour / year | |
| 2015- | American Association for Cancer Research (AACR) Annual DFCI Retreat for Junior Scientists<br>Post-doctoral cancer researchers | Dana-Farber Cancer Institute<br>8 hours / year | |

**Clinical Supervisory and Training Responsibilities:**

| | | |
|---|---|---|
| 2006- | Ambulatory GI Clinic Preceptor<br>DFCI Oncology Fellows | Dana-Farber Cancer Institute<br>192 hours / year |
| 2006- | Inpatient Oncology Preceptor<br>BWH Housestaff and DFCI Inpatient Physician Assistants | Brigham and Women's Hospital<br>105 hours / year |

**Research Supervisory and Training Responsibilities:**

| | | |
|---|---|---|
| 2012-2013 | Research Supervision<br>Undergraduate Student | Dana-Farber Cancer institute<br>2 hours / week Teaching and supervising clinical research techniques for a research project on Quality Improvement (QI) in treatment of GI malignancies. Training topics included data management and SAS programming |

**Local Invited Presentations:**

☒ *Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified.*

| | |
|---|---|
| 2007 | Angiogenesis in Cancer Biology: Current Therapies and Future Directions / Grand Rounds<br>Internal Medicine, Faulkner Hospital (Jamaica Plain, MA) |
| 2008 | A Case-Based Approach to Vascular Endothelial Growth Factor (VEGF)-inhibitor Treatment for Colorectal Cancer / Invited Lecture<br>Boston, MA (Genentech, South San Francisco, CA) |

5

| 2009 | The Role of VEGF-inhibitors in the Treatment of Colorectal Cancer / Grand Rounds<br>Internal Medicine, Faulkner Hospital |
|---|---|
| 2014 | Current Strategies for the Treatment of Hepatocellular Carcinoma / Invited Lecture<br>Dana-Farber/New Hampshire Oncology-Hematology (Londonderry, NH) |
| 2015 | Hospitalist Beware: Oncologic Emergencies in the Hopsitalized Patient / Symposium<br>Brigham and Women's Hospital/Harvard Medical School<br>Update in Hospital Medicine Symposium |
| 2017 | HCC Staging Systems: Making Sense of the Acronym Salad / Symposium<br>Medical Oncology, Beth Israel Deaconess Hospital (Bayer, Woodcliff, NJ)<br>OncoMap HCC Education Symposium |
| 2017 | Strengths and Limitations of Remote Second Opinions for International Patients / Symposium<br>Dana-Farber Cancer Institute (Mass Medical International, Brookline, MA)<br>Global Care Symposium: Highlights and Challenges of International Medical Collaboration |
| 2018 | HCC Staging Systems: Evolving Paradigms / Symposium<br>Medical Oncology, Beth Israel Deaconess (Exelixis, Inc. Alameda, CA)<br>LIFER Education Symposium |

## Report of Regional, National and International Invited Teaching and Presentations

☒ *Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified.*

### Regional

| 2009 | The Role of VEGF-inhibitors in the Treatment of Colorectal Cancer / Invited Lecture<br>Department of Medicine, Penobscot Bay Medical Center, Rockport, ME (Genentech, Inc.) |
|---|---|
| 2009 | Treatment of HCC in the Era of Targeted Treatment / Grand Rounds<br>Tufts Medical Center, Boston, MA<br>Grand Rounds, Dept. of Surgery |
| 2016 | Pancreatic and Hepatobiliary Cancers, Including AJCC Staging / Symposium<br>Massachusetts Comprehensive Cancer Prevention & Control Network, Norwood, MA<br>Cancer Survivorship: Improving the Quality of Care of Cancer Survivors in MA |
| 2017 | The Evolving Landscape of HCC Treatment / Grand Rounds<br>Tufts Medical Center<br>Cancer Center Grand Rounds |
| 2017 | Updates in Gastric Cancer Treatment / Symposium<br>Dana-Farber Cancer Institute<br>Massachusetts Cancer Registry Annual Educational Conference |

2019    Advancements in Pancreatic Cancer Treatment / Symposium
Brookline, MA (Ipsen Pharmaceuticals, Cambridge, MA)
Session Co-Chair

2019    Cholangiocarcinoma Treatment in the Age of Targeted Therapy / Grand Rounds
Tufts Medical Center
Cancer Center Grand Rounds

**National**

2012    Current Paradigms in Colorectal Cancer Treatment / Invited Lecture
Genentech, South San Francisco, CA
Thought Leaders Talk Series

2014    Emerging Trends in the Systemic and Locoregional Treatment of Hepatocellular
Carcinoma / Symposium
TRM Oncology, Atlanta, GA
Emerging Paradigms in Cancer Care: Gastointestinal Malignancies

2014    Patterns of Care in the Treatment of Pancreatic Cancer / Invited Lecture
Celgene Corporate Headquarters, Summit, NJ
Invited Experts Talk Series

2015    Patterns of Care in the Treatment of Pancreatic Cancer / Grand Rounds
Dept. of Medicine, Roswell Park Cancer Institute, Buffalo, NY

2016    Progress and Promise in Advanced Pancreatic Cancer / Invited Lecture
San Francisco, CA
OncLive Peer Exchange

2016    Therapeutic Directions in Pancreatic Cancer / Symposium
Jersey Shore University Medical Center, Eatontown, NJ (SIRTEX Medical Inc, Woburn,
MA)
Fall Hepatobiliary Symposium

2017    Emerging Immune and Targeted Therapies in Pancreatic Cancer / Symposium
San Francisco, CA (BioMedical Learning Institute [BMLI] and the Oncology Learning
Center, Inc.)
2nd Annual CME Symposium on Integrating Immune and Targeted Therapies into
Standards of Care for Hematologic and Solid Malignancies

2018    Emerging Systemic Therapy Options in Advanced HCC / Invited Lecture
NCCN Annual Conference, Orlando, FL (Clinical Care Options, Reston, VA)
Session Co-Chair

2019    Emerging Systemic Therapy Options in Advanced HCC / Symposium
NCCN Annual Conference, Orlando, FL (Clinical Care Options, Reston, VA)
Session Co-Chair

2019    Hepatocellular Carcinoma Symposium / Symposium
ASCO Annual Meeting, Chicago, IL (Clinical Care Options, Reston, VA)
Session Co-Chair

| | |
|---|---|
| 2019 | Hepatocellular Carcinoma Symposium / Symposium<br>NCCN Annual Conference, Orlando, FL (Clinical Care Options, Reston, VA)<br>Session Co-Chair |
| 2019 | The New Frontier: Applying Emerging Data to the Treatment of Advanced HCC / Panel Discussant<br>Chicago, IL (WebMD, Medscape, Inc.) |
| 2020 | Clinical Investigator Perspectives on the Management of Hepatocellular Carcinoma (HCC) / Roundtable Discussant<br>Virtual (Reasearch to Practice, Inc, Miami, FL) |
| 2020 | Dual Immune Checkpoint Blockade in Hepatocellular Carcinoma / Invited Lecture<br>Virtual (WebMD, Medscape, Inc.)<br>WebMD Webinar |
| 2020 | Hepatocellular Cancer Treatment in the Age of COVID-19 / Panel Discussant<br>OBR Oncology, Health Central, LLC, Springfield, IL (Virtual) |
| 2020 | OncLive Pancreatic Cancer Seminar Series / Invited Lecture<br>Virtual (Ipsen Biopharmaceuticals, Inc., Cambridge, MA) |
| 2020 | Targeted Oncology HCC Case-Based Peer Perspectives / Workshop<br>Virtual (MJH Life Sciences, Cranbury, NJ)<br>Host |
| 2021 | Advocating for Action in HCC: Delivering Impartial and Personalized Care / Invited Lecture<br>Virtual (AXIS Medical Education, Inc., Fort Lauderdale, FL) |
| 2021 | GI Cancers Update / Symposium<br>Virtual (Research to Practice, Inc., Miami, FL)<br>What Happened at ASCO and More: Investigators Review, Texas Society of Clinical Oncology |
| 2021 | Hepatocellular Carcinoma: Therapies and Future Directions / Invited Lecture<br>Virtual (Clinical Care Solutions, Reston, VA) |
| 2021 | Updates in Hepatobiliary Cancer Treatment / Invited Lecture<br>Virtual<br>DFCI Master Class in Oncology |
| 2022 | Updates in Hepatobiliary Cancer Treatment / Invited Lecture<br>Chicago, IL<br>DFCI Master Class in Oncology |
| 2023 | Emerging Data in HCC and BTC / Invited Lecture<br>ASCO Annual Meeting, Chicago, IL (Clinical Care Options, Reston, VA)<br>Session Co-Chair |
| 2025 | Current Treatment for Advanced Hepatocellular Carcinoma (HCC) / Invited Lecture<br>Miami Beach, FL (Research To Practice, Miami, FL)<br>Fourth Annual National General Medical Oncology (GMO) Summit |

2025          The Latest Developments in Treatment of Hepatocellular Carcinoma / Invited Lecture
              Virginia Beach, VA (Virginia Oncology Associates and Duke Cancer Network)
              New Developments in Oncology: Addressing Novel Therapies in Oncology and
              Hematology

## International

2017          Real World Gastrointestinal Cancer Patterns-of-Care Analyses: Analyzing the Present to
              Inform the Future / Invited Lecture
              Washington, DC (MediGuide International, Wilmington, DE)
              MediGuide International Symposium: New Horizons

## Report of Clinical Activities and Innovations

## Past and Current Licensure and Certification:

2003-2013    Certification, Internal Medicine, American Board of Internal Medicine (ABIM)
2006-        Certification, Medical Oncology, ABIM
2006-        Massachusetts Medical License
2010-2020    New Hampshire Medical License

## Practice Activities:

| 2006- | Ambulatory Care | Gastrointestinal Cancer Center, DFCI | 30 hours / week |
| 2006- | Consult Attending | Solid Tumor Oncology, BWH | 60 hours / year |
| 2006- | Inpatient Attending | Solid Tumor Oncology, BWH | 120 hours / year |
| 2006- | Telemedicine Physician Reviewer | Partners Online Second Opinions, Allston, MA | 12 hours / year |

## Clinical Innovations:

| Team Training: Communication Improvement Project, DFCI (2010-2011) | Team training was a coordinated effort throughout all DFCI disease centers aimed at improving patient safety and quality of life (QoL) of all DFCI staff. I was the director of the GI effort and led several training sessions for our providers (physicians, nurse practitioners [NPs] and registered nurses [RNs]). The core principles of team training continue to be used throughout DFCI. Staff QoL indicators and patient safety data improved significantly since team training was initiated. |
| Avoidable hospitalizations quality improvement (QI) project, DFCI (2013-2014) | This project was intended to study the nature of hospital admissions from the GI malignancies group at DFCI to BWH. We learned that nearly 20% of all admissions are potentially avoidable with better communication and earlier hospice referrals at the end of life. These efforts were reported in the Journal of Clinical Oncology, and efforts are currently under way to implement earlier referrals to palliative care in the hopes that this might decrease the number of avoidable admissions. |

9

| | |
|---|---|
| Gastrointestinal Malignancies Treatment Pathways Project (2018-) | This is an Institute-wide priority to create interactive treatment pathways that reflect the most current thinking about how to treat cancer patients. We are partnering with Philips Healthcare in this effort. I am the Director of the Gastrointestinal Cancer Clinic (GCC) Pathways Project. As such, I am responsible for leading multi-institutional meetings to draft the GI Cancer pathways. I also work with the programmers to make sure the algorithms are seamlessly incorporated into the commercially-available platform. Approximately 10% of my time is devoted to this project. |

## Report of Education of Patients and Service to the Community

☒ *No presentations below were sponsored by 3rd parties/outside entities*

### Activities

| | |
|---|---|
| 1997 | Bridging the Gaps: A Community Health Internship Project of Greater Philadelphia, PA, Summer Intern<br>My team provided free medical care in a senior center and in community housing projects |

### Recognition:

| | | |
|---|---|---|
| 2010-2012 | Patient's Choice Award, America's Most Compassionate Physicians | MDx Medical, Inc. |

## Report of Scholarship

ORCID: 0000-0003-3101-1573

**Peer-Reviewed Scholarship in print or other media**:

**Research Investigations**

1. Zhu AX, Sahani DV, Duda DG, di Tomaso E, Ancukiewicz M, Catalano OA, Sindhwani V, Blaszkowsky LS, Yoon SS, Lahdenranta J, Bhargava P, Meyerhardt J, Clark JW, Kwak EL, Hezel AF, Miksad R, **Abrams T**A, Enzinger PC, Fuchs CS, Ryan DP, Jain RK. Efficacy, safety, and potential biomarkers of sunitinib monotherapy in advanced hepatocellular carcinoma: a phase II study. J Clin Oncol. 2009 Jun 20;27(18):3027-3035. PMID: 19470923. Epub 2009 May 26

2. Zhu AX, Meyerhardt JA, Blaszkowsky LS, Kambadakone AR, Muzikansky A, Zheng H, Clark JW, **Abrams T**A, Chan JA, Enzinger PC, Bhargava P, Kwak EL, Allen JN, Jain SR, Stuart K, Horgan K, Sheehan S, Fuchs CS, Ryan DP, Sahani DV. Efficacy and safety of gemcitabine, oxaliplatin, and bevacizumab in advanced biliary-tract cancers and correlation of changes in 18-fluorodeoxyglucose PET with clinical outcome: a phase 2 study. Lancet Oncol. 2010 Jan;11(1):48-54. PMID: 19932054. Epub 2009 Nov 20

3. Kulke MH, Chan JA, Meyerhardt JA, Zhu AX, **Abrams T**A, Blaszkowsky LS, Regan E, Sidor C, Fuchs CS. A prospective phase II study of 2-methoxyestradiol administered in

combination with bevacizumab in patients with metastatic carcinoid tumors. Cancer Chemother Pharmacol. 2011 Aug;68(2):293-300. PMID: 20960192. Epub 2010 Oct 20

4. **Abrams T**A, Brightly R, Mao J, Kirkner G, Meyerhardt JA, Schrag D, Fuchs CS. Patterns of adjuvant chemotherapy use in a population-based cohort of patients with resected stage II or III colon cancer. J Clin Oncol. 2011 Aug 20;29(24):3255-3262. PMID: 21768462. Epub 2011 Jul 18

5. Zhu AX, **Abrams T**A, Miksad R, Blaszkowsky LS, Meyerhardt JA, Zheng H, Muzikansky A, Clark JW, Kwak EL, Schrag D, Jors KR, Fuchs CS, Iafrate AJ, Borger DR, Ryan DP. Phase 1/2 study of everolimus in advanced hepatocellular carcinoma. Cancer. 2011 Nov 15;117(22):5094-5102. PMID: 21538343. Epub 2011 Apr 27

6. Wadlow RC, Hezel AF, **Abrams T**A, Blaszkowsky LS, Fuchs CS, Kulke MH, Kwak EL, Meyerhardt JA, Ryan DP, Szymonifka J, Wolpin BM, Zhu AX, Clark JW. Panitumumab in patients with KRAS wild-type colorectal cancer after progression on cetuximab. Oncologist. 2012;17(1):14. PMID: 22210091. Epub 2011 Dec 30

7. Meyerhardt JA, Ancukiewicz M, **Abrams T**A, Schrag D, Enzinger PC, Chan JA, Kulke MH, Wolpin BM, Goldstein M, Blaszkowsky L, Zhu AX, Elliott M, Regan E, Jain RK, Duda DG. Phase I study of cetuximab, irinotecan, and vandetanib (ZD6474) as therapy for patients with previously treated metastastic colorectal cancer. PLoS One. 2012;7(6):e38231. PMID: 22701615. Epub 2012 Jun 12

8. Faris JE, Arnott J, Zheng H, Ryan DP, **Abrams T**A, Blaszkowsky LS, Clark JW, Enzinger PC, Hezel AF, Ng K, Wolpin BM, Kwak EL. A phase 2 study of oral MKC-1, an inhibitor of importin-β, tubulin, and the mTOR pathway in patients with unresectable or metastatic pancreatic cancer. Invest New Drugs. 2012 Aug;30(4):1614-1620. PMID: 21800081. Epub 2011 Jul 29

9. Chan JA, Ryan DP, Zhu AX, **Abrams T**A, Wolpin BM, Malinowski P, Regan EM, Fuchs CS, Kulke MH. Phase I study of pasireotide (SOM 230) and everolimus (RAD001) in advanced neuroendocrine tumors. Endocr Relat Cancer. 2012 Oct;19(5):615-623. PMID: 22736724. Epub 2012 Sep 14

10. Zhu AX, Gold PJ, El-Khoueiry AB, **Abrams T**A, Morikawa H, Ohishi N, Ohtomo T, Philip PA. First-in-man phase I study of GC33, a novel recombinant humanized antibody against glypican-3, in patients with advanced hepatocellular carcinoma. Clin Cancer Res. 2013 Feb 15;19(4):920-928. PMID: 23362325. Epub 2013 Jan 29

11. Zhu AX, Ancukiewicz M, Supko JG, Sahani DV, Blaszkowsky LS, Meyerhardt JA, **Abrams T**A, McCleary NJ, Bhargava P, Muzikansky A, Sheehan S, Regan E, Vasudev E, Knowles M, Fuchs CS, Ryan DP, Jain RK, Duda DG. Efficacy, safety, pharmacokinetics, and biomarkers of cediranib monotherapy in advanced hepatocellular carcinoma: a phase II study. Clin Cancer Res. 2013 Mar 15;19(6):1557-1566. PMID: 23362324. Epub 2013 Jan 29

12. Wo JY, Childs SK, Szymonifka J, Mamon HJ, Ryan DP, Blaszkowsky LS, Kwak EL, Ferrone CR, Allen JN, Zhu AX, Wolpin BM, Chan JA, **Abrams T**A, McCleary NJ, Fernandez-Del Castillo C, Hong TS. Delaying chemoradiation until after completion of adjuvant chemotherapy for pancreatic cancer may not impact local control. Pract Radiat Oncol. 2014;4(2):e117-e123. PMID: 24890357. Epub 2013 Aug 9

13. Rubinson DA, Hochster HS, Ryan DP, Wolpin BM, McCleary NJ, **Abrams T**A, Chan JA, Iqbal S, Lenz HJ, Lim D, Rose J, Bekaii-Saab T, Chen HX, Fuchs CS, Ng K. Multi-drug inhibition of the HER pathway in metastatic colorectal cancer: results of a phase I study of pertuzumab plus cetuximab in cetuximab-refractory patients. Invest New Drugs. 2014 Feb;32(1):113-122. PMID: 23568716. Epub 2013 Apr 9

14. **Abrams T**A, Meyer G, Schrag D, Meyerhardt JA, Moloney J, Fuchs CS. Chemotherapy usage patterns in a US-wide cohort of patients with metastatic colorectal cancer. J Natl Cancer Inst. 2014 Feb;106(2):djt371. PMID: 24511107

15. Brooks GA, **Abrams T**A*, Meyerhardt JA, Enzinger PC, Sommer K, Dalby CK, Uno H, Jacobson JO, Fuchs CS, Schrag D. Identification of potentially avoidable hospitalizations in patients with GI cancer. J Clin Oncol. 2014 Feb 20;32(6):496-503. PMID: 24419123. Epub 2014 Jan 13

16. Goyal L, Wadlow RC, Blaszkowsky LS, Wolpin BM, **Abrams T**A, McCleary NJ, Sheehan S, Sundaram E, Karol MD, Chen J, Zhu AX. A phase I and pharmacokinetic study of ganetespib (STA-9090) in advanced hepatocellular carcinoma. Invest New Drugs. 2015 Feb;33(1):128-137. PMID: 25248753. Epub 2014 Sep 24

17. Benson AB 3rd, D'Angelica MI, Abbott DE, **Abrams T**A, Alberts SR, Saenz DA, Are C, Brown DB, Chang DT, Covey AM, Hawkins W, Iyer R, Jacob R, Karachristos A, Kelley RK, Kim R, Palta M, Park JO, Sahai V, Schefter T, Schmidt C, Sicklick JK, Singh G, Sohal D, Stein S, Tian GG, Vauthey JN, Venook AP, Zhu AX, Hoffmann KG, Darlow S. NCCN Guidelines Insights: Hepatobiliary Cancers, Version 1.2017. J Natl Compr Canc Netw. 2017 May;15(5):563-573. PMID: 28476736

18. Goyal L, Zheng H, Yurgelun MB, **Abrams T**A, Allen JN, Cleary JM, Knowles M, Regan E, Reardon A, Khachatryan A, Jain RK, Nardi V, Borger DR, Duda DG, Zhu AX. A phase 2 and biomarker study of cabozantinib in patients with advanced cholangiocarcinoma. Cancer. 2017 Jun 1;123(11):1979-1988. PMID: 28192597. Epub 2017 Feb 13

19. **Abrams T**A, Meyer G, Meyerhardt JA, Wolpin BM, Schrag D, Fuchs CS. Patterns of Chemotherapy Use in a U.S.-Based Cohort of Patients with Metastatic Pancreatic Cancer. Oncologist. 2017 Aug;22(8):925-933. PMID: 28476943. Epub 2017 May 5

20. Goyal L, Zheng H, **Abrams T**A, Miksad R, Bullock AJ, Allen JN, Yurgelun MB, Clark JW, Kambadakone A, Muzikansky A, Knowles M, Galway A, Afflitto AJ, Dinicola CF, Regan E, Hato T, Mamessier E, Shigeta K, Jain RK, Duda DG, Zhu AX. A Phase II and Biomarker Study of Sorafenib Combined with Modified FOLFOX in Patients with Advanced Hepatocellular Carcinoma. Clin Cancer Res. 2019 Jan 1;25(1):80-89. PMID: 30190369. Epub 2018 Sep 6

21. Ng K, Nimeiri HS, McCleary NJ, **Abrams T**A, Yurgelun MB, Cleary JM, Rubinson DA, Schrag D, Miksad R, Bullock AJ, Allen J, Zuckerman D, Chan E, Chan JA, Wolpin BM, Constantine M, Weckstein DJ, Faggen MA, Thomas CA, Kournioti C, Yuan C, Ganser C, Wilkinson B, Mackintosh C, Zheng H, Hollis BW, Meyerhardt JA, Fuchs CS. Effect of High-Dose vs Standard-Dose Vitamin D3 Supplementation on Progression-Free Survival Among Patients With Advanced or Metastatic Colorectal Cancer: The SUNSHINE Randomized Clinical Trial. JAMA. 2019 Apr 9;321(14):1370-1379. PMID: 30964527

22. Cleary JM, Horick NK, McCleary NJ, **Abrams T**A, Yurgelun MB, Azzoli CG, Rubinson DA, Brooks GA, Chan JA, Blaszkowsky LS, Clark JW, Goyal L, Meyerhardt JA, Ng K, Schrag D, Savarese DMF, Graham C, Fitzpatrick B, Gibb KA, Boucher Y, Duda DG, Jain RK, Fuchs CS, Enzinger PC. FOLFOX plus ziv-aflibercept or placebo in first-line metastatic esophagogastric adenocarcinoma: A double-blind, randomized, multicenter phase 2 trial. Cancer. 2019 Jul 1;125(13):2213-2221. PMID: 30913304. Epub 2019 Mar 26

23. Goyal L, Chaudhary SP, Kwak EL, **Abrams T**A, Carpenter AN, Wolpin BM, Wadlow RC, Allen JN, Heist R, McCleary NJ, Chan JA, Goessling W, Schrag D, Ng K, Enzinger PC, Ryan DP, Clark JW. A phase 2 clinical trial of the heat shock protein 90 (HSP 90) inhibitor ganetespib in patients with refractory advanced esophagogastric cancer. Invest New Drugs. 2020 Oct;38(5):1533-1539. PMID: 31898183. Epub 2020 Jan 2

24. Brown JC, Rosenthal MH, Ma C, Zhang S, Nimeiri HS, McCleary NJ, **Abrams T**A, Yurgelun MB, Cleary JM, Rubinson DA, Schrag D, Bullock AJ, Allen J, Zuckerman D, Chan E, Chan JA, Wolpin B, Constantine M, Weckstein DJ, Faggen MA, Thomas CA, Kournioti C, Yuan C, Zheng H, Hollis BW, Fuchs CS, Ng K, Meyerhardt JA. Effect of High-Dose vs Standard-Dose Vitamin D3 Supplementation on Body Composition among Patients with Advanced or Metastatic Colorectal Cancer: A Randomized Trial. Cancers (Basel). 2020 Nov 20;12(11):3451. PMID: 33233566. Epub 2020 Nov 20

25. Brown JC, Zhang S, Ligibel JA, Irwin ML, Jones LW, Campbell N, Pollak MN, Sorrentino A, Cartmel B, Harrigan M, Tolaney SM, Winer EP, Ng K, **Abrams T**A, Sanft T, Douglas PS, Hu FB, Fuchs CS, Meyerhardt JA. Effect of Exercise or Metformin on Biomarkers of Inflammation in Breast and Colorectal Cancer: A Randomized Trial. Cancer Prev Res (Phila). 2020 Dec;13(12):1055-1062. PMID: 32859615. Epub 2020 Aug 28

26. Goyal L, Sirard C, Schrag M, Kagey MH, Eads JR, Stein S, El-Khoueiry AB, Manji GA, **Abrams T**A, Khorana AA, Miksad R, Mahalingam D, Zhu AX, Duda DG. Phase I and Biomarker Study of the Wnt Pathway Modulator DKN-01 in Combination with Gemcitabine/Cisplatin in Advanced Biliary Tract Cancer. Clin Cancer Res. 2020 Dec 1;26(23):6158-6167. PMID: 32878766. Epub 2020 Sep 2

27. Cleary JM, Raghavan S, Wu Q, Li YY, Spurr LF, Gupta HV, Rubinson DA, Fetter IJ, Hornick JL, Nowak JA, Siravegna G, Goyal L, Shi L, Brais LK, Loftus M, Shinagare AB, **Abrams T**A, Clancy TE, Wang J, Patel AK, Brichory F, Vaslin Chessex A, Sullivan RJ, Keller RB, Denning S, Hill ER, Shapiro GI, Pokorska-Bocci A, Zanna C, Ng K, Schrag D, Jänne PA, Hahn WC, Cherniack AD, Corcoran RB, Meyerson M, Daina A, Zoete V, Bardeesy N, Wolpin BM. FGFR2 Extracellular Domain In-Frame Deletions Are Therapeutically Targetable Genomic Alterations That Function as Oncogenic Drivers in Cholangiocarcinoma. Cancer Discov. 2021 Oct;11(10):2488-2505. PMID: 33926920. Epub 2021 Apr 29

28. Brown JC, Brighton E, Campbell N, McCleary NJ, **Abrams T**A, Cleary JM, Enzinger PC, Ng K, Rubinson D, Wolpin BM, Yurgelun MB, Meyerhardt JA. Physical activity in older adults with metastatic gastrointestinal cancer: a pilot and feasibility study. BMJ Open Sport Exerc Med. 2022;8(2):e001353. PMID: 35722047. Epub 2022 May 30

29. Bockorny B, Bullock AJ, **Abrams T**A, Faintuch S, Alsop DC, Goldberg SN, Ahmed M, Miksad RA. Priming of Sorafenib Prior to Radiofrequency Ablation Does Not Increase Treatment Effect in Hepatocellular Carcinoma. Dig Dis Sci. 2022 Jul;67(7):3455-3463. PMID: 34297268. Epub 2021 Jul 23

30. Luo X, Yang W, Joshi AD, Wu K, Simon TG, Yuan C, Jin L, Long L, Kim MN, Lo CH, Liu X, **Abrams T**A, Wolpin BM, Chan AT, Giovannucci EL, Zhang X. Gallstones and risk of cancers of the liver, biliary tract and pancreas: a prospective study within two U.S. cohorts. Br J Cancer. 2022 Oct;127(6):1069-1075. PMID: 35715632. Epub 2022 Jun 17

31. Keller RB, Mazor T, Sholl L, Aguirre AJ, Singh H, Sethi N, Bass A, Nagaraja AK, Brais LK, Hill E, Hennessey C, Cusick M, Del Vecchio Fitz C, Zwiesler Z, Siegel E, Ovalle A, Trukhanov P, Hansel J, Shapiro GI, **Abrams T**A, Biller LH, Chan JA, Cleary JM, Corsello SM, Enzinger AC, Enzinger PC, Mayer RJ, McCleary NJ, Meyerhardt JA, Ng K, Patel AK, Perez KJ, Rahma OE, Rubinson DA, Wisch JS, Yurgelun MB, Hassett MJ, MacConaill L, Schrag D, Cerami E, Wolpin BM, Nowak JA, Giannakis M. Programmatic Precision Oncology Decision Support for Patients With Gastrointestinal Cancer. JCO Precis Oncol. 2023 Jan;7:e2200342. PMID: 36634297

32. Goyal L, Meric-Bernstam F, Hollebecque A, Valle JW, Morizane C, Karasic TB, **Abrams T**A, Furuse J, Kelley RK, Cassier PA, Klümpen HJ, Chang HM, Chen LT, Tabernero J, Oh DY, Mahipal A, Moehler M, Mitchell EP, Komatsu Y, Masuda K, Ahn D, Epstein RS, Halim AB, Fu Y, Salimi T, Wacheck V, He Y, Liu M, Benhadji KA, Bridgewater JA, FOENIX-CCA2 Study Investigators. Futibatinib for FGFR2-Rearranged Intrahepatic Cholangiocarcinoma. N Engl J Med. 2023 Jan 19;388(3):228-239. PMID: 36652354

33. Tian J, Chen JH, Chao SX, Pelka K, Giannakis M, Hess J, Burke K, Jorgji V, Sindurakar P, Braverman J, Mehta A, Oka T, Huang M, Lieb D, Spurrell M, Allen JN, **Abrams T**A, Clark JW, Enzinger AC, Enzinger PC, Klempner SJ, McCleary NJ, Meyerhardt JA, Ryan DP, Yurgelun MB, Kanter K, Van Seventer EE, Baiev I, Chi G, Jarnagin J, Bradford WB, Wong E, Michel AG, Fetter IJ, Siravegna G, Gemma AJ, Sharpe A, Demehri S, Leary R, Campbell CD, Yilmaz O, Getz GA, Parikh AR, Hacohen N, Corcoran RB. Combined PD-1, BRAF and MEK inhibition in BRAF[V600E] colorectal cancer: a phase 2 trial. Nat Med. 2023 Feb;29(2):458-466. PMID: 36702949. Epub 2023 Jan 26

34. Perez K, Chiarella AM, Cleary JM, Horick N, Weekes C, **Abrams T**, Blaszkowsky L, Enzinger P, Giannakis M, Goyal L, Meyerhardt JA, Rubinson D, Yurgelun MB, Goessling W, Giantonio BJ, Brais L, Germon V, Stonely D, Raghavan S, Bakir B, Das K, Pitarresi JR, Aguirre AJ, Needle M, Rustgi AK, Wolpin BM. Phase Ib and Expansion Study of Gemcitabine, Nab-Paclitaxel, and Ficlatuzumab in Patients With Metastatic Pancreatic Cancer. Oncologist. 2023 May 8;28(5):425-432. PMID: 36807743

35. Liu X, Guo Y, Zhao L, Misdraji J, Kapur T, **Abrams T**A, Shyn PB. Can MRI features predict clinically relevant hepatocellular carcinoma genetic subtypes?. Abdom Radiol (NY). 2023 Jun;48(6):1955-1964. PMID: 36933025. Epub 2023 Mar 18

36. Cardot-Ruffino V, Bollenrucher N, Delius L, Wang SJ, Brais LK, Remland J, Keheler CE, Sullivan KM, **Abrams T**A, Biller LH, Enzinger PC, McCleary NJ, Patel AK, Rubinson DA, Schlechter B, Slater S, Yurgelun MB, Cleary JM, Perez K, Dougan M, Ng K, Wolpin BM,

14

Singh H, Dougan SK. G-CSF rescue of FOLFIRINOX-induced neutropenia leads to systemic immune suppression in mice and humans. J Immunother Cancer. 2023 Jun;11(6):e006589. PMID: 37344102

37. Huffman BM, Feng H, Parmar K, Wang J, Kapner KS, Kochupurakkal B, Martignetti DB, Sadatrezaei G, **Abrams T**A, Biller LH, Giannakis M, Ng K, Patel AK, Perez KJ, Singh H, Rubinson DA, Schlechter BL, Andrews E, Hannigan AM, Dunwell S, Getchell Z, Raghavan S, Wolpin BM, Fortier C, D'Andrea AD, Aguirre AJ, Shapiro GI, Cleary JM. A Phase I Expansion Cohort Study Evaluating the Safety and Efficacy of the CHK1 Inhibitor LY2880070 with Low-dose Gemcitabine in Patients with Metastatic Pancreatic Adenocarcinoma. Clin Cancer Res. 2023 Dec 15;29(24):5047-5056. PMID: 37819936

38. Huffman BM, Singh H, Ali LR, Horick N, Wang SJ, Hoffman MT, Metayer KA, Murray S, Bird A, **Abrams T**A, Biller LH, Chan JA, Meyerhardt JA, McCleary NJ, Goessling W, Patel AK, Wisch JS, Yurgelun MB, Mouw K, Reardon B, Van Allen EM, Zerillo JA, Clark JW, Parikh A, Mayer RJ, Schlechter B, Ng K, Kumar S, Del Vecchio Fitz C, Kuperwasser C, Hanna GJ, Coveler AL, Rubinson DA, Welsh EL, Pfaff K, Rodig S, Dougan SK, Cleary JM. Biomarkers of pembrolizumab efficacy in advanced anal squamous cell carcinoma: analysis of a phase II clinical trial and a cohort of long-term responders. J Immunother Cancer. 2024 Jan 25;12(1):e008436. PMID: 38272561. Epub 2024 Jan 25

39. Ali LR, Lenehan PJ, Cardot-Ruffino V, Dias Costa A, Katz MHG, Bauer TW, Nowak JA, Wolpin BM, **Abrams T**A, Patel A, Clancy TE, Wang J, Mancias JD, Reilley MJ, Stucky CH, Bekaii-Saab TS, Elias R, Merchant N, Slingluff CL Jr, Rahma OE, Dougan SK. PD-1 Blockade Induces Reactivation of Nonproductive T-Cell Responses Characterized by NF-κB Signaling in Patients with Pancreatic Cancer. Clin Cancer Res. 2024 Feb 1;30(3):542-553. PMID: 37733830

40. Singh H, Sahgal P, Kapner K, Corsello SM, Gupta H, Gujrathi R, Li YY, Cherniack AD, El Alam R, Kerfoot J, Andrews E, Lee A, Nambiar C, Hannigan AM, Remland J, Brais L, Leahy ME, Rubinson DA, Schlechter BL, Meyerson M, Kuang Y, Paweletz CP, Lee JK, Quintanilha JCF, Aguirre AJ, Perez KJ, Huffman BM, Rossi H, **Abrams T**A, Kabraji S, Trusolino L, Bertotti A, Sicinska ET, Parikh AR, Wolpin BM, Schrock AB, Giannakis M, Ng K, Meyerhardt JA, Hornick JL, Sethi NS, Cleary JM. RAS/RAF Comutation and ERBB2 Copy Number Modulates HER2 Heterogeneity and Responsiveness to HER2-directed Therapy in Colorectal Cancer. Clin Cancer Res. 2024 Apr 15;30(8):1669-1684. PMID: 38345769

41. Goyal L, Meric-Bernstam F, Hollebecque A, Valle JW, Morizane C, Karasic TB, **Abrams T**A, Furuse J, Kelley RK, Cassier PA, Klümpen HJ, Chang HM, Chen LT, Tabernero J, Oh DY, Mahipal A, Moehler M, Komatsu Y, Ahn DH, Epstein RS, Halim AB, Wacheck V, He Y, Liu M, Benhadji KA, Bridgewater JA, FOENIX-CCA2 Study Investigators. Plain language summary of the FOENIX-CCA2 study: futibatinib for people with advanced bile duct cancer. Future Oncol. 2024;20(36):2811-2822. PMID: 38884254. Epub 2024 Jun 17

42. Singh H, Lowder KE, Kapner K, Kelly RJ, Zheng H, McCleary NJ, **Abrams T**A, Chan JA, Regan EM, Klempner SJ, Hannigan AM, Remland J, Brais LK, Andrews E, Yurgelun M, Cleary JM, Rubinson DA, Ritterhouse LL, Maron G, Aguirre AJ, Meyerhardt JA, Gardecki

E, Lennerz JK, Wolpin BM, Enzinger PC. Clinical outcomes and ctDNA correlates for CAPOX BETR: a phase II trial of capecitabine, oxaliplatin, bevacizumab, trastuzumab in previously untreated advanced HER2+ gastroesophageal adenocarcinoma. Nat Commun. 2024 Aug 9;15(1):6833. PMID: 39122726. Epub 2024 Aug 9

43. Oberstein PE, Dias Costa A, Kawaler EA, Cardot-Ruffino V, Rahma OE, Beri N, Singh H, **Abrams T**A, Biller LH, Cleary JM, Enzinger P, Huffman BM, McCleary NJ, Perez KJ, Rubinson DA, Schlechter BL, Surana R, Yurgelun MB, Wang SJ, Remland J, Brais LK, Bollenrucher N, Chang E, Ali LR, Lenehan PJ, Dolgalev I, Werba G, Lima C, Keheler CE, Sullivan KM, Dougan M, Hajdu C, Dajee M, Pelletier MR, Nazeer S, Squires M, Bar-Sagi D, Wolpin BM, Nowak JA, Simeone DM, Dougan SK. Blockade of IL1β and PD1 with Combination Chemotherapy Reduces Systemic Myeloid Suppression in Metastatic Pancreatic Cancer with Heterogeneous Effects in the Tumor. Cancer Immunol Res. 2024 Sep 3;12(9):1221-1235. PMID: 38990554

44. Park RJ, Parikh M, Pappas L, Sade-Feldman M, Kulkarni AS, Bi L, LaSalle TJ, Galway A, Kuhlman C, Blaszkowsky LS, Meyerhardt JA, Enzinger PC, Biller L, Allen JN, Kagey MH, Baum J, Sirard C, Duda DG, Zhu AX, **Abrams T**A, Hacohen N, Ting DT, Mehta A, Goyal L. Characterization of cell states in biliary tract cancers identifies mechanisms of therapeutic resistance in a phase II trial of DKN-01/nivolumab. medRxiv. 2024 Oct 8;2024.10.08.24315092. PMID: 39417106. Epub 2024 Oct 8

45. Iheanacho F, Tramontano AC, **Abrams T**A, Manz CR. Changing treatment patterns for hepatocellular carcinoma: A Surveillance, Epidemiology, and End Results-Medicare study. Cancer. 2025 Jan 1;131(1):e35649. PMID: 39530255. Epub 2024 Nov 12

46. Lau-Min KS, **Abrams T**, Bullock A, Kaplan A, Salas Karnes L, Kennedy MW, LeBedis CA, Lin MV, McCleary NJ, Sioshansi S, Voligny E, Walsh EP, Manz CR, HCC-CARE, Group authorship list. A Summary of the HCC-CARE Symposium: Collaborative Approaches to Reaching Equity in Hepatocellular Carcinoma in Boston by 2030. J Hepatocell Carcinoma. 2025;12:1417-1424. PMID: 40726621. Epub 2025 Jul 16

47. Surana R, Morgado M, Somasundaram A, Bockorny B, Weekes CD, Coleman EC, Bird A, Wang J, Williams HL, Zheng H, Brais LK, Saxena N, Graham C, Ritterband L, Sawin M, Peters ML, Whooley P, Bullock A, Zerillo J, Sanoff HK, Clark JW, Parikh AR, Yurgelun MB, Patel AK, Mayer RJ, Cleary JM, Enzinger P, Rubinson DA, McCleary NJ, Enzinger A, Slater S, Ng K, Biller LH, **Abrams T**A, Huffman BM, Singh H, Raghavan S, Mancias JD, Bryant KL, Nowak JO, Aguirre AJ, Der CJ, Wolpin BM, Perez K. Open-Label, Phase II Trial of Extracellular Regulated Kinase Inhibition Alone and in Combination With Autophagy Inhibition in Patients With Metastatic Pancreatic Cancer. JCO Precis Oncol. 2025 Sep;9:e2500332. PMID: 40893054. Epub 2025 Sep 2

48. Lau-Min KS, Tramontano AC, Iheanacho F, **Abrams T**A, Manz CR. Racial and ethnic differences in treatment and survival for hepatocellular carcinoma patients undergoing systemic therapy. JNCI Cancer Spectr. 2025 Oct 15;pkaf100. PMID: 41092399. Epub 2025 Oct 15

49. Perez KJ, Horick N, Baginska J, Giobbie-Hurder A, Gomez Diaz I, Nau AN, Dryg ID, Pfaff K, Rodig SJ, Hodi FS, Redston M, Bird A, Holovatska M, **Abrams T**, Patel A, Rubinson

DA, Schlechter BL, Kulke MH, Chan JA. Phase II trial of cabozantinib in combination with nivolumab for advanced extrapancreatic neuroendocrine tumors (epNET). Clin Cancer Res. 2025 Nov 20. PMID: 41263691. Epub 2025 Nov 20

50. Lau-Min KS, Tramontano AC, Iheanacho F, **Abrams T**A, Manz CR. Treatment Patterns and Survival Outcomes Among Patients With Hepatocellular Carcinoma. JAMA Netw Open. 2025 Dec 1;8(12):e2551665. PMID: 41468016. Epub 2025 Dec 1

**Non-peer reviewed scholarship in print or other media:**

**Other non-peer reviewed scholarship**

1. **Abrams T**A. Ramucirumab After Sorafenib in Advanced Hepatocellular Carcinoma: An Efficacious Therapy with Applicability Challenges. ASCO Post.

**Reviews, chapters, and editorials**

1. **Abrams T**A, Schuetze SM. Targeted therapy for dermatofibrosarcoma protuberans. Curr Oncol Rep. 2006 Jul;8(4):291-296. PMID: 17254529

2. Benson AB 3rd, **Abrams T**A, Ben-Josef E, Bloomston PM, Botha JF, Clary BM, Covey A, Curley SA, D'Angelica MI, Davila R, Ensminger WD, Gibbs JF, Laheru D, Malafa MP, Marrero J, Meranze SG, Mulvihill SJ, Park JO, Posey JA, Sachdev J, Salem R, Sigurdson ER, Sofocleous C, Vauthey JN, Venook AP, Goff LW, Yen Y, Zhu AX. NCCN clinical practice guidelines in oncology: hepatobiliary cancers. J Natl Compr Canc Netw. 2009 Apr;7(4):350-391. PMID: 19406039

3. Benson AB 3rd, D'Angelica MI, **Abrams T**A, Are C, Bloomston PM, Chang DT, Clary BM, Covey AM, Ensminger WD, Iyer R, Kelley RK, Linehan D, Malafa MP, Meranze SG, Park JO, Pawlik T, Posey JA, Scaife C, Schefter T, Sigurdson ER, Tian GG, Vauthey JN, Venook AP, Yen Y, Zhu AX, Hoffmann KG, McMillian NR, Sundar H. Hepatobiliary cancers, version 2.2014. J Natl Compr Canc Netw. 2014 Aug;12(8):1152-1182. PMID: 25099447

4. Benson AB, D'Angelica MI, Abbott DE, **Abrams T**A, Alberts SR, Anaya DA, Anders R, Are C, Brown D, Chang DT, Cloyd J, Covey AM, Hawkins W, Iyer R, Jacob R, Karachristos A, Kelley RK, Kim R, Palta M, Park JO, Sahai V, Schefter T, Sicklick JK, Singh G, Sohal D, Stein S, Tian GG, Vauthey JN, Venook AP, Hammond LJ, Darlow SD. Guidelines Insights: Hepatobiliary Cancers, Version 2.2019. J Natl Compr Canc Netw. 2019 Apr 1;17(4):302-310. PMID: 30959462

**Professional educational materials or reports, in print or other media:**

1. **Abrams T**A. Anti-EGFR monoclonal antibodies in the first-line treatment of RAS wild-type metastatic colorectal cancer: the PEAK experience
       Podcast available at https://jcopodcast.libsyn.com/anti-egfr-monoclonal-antibodies-in-the-first-line-treatment-of-ras-wild-type-metastatic-colorectal-cancer-the-peak-experience

2. **Abrams T**A, Bleday R. A discussion of the strengths and limitations of cytoreductive surgery and HIPEC for peritoneal carcinomatosis from colorectal cancer

17

Podcast available at https://soundcloud.com/crcpodcast/episode-9-heated-intraperitoneal-chemotherapy-hipec

\* Co-First Author

## Narrative Report

I am a Physician at DFCI, an Associate Physician at BWH and an Assistant Professor at HMS. As a clinician and clinical investigator working and have led several clinical innovation and quality improvement (QI) initiatives, while remaining committed to my research, administrative and teaching responsibilities. I see patients with all manner of gastrointestinal malignancies during my six clinical sessions per week, but I am particularly focused on hepatobiliary cancers. Based on my growing reputation in this area, I am the recipient of at least two hepatobiliary patient referrals per week. I attend on the Solid Tumor Oncology service at BWH for four weeks per year where I am responsible for the care of 15-20 inpatients per day, as well as the education of rotating BWH Housestaff. I work with one DFCI Clinical Oncology Fellow in clinic for one session weekly and engage in more formal teaching of the Fellows at our biweekly Clinical Case Conferences.

As a clinical innovator, I am Director of the Liver Cancer Task Force and Co-director of the Liver Tumor Center. The Task Force is aimed at discovering biomarkers of early disease to improve detection and outcomes for patients at high-risk for development of liver cancers. The Liver Tumor Center runs early-stage clinical trials to improve treatment of HCC and cholangiocarcinoma amongst patients with advanced disease. Part of this effort involves the establishment of a tumor bank for molecular analysis of HCC and cholangiocarcinoma, which will further our understanding of the drivers of these malignancies. I am also Gastrointestinal Cancer Clinic (GCC) Pathways director. Along with the other disease center Pathways leaders, we have been tasked with crafting treatment pathways for not only internal use, but for a commercial product we are developing with Philips, Inc.

Previously, I led the Gastrointestinal Cancer Clinic (GCC) inpatient QI project which consisted of an eight-clinician group through a 30-point review of 200 consecutive GCC admissions to BWH. Our goal was to determine the nature and potential avoidability of each admission. We found that nearly one-in-five admissions might have been averted by earlier referral to hospice. I was co-first author on the manuscript, which was published in the *Journal of Clinical Oncology* in 2014. I also designed and led several seminars to improve communication among clinicians to improve patient safety as Director of GCC Team Training. The participant reviews of these sessions were uniformly outstanding, and the changes made to improve information flow from provider to chemotherapy nurse are now permanent. Additionally, I participated in drafting a set of guidelines of the treatment of malignancy-associated venous thromboembolism (VTE) for DFCI/BWH and in the small bowel obstruction (SBO) working group tasked with standardizing care for malignancy-associated SBO patients at BWH.

My research is focused on determining factors impacting Oncologists' treatment decisions for their patients by analyzing large databases from a nationally used chemotherapy order entry (COE) platform. My first project on adjuvant treatment patterns of resected colon cancers resulted in a manuscript published in the *Journal of Clinical Oncology* in 2011. A second project on patterns of care in metastatic colorectal cancer was made possible in part by a grant from Bristol-Myers Squibb, and the manuscript was published in the *Journal of the National Cancer Institute* in 2014. Both manuscripts were

18

accompanied by editorials. In 2013, I secured grant funding from Celgene for a project in metastatic pancreatic cancer. A manuscript was published in *The Oncologist* in 2017. In 2016, I received a grant from Eli Lilly to determine patterns of chemotherapy usage in metastatic gastric cancer. Our first paper was published in *Gastric Cancer*. A common thread throughout these projects was the finding that greater Oncologist experience with the disease in question hewed closely to better treatment decisions, highlighting the need for improved information dissemination and guideline standardization.

In summary, I feel I have made many outstanding contributions to DFCI and HMS as a clinician, teacher, and clinical investigator and innovator. I look forward to building on these successes as I take more leadership roles within the Institute and HMS.