# EXHIBIT 14

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-838-JLH |
| v. | ) ) | |
| MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**EXHIBIT 14**

**<u>DEFENDANTS' EXPERT'S CURRICULUM VITAE</u>**

CURRICULUM VITAE

4/30/2025

Robert Dreicer, M.D.,M.S., MACP, FASCO

## I.  Personal Data

A.  Citizen Status: U.S.A.

## II.  Education

| Year | Degree | Institution |
| --- | --- | --- |
| 1977 | B.S. | Colorado State University, Fort Collins, CO |
| 1979 | M.S. | University of Texas Graduate School Biomed Sciences, Houston, Tx |
| 1983 | M.D. | University of Texas Medical School at Houston, Houston, Tx |

## III.  Post-Graduate Education

| Year | Position | Institution |
| --- | --- | --- |
| 1983-84 | Intern in Medicine | Indiana University School of Medicine, Indiananoplis,IN |
| 1984-86 | Resident in Medicine | Indiana University School of Medicine, Indiananoplis,IN |
| 1986-88 | Fellow in Oncology | University of Wisconsin Clinical Cancer Center, Madison, WI |
| 1988-89 | Research Associate | University of Wisconsin Clinical Cancer Center, Madison, WI |

## IV.  Academic Appointments

| Year | Position | Institution |
| --- | --- | --- |
| 1989-90 | Associate | Department of Internal Medicine, University of Iowa College of Medicine, Iowa City, IA |
| 1989-90 | Associate | Department of Urology, University of Iowa College of Medicine, Iowa City, IA |
| 1990-95 | Assistant Professor | Department of Internal Medicine, University of Iowa College of Medicine, Iowa City, IA |

**Academic Appointments (cont)**

| Year | Position | Institution |
|---|---|---|
| 1990-95 | Assistant Professor | Department of Urology, University of Iowa College of Medicine, Iowa City, IA |
| 1995-99 | AD for Clinical Research | University of Iowa Cancer Center, Iowa City, IA |
| 1995-99 | Associate Professor | Department of Internal Medicine, University of Iowa College of Medicine, Iowa City,IA |
| 1995-99 | Associate Professor | Department of Urology, University of Iowa College of Medicine, Iowa City, IA |
| 1996-99 | Associate Division Director | Division of Hematology/Oncology, Department of Medicine, University of Iowa College of Medicine, Iowa City, IA |
| 1998-99 | Interim AD for Clinical Affairs | University of Iowa Cancer Center, Iowa City, IA |
| 1999-2014 | Staff Physician | Department of Hematology/Oncology, Cleveland Clinic, Cleveland, OH |
| 1999-2014 | Staff Physician | Urologic Institute, Cleveland Clinic Cleveland, OH |
| 1999-2003 | Associate Professor | Department of Internal Medicine, Ohio State University, Columbus, Ohio (Academic Appt only) |
| 1999-14 | Director- Genitourinary Medical Oncology | Cleveland Clinic, Cleveland, OH |
| 1999-2014 | Associate Director | Cleveland Clinic, Cleveland OH |
| 2004-14 | Professor of Medicine | Cleveland Clinic Lerner College of Medicine of Case Western University, Cleveland, OH |
| 2006-14 | Chairman | Department of Solid Tumor Oncology, Cleveland Clinic, Cleveland, OH |

**Academic Appointments (cont)**

| | | |
|---|---|---|
| 2012-14 | Deputy AD for Clinical Research | Case Comprehensive Cancer Center, Cleveland, OH |
| 2015- | Professor Medicine | Department of Internal Medicine, University of Virginia School of Medicine, Charlottesville, VA |
| 2015- | Professor of Urology | Department of Urology, University of Virginia School of Medicine, Charlottesville, VA, |
| 2015- | Head Section of Medical Oncology | Department of Internal Medicine, University of Virginia School of Medicine, Charlottesville, VA |
| 2015- | Deputy Director | University of Virginia Cancer Center, Charlottesville, VA, |
| 2015- | AD for Clinical Research | University of Virginia Cancer Center, Charlottesville, VA, |
| 2015- | Co-Director Paul Mellon Urologic Cancer Institute | University of Virginia, Charlottesville, VA |

V.    **Certification and Licensure**

| Board | Date | Number |
|---|---|---|
| Internal Medicine | 9/10/87 | 107564 |
| Medical Oncology | 11/7/89 | 107564 |
| | (Voluntary Recert 5/2/13) | |

Licensure:

| State | Date | Perm./Temp. | Number | Renewal Date |
|---|---|---|---|---|
| Virginia | 2/23/15 | Perm | 0101257805 | 5/31/22 |

VI.        **Professional Affiliations (including offices held)**

Year            Organization

1983-          American College of Physicians (Fellow 1992)

1989-          Member, American Society of Clinical Oncology

1990-1999      Member, American Federation for Medical Research

1991-2015      Eastern Cooperative Oncology Group- GU Core Committee

1991-          Affiliate Member, Society of Urologic Oncology

1993-          Affiliate Member, American Urologic Association

1996-2014      Eastern Cooperative Oncology Group- Bladder Committee- Chair

1997-00        Chair- Membership Committee, American Society of Clinical Oncology

1998-99        Associate Medical Director Iowa City Hospice

2000-03        Member Cancer Education Committee, American Society of Clinical Oncology

2003-04        Membership Committee, American Society of Clinical Oncology

2004-06        Member  ASCO Scientific Program Committee

2007-08        Chairman, Steering Committee ASCO 2008 GU Cancer Symposium

2008-09        Member, Steering Committee ASCO 2009 GU Cancer Symposium

2007-10        Member, ASCO Ethics Committee

2010-          Fellow of the American Society of Clinical Oncology

2010-11        Co-Chair Bladder Cancer Task Force, NCI Genitourinary Steering Committee

2010-13        Member ASCO's Continuing Medical Education Subcommittee

2010-2016      Member ABIM Medical Oncology Exam Committee

2011-2017      Co-Chair NCI Genitourinary Steering Committee

2013-16        Member ASCO's Scientific Program Committee

2017-          Master of the American College of Physicians

2017-2020      Member ASCO Cancer Communications Committee

2020-21        Chair Elect ASCO Cancer Communications Committee

2021-2022      Chair ASCO Cancer Communications Committee

VII. **Areas of Research Interest**

A. Experimental therapeutics in prostate, urothelial and renal neoplasms

Current Projects  (UVA Site PI)

 **1.** SGN22E-002: A study of enfortumab vedotin (ASG-22CE) as monotherapy or in combination with other anticancer therapies for the treatment of urothelial cancer

2. ARV-110.mCPRC-01: A Phase 1/2, open-label, dose escalation and cohort expansion clinical trial to evaluate the safety, tolerability, pharmacokinetics, and pharmacodynamics of ARV-110 in patients with metastatic castration-resistant prostate cancer

3. CBR-CCW702-3001: Open-label phase I study of CCW702 in patients with metastatic castration resistant prostate cancer.

4. XL092-001 A Dose-Escalation and Expansion Study of the Safety and Pharmacokinetics of XL092 as Single-Agent and Combination Therapy in Subjects with Inoperable Locally Advanced or Metastatic Solid Tumors

5. J1823: The MAP Trial: Phase III study of muscadine plus in men with prostate cancer

6. XL184-021: A Phase 1b Dose-Escalation Study of Cabozantinib (XL184) Administered in Combination with Atezolizumab to Subjects with Locally Advanced or Metastatic Solid Tumors

7. CAAA617C12301/AFT-53 Study: Comparing 177Lu- PSMA-617+ SOC vs. SOC in Tx of mHSPC

8. First-in-human, dose titration and expansion trial to evaluate safety, immunogenicity and preliminary efficacy of W_pro1 in patients with metastatic castration resistant prostate cancer and W_pro1 in combination with cemiplimab and/or goserelin acetate in patients with high-risk, localized prostate cancer

9. C16-168: A Randomized Phase II Trial of Abiraterone, Olaparib, or Abiraterone + Olaparib in Patients with Metastatic Castration-Resistant Prostate Cancer with DNA Repair Defects

10. c16-170: Prostate Cancer Outcomes: An International Registry to Improve Outcomes in Men with Advanced Prostate Cancer (IRONMAN)

IX.    **Teaching Activities**

A.    <u>Classroom, Seminar, or Teaching Laboratory:</u>

| Year | Course Title | (% for which responsible) |
|------|-------------|---------------------------|
| 1995-99 | ICM- M2 Urology Lectures | 15% |
| 1995-99 | M4 Pharmacology | 1 hour lecture |
| 1996 | Intervention and Clinical Trials | 1 hour lecture |
| 1997-99 | Death and Dying | 15% |
| 1996-99 | Clinical overview of case discussions | 1 hour |

B.    <u>Clinical Teaching (in ward, clinic, or operating room):</u>

| Year | Where Teaching Occurred | Weeks/Year | Hours/Week |
|------|------------------------|-----------|-----------|
| 1995-99 | Oncology Consults | 9 | 20 |
| 1995-99 | Uro-Oncology | 48 | 1-2 |
| 1995-99 | 4JPW | 4 | 20 |
| 1996-99 | Oncology Clinic | 48 | 4 |

Clinical Teaching (in ward, clinic, or operating room (cont)

| Year | Where Teaching Occurred | Weeks/Year | Hours/Week |
|------|------------------------|-----------|-----------|
| 2000-2015 | G70 | 6 | 10 |
| 2015- | Oncology Clinic | 52 | 4 |
| 2015 | Inpatient Oncology Service | 1 | 10 |

C.    <u>Conferences, Grand Rounds, Journal Clubs, Etc:</u>

| Year | Type of Activity | Weeks/Year | Hours/Week |
|------|-----------------|-----------|-----------|
| 1990-99 | Run Bimonthly GU-Oncology Conference | 24 | 2 hours/month |
| 1999-2014 | Monthly GU-Oncology Conference | 12 | 1 hour/month |
| 2003- | Weekly Patient Care Conference | 48 | 1 hour/week |
| 2018-2019 | Bimonthly Urology Oncology Patient Management Conf | 24 | 2 hours/month |

IX.    **Teaching Activities** (cont)

D.    Teaching Committees:
1992-99        Department of Internal Medicine Housestaff Evaluation Committee
2002-2014      Cleveland Clinic Hem/Onc Fellowship committee
2015-2018      UVA  Div Hem/Onc Fellowship committee

E.    Student Counseling:

1996- M2 student summer project, Sheila Gailbreth

X. **Other Professional Activities (Boards, Editorships, etc)**

| Year | Activity |
| --- | --- |
| 1980-1983 | Member, University of Texas Health Science Center at Houston, Committee for the Protection of Human Subjects |
| 1990-99 | Founding Member, Iowa Cancer Pain Relief Initiative |
| 1991-present | Eastern Cooperative Oncology Group- GU Core Committee |
| 1992- | Reviewer, Journal of Clinical Oncology |
| 1992-95 | University Hospitals Ambulatory Care Subcommittee |
| 1992-93 | Department of Internal Medicine, Clinical Practice Advisory Committee |
| 1993-99 | University Hospitals Biotechnology Drug Advisory Subcommittee |
| 1993-94 | Department of Internal Medicine Clinical Practice Strategic Planning Committee |
| 1993-94 | Clinical Cancer Center Coordinating Committee |
| 1993-99 | Department of Internal Medicine Resident Recruitment Committee |
| 1994- | Reviewer, Cancer |
| 1995- | Reviewer, Urologic Oncology |
| 1995- | Reviewer, Cancer Investigation |
| 1994-95 | University Hospitals Adult Patient and Family Housing Taskforce |
| 1995-99 | University of Iowa Clinical Cancer Center Executive Committee |
| 1995-99 | Department of Internal Medicine Promotions Committee |
| 1995-99 | Prostate Cancer Research Program Advisory Committee |
| 1995-96 | Chair University Hospitals Laboratory Advisory Subcommittee |

X. **Other Professional Activities (Boards, Editorships, etc) (cont)**

| Year | Activity |
| --- | --- |
| 1996 | Andersen-Hebbeln Research Professorship Search Committee |
| 1996 | Membership Committee, American Society of Clinical Oncology |
| 1996-99 | Chair University Hospitals Diagnostic Services Advisory Subcommittee |
| 1996-99 | Member University Hospital Task Force  to Review Special Function Laboratories |
| 1996-99 | College of Medicine- Clinical Research Committee |
| 1996- | Reviewer, Journal of Urology |
| 1996-99 | Head Clinical Trials Support Group-University of Iowa Cancer Center |
| 1996-99 | Cancer Center Program Leader- Clinical Oncology Program |
| 1996-99 | Head Clinical Trials Support Group-University of Iowa Cancer Center |
| 1997-2002 | Editorial Board The Prostate Journal |
| 1997-99 | University Hospitals Ethical Issues Subcommittee |
| 1997 | Department of Internal Medicine Faculty Compensation Committee |
| 1997-99 | University of Iowa Cancer Center Protocol Review Committee |
| 1997-99 | University Hospitals Ethical Issues Subcommittee |
| 1997-99 | University of Iowa Cancer Center Protocol Review Committee |
| 1998-2000 | Editorial Committee, Urologic Oncology Survey Section, Urologic Oncology |
| 1997- 2005 | Reviewer, Oncology |
| 1998 | Reviewer, AHFS Drug Information |
| 1999-2005 | Member Clinical Trials Scientific Review Committee |
| 1999-2000 | Member ASCO Program Committee- GU Oncology Section |
| 2000-2009 | Member Department of Defense Prostate Cancer Research Program Integration Panel |

X. **Other Professional Activities (Boards, Editorships, etc) (cont)**

| Year | Activity |
|------|----------|
| 2000 | Participant, NCI Kidney/Bladder Cancers Progress Review Group Roundtable Meeting |
| 2000-03 | Member Center for Clinical Research Senior Advisory Council |
| 2002-03 | Member search committee, head Dept Biostatistics/Epidemiology |
| 2001-02 | Member DSMB  Cytokine Working Group Phase III adjuvant IL-2 Study |
| 2003 | Member CCF Imaging Research Task Force |
| 2003-09 | Member Professional Advisory Committee, Cleveland Clinic Home Care Services |
| 2002-04 | Editor, Web Alert Section Current Oncology Reports |
| 2000-2001 | Reviewer, Critical Reviews in Oncology/Hematology |
| 2002 | Independent Reviewer Veterans Affairs Medical Research Service |
| 2003-12 | Member editorial advisory board, Journal of Supportive Oncology |
| 2001- | Reviewer, Lancet Oncology |
| 2003 | Reviewer, ACP-ASIM PIER Bladder Cancer Module |
| 2003-05 | Reviewer, Clinical Prostate Cancer |
| 2003 | Reviewer, Journal of Cancer Research and Clinical Oncology |
| 2003- | Reviewer, Urology |
| 2004- | Chair DSMB Board NIH Sponsored Phase III Trial of Energy healing and prostate cancer |
| 2004-05 | Chair Department of Defense Prostate Cancer Research Program Integration Panel |
| 2005-10 | Editorial Board, Journal of Clinical Oncology |
| 2005- | Reviewer, European Urology |
| 2005- | Reviewer, Clinical Cancer Research |
| 2005 | Reviewer, CA A Cancer Journal for Clinicians |
| 2005 | Reviewer, BJU |

X. **Other Professional Activities (Boards, Editorships, etc) (cont)**

| Year | Activity |
|---|---|
| 2006-07 | Chairman DSMB ASCENT II (Phase III Docetaxel +/-Calcitriol)-Novacea |
| 2006-2023 | Editorial Board Clinical Genitourinary Cancer |
| 2006 | Reviewer, Indian Journal of Urology |
| 2006- | Associate Editor NEJM  Journal Watch Oncology and Hematology |
| 2006 | Member search committee, Chair, Head and Neck Institute |
| 2007 | Reviewer, Journal of the National Cancer Institute |
| 2007 | Ad Hoc Reviewer NCI-Special Emphasis Panel |
| 2007 | Member search committee, Chair Dept of Molecular Genetics |
| 2007-08 | Reviewer, Annals of Oncology |
| 2007-2010 | Chairman, DSMB EFC6546 / VENICE Phase III docetaxel/with/without VEGF Trap) |
| 2007-2016 | Associate Editor for Medical Oncology, Urology, The Gold Journal |
| 2007-2010 | Member DSMB Sanofi Aventis CILAB Phase III trial, bladder cancer |
| 2008 | Reviewer, NIH-NCI Subcommittee H |
| 2008-2010 | CCF Internet Physican Advisory Council |
| 2008-11 | NCI Genitourinary Steering Committee (GUSC) Alternate member |
| 2008-2014 | Member CCLCM Committee on Appointments and Promotions |
| 2009 | Chair, Search Committee, Chair Dept of Surgical Soft Tissue Oncology |
| 2009-10 | Member, Scientific Advisory Board, Transgene, Strasbourg, France |
| 2009-2018 | Member, Management Committee, Bladder Cancer Advocacy Network |
| 2009-11 | Member, DSMB Medivation, MDV3100 Phase III Prostate Study |
| 2009- | Reviewer, Lancet Oncology |
| 2010- | Member, Editorial Board, Current Urology Reports |

X. **Other Professional Activities (Boards, Editorships, etc) (cont)**

| Year | Activity |
| --- | --- |
| 2010-2012 | Member Tengion Phase I DSMB |
| 2011-2014 | Member DSMB Sanofi Aventis Cabazitaxel Phase III Prostate Cancer trials |
| 2011-12 | CCF End of Life Care Steering Committee |
| 2011-2014 | Chair IDMC Dendreon Phase III N10-1 |
| 2011-2014 | Member, DSMB Medivation, PREVAIL Phase III Prostate Study |
| 2011-2019 | Member Scientific Advisory Board, Bladder Cancer Advocacy Network |
| 2012- | Editorial Board, Clinical Genitourinary Cancer |
| 2012-2014 | Case Western GI Spore Internal Advisory Board |
| 2013-2015 | Member DSMB Medivation TERRAIN study |
| 2013-2017 | Editorial Board Oncology & Biotech News |
| 2015 | Member NCRI Bladder Cancer Clinical Studies Group, Progress Review (MRC London) |
| 2015 | Member Review Team Site Visit, NCI GU Oncology Branch |
| 2015-18 | Member AUA Muscle Invasive Bladder Cancer Panel |
| 2017 | Scientist Reviewer for the DOD Prostate Cancer Research Program FY17 Clinical Consortium Award |
| 2018-2020 | Member, Lancet Oncology International Advisory Board |
| 2018-2020 | Member ASCO-SITC Immuno-Oncology Symposium Program Committee |
| 2018 | Chair DOD Clinical & Experimental Therapeutics-2 (CET-2) peer review panel |
| 2018-21 | Member AUA Advanced Prostate Cancer Guidelines Panel |
| 2019 | Peer Reviewer AUA Diagnosis and Treatment of Early Stage Testicular Cancer Guideline |
| 2020- | Chair DSMB Phase 1/2 StuDy of Modern ImmunotherApy in BCG-RelaPsing UroThelial Carcinoma of the BLADDER – (ADAPT-BLADDER) HCRN GU16-243 |

X. **Other Professional Activities (Boards, Editorships, etc) (cont)**

| Year | Activity |
|------|----------|
| 2020-25 | ABIM's Medical Oncology Longitudinal Assessment Approval Committee |
| 2020 | Member IDMC Merck MK6482-011, MK6482-012, MK6482-005 |
| 2020 | Chair DOD Prostate Cancer (PCRP), Idea Award, Clinical Experimental Therapeutic Panel |
| 2020 | Scientific Committee member for 1st ECO Cancer Immunotherapy Breakthrough Meeting (Madrid, Spain) |
| 2021- | Reviewer NEJM |
| 2021 | Chair- ASCO Conquer Cancer Advanced Clinical Research Award Review Committee |
| 2022- | Member External Advisory Board Atrium Health Wake Forest Baptist Comprehensive Cancer Center |
| 2022 | Member MACRA Episode-Based Cost Measure Wave 5 Clinician Expert Prostate Cancer Workgroup |

**XI.    Clinical Activities**

A.    Inpatient:

1.    1 week/year Solid Tumor inpatient Service

B.    Outpatient

1.    3 half day Oncology Clinics/week

XII.   **Honors and Awards**

| Year | Honor |
|------|-------|
| 1992 | Fellow of the American College of Physicians |
| 2003 | Cleveland Clinic Teacher of the year Dept Hematology/Oncology |
| 2010 | Fellow of American Society of Clinical Oncology |
| 2013 | Cleveland Clinic Solid Tumor teacher of the year |
| 2016 | Master of the American College of Physicians |
| 2018 | NCI Director Service Award |

**XIII.   Financial Resources (Grants and Contracts)**

A.      Federal

5P30CA044579-27     Loughran (PI), Dreicer (Co-I)09/16/1997-01/31/2022

NIH/NCI

Cancer Center Support Grant – Deputy Director and Associate Director for Clinical Research

This grant supports the basic science and clinical research programs at the University of Virginia Cancer Center.


1R01NR016483-01A1 (Jones-PI, Dreicer Co-I))      02/06/2017-12/31/2021

NIH

Decision Navigation for Advanced Prostate Cancer Treatment Options using mHealth

The study's primary aim is to test the effects of a theory-based mHealth DA (CHAMPION) administered by Registered Nurse (RN)-Community Patient Navigator (CPN) teams to advanced prostate cancer patients and decision partners/proxies on the following outcomes: less decisional conflict/uncertainty, higher psychosocial quality of life domain (HRQL-PSY), and less regret at the time of making an anti-cancer treatment decision

PSAUVAGW00        Dreicer (PI)            02/01/2012-01/31/2022

NCI

Frontier Science and Technology Research Foundation Contract #PSAUVAGW00

UVA will enter eligible patients onto the Eastern Cooperative Oncology Group (ECOG) clinical trial protocols and will furnish timely data, specimens and follow up information to the ECOG Coordinating Center as outlined in the protocols.

**XIV.   Physical Facilities**

P.O. Box 800716   6261 Multi-Story Building Charlottesville, VA 22908-0716

**XV.   Personnel Currently Supervised**

Faculty in Section of Medical Oncology, Jennifer Eccles, PA, GU research personnel

IVI   Papers Published or In Press

1.   **Dreicer, R...**, and Alexanian, R.: Nonsecretory Multiple Myeloma. Am J. Hematol. 13:311, 1982.
2.   Alexanian, R., and **Dreicer, R...**: Chemotherapy for Multiple Myeloma. Cancer. 53:513, 1984.
3.   Kantarjian, H., Dreicer,R., Barlogie, B., Plunkett, W., and Alexanian, R.: High-dose Cytosine Arabinoside in Multiple Myeloma. Eur. J. Cancer Clin. Oncol. 20:227, 1984.
4.   Falkson, G., Gelman, R.C., **Dreicer, R...**, Alberts, A.S., Coccia-Portugal, M.A., Tormey, D.C., Bennet, J.M., and Carbone, P.P.: Myelodysplastic Syndrome and Acute Non-Lymphoblastic Leukemia Secondary to Treatment with Dibromoducitol Developing In Patients With Breast Cancer. J. Clin. Oncol., 7:1252, 1989.
5.   Schiller, J.H., Storer, B., **Dreicer, R...**, Rosenquist, D., Frontiera, M., and Carbone, P.P.: A Randomized Phase II/III Trial of Combination Beta and Gamma Interferons Etoposide and Cisplatin in Inoperable Non-Small Cell Cancer of the Lung. J. Natl. Cancer Inst., 81:1739, 1989.
6.   **Dreicer, R...**, Messing, E.M., Loehrer, P.J., and Trump, D.L.: Perioperative Methotrexate, Vinblastine, Doxorubicin and Cisplatin (M-VAC) for Poor Risk Transitional Cell Carcinoma of the Bladder: An Eastern Cooperative Oncology Group Pilot Study. J Urol., 144:11123, 1990.
7.   **Dreicer, R...**, See, W.A., and Williams, R.D.: Current Controversies in Urologic Oncology. Iowa Med., 81:343 1991.
8.   **Dreicer, R...**, and Wilding, G.: Steroid Hormone Agonists and Antagonists in the Treatment of Cancer. Cancer Invest., 10:27, 1992.
9.   **Dreicer, R...**, and Love, R.R.: High Total Dose 5-Fluorouracil Treatment During Pregnancy. Wis. Med. J., 90:582, 1991
10.  **Dreicer, R...**, Donovan, J., Benda, J.A., Lund, J., and DeGowin, R.L.: Erythrocytosis in a Young Adult with an Erythropoietin Producing Wilms' Tumor. Am. J. Med., 93:229, 1992.
11.  **Dreicer, R...**: Pain and Symptom Management in Hormone-Refractory Prostate Cancer. Reviews on Endocrine-Related Cancer., 40:13, 1992
12.  **Dreicer, R...**, Kollmorgen, T., Smith, R., and Williams, R.D.: Neoadjuvant Cisplatin, Methotrexate, Vinblastine (CMV) for Muscle Invasive Bladder Cancer. J. Urol., 150:849, 1993.
13.  **Dreicer, R...**, and Gesme, D.H., Jr.: Cancer Pain Management: Inadequate. Iowa Medicine, 84:252, 1994
14.  Loehrer, P.J., Elson, P., **Dreicer, R...**, Hahn R., Nichols, C.R., Williams, R.D., Einhorn, L.E.: Escalated Dosages of Methotrexate, Vinblastine, Doxorubicin and Cisplatin Plus rhG-CSF in Advanced Urothelial Carcinoma: An ECOG Trial. J. Clin Oncol., 12:483, 1994.
15.  Sandlow, J., Cohen, M.B., Robinson, R.A., **Dreicer, R...**, and Williams, R.D.: DNA Ploidy and P glycoprotein Expression as Predictive Factors of Response to Neoadjuvant Chemotherapy for Invasive Bladder Cancer. Urology, 43:787, 1994.

XVI    Papers Published or In Press

16.    **Dreicer, R...**, Forest, P.K., and Williams, R.D.: Phase II Trial of 5-Fluorouracil and Alpha 2B in Patients with Hormone-Refractory Metastatic Prostate Cancer. Urology, 44:377, 1994.

17.    Kahn, D., Williams, R.D., Libertino, J., Hirschorn, M., Seldin, D., **Dreicer, R...**, Bushnell, D., and Gulfo, J.: Radioimmunoscintigraphy with In111-labeled CYT-356 for the Detection of Occult Prostate Cancer Recurrence. J. Urol., 152:1490, 1994.

18.    Roth, B.J., **Dreicer, R...**, Einhorn, L.H., Johnson, D.H., Smith., J.L, Hudes, G.R., Schultz, S.M., and Loehrer, P.J.: Significant Activity of Paclitaxel in Advanced Transitional Cell Carcinoma of the Urothelium: A Phase II Trial of the Eastern Cooperative Oncology Group. J. Clin. Oncol., 12:2264, 1994.

19.    Einhorn, L.H., Roth, B.J., Ansari, R., **Dreicer, R...**, Loehrer, P.J.: Vinblastine, Ifosfamide and Gallium (VIG) Combination Chemotherapy in Urothelial Carcinoma. J. Clin. Oncol., 12:2271, 1994.

20.    **Dreicer, R...**, Cooper, C., and Williams, R.D.: The Management of Prostate and Bladder Cancer in the Elderly. Urol. Clin. N. America, 23:87, 1996.

21.    See, W.A., Laurento, J., **Dreicer, R...**, and Hoffman, H.: Testicular Carcinoma Metastatic to the Neck. J. Urol., 155:590, 1996.

22.    See, W.A., **Dreicer, R...**, Wheeler, J.A., Forest, P.K., and Loening, S.: Brachytherapy and Continuous infusion 5-Fluorouracil for the Treatment of Locally Advanced, Node Negative Prostate Cancer: A Phase I Trial. Cancer., 77:924, 1996.

23.    Clamon, G., Riggs, C., **Dreicer, R...**, and Hohl, R.: Phase II Trial of Edatrexate in Patients with Metastatic Colorectal Cancer. Invest. New Drugs. 13:359, 1996.

24.    Dreicer R., Gustin, D.M., See, W.A., and Williams, R.D.: Paclitaxel in Advanced Urothelial Carcinoma: Its Role in Patients with Renal Insufficiency and as Salvage Therapy. J. Urol, 156:1606, 1996.

25.    **Dreicer, R...**, Karwal, M., Midence, G., Davis, C., and Nettleman, M.: The        Role of Radionuclide Angiocardiography in the Management of Patients    Receiving Doxorubicin-Based Chemotherapy. Am. J. Clin. Oncol., 20:132, 1997.

26.    **Dreicer, R...**, Kemp, J., Stegink, L., Cardillo, T., Forest, P., See, W.A: A Phase II Study of Deferoxamine in Patients with Hormone-Refractory Prostate Cancer. Cancer Investigation., 15:311, 1997.

27.    **Dreicer, R...**, Propert, K.J., Kuzel, T., Kirkwood, J.M., O'Dwyer, P.J., and Loehrer, P.J.: A Phase II Trial of Edatrexate in Patients with Advanced    Renal Cell Carcinoma. An Eastern Cooperative Oncology Group Study. Am. J. Clin. Oncol., 20: 251, 1997.

28.    Dreicer R.: Metastatic Prostate Cancer: Assessment of Response to Systemic Therapy. Sem.Urol. Oncol., 15:28, 1997.

29.    **Dreicer, R...**, Propert, K.J. , Roth, B., Einhorn LH., and Loehrer, P.: Vinblastine, Ifosfamide and Gallium Nitrate in Advanced Urothelial Carcinoma: An Eastern Cooperative Oncology Group Phase II Study. Cancer, 79:110, 1997.

XVI    Papers Published or In Press

30.    Witte, R.S., Elson, P., Bono, B., Knop, R., Haberman, T., **Dreicer, R...**, and Loehrer, P.J.: An ECOG Phase II Trial of Ifosfamide in the Treatment of Previously Treated Advanced Urothelial Carcinoma. J. Clin. Oncol., 15:589, 1997.

31.    See, W.A., **Dreicer, R...**, Forest, P.K., and Riggs, CE.: Continuous Infusion Intravesical Doxorubicin for the Treatment of Regionally Advanced Bladder Cancer.  Am. J. Clin. Oncol., 20:331, 1997.

32.    **Dreicer, R...**, Galbraith, S.S., Davis, C.D., and See, W.A.: Surgical resection of metastatic renal cell carcinoma: University of Iowa experience.  Urologic Oncology., 3:99, 1997.

33.    Sandler, A., Myers, T., Fox, S., Christou, A., Gordon, M., Weber, G., Loehrer, P.J., Einhorn, L.H., and **Dreicer, R...**: Phase I Trial of Paclitaxel and Gallium Nitrate Plus Filgrastim in Patients with Refractory Malignancies. Am J Clin Oncol., 21:180, 1998

34.    **Dreicer, R...**, Lallas, T., Joyce, J.A. , Anderson, B., Sorosky, J.I., and Buller, R.E.: A Phase II Trial of Velban, Ifosfamide, Gallium Nitrate and Filgrastim in Platinum and Paclitaxel Resistant Ovarian Cancer.  Am J Clin Oncol., 21:287, 1998.

35.    **Dreicer, R...** Smith D.C., Williams, R.D., See, W.A.  Phase II trial of suramin in advanced renal cell carcinoma.  Invest New Drugs 17:183, 1999

36.    **Dreicer, R...**, Manola, J., Roth, B.J., Cohen, M.B., Hatfield, A.K., Wilding, G.W. Phase II Study of Cisplatin and Paclitaxel in Advanced Carcinoma of the Urothelium: An Eastern Cooperative Oncology Group Study. J Clin Oncol 18:1058, 2000

37.    Borden, E.C., Linder, D., **Dreicer, R...**, Hussein, M., Peerebom, D. Second generation interferons for cancer: Clinical Targets.  Sem Cancer Biol 10:125, 2000

38.    **Dreicer, R...** The Evolving Role of Hormone Therapy in Advanced Prostate Cancer. Clev Clinic J Med. 67:720, 2000

39.    Clark, P.E.,. Peereboom, D.M.,  **Dreicer, R...**, Levin H.S., Clark, S.B., Klein, E.A: Phase II Trial of Neoadjuvant Estramustine and Etoposide plus Radical  Prostatectomy for Locally Advanced Prostate Cancer. Urology  57:281, 2001

40.    **Dreicer, R...**, Klein, E.A.: Preliminary Observations of Single Agent Docetaxel as Neoadjuvant Therapy for Locally Advanced Prostate Cancer.  Sem Oncol. 28:45, 2001

41.    **Dreicer, R...**, See, WA., Klein, E. Phase II Trial Of GM-CSF  In Patients With Advanced Prostate Cancer. Invest New Drugs 19:261, 2001

42.    Berenson, JR., Rosen LS., Howell A., Porter,  L., Coleman, R.E.,  Morley, W., **Dreicer, R...**, Kuross,  S.A. Lipton, A., Seaman, J.J: Zoledronic acid reduces skeletal related events in patients with osteolytic metastases: a double-blind, randomized dose-response study. Cancer 91:1191, 2001

43.    **Dreicer, R...**: Neoadjuvant Chemotherapy in The Management of Muscle-Invasive Bladder Cancer. Sem. Urol. Oncol. 19:180, 2001

44.    **Dreicer, R...**: Locally Advanced and Metastatic Bladder Cancer.  Current Treatment Options in Oncology 2:431, 2001

45.    Klein, E.A., Kupelian, P.A., **Dreicer, R...**, Peereboom, D., Zippe, C: Locally Advanced Prostate Cancer. Current Treatment Options in Oncology 2:404, 2001

XVI    Papers Published or In Press

46.    Mahmoud-Ahmed, A.S.,  Suh, J.H., Kupelian, P.A., Klein, E.A., Peereboom, D.M., **Dreicer, R...**, Barnett, G.H.: Brain Metastases From Urinary Bladder Carcinoma: Presentation, Treatment, And Survival.  J Urol 167:2419, 2002

47.    Vaughn, D., **Dreicer, R...**, Manola, J., Malkowicz, SB., See, W., Wilding, G.  E2896 Paclitaxel/Carboplatin in Advanced Urothelial Carcinoma and Renal Insufficiency  A Phase II Trial of the Eastern Cooperative Group.  Cancer: 95, 1022, 2002

48.    Thomas, J., Gupta, M., Grasso, Y.,  Reddy,  CA., Heston, WD., Zippe, C.,  **Dreicer, R...**, Kupelian, PA., Brainard, J., Levin, HS.,  Klein, EA: Pre-operative Combined Nested RT-PCR for PSA and PSM does not Correlate with Pathologic Stage or Biochemical Failure in Patients with Localized Prostate Cancer Undergoing Radical Prostatectomy.  J Clin Oncol, 20:3213-3218, 2002

49.    Roth, BJ., Manola, J., **Dreicer, R...**,  Graham, D., Wilding, G:  Piritrexim in Advanced, Refractory Carcinoma of the Urothelium (E3896): A Phase II Trial of the Eastern Cooperative Oncology Group. Invest New Drugs, 20:425-429, 2002

50.    **Dreicer, R...** Controversies in the Systemic Management of Patients with Evidence of Biochemical Failure Following Radical Prostatectomy.  Cancer Treatment Reviews 28:189-194, 2002

51.    Thomas, J., Aleman, M., **Dreicer, R...**,  Klein, EA., Management of Stage I Nonseminomatous Germ Cell Tumors. Urol Oncol,  20:220-226, 2002

52.    Skeel, R., Huang, J., Manola, J., Wilding, G., **Dreicer, R...**,  Walker, P., Muggia, F., Crawford, E.D., Dutcher, J.P., Loehrer, P.J: A Phase II Study of 13-cis Retinoic Acid Plus Interferon □-2a in Advanced Stage Penile Carcinoma: An Eastern Cooperative Oncology Group Study (E3893).  Cancer Investigation 21:41,2003

53.    **Dreicer, R...**,  Roth, B., Wilding, G: Overview of Advanced Urothelial Cancer Trials of The Eastern Cooperative Oncology Group. Cancer  97:2109. 2003

54.    Hutson TE, Molto L, Mekhail T, Brown G, Elson P, Finke J, Tannenbaum C, Borden E, **Dreicer, R...**, Olencki T, Bukowski RM: Phase I trial of consensus interferon in patients with metastatic renal cell carcinoma: Toxicity and immunologic effects.   Clinical Cancer Research 9:1354, 2003

55.    Dreicer R:  Neoadjuvant chemotherapy for bladder cancer: Current status. Expert Opinion on Pharmacotherapy  4:853, 2003

56.    **Dreicer, R...**, Manola J., Schneider, DJ., Schwerkoske, JF., George, CS., Roth BJ., Wilding GM. Phase II Study of Gemcitabine and Docetaxel as Second Line therapy for Advanced Carcinoma of the Urothelium:  A Trial of the Eastern Cooperative Oncology Group.  Cancer 97:2743, 2003

57.    **Dreicer, R...**, Carducci M. E1899 an Eastern Oncology Cooperative Group study comparing ketoconazole + hydrocortisone with docetaxel + estramustine in asymptomatic, androgen independent prostate cancer patients with a rising PSA. Reviews in Urology, 5:35, 2003

58.    Kantzavelos L., Klein EA., **Dreicer, R..**: Paracolic recurrence of stage I seminoma. Urology 62:145, 2003

XVI Papers Published or In Press(cont)

59.  **Dreicer, R...**, Manola, J., Roth, BJ., See, WA., Kuross S., Edelman, M., Hudes, GR., Wilding, G: Phase III  Trial of Methotrexate, Vinblastine, Doxorubicin, and Cisplatin (M-VAC) Versus Carboplatin  and Paclitaxel in Patients with Advanced Carcinoma of the Urothelium: A Trial of the Eastern Cooperative Oncology Group.  Cancer, 100:1639, 2004

60.  **Dreicer, R...**, Magi-Galluzzi, C.,  Zhou, M.,  Rothaermel, J.,  Reuther,  A.,  Ulchaker, J., Zippe, C., Fergany, A,. Klein,  E.A.:   Phase II Trial of Neoadjuvant Docetaxel Prior to Radical Prostatectomy for Locally Advanced Prostate Cancer.  Urology, 63:1138, 2004

61.  Davis, MP., **Dreicer, R...**,  Walsh, D., Lagman, R., Legrand, SB: Appetite and Cancer-Associated Anorexia: A Review. J Clin Oncol, 22:1510, 2004

62.  Chang, SS., Benson, MC., Campbell, SC., Crook, J., **Dreicer, R...**,  Evans CP., Hall, MC., Higano, C., Kelly, WK., Sartor, O., Smith, JA.,  Society Of Urologic Oncology (SUO) Position Statement: Redefining The Management Of Hormone-Refractory Prostate Cancer. Cancer. 103:11, 2005

63.  **Dreicer, R...**,  Elson P., Peereboom D., Rothaermel J., Klein EA: Phase II Trial of GM-CSF Thalidomide in Patients with Androgen Independent Metastatic Prostate Cancer. Urol Oncol. 23:82-6, 2005

64.  Strother, J., Beer, TM., **Dreicer, R..**: Novel Cytotoxic and Biological Agents for Prostate Cancer – Where will the Money be in 2005?  Eur J of Cancer, 41:954, 2005

65.  Garcia, J., **Dreicer, R..**: Adjuvant and Neoadjuvant Chemotherapy for Bladder Cancer: Management and Controversies Nature Clinical Practice Urol 2:32, 2005

66.  Beer, TM., Tangen, CM., Nichols, CR., Margolin, KA., **Dreicer, R...**,  Stephenson, WT., Quinn, DI., Crawford, DE. Southwest Oncology Group Phase II Study Of Arsenic Trioxide in Patients With Refractory Germ Cell Malignancies. Cancer 106:2624, 2006

67.  Olencki, T., Malhi, S., Mekhail, T., **Dreicer, R...**,  Elson, P., Wood, L., Bukowski, RM.Phase I trial of thalidomide and Interleukin-2 in patients with metastatic renal cell carcinoma. Invest New Drugs 24:321, 2006

68.  **Dreicer, R..**: Chemotherapy for Advanced Prostate Cancer: Docetaxel and Beyond. Hematology Oncol Clinics North Am. 20:935, 2006

69.  Garcia, J., **Dreicer, R...** Systemic Chemotherapy for Muscle Invasive Bladder Cancer: Update and Controversies. J Clin Oncol, 24; 5545, 2006

70.  Gray, R., Manola, J., Saxman, S., Wright J., Dutchter, J., Atkins, M., Carducci, M., See,W., Sweeney, C., Liu, G., Stein, M., **Dreicer, R...**,  Wilding, G., DiPaola RS. The future of phase II clinical trial design: methods in translational research from the Genitoruinary Committee of The Eastern Cooperative Oncology Group.    Clinical Cancer Research, 12:1966, 2006

71.  Choueiri, T.K., **Dreicer, R...**,  Rini, B.I., Garcia, J.A.,  Thakkar, S.G., Baz, R.C., Mekhail, T.M., Jinks, H.A., Elson, P., Bukowski, R.M. Phase II Study of Lenalidomide Revlimid®) in patients with Metastatic Renal Cell Carcinoma.  Cancer, 107;2609, 2006

XVI Papers Published or In Press(cont)

72.    Kalmadi, S., Davis, M,, Dowlatim A., O'keefe, S., Cline-Burkhardt, M., Pelley, RJ., Borden, E., **Dreicer, R...**,  Bukowski, R., Mekhail T. Phase I trial of three-weekly docetaxel, Carboplatin and oral lenalidomide (Revlimid(R)) in patients with advanced solid tumors. Invest New Drugs, 25;211, 2007

73.    Segota, E., Mekhail, T., Olencki, T., Hutson, T.E., **Dreicer, R...**,  Wacker, B., Osterwalder, O., Elson, P., Zhou, M., Bukowski, RM. Phase II trial of capecitabine and rHu-interferon-α-2a in patients with metastatic renal cell carcinoma, limited efficacy and moderate toxicity. Urol Oncol, 25;46, 2007

74.    **Dreicer, R...** Lenalidomide: Immunomodulatory, Antiangiogenic and Clinical Activity in Solid Tumors. Current Oncol Rep, 9;120, 2007

75.    **Dreicer, R...** Kinase Inhibitors Compared to Cytokine Therapy for metastatic Renal Cell Carcinoma: Overview of Recent Clinical Trials Differentiating Clinical Response and Adverse Effects. Clin Genitourinary Cancer, 5 (suppl 1);S19, 2007

76.    Rini, B. I., Tamaskar, I., Elson, P. ,Shaheen, P. Salas, R., Garcia, J., Wood, L., Reddy, S., **Dreicer, R...**,  Bukowski, R.M.: Hypothyroidism In Patients With Metastatic Renal Cell Carcinoma Treated With Sunitinib, J Nat Can Inst, 99;81, 2007

77.    **Dreicer, R...**,  Petrylak, D., Agus, D., Webb, I., Roth, B. Phase I/II study of bortezomib plus docetaxel In patients with advanced androgen independent prostate cancer. Clin Can Res,13;1208, 2007

78.    Beer, T.M., Ryan, C.W., Venner, P.M., Petrylak, D.P. Chatta, G., Ruether, J.D., Redfern, C.H., Fehrenbacher, L., Saleh, M.N., Waterhouse, D., Carducci, M.A., Vicario, D., **Dreicer, R...**,  Higano, C.S., Ahmann, F.R., Chi, K.N., Henner, W.D., Arroyo, A., Clow, F.W.and ASCENT investigators ASCENT: A double-blinded randomized study of DN-101 (high-dose calcitriol) plus docetaxel vs. placebo plus docetaxel in androgen-independent prostate cancer (AIPC). J Clin Oncol, 25; 669, 2007

79.    Gilligan, T., **Dreicer, R...**: The atypical urothelial cancer patient: management of bladder cancers of  non-transitional cell histology and cancers of the ureters and renal pelvis. Semin Oncol, 34;145, 2007

80.    **Dreicer, R..**: Chemotherapy for Muscle-Invasive Bladder Cancer in the Perioperative Setting: Current Standards. Urol Oncol. 25;72, 2007.

81.    Lagwinski, N., Thomas., A. Stephenson, A., Campbell., S, Hoschar., A El-Gabry., E, **Dreicer, R...**,  Hansel., DE. Squamous Cell Carcinoma of the Bladder: A clinicopathologic Analysis of 45 Cases.  Am J Surg Path, 31: 1777, 2007

82.    **Dreicer, R...**,  Li, S., Manola, J.,  Haas, N.B., Roth, B.J., Wilding, G. A Phase II Trial of Epothilone B Analogue BMS-247550 (Ixabepilone) in Advanced Carcinoma of the Urothelium (E3800): A Trial of the Eastern Cooperative Oncology Group.Cancer,110;759, 2007

XVI Papers Published or In Press(cont)

83.    Kibel,A.S., Rosenbaum, E., Kattan, M.W., Picus,  J., **Dreicer, R...**,  Klein, E.A., Chatta G.S.., Nelson, J.B., DiPaola, R.S., Roth, R.J., Cookson, M.S., Wilding, G., Jarrard, D.F. Beer, T.M., Ryan, C.W., Petrylak, D.P., Benson, M.C., Partin, A.W., Garrett-Mayer, E., Eisenberger, M.A.:  Adjuvant Weekly Docetaxel for High-Risk Prostate Cancer Patients after Radical Prostatectomy: a Multi-Institutional Pilot Study.   J Urol, 177;1777,2007

84.    Einhorn, LH., Brames, MJ., **Dreicer, R...**,  Nichols, CR., Cullen, MT., Bubalo, J: Palonosetron plus dexamethasone for prevention of chemotherapy-induced nausea and vomiting in patients receiving multiple-day cisplatin chemotherapy for germ cell cancer.Supp Care Cancer 2007

85.    Magi-Galluzzi, C., Zhou, M., Reuther, A., **Dreicer, R...**, Klein, E.A. Neoadjuvant Docetaxel Treatment on Locally Advanced Prostate Cancer: A Clinicopathological Study Cancer, 110;1248, 2007

86.    Beer, TM., Higano, C.S., Saleh, M., **Dreicer, R...**,  Hudes, G., Picus,  J., Rarick, M., Fehrenbacher, L. Phase II Study of KOS-862 in patients with metastatic androgen independent prostate cancer previously treated with docetaxel. Invest New Drugs, 25; 565, 2007

87.    Bradley, D.A., Dunn, R., Nanus, D., Stadler, W., **Dreicer, R...**, Rosenberg, J., Smith, D.C., Hussain, M. Randomized, double-blind, placebo-controlled phase II trial of maintenance sunitinib versus placebo after chemotherapy for patients with advanced urothelial carcinoma: scientific rationale and study design. Clin Genitourin Cancer 5:460, 2007

88.    Choueiri, T.K., **Dreicer, R...**,  Paciorek, A., Carroll, P.R., Konety, B.  A Model that includes  Trigger Prostate-Specific Antigen and PSA Kinetics Predicts the Probability of Positive imaging in Patients With Biochemical failure After Initial Definitive Local Therapy. Data from CaPSURE   J Urol, 179;906 2008

89.    Rini, B.I., Choueiri, T.K., Elson, P., Khasawneh, M.K., Cotta, C., Unnithan, J., Wood, L., Mekhail, T., Garcia, J., **Dreicer, R...**,  Bukowski, R.M. Sunitinib-induced macrocytosis in   patients with metastatic renal cell carcinoma. Cancer, 113;1309, 2008

90.    Tamaskar, I., Bukowski, R., Elson, P., Ioachimescu, A.G., Wood, L., **Dreicer, R...**, Mekhail, T., Garcia, J., Rini, B.I.: Thyroid function test abnormalities in patients with metastatic renal cell carcinoma treated with sorafenib. Annals of Oncol, 19;265, 2008

91.    **Dreicer, R..**: Current Status of Cytotoxic Chemotherapy in Patients with Metastatic Prostate Cancer. Urol Oncol. 26;426, 2008

92.    Dhar , N., Reuther, A.M., **Dreicer, R...**,  Zippe, C.D.,  Campbell, S.C., Fergany, A., Klein, E.A.,  Presentation Location, And Overall Survival, Of Pelvic Recurrence Following Radical Cystectomy For Transitional Cell Carcinoma Of The Bladder. BJU International, 101;969, 2008

XVI Papers Published or In Press(cont)

93.    Scher, H.I., Halabi, S., Tannock, I., Morris, M., Sternberg, C.N., Carducci, M.A., Eisenberger, M.A., Higano, C., Bubley, G.J., **Dreicer, R.**...,  Petrylak, D., Kantoff, P., Keller, G., Basch, E., Kelly, W.K., Figg, W.D., Small, E.J., Beer, T.M., Wilding, G., Martin, A., Hussain, M. Design and Endpoints of Trials for Patients with Progressive Prostate Cancer and Castrate Levels of Testosterone: Recommendations of the Prostate Cancer Clinical Trials Working Group.   J Clin Oncol, 26;1148, 2008

94.    Garcia, J.A., Klein, E.A., Magi-Galluzzi, C., Elson, P., Triozzi, P., **Dreicer, R.**... Clinical and Biological  Effects of Neoadjuvant Sargramostim (GM-CSF) and Thalidomide in Patients with Locally Advanced Prostate Carcinoma.  Clin Can Res, 14;3052, 2008

95.    Tamaskar, I., Garcia, J.A., Elson, P., Wood, L., Mekhail, T., **Dreicer, R.**., Rini, B.I., Bukowski, R.M. Antitumor Effects of Sunitinib or Sorafenib in Patients with Metastatic Renal Cell Carcinoma Who Have Received Prior Anti-angiogenic Therapy. J Urol, 179;81,2008

96.    **Dreicer, R.**...,  Li, S., Li, H.,  Cooney, M., Wilding, GW., Roth, B.J. Phase II Trial of Pemetrexed Disodium and Gemcitabine in Advanced Urothelial Cancer (E4802): A Trial of the Eastern Cooperative Oncology Group  Cancer, Cancer, 112;2671, 2008

97.    Tamaskar, I., Mekhail, T., **Dreicer, R.**...,  Olencki, T., Roman, S ., Elson, P., Bukowski, R.   Phase I trial of weekly Docetaxel and daily Temozolomide in patients with metastatic disease.  Investigational New Drugs, 26;553, 2008

98.    Hansel, D.E., Swain, E., **Dreicer, R.**...,  Tubbs,R.R, HER2 Over-expression and Amplification Occur in a Subset of Urothelial Carcinomas and Is Often Accompanied by MYC Amplification Am J Clin Path, 130;274, 2008

99.    George, S.,  **Dreicer, R.**..., , Au, JLS., Shen, T., Rini, BI., Roman, S., Cooney, MM., Mekhail, T., Elson, P., Wientjes, MG., Ganapathi, R., Bukowski, RM:  Phase I/ II trial of 5-flurouracil and non-cytotoxic dose level of suramin (CI-1003) in patients with metastatic renal cell carcinoma Clin Genitourin Cancer,  6;79, 2008

100.    Finke, J.H., Rini, B., Ireland, J., Rayman, P., Richmond, A., Golshayan, A., Wood, L., Elson, E., Garcia, J., **Dreicer, R.**...,  Bukowski, R.M. Sunitinib Reverses Type 1 Immune Suppression and Decreases T Regulatory Cells in Renal Cell Carcinoma Patients  Clin Cancer Res, 14;6674, 2008

101.    Saby, G., Hutson, T.E., Mekhail, T., Wood, L., Finke, J., Elson, P., **Dreicer, R.**..., Bukowski, R.   Phase I Trial of Peg-Interferon And Recombinant Il-2 In Patients With Metastatic Renal Cell Carcinoma.  Cancer Chemother Pharmacol, 62;347, 2008

102.    Weight, C.H., Hansel, D.E., Campbell, S.C., Fergany, A.F., Gong, M.C., Klein, E.A., **Dreicer, R.**..., Garcia, J.A., Ulchaker, J., Stephenson, A.J. Lack of Pathologic Down-Staging with Neoadjuvant Chemotherapy for Invasive Urothelial Carcinoma of the Bladder: A Contemporary Series  Cancer, 115;792, 2009

100.    Thomas, A.A., Rini, B.I., Lane, B.R., Garcia, J., **Dreicer, R.**..., Klein, E.A., Novick, A.C., Campbell, S.C. Response of the Primary Tumor to Neoadjuvant Sunitinib in Patients with Advanced Renal Cell Carcinoma  J Urol, 181;518, 2009

XVI Papers Published or In Press(cont)

101. **Dreicer, R.**..., Stadler, W.M., Ahmann, F.R., Whiteside, T., Bizouarne, N., Acres, B., Limacher, J-M., Squiban, P., Pantuck, A: Mva-Muc1-Il2 Vaccine Immunotherapy (Tg4010) Improves PSA Doubling Time In Patients With Prostate Cancer With Biochemical Failure   Invest New Drugs, 2;379, 2009

102. Shepard, D.R.,. **Dreicer, R.**..., Garcia, J., Elson, P., Magi-Galluzzi, C., Raghavan, D., Stephenson, AJ., Klein EA.Phase II trial of neoadjuvant abraxane in high-risk patients with prostate cancer undergoing radical prostatectomy   J Urol,  181;1672, 2009

103. Ko, J.S., Zea, A.H., Rini, B.I., Ireland, J.L., Elson, P., Golshayan, A., Rayman, P.A., Wood, L., Garcia, J., **Dreicer, R.**..., Bukowski, R., Finke, JH: Sunitinib Mediates Reversal of Myeloid Derived Suppressor Cell Accumulation in Renal Cell Carcinoma Patients Clin Ca Res, 15;2158, 2009

104. **Dreicer, R.**..., Li, H., Stein, M., DiPaola, R., Eleff, M., Roth, BJ., Wilding, G: Phase II Trial of Sorafenib (BAY43-9006) in Patients with Advanced Urothelial Cancer (E1804): A Trial of the Eastern Cooperative Oncology Group.  Cancer, 115;4090, 2009

105. Schwandt, A., Wood, L.S., Rini, R., **Dreicer, R.**.: Management of side effects associated with sunitinib therapy for patients with renal cell carcinoma OncoTargets and Therapy, 2;51, 2009

106. Hussain, M., Wood, D.P., Bajorin, D.F., Bochner, B.H., **Dreicer, R.**..., Lamm, D.L., O'Donnell, M.A., Siefker-Radtke, A.O., Theodorescu, D., Dinney, C.P.Bladder Cancer: Narrowing the Gap between Evidence and Practice.  J Clin Oncol, 27; 5680, 2009

107. Rini, B.I., Garcia, J., Cooney, M., Elson, P., Tyler, A, Beatty, K., Bokar, J., Mekhail, T., Bukowski, R.M., Budd, G.T., Triozzi, P., Borden, E., Dolwati, A., **Dreicer, R.**.: A Phase I Study of Bevacizumab in Combination with Sunitinib Clin Ca Res, 15:6277,2009

108. Shepard, D., **Dreicer, R.**...   Zibotentan for the treatment of castrate-resistant prostate cancer Expert Opin. Investig Drugs 19;1, 2010

109. Barbastefano, J., Garcia, J.A., Elson, P., Wood, L.S., Lane, B.R., **Dreicer, R.**..., Campbell, S.C., Rini, B.I.. Association of Percentage of Tumor Burden Removed with Debulking Nephrectomy and Progression Free Survival in Metastatic Renal Cell Carcinoma Patients Treated with VEGF-Targeted Therapy.  BJU Int, 106;1266, 2010

110. Lane,  B.R., Smith, A.K,, Larson, B.T., Gong, M..,, Campbell, S.C., Raghavan, D., **Dreicer, R.**..., Hansel, D.E., Stephenson, A.J: Chronic kidney disease after nephroureterectomy for upper tract urothelial carcinoma and implications for administration of perioperative chemotherapy.  Cancer, 116; 2967, 2010

111. Chu, F.M., Picus, J., Fracasso, P.M, **Dreicer, R.**..., Lang, Z., Foster, B. A Phase 1, Multicenter, Open-Label study of the Safety of Two Dose Levels of an Human Monoclonal Antibody to Human αv Integrins, Intetumumab, in Combination with Docetaxel and Prednisone in Patients with Castrate Metastatic Prostate Cancer Invest New Drugs 29;674, 2010

112. **Dreicer, R.**... Androgen Deprivation Therapy Management in Patients with Advanced Prostate Cancer. J Support Oncol, 8:209, 2010

XVI Papers Published or In Press(cont)

113. Garcia, J.A., Hutson, T.E., Elson, P., Gilligan, T., Nemec, C., **Dreicer, R.**.., Bukowski, R.M., Rini, B.I. Sorafenib in Patients with Metastatic Renal Cell Carcinoma Refractory to either Sunitinib or Bevacizumab   Cancer, 116:5383, 2010

114. Pili, R.,  Rosenthal.,  M.A., Van Hazel, G., Srinivas, S., **Dreicer, R.**.., Goel, S., Leach, J., Wong, S.  Randomized Phase II Study of the Addition of ASA404 (Vadimezan, 5,6 Dimethylxanthenone-4-acetic acid/DMXAA) to Docetaxel in Castration-Refractory Metastatic Prostate Cancer Clin Can Res, 16; 2906, 2010

115. Kantoff, P.W., Higano, C., Shore, N., Berger, E.R.,  Small, E.J., Penson, D., Redfern, C., Ferrari, A., **Dreicer, R.**.., Sims, R., Xu, Y., Frohlich, M.W., Schellhammer, P.F. A randomized, Double-Blind, Placebo-Controlled Phase 3 Trial of Active Cellular Immunotherapy with Sipuleucel-T in Men with Metastatic Castration-Resistant Prostate Cancer, N Engl J Med 363:411, 2010

116. Schelman, W.R., Liu, G., Wilding, G., Morris, T., De Phung., **Dreicer, R.**.. A Phase I Study of ZD4054 in Patients with Metastatic, Castrate-Resistant Prostate Cancer. Invest New Drugs, 29: 118, 2011

117. **Dreicer, R.**.., Garcia, J., Hussain, M., Rini, B., Vogelzang, N., Srinivas, S., Somer, B., Zhao, Y.D., Kania, M., Raghavan, D.  Oral enzastaurin in prostate cancer: A two-cohort phase II trial in patients with PSA progression in the non-metastatic castrate state and following docetaxel-based chemotherapy for castrate metastatic disease.  Invest New Drugs, 29:1441, 2011

118. Garcia, J.A. Hutson, T.E, Shepard, D., **Dreicer, R.**..Gemcitabine and Docetaxel in Metastatic Castrate Resistant Prostate Cancer (CRPC): Results from a Phase II Trial Cancer. 117;752, 2011

119. Rosen, L., Senzer, N., Mekhail, T., Ganapathi, R., Chai, F., Savage, R.E., Waghorn, ., Abbadessa, G., Schwartz, B., **Dreicer, R.**.. A Phase I Dose Escalation Study of ARQ 197 in Adult Patients with Metastatic Solid Tumors. Clin Ca Res, 17;1, 2011

120. Karam, J.A., Rini, B.I. Varella, L., Garcia, J.A., **Dreicer, R.**.., Choueiri, T.K., Jonasch, E., Matin, S.F., Campbell, S.C., Wood, C.G., Tannir, N.M. Metastasectomy Following Targeted Therapy in Patients with Advanced Renal Cell Carcinoma.  J Urol , 185;439, 2011

121. Garcia, J.A., Mekhail, T., Elson, P., Triozzi, P., Nemec, C., **Dreicer, R.**.., Bukowski, R.M., Rini, B.I. Clinical and immunomodulatory effects of bevacizumab and low-dose interleukin-2 in patients with metastatic renal cell carcinoma: results from a phase II trial.BJU Int. 107;562, 2011

122. Garcia, J.A., **Dreicer, R.**.. Immunotherapy in Castration-Resistant Prostate Cancer: Integrating Sipuleucel-T Into Our Current Treatment Paradigm. Oncology. 25;242, 2011

123. Basappa, N.S., Elson, P., Golshayan, A., Wood, L., Garcia, J.A., **Dreicer, R.**.., Rini, B.I. The Impact of Tumor Burden Characteristics in Metastatic Renal Cell Carcinoma Patients Treated with Sunitinib Cancer 117:1183, 2011

XVI Papers Published or In Press(cont)

124. Galsky, M.D.,  Hahn, N.M., Rosenberg, J., Sonpavde, G., Hutson, T.E., Oh, W.K., **Dreicer, R.**.., Vogelzang, N., Sternberg, C., Bajorin, D., Bellmunt, J. A consensus definition of patients with metastatic urothelial carcinoma who are unfit for cisplatin-based chemotherapy Lancet Oncol 12:211, 2011

125. Galsky, M.D.,  Hahn, N.M., Rosenberg, J., Sonpavde, G., Hutson, T.E., Oh, W.K., **Dreicer, R.**.., Vogelzang, N., Sternberg, C., Bajorin, D., Bellmunt.  Treatment of patients with metastatic urothelial cancer "unfit" for cisplatin-based chemotherapy  J Clin Oncol 29;2432, 2011

126. R Chu, F.M., Picus, J., Fracasso, P.M, **Dreicer, R.**.., Lang, Z., Foster, B. A Phase 1, Multicenter, Open-Label study of the Safety of Two Dose Levels of an Human Monoclonal Antibody to Human αv Integrins, Intetumumab, in Combination with Docetaxel and Prednisone in Patients with Castrate Metastatic Prostate Cancer Invest New Drugs, 29;674, 2011

127. Schwandt, A., Garcia, J.A., Elson, P., Wyckhouse, J., Finke, J.H., Ireland, J., Triozzi, P., Zhou, M., **Dreicer, R.**.., Rini, B.I. Clinical and Immunomodulatory Effects of Celecoxib Plus Interferon-Alpha in Metastatic Renal Cell Carcinoma Patients with COX-2 Tumor Immunostaining  J Clin Immunol. 31; 690, 2011

128. Ching, C.B., Amin, A.B., Tubbs, R.R., Elson, P., Platt, E., **Dreicer, R.**.., Fergany, A., Hansel, D.E. HER-2 gene amplification distinguishes the micropapillary urothelial carcinoma variant of bladder cancer   Mol Path 24:1111, 2011

129. Garcia, J. A., Mekhail, T, Elson, P., Wood, L; Bukowski, R.M., **Dreicer, R.**..,Rini, B. Phase I-II Trial of subcutaneous IL-2, GM-CSF and IFN-α in Patients with Metastatic Renal Cell Carcinoma BJU Int 109;63, 2012

130. Kim, J.J., Vaziri, S.A., Rini, B.I., Elson, P., Garcia, J.A., Wirka, R., **Dreicer, R.**.., Ganapathi, M.K., Ganapathi, R. Association of VEGF and VEGFR2 Single Nucleotide Polymorphisms With Hypertension and Clinical Outcome in Metastatic Clear Cell Renal Cell Carcinoma Patients Treated With Sunitinib Cancer 118;1946, 2012

131. Sadeghi, S., Albiges, L., Wood, L.S., Black, S.L., Gilligan, T.D., **Dreicer, R.**.., Garcia, J.G., Escudier, B.J., Rini, B.I. Cessation of VEGF-targeted therapy in metastatic renal cell carcinoma (mRCC) patients: feasibility and clinical outcome   Cancer 118;3277, 2012

132. **Dreicer, R.**.. Systemic Therapy for Advanced Adrenal Cancer. J Surg Oncol. 106:643, 2012

133. Triozzi, P.L., Achberger, S., Aldrich, W.,  Elson, P., Garcia, J., **Dreicer, R.**.. Differential immunologic and microRNA effects of two dosing regimens of recombinant human granulocyte/macrophage colony stimulating factor in patients with prostate cancerJ Immunother. 35:587, 2012

134. Cooney, M.M., Nock,  C., Bokar, J., Sanborn, S.L., Krishnamurthi, S., Gibbons, J., Rodal1, M.B., Ness, A., Remick, S.C., **Dreicer, R.**.., Dowlati, A. Phase I trial of Pomalidomide given for patients with advanced solid tumors.  Cancer Chemother Pharmacol. 70: 755, 2012

XVI Papers Published or In Press(cont)

135.  Rini, B.I., Garcia, J.G., Elson, P., Wood, L., Shah, S., Stephenson, A., Salem, M., Gong, M., Fergany, A., Rabets, J., Kaouk, J., Krishnamurthi, V., Klein, E., **Dreicer, R.**...,Campbell, S. The Effect of Sunitinib on Primary Renal Cell Carcinoma Tumors and Facilitation of Subsequent Surgery   J Urol 187;1548, 2012

136.  Sternberg, C.N., Bellmunt, J., Sonpavde, G., Siefker-Radtke, AO., Stadler, WM., Bajorin, D,F., **Dreicer, R.**..., George, D.J., Milowsky, M.I., Theodorescu, D., Vaughn, D.J., Galsky, M.D., Soloway, M.S., Quinn, D.I.. ICUD-EAU International Consultation on Bladder Cancer 2012: Chemotherapy for Urothelial Carcinoma-Neoadjuvant and Adjuvant Settings Eur Urol. 63:58, 2013

137.  Galsky, M.D., Hendricks, R., Rosenberg, J., Svatek, R., Bangs, R., Hoffman-Cnsits, J., Clement, J., Dreicer,R., Guancial, E., Hahn, N., Lerner, S., O'Donnell, P., Quale, D., Sieftker-Radtke, A., Shipley, W., Sonpavde, G., Vaena, D., Vinson, J. Critical Analysis of Contemporary Clinical Research in Muscle-Invasive/Advanced Urothelial Cancer: A Report from the Bladder Cancer Advocacy Network Clinical Trials Working Group. Cancer. 119:1994, 2013

138.  Zhou, N., Linder, D., Teh, B.,  **Dreicer, R.**..., Hansel, D.: The investigational Aurora kinase A inhibitor MLN8237 induces defects in cell viability and cell cycle progression in bladder cancer cells in vitro and in vivo Clin Ca Res 19:1717, 2013

139.  Garcia, J.G., Elson, P, Tyler, A., Triozzi, P., **Dreicer, R.**... Sargramostim (GM-CSF) and Lenalidomide in Castration-Resistant Prostate Cancer (CRPC): Results from a Phase I-II clinical t

140.  **Dreicer, R.**..., Garcia, J., Rini, BI., Vogelzang, N., Srinivas, S., Somer, B., Peipei, S., Kania, M., Raghavan, D. A randomized, double-blind, placebo-controlled, Phase II study with and without enzastaurin in combination with docetaxel-based chemotherapy in patients with castration-resistant metastatic prostate cancer  Invest New Drugs. 31:1044, 2013

141.  Mukherje, S., Reddy, C.R., ., Ciezki, J.P.,  Tiu, R., Copelan, E., Advani A., Saunthararaja, Y., Paulic, K., Maciejewski, J., Bolwell, B.J., Kalaycio, M.A., **Dreicer, R.**..., Klein, E.A., Sekeres, M.  (MDS) in Patients with Localized Prostate Cancer Definitively Treated Risk of Developing Myelodysplastic Syndromes with Radiation  J Natl Cancer Inst.106:3 2014

142.  Grivas, P.D., Daignault, S.,Tagawa, S.T.,  Nanus, D.M., Stadler, W.M., **Dreicer, R.**..., Kohli, M., Petrylak, D.P., Vaughn, D.J., Bylow, K.A., Wong, S.G., Sottnik, J.L., Keller, E.T., Smith, D.C., Al-Hawary, M., Hussain, M. Double Blind Randomized Phase II Trial of Maintenance Sunitinib Versus Placebo Following Response To Chemotherapy For Patients With Advanced Urothelial Carcinoma.  Cancer 120:692, 2014

143.  Salem., M.,  Shah, S.N., Elson, P., Garcia, J.A., Wood, L.S., Medsinge, A., Campbell, S., **Dreicer, R.**..., Rini, B.I. Computed Tomography Evaluation of Resectability of Primary Renal Cell Carcinoma After Neoadjuvant Sunitinib  Clin Genitourin Cancer 12:117, 2014

XVI Papers Published or In Press(cont)

144. **Dreicer, R.**..., Stadler, W.M., Shevrin, D., Hart, L., MacVicar, G.R., Hamid, O., Hainsworth, J Gross, M., Wang, J., de Leon, L., MacLean, D., Webb, I Trepicchio, W.L., Agus, D.B. Phase I/II Trial of Orteronel (TAK-700) – An Investigational 17,20-Lyase Inhibitor – in Patients with Metastatic Castration-Resistant Prostate Cancer Clin Cancer Res. 20: 1335, 2014

145. Dinney, C.P.N., Hansel, D., McConkey. D., Shipley, W., Hagan, M., **Dreicer, R.**..., Lerner S., Czerniak, B., Wladman, F., Grohsen, S., True, L.D., Petricoin , E., Theodorescu. D., Hruszkewycz, A., Bajorin, D. Novel neoadjuvant therapy paradigms for bladder cancer: Results from the National Cancer Center Institute Forum. Urol Oncol 32:1108, 2014

146. McNeel, D.G., Gardner , T., Higano, C.S., Kantoff, P.W., Small, E.J., Wener, M.H., Sims, R.B., DeVries, T., **Dreicer, R.**... Transient increase in eosinophils is associated with overall survival in men with metastatic castrate-resistant prostate cancer who receive sipuleucel-T Cancer Immunol Res. 2:1, 2014

147. Najjar, Y.G., Mittal, K., Elson, P., Wood, L., Garcia, J., **Dreicer, R.**..., Rini, B.A. 2 weeks on and 1 week off schedule of sunitinib is associated with decreased toxicity in metastatic renal cell carcinoma Eur J Cancer. 50:1084, 2014

148. **Dreicer, R.**... How to approach sequencing therapy in patients with metastatic castration resistant prostate cancer Can J Urol. 2014:21(Supp1):93-7

149. Sonpavde, G., Pond, G.R., Rosenberg, J.E., Bajorin, D.F., Regazzi, A.M., Choueiri, T.K., Qu. A.Q., Niegisch, G., Albers, P., Necchi, A., Di Lorenzo, G., Fougeray, R., **Dreicer, R.**..., Chen, Y.H., Wong. Y.N., Sridhar, S.S., Ko, Y.J., Milowsky, M.I., Galsky, M.D., Bellmunt, J. Complete response as an intermediate endpoint in patients receiving salvage systemic therapy for urothelial carcinoma. Clin Genitourin Cancer 13:185, 2015

150. Fizazi, K., Jones, R., Oudard, S., Efstathiou,E., Saad, F., de Wit, R., De Bono, J., Melo, FC., Fountzilas, G., Ulys, A., Carcano, F., Agarwal, N., Mardiak, J., Agus, D., Bellmunt, J., Petrylak, DP., Lee, C., Tejura, B., Borgstein, N., **Dreicer, R.**... A phase 3, randomized, double-blind, multicenter trial comparing orteronel (TAK-700) plus prednisone with placebo plus prednisone in patients with metastatic castration-resistant prostate cancer that has progressed during or following docetaxel-based therapy: ELM-PC 5 J Clin Oncol. 33:723, 2015

151. Zhao, B., Yerram, N.K., Gao, T., **Dreicer, R.**..., Klein, E.A. Long-term survival of patients with locally advanced prostate cancer managed with neoadjuvant docetaxel and radical prostatectomy. Urol Oncol. 164:e19-23, 2015

152. Sweeney, C.J., Chen, Y.H., Carducci, M., Liu, M., Eisenberger, M., Wong, Y.N, Hahn, N.M., Kohli, M., **Dreicer, R.**..., Vogelzang, N., Picus, J., Shevrin, D., Hussain, M., Garcia, J., DiPaola, R. Chemohormonal Therapy and Overall Survival in Metastatic Hormone Sensitive Prostate Cancer, N Engl J Med, 373:737, 2015

XVI Papers Published or In Press(cont)

153.  Saad, F., Fizazi, K., Jinga, V., Efstathiou, E., Fong, P., Hart, L.L., Jones, R., McDermott, R.,Wirth, M., Suzuki, K., MacLean, D.B., Wang, L., Akaza, H., Nelson, J.,. Scher, H.I.**Dreicer, R.**.., Webb, I.J., de Wit, R.,  Phase III randomised, placebo-controlled trial of orteronel plus prednisone in patients with chemotherapy-naïve metastatic castration-resistant prostate cancer: ELM-PC 4, Lancet Oncology 16:338, 2015

154.  Campbell, S.C., Plimack, E.R., Takagi, T., Elson, P., Wood, L.S., **Dreicer, R.**.., Gilligan, T., Garcia, J., Zhang, Z., Kaouk, J., Krishnamurthi, V., Stephenson, A.J., Fergany, A., Klein, E.A., Uzoo, R.G., Chen, D., Rini, B.I., A Phase II Study of Pazopanib in Patients with Localized Renal Cell Carcinoma to Optimize Preservation of Renal Parenchyma  J Urol. 194:297, 2015

155.  Zhenfei, L., Bishop, A., Alyamani, M., Garcia, J.A., **Dreicer, R.**., Bunch, D., Liu, J., Upadhyay, S.K., Auchus, R., Sharafi, N.  Conversion of abiraterone to D4A drives antitumor activity in castration-resistant prostate cancer.  Nature, 523:347, 2015

156.  **Dreicer, R.**.. Managing advanced prostate cancer: the rapidly changing treatment landscape.  Am J Manag Care. 20 (11 Suppl):s282-9, 2014

157.  Pantuck, A.J., Pettaway, C., **Dreicer,R.,**  Corman, J., Katz, A., Aronson,W., Clark, W., Simmons, G., Heber, D.  A Randomized, Double-Blind Placebo-Controlled Study of the Effects of Pomegranate Extract on Rising Prostate-Specific Antigen Levels in Men Following Primary Therapy for Prostate Cancer.  Prostate Cancer Prostatic Dis. 18:242, 2015

158.  **Dreicer,R** Counterpoints: Which should be used first in symptomatic metastatic castration-resistant prostate cancer, docetaxel or radium? Docetaxel still the optimal first choice for symptomatic metastatic castration-resistant prostate cancer. Clin Adv Hematol Oncol. 13:293,2015

159.  Sohal,  D.P., Rini, B.I.,  Khorana,  A.A., **Dreicer, R.**.., Abraham, J., Procop, G.W., Saunthararajah, Y., Pennell, N.A., Stevenson, J.P., Pelley, R., Estfan, B., Shepard, D., Funchain, P., Elson, P., Adelstein, D.J., Bolwell, B.J. Prospective Clinical Study of Precision Oncology in Solid Tumors. J Natl Cancer Inst, 108 pii: djv332 2015

160.  Scher, H.I., Morris, M.J., Stadler, W.M., Higano,  C.S., Basch, E., Fizazi, K., Antonarakis, E.S., Beer, T.M., Carducci, M.A., Chi, K.N., Corn, P.G., de Bono, J.S., **Dreicer, R.**.., George, D.J., Heath, E.I., Hussain, M., Kelly, W.K., Liu, G., Logothetis, C.J., Nanus, D.M., Stein, M.N., Rathkopf, D.E., Slovin, S.F., Ryan, C.J., Sartor, O., Small, E.J., Smith, M.R., Sternberg, C.N., Taplin, M.E., Wilding, G., Nelson, P., Schwartz, L.H., Halabi, S., Kantoff, P.W., Armstrong, A.J.:  Trial Design and Objectives for Castration-Resistant Prostate Cancer: Updated Recommendations from the Prostate Cancer Clinical Trials Working Group (PCWG3), J Clin Oncol,34:1402, 2016

161.  Mitin, T., George, A. Zietman, A.L., Heney, N.M, Kaufman, D.S., Uzzo, R.G., **Dreicer, R.**, Wallace, H.J., Souhami, L., Dobelbower, C., Sandler, H.M., Shipley, W.U. Long-term Outcomes among Patients Who Achieve Complete or Near-complete Responses after the Induction Phase of Bladder Preserving Combined Modality Therapy for Muscle-invasive  Bladder Cancer:  A Pooled Analysis of NRG Oncology/RTOG 9906 and 0233 Int J Radiat Oncol Biol Phys. 94:67-74, 2016

XVI Papers Published or In Press(cont)

162. Rosenberg, J.E., Hoffman-Censits, J., Powles, T., van der Heijden, M.S., Balar, A.V., Necchi,A., Dawson, N., O'Donnell, P., Balmanoukian, A., Loriot, Y., Srinivas, S., Retz, M., Grivas, P., Joseph, R.W., Galsky, M.D., Fleming, M.T.,. Petrylak, D.P., Perez-Gracia, J.L., Burris, H.A., Castellano, D., Canil, C., Bellmunt, J., Bajorin, D., Nickles, D., Bourgon, R., Frampton, G.M., Cui, N., Mariathasan, S., Abidoye, O., Fine, G.D., **Dreicer, R.**.. Atezolizumab in patients with locally advanced and metastatic urothelial carcinoma who have progressed following treatment with platinum-based chemotherapy: a single-arm, multicenter, phase 2 trial. Lancet, 387:1909, 2016

163. Chittoria, N., Haddad., Elson, P., Tannir, N.M., Wood, L.S., **Dreicer, R.**.., Garcia, J.A., Rini, B.I., Jonasch, E.Response to Post-Axitinib Treatment in Patients with Metastatic Renal Cell Carcinoma BMC Cancer, 16:254, 2016

164. **Dreicer, R.**... Highlights in Genitourinary (Prostate) Cancer JAMA Oncol. 2:1257, 2016

165. Milowsky, M.I., Galsky, M.D., Morris, M.J., Crona, D.J., George, D.J., **Dreicer, R.**.., Tse, K., Petruck, J., Webb, I.J., Bander, N.H., Nanus, D.M., Scher, H.I. Phase 1/2 multiple ascending dose trial of the prostate-specific membrane antigen-targeted antibody drug conjugate MLN2704 in metastatic castration-resistant prostate cancer Urol Oncol. 34:530

166. Balar, A.V., Galsky, M.D., Rosenberg, J.E.,Powles, T., Petrylak, D.P., Bellmunt, J.,Loriot, Y., Necchi,A., Hoffman-Censits, J., Perez-Gracia, J.L., Dawson, N., van der Heijden, **Dreicer, R.**.., Srinivas, S., Margitta, M., Retz., M., Joseph, R.W., Drakaki, A., Vaishampayan, U.N., Sridhar, S.S., Quinn, D.I., Durán, I., Shaffer, D.R., Eigl, B.J., Grivas, P.D., Yu, E.Y., Li., S, Kadel, E.E., Boyd, Z., Bougon, R., Hegde, P.S., Mariathasan, S., Thåström, A., Abidoye, O., Fine, G.D., Bajorin, D. First-line Atezolizumab in Cisplatin-Ineligible Advanced Urothelial Cancer Lancet. 389:67, 2017

167. Chang,S.S., Bochner, B.H., Chou, R., **Dreicer, R.**.., Kamat, A.M., Lerner, S.P., Lotan, Y., Meeks JJ, Michalski, J.M., Morgan, T.M., Quale, D.Z., Rosenberg, J.E., Zietman, A.L., Holzbeierlein, J.M. Treatment of Non-Metastatic Muscle-Invasive Bladder Cancer: AUA/ASCO/ASTRO/SUO Guideline. J Urol, 198:621, 2017

168. Chang,S.S., Bochner, B.H., Chou, R., **Dreicer, R.**.., Kamat, A.M., Lerner, S.P., Lotan, Y., Meeks JJ, Michalski, J.M., Morgan, T.M., Quale, D.Z., Rosenberg, J.E., Zietman, A.L., Holzbeierlein, J.M. Treatment of Non-Metastatic Muscle-Invasive Bladder Cancer: AUA/ASCO/ASTRO/SUO Guideline Summary. J Oncol Pract 13:621, 2017

169. Stein, C.A., Levin, R., Given, R., Higano, C.S., Nemeth, P., Bosch, B., Chapas-Reed, J.,**Dreicer,R**. Randomized Phase 2 Therapeutic Equivalence Study of Abiraterone Acetate Fine Particle Formulation Evaluating Serum Testosterone and Prostate-specific Antigen Levels in Patients With Metastatic Castration-Resistant Prostate Cancer: The STAAR Study Urol Oncol, 36:81, 2017

XVI Papers Published or In Press(cont)

170.  Harshman, L.C., Chen, Y.H.,  Liu,  G., Carducci, M.A., Jarrard,  D., **Dreicer, R.**..., Hahn,N., Garcia, J.A., Hussain, M., Shevrin, D., Eisenberger, M., Kohli, M., Plimack, E.R., Cooney, M., Vogelzang, N.J., Picus, J., Dipaola, R., Sweeney, C.J. Prostate-Specific Antigen Nadir Is Prognostic In Metastatic Hormone Sensitive Prostate Cancer Treated With Androgen Deprivation With Or Without Docetaxel.  J Clin Oncol, 36:376, 2018

171.  Heller, G., McCormack, R., Kheoh, T., Molina, A., Smith, M.R., **Dreicer, R.**..., Saad, F., de Wit, R., Aftab, D.T., Hirmand, M., Limon, A., Fizazi, K., Fleisher, M., De Bono, J.S., Scher, H.I.: Circulating Tumor Cell Number as a Response Measure of Prolonged Survival for metastatic Castration-Resistant Prostate Cancer: A Comparison With PSA Across Five Randomized Phase 3 Clinical Trials  J Clin Oncol, 36:572, 2018

172.  Harshman, L.C., Chen, Y.H., Liu, G., Carducci, M.A., Jarrad, D., **Dreicer,R**.,  Hahn, N., Garcia, J., Hussain, M., Shevrin, D., Eisenberger, M., Kohli, M., Plimack, E., Cooney, Vogelzang, N., Picus, J., Dipaola, R., Sweeney, C.J. Prostate-Specific Antigen Nadir Is Prognostic In Metastatic Hormone Sensitive Prostate Cancer Treated With Androgen Deprivation With Or Without Docetaxel   J Clin Oncol, 36:376, 2018

173.  Kyriakopoulos, C.E., Chen, Y.H., Carducci, M.A., Liu,  G., Jarrard,  D., Eisenberger, Wong, Y.N., Hahn, N., Kohli, M Cooney, M.,  **Dreicer, R.**..., Vogelzang, N.J., Picus, J.,Shevrin, D., Hussain, M.,Chemohormonal Therapy in Metastatic Hormone-Sensitive Prostate Cancer: Long-term Survival Analysis of the Randomized Phase III E3805 J Clin Oncol, 36:1080, 2018

174.  Perazella, M.A., **Dreicer, R.**..., Rosner, M.A. Renal Cell Carcinoma for the Nephrologist. Kidney Intl. 94:471, 2018.

175.  Barata, P., Cooney, M., Tyler, A., Wright, J., **Dreicer, R.**..., Garcia JA. A Phase 2 Study of OSI-906 (Linsitinib) in Patients with Asymptomatic or Mildly Symptomatic (Non-Opioid  Requiring) Metastatic Castrate Resistant Prostate Cancer, Invest New Drugs.36:451, 2018

176.  Gravis, G., Boher, JM., Chen, YH., Liu, G., Fizazi, K., Carducci, M.A., Oudard, S., Joly, Jarrard, D.F., Soulie, M., Eisenberger, M.A., Habibian, M., **Dreicer, R.**..., Garcia, J.A., Hussain, M., Kohli, M., Vogelzang, N.J., Picus, J., DiPaola, R.S., Sweeney, C. Burden of metastatic castrate naïve prostate cancer patients, to identify men more likely to benefit from early docetaxel: further analyses of CHAARTED and GETUG-AFU15 studies. Eur Urol. 73:847, 2018

177.  Heymach, J., Krilov, L., Alberg, A., Baxter, N., Chang, S.M., Corcoran, R., Dale, W.,DeMichele, A.,. Magid, C.S.,  Diefenbach, R., **Dreicer, R.**..., Epstein, A.S., Gillison, M., Graham, D.L., Jones, J., Ko, A.H., Lopez, AM., Maki, R.G., Rodriguez-Galindo, C., Schilsky, R.L., Sznol, M., Westin, S.N., Burstein, H. Clinical Cancer Advances 2018: Annual Report on Progress Against Cancer From the American Society of Clinical Oncology J Clin Oncol. 36:1020, 2018

XVI Papers Published or In Press(cont)

178.  Mittal, K., Derosa, L., Albiges, L., Wood, L., Elson, P., Gilligan, Tl, Garcia, J., **Dreicer, R.**. Escudier, B., Rini, B. Drug holiday in metastatic renal cell carcinoma patients  treated with vascular endothelial growth factor receptor inhibitors.   Clin Genitourin Cancer, 16:e663, 2018

179.  Monk, P., Liu, G., Stadler, W., Geyer, S., Huang, Y., Wright, J., Villalona, M., Wade, J.,Szmulewitz, R., Gupta, S., Mortazavi. A., **Dreicer. R.,** Pili, R., Dawson, N., George, S., Garcia. J. Phase II randomized, double-blind, placebo-controlled study of tivantinib in men with asymptomatic or minimally symptomatic metastatic castration-resistant prostate cancer.  Inv New Drugs, 36:919, 2018

180.  Autio, K.A., **Dreicer,R.,**  Anderson, J., Garcia, J.A., Alva, A., Hart, L.L., Milowsky, .I., Posadas, E.M., Ryan, C.J., Graf, R.P., Dittamore, R., Schreiber, N., Summa, J.M., Youssoufian, H., Morris, M.J., Scher, H.I. BIND-014, a docetaxel nanoparticle targeting prostate-specific membrane antigen (PSMA) in chemotherapy-naïve metastatic castration-resistant prostate cancer: A phase 2 trial   JAMA Oncol  4:1344, 2018

181.  Basch, E.M., Scholz, M.. de Bono, J.S., Vogelzang, N., de Souza, P., Marx, Vaishampayan,U., George, S., Schwarz, J.K., Antonarakis, E.S., O'Sullivan, J.M., Kalebasty, A.R., Chi, K.N., **Dreicer, R.**.., Hutson, T.E., Dueck, A.C., Bennett, A.V., Dayan, E., Mangeshkar, M., Holland, J., Weitzman, A.L., Scher, H.I. Cabozantinib Versus Mitoxantrone and Prednisone in Symptomatic Metastatic Castration-Resistant Prostate Cancer: A Randomized Phase 3 Trial With a Primary Pain Endpoint  Eur Urol. 75:929-937, 2019

182.  Barata, P.C., Cooney, M.,  Mendiratta, P., Tyler, A.,  **Dreicer,R.,** Garcia, J.: Ketoconazole plus Lenalidomide in Patients with Castration-Resistant Prostate Cancer: Results of an Open-Label Phase II Study.  Invest New Drugs. 36:1085, 2018

183.  Petrylak, D.P., Kantoff, P., Vogelzang, N.J., Mega, A., Fleming, M.T., Stephenson.,  J.J., Frank, R., Shore, N.D., **Dreicer, R.**.., McClay, E.F., Berry, W.R., Agarwal, M., DiPippo, V.A., Rotshteyn, Y., Stambler, N., Olson, W.C., Morris, S.A., Israel, R.J. Phase 1 Study of PSMA ADC, an Antibody-drug Conjugate Targeting Prostate-specific Membrane Antigen, in Chemotherapy-refractory Prostate Cancer, Prostate. 79:604-613, 2019

184.  Pal,S.K., Miller, M.J., Agarwal, N., Chang, S.M., Chavez-MacGregor, M.,Cohen, E.,Cole, S., Dale, W., Magid Diefenbach. C.S., Disis, M.L., **Dreicer,R.,** Graham, D.L., Henry, N.L., Jones, J., Keedy, V., Klepin, H.D., Markham, M.J., Mittendorf, E.A., Rodriguez-Galindo, C., Sabel, M.S., Schilsky, R.L., Sznol, M., Tap, W.D., Westin, S.N., Johnson, B.E.. Clinical Cancer Advances 2019: Annual Report on Progress Against Cancer From the American Society of Clinical Oncology.J Clin Oncol. 37:834, 2019

185.  Koshkin,V.S., Mir, M.C., Barata, P., Gul. A, Gupta, R., Stephenson. AJ., Kaouk, J., Berglund, R., Magi-Galluzzi, C., Klein, E.A., **Dreicer, R.**.., Garcia, J.A. Randomized phase II Trial of Neoadjuvant Everolimus in Patients with High-risk Localized Prostate Cancer, Inves New Drugs, 37:559, 2019

XVI Papers Published or In Press(cont)

186. VanderWeele1, D.J., Antonarakis, E.S., Carducci, M., **Dreicer, R.**.., Fizazi, K., Gillesen, S., Higano, C.S., Morgans, A.K., Petrylak, D.P., Sweeney, C.J., Hussain, M. Metastatic Hormone Sensitive Prostate Cancer:  Clinical Decision Making in a Rapidly Evolving Landscape of Life Prolonging Therapy, J Clin Oncol. 37L2961, 2019

187. Devitt, M.E., **Dreicer, R.**.. Evolving Role of Genomics in Genitourinary Neoplasms, Acta Med Acad. 48:68, 2019

188. Zahoor, H., Barata, P.C., Mir, M.C., Stephenson, A.J., Campbell, S.C, Fergany, A, Dreicer,R., Garcia, J.A.  Phase II trial of Continuous Sunitinib in patients with High-Risk (BCG-refractory) non-muscle invasive bladder cancer  Invest New Drugs 37:1231 2019

189. Barata, P.C., Magi-Galluzzi, C., Gupta, R., **Dreicer, R.**.., Klein, E.A., Garcia, J.A. Association of mTor Pathway Markers and Clinical Outcomes in Patients with Intermediate-High rsi Prostate Cancer: Long Term analysis  Clin Genitourin Cancer. 17:366, 2019

190. Halwani, A.S., Rasmussen, K.M., Patil, V., Li, C.C., Yong, C.M. Burningham, Z., Narayanan, S., Lin,S.W. Carroll, S., Mhatre, S.K., Graff, J.N., **Dreicer, R.**.., Sauer, B.S., Real-world practice patterns in Veterans with metastatic castration-resistant prostate cancer Urol Onco 38:1.e, 2020

191. Hearn, J.W.D., Sweeney, C.J., Almassi, N., Reichard,C.A., Reddy, C.A., Li, H., Hobbs,B,. Jarrard, D.F., Chen, YH., , **Dreicer, R.**.., Garcia, J.A., Carducci, M.A. DiPaola, R.S.., Sharifi, N. HSD3B1 Genotype and Clinical Outcomes 1 in Metastatic Castration-Sensitive Prostate Cancer. JAMA Oncol, 6:e196496, 2020

192. Antonarakis, E.S., Velho, P.I., Fu, W., Wang, H., Agarwal, N., Santos, V.S., Maughan, B.L., Pili, R., Adra, A., Sternberg, C.N., Vlachostergios, P.J., Tagawa, S.T., Bryce, A.H. McNatty, A.L., Reichert, Z.R., **Dreicer, R.**.., Sartor, O., Lotan, T.L., Hussain, M. CDK12-altered prostate cancer: Clinical features and therapeutic outcomes to standard systemic therapies, PARP inhibitors, and PD-1 inhibitors, JCO Precis Oncol 4:370-381,2020

193. Aragon-Ching, J.B., **Dreicer, R.**.. Treatment in hormone-sensitive metastatic prostate cancer: factors to consider when personalizing therapy. Expert Rev Anticancer Ther. 20:6, 483, 2020

194. Sonpavde, G., Manitz, J., Gao, C., Tayama, D., Price, R., Hennessy, D., Makari, D., Gupta, A., Abdullah, S.E., Niegisch, G., Rosenberg, J.E., Bajorin, D.F., Grivas, P., Apolo, A.B., **Dreicer, R.**.., Hahn, N.M., Galsky, M., Necchi, A., Srinivas, S., Powles, T., Choueiri, T.K., Pond, G.R,. Five-factor prognostic model for survival of post-platinum patients with metastatic urothelial carcinoma receiving PD-L1 inhibitors, J Urol, 204:1173, 2020

XVI Papers Published or In Press(cont)

195.  Bryce, A.H., Chen, Y,H,, Liu, G., Carducci, M.A., Jarrard, D.F., Garcia, J.A., **Dreicer, R.**.., Hussain, M., Eisenberger, M.A., Hahn, N.M,, Plimack, E.R., Volgelzang, N.J., DiPaolo, R.S., Harshman, L.C., Sweeney, C.J. Patterns of Cancer Progression of Metastatic Hormone Sensitive Prostate Cancer in the E3805 CHAARTED trial  Eur Urol, 14:S2588, 2020

196.  Wang, S., Li, J., Hua, J., Su, Y., Beckford Vera, D., Zhao, W., Jayaraman, M., Huynh, T., Zhao, N., Wang, Y., Huang, Y., Qin, F., Shen, S., Gioeli, D., **Dreicer, R.**.., Sriram, R., Egusa, E., Chou, J., Feng, F., Aggarwal, R., Evans,M., Seo, Y., Liu, B., Flavell, R., He, J. Molecular imaging of prostate cancer targeting CD46 using immunoPET,  Clin Ca Res 27:1305, 2021

197.  Bedke, J., Merseburger, A.S., Loriot, Y., Castellano, D., Choy, E., Duran, I., Rosenberg, J.E., Petrylak, D.P., **Dreicer, R.**.., Perez-Gracia, J.L., Hoffman-Censits, J.H., Van Der Heijden, M.S., Pavlova, J., Thiebach, L., de Ducla, S., Fear, S., Powles, T., Sternberg., C.N. Partial response and stable disease correlate with positive outcomes in atezolizumab-treated patients with advanced urinary tract carcinoma. Eur Urol Focus 7:1084, 2021

198.  Smith, S.M., Wachter, K., Burris, H.A., Schilsky, R.L.,George, D.J., Peterson, D.E., Johnson, M.L.,  Mileham, K.F., Beg, M., Bendell, J.C., **Dreicer, R.**.., Keedy, V.L., Kimple, R.J., Knoll, M.A., LoConte, N., MacKay, H., Meisel, J.L., Moynihan, T.J., Mulrooney, D.A., Mulvey, T.M., Odenike, O., Pennell, N.A., Reeder-Hayes, K., Smith, C., Sullivan, R.J., Uzzo, R. Clinical Cancer Advances 2021:ASCO's Report on Progress against Cancer. J Clin Oncol 39: 1165, 2021

199.  Lowrance, W.T., Breau, R.H., Chour, R., Chapin, B.F., Crispino, T., **Dreicer, R.**.., Jarrad, D.F., Kibel, A.S., Morgan, T.M., Morgans, A.K., Oh, W.K., Resnick, M.J., Zietman, A.L., Cookson, M.S. Advanced Prostate Cancer:AUA/ASTRO/SUO Guideline PART I. J Urol  205:14, 2021

200.  Lowrance, W.T., Breau, R.H., Chour, R., Chapin, B.F., Crispino, T., **Dreicer, R.**.., Jarrad, D.F., Kibel, A.S., Morgan, T.M., Morgans, A.K., Oh, W.K., Resnick, M.J., Zietman, A.L., Cookson, M.S. Advanced Prostate Cancer:AUA/ASTRO/SUO Guideline PART II. J Urol  205:22, 2021

201.  Rosenberg, J.E., Ballman, K.A., Halabi, S., Atherton, P.J., Mortazavi, A., Sweeney, C., Stadler, W.M., Teply, B.A., Picus, J., Tagawa, S.T., Katragadda, S., Vaena, D., Misleh, J., Hoimes, C., Plimack, E.R., Flaig, T.W., **Dreicer, R.**.., Bajorin, D., Hahn, O., Small, E.J., Morris, M.J. Randomized Phase III Trial of Gemcitabine and Cisplatin With Bevacizumab or Placebo in Patients With Advanced Urothelial Carcinoma: Results of CALGB 90601. J Clin Oncol 39:2486, 2021

202.  Pal, S.K, McGregor, B., Suarez, C., Tsao, CK., Kelly,W., Vaishampayan, U., Pagliaro, L., Maughan, B., Loriot, Y., Castellano, D., Srinivas, S., Mckay, R., **Dreicer, R.**.., Hutson, T., Werneke, S., Scheffold, C., Curran, D., Choueiri, T., Agarwal, N. Cabozantinib in combination with atezolizumab for advanced renal cell carcinoma: results from the COSMIC-021 study J Clin Oncol, 39:3725,2021

XVI Papers Published or In Press(cont)

203. Pal, S.K., Frankel, P.H., Mortazavi, A., Milowsky, M., Vaishampayan, U., Parikh, M., Lyou, Y., Weng, P., Parikh, R., Teply, B., **Dreicer, R.**.., Emamekhoo, H., Michaelson, D., Hoimes, C., Zhang, T., Srinivas, S., Kim, W.Y., Newman., Lara, Jr., P.M., Effect of cisplatin and gemcitiabine with or without berzosertib in patients with advanced urothelial carcinoma: A phase 2 randomized clinical trial. JAMA Oncol 7:1536, 2021

204. Agarwal, N., McGregor, B., Maughan, B.L., Dorff, T.B., Kelly, W., Fang, B., McKay, R.R., Singh, P., Pagliaro, L., **Dreicer, R.**.., Srinivas, S., Loriot, Y., Vaishampayan, U., Goel, S., Curran, D., Panneerselvam, A., Schwickart, M., Choueiri, T.K., Pal , S.K, Cabozantinib in combination with atezolizumab in patients with metastatic castration-resistant prostate cancer: results of the open-label, phase 1b COSMIC-021 study, Lancet Oncol  7:899-909, 2022

205. Morgans, A.K., Chen, Y.H., Jarrard, D.F., Carducci, M., Liu, G., Eisenberger, M., Plimack, E., R., Bryce, A., Garcia, J.A., **Dreicer, R.**, Vogelzang, N.J., Picus, J., Shevrin, D., Hussain, M., Garcia, J.A., DiPaola, R.S., Cella, D., Sweeney, C.J.  Association Between Baseline Body Mass Index and Survival in Men with Metastatic Hormone Sensitive Prostate Cancer: ECOG-ACRIN CHAARTED, The Prostate 82:1176-1185, 2022

206. Sadeghi, S., Quinn, D., Dorff, T., Pal, S., Groshen, S., Tsao-Wei, D., Parikh, R., Devitt, M., Parikh, M., Jackovich, A., Ruel, N., Vogelzang, N., Burgess, E., Siddiqi I., **Dreicer, R.,** Gill, P.S.. EphrinB2 Inhibition and pembrolizumab in metastatic urothelial carcinoma. J Clin Oncol 41:640-50, 2023

207. Li, J., Huang, T., Hua, J., Wang, Q., Su, Y., Chen, P., Bidlingmaier, S., Li, A., Xie, Z. Bidkar, A.P., Shen, S., Shi, W, Seo, Y., Flavell, R.R., Gioeli, D., **Dreicer, R.,** Li, H., Liu, B., He., J. CD46 targeted $^{212}$Pb alpha particle radioimmunotherapy for prostate cancer treatment.  J Exp Clin Cancer Res 42:61, 2023

208. Lowrance, W., **Dreicer, R.,** Jarraerd, D., Scarpato, K.R., Kim, S.K., Kirkby, E., Buckley, D.I., Griffin, J.C., Cookson, M.S. Updates to Advanced Prostate Cancer: AUA/SUO Guideline (2023). J Urol, 2023 Online ahead of Print

209. Rencsok, E.M., Slopen, N., Autio, K., Morgans, A., McSwain, L., Barata, P., Cheng, H.H., **Dreicer, R.,** Heath, E., McKay, R.R., Pomerantz, M., Rathkopf, D., Tagawa, S., Whang, T.E., Ragin, C., Odedina, F.T., George, D.J., Kantoff, P.W., Vinson, J., Villanti, P., Haneuse, S., Mucci., L.A.: Quality of life in the year after new diagnosis with advanced prostate cancer for black and white individuals living in the US. Qual  Life Res. 2023  Jul 6. doi: 10.1007/s11136-023-03468-0. Online ahead of print.

210. Rencsok, E.M., Slopen, N., McManus, H., Autio, K.,  Morgans, A., McSwain, L., Barata, P., Cheng, H.H., **Dreicer, R.,** Gerke, T., Greene, R., Heath, E., Howard, L.,  McKay, R.R., Nowak, J., Pileggi, S., Pomerantz, M., Rathkopf, D., Tagawa, S., Whang, T.E., Ragin, C., Odedina, F.T., Kantoff, P.W., Vinson, J., Villanti, P., Haneuse, S., Mucci., L.A. George, D.J.,: Pain and its association with survival for Black and White individuals with advanced prostate cancer in the US. Cancer Res Commun. 2023 Dec 18. doi: 10.1158/2767-9764.CRC-23-0446

XVI Papers Published or In Press(cont)

211.  Grivas, P., Kishkin, V.S., Chu, X., Cole, S., Jain, R.K., **Dreicer, R**., Cetnar, J.P., Sundi, D.,  Gartrell, B.A., Galsky, M.D., Woo, B., Li-Ning, E., Hahn, N.M., Carducci, M.A. rECOG PrE0807: A phase Ib feasibility trial of neoadjuvant nivolumab without and with lirilumab in patients with muscle-invasive bladder cancer ineligible for or refusing cisplatin-based neoadjuvant chemotherapy. Eur Urology Oncol 2023 Dec 27:S2588-9311(23)00288-2. doi: 10.1016/j.euo.2023.11.022. Online ahead of print.

212.   Paller, C.J., Barata, P.C., Lorentz, J., Appleman, L.J., Armstrong, A.J., DeMarco, T.A., **Dreicer, R.,** Elro, J.B., Fleming, M., George, C., Health, E.I., Hussain, M.H.A., Mao, S., McKay, R.R, Morgans, A.K, Orton, M., Pili., Riedel, E., Saraiya, B., Sigmond, J., Sokolova, A.,  Stadler, W.M., Tran, C., Macario, N., Vinson, J., Green, R., Cheng, H.H. PROMISE Registry: A prostate cancer registry of outcomes and germline mutations for improved survival and treatment effectiveness. The Prostate. 84:292–302, 2024

213.  Vaishampayan, U.N., Keessen, M., **Dreicer, R.,** Heath, E.I., Buchler, T., Arksoy, P.F., Csoszi, C.T., Wiechno, P., Kopyltosv, E., Orlov, S.V., Plekhanov, A., Smagina, M., Varlamov, S., Shore, N.D. A Global Phase II Randomized Trial Comparing Oral Taxane ModraDoc006/r to Intravenous Docetaxel in Metastatic Castration Resistant Prostate Cancer, Eur J of Cancer, In Press 2024

214.  Viscuse, P., Devitt, M., **Dreicer, R.** Clinical Management of Advanced Prostate Cancer: Where Does Radiopharmaceutical Therapy Fit in the Treatment Algorithm ?. J Nucl Med 65:679-85, 2024

215.  Eule, C.J., Hu, J., Hedges, D., Jani, A., Pshak, T., Manley, B.J., Sanchez, A., **Dreicer, R.,**  Myint, Z.W.,Zakharia, Y., Lam, E.T. Clinical and Genomic Features of Patients with Renal Cell Carcinoma and Advanced Chronic Kidney Disease: Analysis of a Multi-Institutional Database.  Cancers (Basel) 18;16(10):1920. doi: 10.3390/cancers16101920, 2024

216.  Hussain, M., Kocherginsky, M., Agarwal, M., Adra, N., Zhang, J., Paller, C.J., Picus, J., Reichert, Z.R., Szmulewitz, R.Z., Tagawa, S.T., Kuzel, T.M., Bazzi, L.A., Daignault-Newton, S., Whang, Y.E., **Dreicer, R**, Stephenson, R.D., Rettig, M.B., Shevrin, D., Gerke, T., Chinnaiyan, A.M., Antonarakis, E.M. Abiraterone, Olaparib, or Abiraterone + Olaparib in First-line Metastatic Castration-Resistant Prostate Cancer with DNA Repair Defects (BRCAAway).  Clin Ca Res30:4318-28, 2024

217.  Ali, S., Fortune, K., Masur, J., Viscuse, P., Devitt, M.E., **Dreicer, R.,** Skelton, W.P., Impact of DPP4 inhibition on Survival in Patients with Metastatic Renal Cell Carcinoma and Type 2 Diabetes.  Clin Genitourin Cancer 2024 Oct;22(5):102173. doi: 10.1016/j.clgc.2024.102173. Epub 2024 Jul 25.PMID: 39191617

218.  Viscuse, P., Skelton, W.P., Devitt, M.E., **Dreicer, R.,** When You Get to the Fork in the Road, Take It: The Challenges in Managing Patients with Advanced Prostate Cancer. JCO Oncol Pract. 2024 Oct 1:OP2400591. doi: 10.1200/OP-24-00591. Online ahead of print

219.  Fortune, K., Ali, S., Masur, J.,Viscuse, P., Devitt, M., **Dreicer, R.,** Skelton, W.P., Impact of Renin-Angiotensin System Inhibitors on Reponse to PD1/L1 inhibitors in patients with Metastatic Renal Cell Carcinoma. Clin Genitourin Cancer. 2024 Nov 1;23(1):102256. doi: 10.1016/j.clgc.2024.102256. Online ahead of print. PMID: 39608080

XVI Papers Published or In Press(cont)

220.    Rosenberg, J.E., Glasky, M.D., Powles, T., Petrylak, D.P., Bellmunt, J., Loriot, Y., Necchi, A., Hoffman-Censits, J., Perez-Garcia, J.L., van der Heijden, M.S., **Dreicer, R.,** Durán, I., Castellano, D., Drakaki, A., Rezt, M., Sridhar, S.S., Grivas, P., Yu, E.Y., O'Donnel, P.H., Burris, H.A. Mariathasan, S., Shi, Y., Gouboff, E., Bajorin, D.Atezolizumab monotherapy for metastatic urothelial carcinoma:final analysis from the phase II IMvigor 210 trial. ESMO Open 2024 Dec;9(12):103972. doi: 10.1016/j.esmoop.2024.103972.

221.    Pal, S.K., Loriot, Y., Necchi, A., Singh, P., Castellano, D., Pagliaro, L., Suarez, C., McGregor, B.A., Vaishampayan, U.N., Hauke, R.J., Powles, T., Van Herpen, C.M.L., Courtney, K.D., **Dreicer, R.,** Sudhagoni, R., Schwickart, M., Andrianova ,S., Agarwal, N.. COSMIC-021 Phase Ib Study of Cabozantinib Plus Atezolizumab: Results from the Locally Advanced or Metastatic Urothelial Carcinoma Cohorts. J Clin Oncol. 2025 Feb 18:JCO2401675. doi: 10.1200/JCO-24-01675. Online ahead of print.

222.    Mondia, M.W., Batchala, P.P., **Dreicer, R.**, Devitt,M.E., McCord, M.R., Mut, M., Sheehan, J.P., , Schiff, D., Fadul, C.E. Incidental Brain Metastases From Prostate Cancer Diagnosed with PSMA PET/CT and MRI: A Case Series and Literature Review. Prostate, https://doi.org/10.1002/pros.24890

**XVII Books and/or Chapters, Abstracts, Editorials, Letters**

A.Books and/or Chapters

1.   **Dreicer, R**., and Williams, R.D.: Tumors of the Renal Parenchyma. In: Smith's General Urology, Tanagho, E.A., and McAninch, J.W., (Eds.) 13th Edition, Appleton & Lange., 1992.
2.   **Dreicer, R**., and Williams, R.D.: Management of Prostate Cancer in Older Men. In: Geriatric Urology, O'Donnel, P.D., (Ed.), Little Brown & Co., 1994.
3.   See, W.A., **Dreicer, R**., and Cohen, M.: Adult Tumors of the Ureter and Bladder. In: Management of Urological Disorders, Bahnson, R.R., (Ed.), Wolfe Publishing Co., 1994.
4.   **Dreicer, R**., and Williams, R.D.: Tumors of the Renal Parenchyma. In: Smith's General Urology,  Tanagho, E.A., and McAninch, J.W., (Eds.) 14th Edition, Appleton & Lange., 1995.
5.   **Dreicer, R**.: The Role of Salvage Chemotherapy in the Management of Resistant Testis Cancer. In: Testis Cancer, Schnorr, D., Loening, S.A. and Weissbach, L. (Eds.), Blackwell Wissenschafts-Verlag, 1995.
6.   **Dreicer, R**., and Ritter, M.: The Management of Stage III-IV (C) Seminoma. In: Principles and Practice of Genitourinary Oncology, Raghavan, D., Scher, H.I., Leibel, S.A., and Lange, P.(Eds.) Lippincott-Raven., 1996.
7.   **Dreicer, R**.: Testicular Tumor with Metastases: Commentary. In: Tumor Board: Case Management, Winchester, D.P., Brennan, M.F., Dodd, G.D., Henson, D.E., Steele, G.D., and Wilson, J.F. (Eds.), Lipponcott-Raven,1997.
8.   **Dreicer, R**.: New Agents in Advanced Bladder Cancer. In: American Society of Clinical Oncology Educational Book 34th Annual Meeting, Perry, M.C. (Ed), American Society of Clinical Oncology, 1998.
9.   **Dreicer, R**., and Williams, R.D.: Tumors of the Renal Parenchyma. In: Smith's General Urology, Tanagho, E.A., and McAninch, J.W., (Eds.),15th Edition,McGraw Hill 2000.
10.  **Dreicer, R**: Prostate Cancer. In: Carey WD, ed. The Cleveland Clinic disease management project [electronic resource]. Cleveland, OH: Cleveland Clinic Center for Continuing education: http://www.clevelandclinicmeded.com/diseasemanagement
11.  **Dreicer, R**: The Clinical Management of Prostate Cancer-The Medical Oncologist's Approach and Outcomes. In: Prostate Cancer: Clinical and  Scientific Aspects-Bridging the Gap. Abel, P.A., Lalani, E.N., (Eds.) Imperial College Press., 2003
12.  **Dreicer, R**: Management of the Patient with Androgen-Independent Metastatic Prostate Cancer. In Current Clinical Urology: Management of Prostate Cancer, Klein, E.A,. (Ed)

Books and/or Chapters (cont)

13.    Konety B, **Dreicer, R**., and Williams, R.D.: Tumors of the Renal Parenchyma. In:Smith'sGeneral Urology, Tanagho, E.A., and McAninch, J.W., (Eds.) 16th Edition, McGraw Hill ,2004

14.    **Dreicer R**: Bladder Cancer. In: Expert Reviews on Current Research Urology Highlights 2004-2005. Shah J., (Ed). Health Press Oxford., 2005

15.    Pizzacaro G,  Tan, W, **Dreicer, R**.: Chemotherapy for penile cancer. In: Comprehensive Textbook of Genitourinary Oncology, Vogelzang, N.J., Scardino, P.T., Shipley, W.U., Debruyn, F.M.J., Linehan, M,. (Eds) 3rd Edition, Lippincott Williams & Wilkins., 2005

16.    **Dreicer, R**: Genitourinary Oncology: Prostate, Renal and Bladder Cancer. In: Cancer in the Spine:-Handbook of Comprehensive Care, Mclain RF (Eds.), Humana Press Inc, 2006

17.    **Dreicer R**: Inhibiting The Proteasome In Prostate Cancer. In: Prostate Cancer: Translational and Emerging Therapies, Dawson, N., Kelley, W.K.,( Eds) Informa PLC,  2007

18.    Garcia, JA., and **Dreicer, R**.: Transitional Cell Carcinoma of the Renal Pelvis: Management In: Clinical Management of Renal Tumors  Bukoski, R.M. Novick, A. (Eds), Humana Press. 2008

19.    Garcia, JA., Shepard, D., **Dreicer, R**; Transitional Cell Carcinoma of the Bladder: Role of Perioperative Systemic Chemotherapy ,In The Urinary Tract. Hansel DE,  McKenney JK, Stephenson AJ and Chang SS (Eds.) Springer, 2012

20.    Garcia, JA., and **Dreicer, R**.: Defining Clinical Endpoints in Castration-Resistant Prostate Cancer. In: Management of Castration Resistant Prostate Cancer. Saad F, Eisenberger MA, Eds Humana Press 2014

21.    **Dreicer R**, Garcia J, Gilligan T, Rini.R. Genitourinary Cancers. In: Cecil Essentials of Medicine, Benjamin IJ, Griggs RC, Wing EJ and Fitz G (Eds.) 9th Edition. Elsevier, 2016

22.    **Dreicer R** Urologic and Male Genital Cancers. In: Skeel's Handbook of Cancer Therapy.  Khleif, S.M., Rixe, O., Skeel, R.T. (Eds) Wolters Kluwer, 2016

23.    **Dreicer R.,** Ornstein, M.C., Mittal, K., Reynolds, J., Klink, J., Przbycin, C., Garcia, J.A.: Adrenal Cortical Carcinoma and Pheochromocytoma.  In: The American Cancer Society's Oncology in Practice Clinical Management  Gansler, T. (Eds), Wiley Blackwell 2018

B. Selected Abstracts

1.  **Dreicer, R**., Messing, E.M., Loehrer, P.J., and Trump, D.L.: Pilot Study of Perioperative Methotrexate, Vinblastine, Doxorubicin and Cisplatin (M-VAC) for Poor Risk Transitional Cell Carcinoma of the Bladder: An ECOG Study. Proc. Am. Soc. Clin. Oncol., 8:134, 1989.

2.  Williams, R.D., **Dreicer, R**., and Maynard, N.: Comparison of Immunoenzyme (E-PSA) and Radiomicrometric (R-PSA) Assays for Serum Prostate Specific Antigen. Proc. Am. Urol. Assoc., 143: 204A, 1990.

3.  **Dreicer, R**., Forest, P.K., and Williams, R.D.: Phase II Trial of 5- Fluorouracil and Alpha 2B in Patients with Hormone-Refractory      Metastatic Prostate Cancer. Proc. Am. Soc. Clin. Oncol., 11:635, 1992.

4.  **Dreicer, R**., Kollmorgen, T., Smith, R., and Williams, R.D.:Cisplatin, Methotrexate, Vinblastine (CMV) for Muscle Invasive and Metastatic Bladder Cancer: Long-term Follow-up. Proc. Am. Urol. Assoc., 445A: 929, 1992.

5.  Loehrer, P.J., Elson, P., **Dreicer, R**., Williams, R.D.,Hahn R., Nichols, C.R., Einhorn, L.E.: A Phase I-II Study: Escalated Dosages of Methotrexate, Vinblastine, Doxorubicin and Cisplatin Plus rhG-CSF in Advanced Urothelial Carcinoma: An ECOG Trial. Proc. Am. Soc. Clin. Oncol., 11:620, 1992.

6.  Witte, R., Loehrer, P., **Dreicer, R**., Williams, S., and Elson, P.: Ifosfamide in Advanced Urothelial Carcinoma: An ECOG Trial. Proc. Am. Soc. Clin. Oncol., 12:707, 1993.

7.  Kahn, D., Williams, R.D., Libertino, J., Hirschorn, M., Seldin, D., Dreicer, R., Bushnell, D., and Gulfo, J.: Radioimmunoscintigraphy with In111-labeled CYT-356 for the Detection of Occult Prostate Cancer Recurrence. Proc. Am. Urol. Assoc., 151:505A, 1994.

8.  Roth, B.J., Dreicer, R., Einhorn, L.H., Johnson, D.H., Smith., J.L, Hudes, G.R.,Schultz, S.M., and Loehrer, P.J.: Significant Activity of Paclitaxel in Advanced Transitional Cell Carcinoma of the Urothelium: A Phase II Trial of the Eastern Cooperative Oncology Group. Proc. Am. Soc. Clin. Oncol., 13:704, 1994.

9.  Dreicer, R., Karwal, M., and Midence, G.: The Role of Radionuclide Angiocardiography in the Management of Patients Receiving Doxorubicin-Based Chemotherapy: A Reappraisal. Proc. Am. Soc. Clin. Oncol., 13:391, 1994.

10. Einhorn, L.H., Roth, B.J., Ansari, R., Dreicer, R., Loehrer, P.J.: Vinblastine, Ifosfamide and Gallium (VIG) Combination Chemotherapy in Urothelial      Carcinoma. Proc. Am. Soc. Clin. Oncol., 13:702, 1994.

11. See, W.A., Forest, P.K., and **Dreicer, R**.: A Pilot Trial of Continuous Infusion, Intraluminal Doxorubicin, with or without DMSO, for the Treatment of     Regionally Advanced Bladder Cancer. Western Section, AUA, August 1994.

12. **Dreicer, R**., Kemp, J., Stegink, L., Cardillo, T., Forest, P., See, W.A: A Phase II Study of Deferoxamine in Patients with Hormone-Refractory Prostate Cancer.Proc. Am. Soc. Clin. Oncol., 14:688, 1995.

Selected Abstracts (cont)

13. **Dreicer, R**., Roth, B., Loehrer, P.J., Einhorn, L.H., Propert, K., and Smith, J.: Vinblastine, Ifosfamide and Gallium Nitrate in Patients with Advanced Cancer of the Urothelium: A Phase II Study of the Eastern Cooperative Oncology Group. Proc. Am. Soc. Clin.Oncol., 14:659, 1995.

14. **Dreicer, R**., Jochimsen, P., and Mayr, N.: A Phase II Study of Etoposide,  Ifosfamide and Cisplatin in Patients with Inflammatory and Locally Advanced Breast Cancer. Proc. Am.  Soc. Clin. Oncol., 14:267, 1995.

15. Loening, S.A., **Dreicer, R**., Forrest, P.K., and See, W.A.: Brachytherapy and Continuous Infusion 5FU for the treatment of Locally Advanced, Node  Negative  Prostate Cancer. North Central Section, American Urological Association, September, 1995.

16. Kambhu, S., Clamon, G., Doornbos, F., **Dreicer, R**., Funk, G., Graham, S., Hoffman, H., Hussey, D., Johnson, R., Karwal, M., Mayr, N., McCulloch, T., and Riggs, C., Phase II Trial of Taxol and Cisplatin in Advanced Squamous Cell Carcinoma of the Head and Neck.  Proc. Am. Soc. Clin. Oncol., 15:917, 1996.

17. **Dreicer R**., Gustin, D.M., See, W.A., and Williams, R.D.: Paclitaxel in Advanced Urothelial Carcinoma: Its Role in Patients with Renal Insufficiency and as Salvage Therapy. Proc. Am. Soc. Clin. Oncol., 15:607, 1996.

18. **Dreicer, R**., Buller, R.E., Kennedy, J.A. , Anderson, B., Sorosky, J.I., and Skilling, J.S.: A Phase II Trial of Velban, Ifosfamide, Gallium Nitrate and Filgrastim in Platinum and Paclitaxel Resistant Ovarian Cancer.   Proc. Am. Soc. Clin. Oncol., 15:806, 1996.

19. Christou, A., **Dreicer, R**., Loehrer, P.J., Koch, K., Weber, G., Einhorn, L.H., and Sandler, A.B.: Phase I Trial of Paclitaxel and Gallium Nitrate in Patients with Selected Refractory Malignancies. Proc. Am. Assoc. Can. Res. 37:1150, 1996.

20. Callaghan, E.J., See, W.A., **Dreicer, R**., and Cohen, M.B.: Cytologic Changes Associated with Intravesical Adriamycin Therapy for Invasive Transitional Cell Carcinoma of the Bladder. Med. Pathol., 9:24A, 1996.

21. **Dreicer, R**., Galbraith, S.S., Davis, C.S., and See, W.A.: Surgical   Resection of Metastatic Renal Cell Carcinoma: University of Iowa Experience.  American Urologic Association, J Urol., 157:257, 1997

22. **Dreicer, R**., Christou, A.,Loehrer, P.J., Koch, K., Weber, G., Einhorn,     L.H., and Sandler, A.B.: Phase I Trial of Paclitaxel and Gallium Nitrate in Patients with Selected Refractory Malignancies. Proc. Am. Soc. Clin Oncol. 16:781, 1997.

23. **Dreicer,R.,** Roth,B., Lipsitz, S.,  Cohen,M.,  See, W.A., Wilding,G.,: E2895 Cisplatin And Paclitaxel In Advanced Carcinoma Of The Urothelium: A Phase II Trial Of The Eastern Cooperative Oncology Group. Proc Am Soc Clin Oncol 17:1233, 1998

24. Whitfield, L.R., Trump, D., Wilding, G., Small, E. J., **Dreicer, R**., Lenehan, P.: Lack of Effect of Renal Dysfunction on Suramin Pharmacokinetics in Cancer Patients. Proc Am Soc Clin Oncol 17:842, 1998

25. **Dreicer, R**., Smith, D.C., Williams, R.D., See, W.A.: Phase II Trial Of Suramin In Advanced Renal Cell Carcinoma. Proc Am Soc Clin Oncol 18:,1299, 1999

Selected Abstracts (cont)

26. Vaughn, D., **Dreicer, R**., Manola, J., Malkowicz, SB., See, W., Wilding, G.  E2896 Paclitaxel/Carboplatin in Advanced Urothelial Carcinoma and Renal Insufficiency  A Phase II Trial of the Eastern Cooperative Group. Proc Am Soc Clin Oncol 19: 1351, 2000

27. **Dreicer, R**., See, WA., Elson, P., Klein, E. Phase II Trial Of GM-CSF  In  Patients With Advanced Prostate Cancer . Proc Am Soc Clin Oncol 19: 1427, 2000

28. Olencki T., Wood L., Budd G., Peereboom D., Elson P., Andresen S., **Dreicer R.,** Pelley R., McLain D., Bukowski RM.  Phase I Trial of Weekly Docetaxel and Gemcitabine in Patients with Refractory Malignancy.  Proc Am Soc Clin Oncol 19:914,2000

29. Peereboom DM., Klein EA, Vourlojianus S., Levin HL., **Dreicer R.,**Bukowski RM. Phase II Trial of Neoadjuvant Estramustine and Etoposide Before Radical Prostatectomy in Patients with High Risk Prostate Cancer. Proc Am Soc Clin Oncol 19:1408, 2000

30. Hartley-Asp B, Natale RB, **Dreicer R**, et al. Phase II study of weekly intravenous estramustine phosphate 2000 mg/m$^2$ in patients with hormone-refractory prostate cancer. Proc Am Soc Clin Oncol 20: 731 2001

31. Mekhail T, Kellackey C, Hutson T, Olencki T, Budd GT, Peereboom D, **Dreicer R**, Elson P, Ganapathi R, Bukowski RM: Phase I study of anvirzel in patients with advanced solid tumors. Proc Am Soc Clin Oncol 20: 2077, 2001

32. Manola J, **Dreicer R,** Wilding G. Gemcitabine and Docetaxel in Advanced Carcinoma **of** the Urothelium:  Report of a Phase II Eastern Cooperative Oncology Group Trial Abstract Proc Am Soc Clin Oncol, 21:796,  2002

33. **Dreicer R**, Elson P, EA. Klein, D. Peereboom, T. Byzova, E. Plow. Phase II trial of GM-CSF + thalidomide in patients with androgen-independent metastatic prostate cancer. Proc Am Soc Clin Oncol 21: 782, 2002

34. Takigawa N, Vaziri S, Tabata M, Mekhail T, Grabowski D, **Dreicer R**, Bukowski RM, Ganapathai R. Mechanistic basis for the modulation of apoptosis by proteasome inhibitors in human non-small cell lung carcinoma. Proc Am Soc Clin Oncol 21: 1765, 2002

35. Hutson TE, Mekhail T, Messerli E, Molto L, Tannenbaum C, Finke J,Elson P, **Dreicer R,** Olencki T, Bukowski RM.  Phase I Trial of Peg-Intron and rIL-2 in patients with renal cell carcinoma.  Proc Am Soc Clin Oncol 21: 2406,  2002

36. Olencki T, **Dreicer R**, Elson P, Wood L, Bukowski RM. Phase I trial of thalidomide and interleukin –2 in patients with metastatic renal cell   carcinoma. Proc Am Soc Clin Oncol 21: 2430, 2002

37. Agarawal NR, Olencki T, Mekahil T, Peereboom D, **Dreicer R**, Wood L,  Bukowski RM: A phase I/II study of GM-CSF, interleukin-2 and interferon-alpha in metastatic renal cell carcinoma. Proc Am Soc Clin Oncol 21: 1829, 2002

38. **Dreicer R**, Manola J, Roth B, See W, Kuross S, Edelman M, Wilding G:   ECOG 4897: Phase III trial of methotrexate, vinblastine, doxorubicin and cisplatin (M-VAC)  versus carboplatin and paclitaxel in patients with advanced carcinoma of the urothelium. Proc Am Soc Clin Oncol  22:1542, 2003

39. Hutson TE., Plavney D., Mekhail T., **Dreicer R**., Budd T., Peereboom D., Olencki T., Kelly R., Ganapathi R., Bukowski RM.: A dose finding and pharmacokinetic study of the novel isoflavanoid phenoxodiol in patients with refractory malignancies. Proc Am Soc Clin Oncol 22: 886, 2003

Selected Abstracts (cont)

40.    Olencki T, Malhi S., Mekahil R., **Dreicer R**., Elson P., Wood L.,   Bukowski RM. Phase I  trial of thalidomide and interleukin-2 in patients    with metastatic renal cell carcinoma. Proc Am Soc Clin Oncol 22: 1554,    2003

41.    Segota E., Mekhail T., Olencki T., Hutson T., Wacker B., **Dreicer R.,**        Osterwalder., Cowen D., Elson P., Bukowski RM.  Phase II trial of capecitiabine and rHuINF-alpha2a in patients with metastatic renal cell  carcinoma. Proc Am Soc Clin Oncol 22: 1564, 2003

42.    Roth BJ, **Dreicer R,** Berg W, Myers M., Boral A., Esseltine D.,Oppedisano P., Wang  K., Werner W., Schenkein D.: Phase I/II trial of bortezomib plus docetaxel in patient with advanced androgen-independent prostate cancer.  Proc Am Soc Clin Oncol 22: 1705, 2003.

43.    Sajja R., Klein E.A., **Dreicer R.,** Mahadevan A., Reddy CA., Reuther AM., Thakkar V.V., Kupelian P.A.: Overall survival after development of metastatic disease following local therapy in patients treated for localized prostate cancer in the PSA era.  Int J Radiat Oncol Biol Phys. 2003 Oct    1;57(2 Suppl):S388

44.    Klein,  E.A, **Dreicer, R**., Magi-Galluzzi, C., Zhou, M.,  Zippe, C., Fergany, A Ulchaker,J,,Rothaermel, J.,  Reuther, A.,: Phase II Trial of  Neoadjuvant Docetaxel Prior to Radical Prostatectomy for Locally Advanced Prostate Cancer.  J Urology. 2004 171, 1060

45.    **Dreicer, R**., Roth, B., Petylak, D., Agus D., Meyers, M., Esseltine, D., Oppedisano, P.,  Wang, K., Boral, A.: Phase I/II trial of bortezomib plus    docetaxel in patients with advanced androgen independent prostate cancer.        Proc Am Soc Clin Oncol 23: 4643 2004

46.    Misbah, S.A., Segota, E., Mekhail, T., Jawde, A., Olencki, T., **Dreicer, R**.,Budd, G.T., Elson, P., Bukowski, R.M.: Frequency and survival impact             of osseous metastases in patients with untreated renal cell carcinoma. Proc     Am Soc Clin Oncol 23:4631 2004

47.    Rosenbaum, E., Kibel, A., Roth, B.J., Wilding, G., **Dreicer, R**., Chatta,     D., Petrylak, D.,  Dipaola, R., Beer, T.M., Eisenberger, M.A: Adjuvant   weekly docetaxel for high risk Prostate cancer patients after radical        prostatectomy: Preliminary data of a multicenter pilot trial.  Proc Am Soc  Clin Oncol 23:4649, 2004.

48.    Liu, G., **Dreicer, R**.,  Hou, J., Wilding, G.J: Tolerability profile of  ZD4054 is consistent with the effects of endothelin A receptor-specific     antagonism. Proc Am Soc Clin Oncol 23:16S: 4628, 2005

49.    Rosenbaum, E., Kibel, A., Roth, B., Wilding, G., **Dreicer, R**., Chatta, G.,  Petrylak, R.S.,Dipaola, R., Beer, T.M., Eisenberger, M: A pilot            multicenter phase II study of adjuvantDocetaxel (D) for high risk prostate cancer (PC) patients (pts) after radical prostatectomy (RP): Preliminary        data.  Proc Am Soc Clin Oncol 23:16S: 4565, 2005

50.    **Dreicer, R**., Ahman, R., Pantuck, A.,  Stadler, W.M., Bizouanre, N., Acres, B., Derbij,A., Limacher, J., Squiban, P: Vaccine immunotherapy with MVA-Muc1-IL2 (TG4010) In prostate cancer patients with biochemical failure. Proc Am Soc Clin Oncol 23:16S: 4518, 2005

Selected Abstracts (cont)

51.    Garcia, J.A., Magi-Galluzzi, C., Rothaermel, J., Elson, P., Zhou, M., Klein, E., **Dreicer, R**.,:  Neoadjuvant GM-CSF and thalidomide in men with high-risk prostate carcinoma undergoing radical prostatectomy. Proc Am Soc Clin Oncol 18S: 4564, 2006

52.    **Dreicer, R**., Li, S., Manola, J., Haas, N., Roth, B, Wilding, G. Phase II trial of epothilone B analogue BMS-247550 in advanced carcinoma of the urothelium (E3800): A trial of The Eastern Cooperative Oncology Group. Proc Am Soc Clin Oncol. Vol 24, No. 18S: 4543, 2006

53.    Choueiri, T.K., **Dreicer, R.**, Rini, B.I., Elson, P., Garcia, J., Mekhail, T.,Bukowski, R.M., Phase II study of lenalidomide in patients (pts.) with metastatic renal cell carcinoma . Proc Am Soc Clin Oncol. Vol 24, No. 18S: 4539, 2006

54.    Tamaskar, I., Shaheen, P., Wood, L., Hodnick, S., Nemec, C., Garcia, J., **Dreicer, R.**,Rini, B., Bukowski, R., Antitumor effects of sorafenib and sunitinib in patients (pts) with metastatic renal cell carcinoma (mRCC) who had prior therapy with anti-angiogenic agents. Proc Am Soc Clin Oncol. Vol 24, No. 18S:4597, 2006.

55.    Chu, F.M.,  Picus, J., Mata, M., Kopacynski, C, Foster, B., Lang, Z., Beckman, R.A., **Dreicer, R.**, Phase I study of CNTO 95, a fully human monoclonal antibody to $\alpha_v$ integrins, docetaxel, and prednisone in hormone refractory prostate cancer patients (HRPCP) J Clin Oncol, ASCO Annual Meeting Proceedings Part I. Vol 25, No. 18S (June 20 Supplement), 2007: 15595

56.    **Dreicer, R.**, Garcia, J., Smith, S., Elson, P., Triozzi, P., Hodnick, S., Rini, B., Klein, E.A .A phase I/II trial of GM-CSF and lenalidomide in patients with hormone refractory prostate cancer (HRPC).  J Clin Oncol, ASCO Annual Meeting Proceedings Part I. Vol 25, No. 18S (June 20 Supplement), 2007: abstr 15515

57.    Li, S.,  **Dreicer, R.**, Roth, B., Manaola, J., Cooney, G., Wilding, G. Phase II trial of pemetrexed disodium and gemcitabine in advanced carcinoma of the urothelium (E4802): A trial of the Eastern Cooperative Oncology Group. J Clin Oncol, ASCO Annual Meeting Proceedings Part I. Vol 25, No. 18S (June 20 Supplement), 2007: 5079

58.    **Dreicer, R.**, Li, H., Stein, M.N., DiPaola, R.P., Eleff,  M., Roth, B.J., Wilding, G. Phase II trial of sorafenib in advanced carcinoma of the urothelium (E 1804): A trial of the Eastern Cooperative Oncology Group J Clin Oncol 26: 2008 (May 20 suppl; abstr 5083)

59.    **Dreicer, R.**, Kania, M, Musib, L., Rini, B., Garcia, J.A., Gilligan, T., Zhao, Y..Raghavan, D. A placebo-controlled, pase II sudy of ezastaurin combined with docetaxel (D) and prednisone (P), followed by enzastaurin maintenance in castrate, metastatic prostate cancer: Safety lead-in results  ASCO GU Meeting 2009  abstr 178

60.    Cooney, M.M., Bokar, J.A., **Dreicer, R**.,  Krishnamurthi, S.S., Savvides, P., Nock, C.J., Rodal, M.B., Henderson, L., Dowlati; A. Phase I trial of daily pomalidomide in patients with advanced solid tumors J Clin Oncol 28, 2010 (suppl; abstr e13077)

61.    **Dreicer, R**., Agus, D.B., MacVicar, G.R., Wang, J., MacLean, D., Stadler; W.M. Safety, pharmacokinetics, and efficacy of TAK-700 in metastatic castration-resistant prostrate cancer: A phase I/II, open-label study J Clin Oncol 28:15s, 2010 (suppl; abstr 3084)

62.    Shepard, D.R., Garcia, J.A., **Dreicer, R.**, Raghavan D.  Efficacy and toxicity of docetaxel in elderly men with castrate-resistant metastatic prostate cancer J Clin Oncol 28:15s, 2010 (suppl; abstr 4687)

Selected Abstracts (cont)

63. Garcia, J.A., Stephenson, A.J., Ireland, J., Finke, J., Elson, P., Schaaf, L., Gong, M.C., Campbell, S., **Dreicer, R**.Cleveland Clinic Taussig Cancer Center, Cleveland, OH;Sunitinib in BCG-refractory non-muscle-invasive transitional cell carcinoma of the bladder J Clin Oncol 29: 2011 (suppl 7; abstr 262)

64. Sadeghi, S., Albiges, L., Wood, L.S., Black, S.L., Gilligan, T.D., **Dreicer, R..**. Garcia, J.A., Escudier, B.J., Rini, B.I. Cessation of VEGF-targeted therapy in patients with metastatic renal cell carcinoma (mRCC): Feasibility and clinical outcome.J Clin Oncol 29: 2011 (suppl 7; abstr 307)

65. Agus, D.B., Stadler, W.M., Shevrin, D.H., Hart, L., MacVicar, G.R., Hamid, O.,. Hainsworth, J.D., Gross, M.E., Wang, J., de Leon, L., MacLean, D., **Dreicer, R** Safety, efficacy, and pharmacodynamics of the investigational agent TAK-700 in metastatic castration-resistant prostate cancer (mCRPC): Updated data from a phase I/II studyJ Clin Oncol 29: 2011 (suppl; abstr 4531)

66. Petros,G., Nanus, D.M., Stadler, W.M., Daignault, S., **Dreicer, R**., Kohli, M., Petrylak, DP., Vaughn, D.J., Bylow, K.A., Belldegrun, A.S., Sottnik, J.L., Keller, E.D., Smith, D.C., Hussain,. M, Randomized phase II trial of maintenance sunitinib versus placebo following response to chemotherapy for patients with advanced urothelial carcinoma J Clin Oncol 30, 2012 (suppl 5; abstr 265)

67. Haddad, H., Rini, B.I., Jonasch, E., Tannir, N.M., **Dreicer, R..**, Garcia, J.A., Wood, L.S., Elson, P. Post-axitinib systemic therapy in metastatic renal cell carcinoma. J Clin Oncol 30, 2012 (suppl; abstr 4609)

68. Mega, A.E., Petrylak, D.P., Kantoff, P., Stephenson, J., Vogelzang, N.J., **Dreicer, R..**, Shore, N.D., Stambler, N., Carpenito, J., D'Ambrosio, P., Israel, R.J.Prostate-specific membrane antigen antibody drug conjugate (PSMA ADC): A phase I trial in metastatic castration-resistant prostate cancer (mCRPC) previously treated with a taxane J Clin Oncol 30, 2012 (suppl; abstr 4662)

69. McNeel, D.G., Lin, D.W., Gardner, T., Sheikh, N.A.., Whitmore, J.B.,Sims,R.B, **Dreicer, R**., Correlation of increased eosinophil count following sipuleucel-T treatment with outcome in patients (pts) with metastatic castrate-resistant prostate cancer J Clin Oncol 30, 2012 (suppl; abstr 4650)

70. Rini B.I., Wood, L.S., Elson, P., Zhu, H, Chittoria, N, Mittal, K., **Dreicer, R..**, Gilligan, T.D., Shah, S.N., Garcia, JG. A phase II study of intermittent sunitinib (S) in previously untreated patients (pts) with metastatic renal cell carcinoma J Clin Oncol 31, 2013 (suppl; abstr 4515)

71. Garcia, JG. Elson, P., Cooney, M.W., Tyler, A.T., Rezash, V., Borden, E.C., **Dreicer, R.**, A phase II study of linsitinib (OSI-906) in patients with asymptomatic or mildly symptomatic (non-opioid requiring) metastatic castrate resistant prostate cancer. J Clin Oncol 31, 2013 (suppl 6; abstr 197)

72. Petrylak, D.P., Smith, D.C., Appleman, L.J., Fleming, M.T., Hussain, A., **Dreicer,R.**, Sartor, O., Shore, N.D., Vogelzang, N.J., Youssoufian, H., Olson, W.C., Stambler, N., Huang, K., Israel, R.J. A phase II trial of prostate-specific membrane antigen antibody drug conjugate (PSMA ADC) in taxane-refractory metastatic castration-resistant prostate cancer J Clin Oncol 32, 2014 (suppl 4; abstr 83)

Selected Abstracts (cont)

73.   **Dreicer, R**., Jones, R., Oudard, S., Efstathiou, E., Saad, F., De Wit, R., De Bono, J.S., Shi Y., Tejura, B, Agus, D.B., Borgstein, N.G., Bellmunt, J., Fizazi, K.Results from a phase 3, randomized, double-blind, multicenter, placebo-controlled trial of orteronel (TAK-700) plus prednisone in patients with metastatic castration-resistant prostate cancer that has progressed during or following docetaxel-based therapy (ELM-PC 5 trial). J Clin Oncol 32, 2014 (suppl 4; abstr 7)

74.   Mitin, T., George, A., Zietman, A.L., Kaufman, D.S., Uzzo, R.G., **Dreicer, R.,** Heney, N.M., Wallace, H.J., Souhami, L., Dobelbower, M.C., Sandler, H.M., Shipley, WJ. Long-term outcomes among patients who achieve complete or near-complete responses after the induction phase of bladder-preserving combined modality therapy for muscle-invasive bladder cancer: A pooled analysis of RTOG 9906 and 0233. J Clin Oncol 32, 2014 (suppl 4; abstr 284)

75.   Sweeney, C., Chen, Y.H., Carducci, A.M., Liu, G., Jarrard, D.F., Eisenberger,    M.A., Wong, Y.N., Hahn, N.M., Kohli,M., Vogelzang, N.J., Cooney,    M.,**Dreicer, R**.,Picus, J., Shevrin, D.H., Hussain, M., Garcia, J.G.,  DiPaola, R.S. Impact on overall survival (OS) with chemohormonal therapy versus hormonal therapy for hormone-sensitive newly metastatic prostate cancer (mPrCa): An ECOG-led phase III randomized trial.  J Clin Oncol 32:5s, 2014 (suppl; abstr LBA2) 2014

76.   Hoffman-Censits, J.H., Grivas,R., Van Der Heijden, M.S., **Dreicer, R.,** Loriot, Y., Retz,M., Vogelzang, N.J., Perez-Gracia, J.L., Rezazadeh, A., Bracarda, S., Yu, E.Y.,. Hoimes, C.J., Bellmunt, J., Quinn, D.I., Petrylak, D.P., Hussain, S.Y., Cui, N., Mariathasan, S., Abidoye, O.O., Rosenberg, J.E., IMvigor 210, a phase II trial of atezolizumab (MPDL3280A) in platinum-treated locally advanced or metastatic urothelial carcinoma(mUC). J Clin    Oncol 34, 2016 (suppl 2S; abstr 355)

77   Autio, K.A., Garcia, J.A., Alva, A.S., Hart, L.L., Milowsky, M.I., Posadas, E.M., Ryan, C.J., Summa, J.M., Youssoufian, H., Scher, H.I.,  **Dreicer, R.** A phase 2 study of BIND-014 (PSMA-targeted docetaxel nanoparticle) administered to patients with chemotherapy-naïve metastatic castration-resistant prostate cancer (mCRPC) J Clin Oncol 34, 2016 (suppl 2S; abstr 233)

78.   Garcia, J.A., **Dreicer, R**  Pantuck, A.J., Haas, N.B., Vaishampayan, U.N.,Rao, N.S.,. Denis, L.Jl, Tolcher, A.W. Clinical activity and safety of ASN001, a selective CYP17 l lyase inhibitor, administered without prednisone in men with metastatic castration-resistant prostate cancer (mCRPC): A phase 1/2 clinical trial. J Clin Oncol 35, 2017 (suppl; abstr 5041)

79.   Scher, H.I., Mccormack, R.T., Molina, A., Smith, M.R., **Dreicer, R**.,Saad, F., De Wit, R., Fizazi, K.,  Aftab, D.T., Limon, A., Fleisher, M., De Bono, J.D>,. Kelloff, G.J.,    Heller, G. Assessment of circulating tumor cell number as a transitional surrogate endpoint for survival in phase II trials for metastatic castration-resistant prostate cancer. J Clin Oncol 37, 2019 (suppl 7S; abstr 143)

Selected Abstracts (cont)

80.    Rosenberg, J.E., Ballman, K.V., Halabi,S., Watt, C., Hahn, O.M., Steen, P.D., **Dreicer,R**.,  Flaig, T.W., Stadler, W.M., Sweeney, C., Mortazavi, A., Morris, M.J. CALGB 90601 (Alliance): Randomized, double-blind, placebo-controlled phase III trial comparing gemcitabine and cisplatin with bevacizumab or placebo in patients with metastatic urothelial carcinoma. J Clin Oncol 37, 2019 (suppl; abstr 4503

81.    Agarwal, N., Loriot, Y., McGregor, B.A., **Dreicer, R.,** Dorff, T.B., Maughan, B.L., Kelly, W.K., Pagliaro, L.C, Srinivas, S., Squillante, C.M., aishampayan, U.N., Wang, E.W, Curran, D.,  Choueiri, T.K., Pal, S.K.. Cabozantinib in combination with atezolizumab in patients with metastatic castration-resistant prostate cancer: Results of cohort 6 of the COSMIC-021 study.J Clin Oncol 38: 2020 (suppl; abstr 5564)

E. Presentations:

1.    "Recent Developments in the Treatment of Metastatic Prostate Cancer." Progress in Internal Medicine Conference, University of Iowa, September, 1989
2.    Therapy of Advanced Renal Cancer." Texas Association of Genitourinary Surgeons Meeting, Iowa City, 1990.
3.    "Pain Management in the Patient with Cancer." Des Moines VA, October, 1990.
4.    Pain Management in the Cancer Patient." Iowa Urologic Society Meeting, Iowa City,IA, September 15, 1990.
5.    "Recent Developments in Prostate Cancer Management." Departmental Grand Rounds,December 20, 1990.
6.    "Pain Management in the Patient with Cancer." Tumor Board, Sterling, Illinois, March 20, 1991.
7.    "Prostate Cancer in the Elderly." Geriatric Education Fellowship Program, Iowa City, IA April 8, 1991.
8.    Postgraduate Course on Chemotherapy of Urologic Cancers, American Urologic Association Meeting, Toronto, Canada, June, 1991. (1) "Chemotherapy of Testicular Cancer";(2) " Hematopoietic Growth Factors"; (3) " Pain Management in Uro-Oncology"; (4) " Chemotherapy- Principles and Practices".
9.    "CMV Chemotherapy for Muscle-Invasive and Metastatic Bladder Cancer: Long-term Follow-up." American Urologic Association Meeting, Washington, DC, May, 1992.
10.    "Hypercalcemia of Malignancy". Grand Rounds, St. Vincent's Hospital, Indianapolis, IN May, 1992.
11.    "Cancer Pain Management." VA Medical Center, Des Moines, IA, August, 1992.
12.    "Treatment Options in Stage D3 Prostate Cancer." Iowa Urologic Society  Meeting, Iowa City, IA September 19, 1992. Urology Postgraduate Conference
13.    "New Approaches to the Management of Advanced Breast Cancer."  Mercy Hospital  Tumor Board, Cedar Rapids, IA December 7, 1992.
14.    "Cancer Pain Management" Surgery Rounds, Des Moines VA, March 26, 1993.
15.    "Use and Misuse of PSA." Iowa Medical Society, 1993 Scientific Session, Des Moines, IA, April 15, 1993.
16.    "Experimental Therapeutics in Prostate Cancer." Urology Postgraduate Conference/Iowa Urologic Society Meeting, Iowa City, IA September 18, 1993.
17.    "The Role of Finasteride in the Management of BPH." Iowa City Medicine Lecture, Mercy Hospital, October 13, 1993.
18.    Medical Management of Cancer Pain in the Older Patient." ACS Conference-Management of Cancer Pain in the Elderly, Ankeny, IA, October 23, 1993.
19.    "The Role of Opioids in the Management of Pain." Quarterly Staff Meeting, St. Elizabeth Hospital, Lincoln, NE, October 27, 1993.
20.    "Cancer Pain Management." Grand Rounds, VA Hospital, Lincoln, NE October 27, 1993.
21.    "PSA and Prostate Cancer Screening: A Reappraisal." Cedar Rapids, IA, March 11, 1994.
22.    "The Importance of Cancer Pain Initiatives." Fourth Annual Conference for Pharmacists and Nurses, Omaha, NE, April 9, 1994.

Presentations (cont):

23. "Neoadjuvant and Adjuvant Chemotherapy in Advanced Bladder Cancer" "Management of Metastatic Bladder Cancer" Postgraduate Course on Bladder Cancer, American Urologic Association Meeting, San Francisco, CA, May 1994.
24. "Assessment and Management of the Patient in Pain." Immanuel Hospital, Omaha, NE June 1994.
25. "Cancer Pain Management" St. Joseph Hospital, Creighton University, June 1994.
26. "Prostate Cancer Screening" Grand Rounds, Department of Internal Medicine, Iowa City, IA, June 1994.
27. "Cancer Pain Management" Staff Conference, Department of Medicine, Des Moines VA, Des Moines, IA, September 16, 1994.
28. "The Management of Cancer Pain" Internal Medicine Grand Rounds, University of South Dakota School of Medicine, September 28, 1994.
29. "The Management of Chemotherapy Induced Nausea and Vomiting", "Cancer Pain Management"; "Prostate Cancer Screening: A Cautious Approach" Fall Cancer Update, Mason City, IA, October 13, 1994.
30. "Salvage Chemotherapy for Resistant Testis Cancer" Charite' Testis Cancer Symposium, Berlin, Germany, October 29, 1994.
31. "Medical Management of Cancer Pain in the Elderly" 2nd Annual Pain Management Seminar, Mercy Hospital, Des Moines, IA November 19, 1994.
32. "Current Research on the Management of Hormone Refractory Prostate Cancer" 2nd Uniformed Services Urology Research Group Seminar, Denver, CO December 10, 1994.
33. "Prostate Cancer Screening" Family Practice Refresher Course, Iowa City, IA, March 8, 1995.
34. "Neoadjuvant and Adjuvant Chemotherapy in Advanced Bladder Cancer", "Management of Advanced Bladder Cancer" Postgraduate Course on Bladder Cancer, American Urologic Association Meeting, Las Vegas, NV, May 1995.
35. "Oncologic Evaluation of the Patient with Melanoma", "Recent Advances in the Treatment of Metastatic Melanoma" Diagnosis and Management of Choroidal Melanoma, Iowa City, IA July 15, 1995.
36. "Palliative Care Pathways" Psychological Oncology Conference, Holiday Inn, Iowa City,
37. "Pain is Still With Us" Staff Conference, St. Mary's Medical Center, Evansville, IN, September 13, 1995.
38. "Cancer Pain Management: A Quantum Leap for the Year 2000" Staff Rounds, Fairview Southdale Hospital, Minneapolis, MN, September 21, 1995.
39. "Cancer Pain Management" Iowa Hospice Annual Conference, Des Moines, IA September 22, 1995.
40. "The Management of Prostate Cancer in the Elderly" Midwestern Conference on Health Care in the Elderly, Iowa City, IA September 30, 1995.
41. "Cancer Pain Management" Iowa Physician Assistant Society Meeting, Iowa City, IA 10/5/95

Presentations (cont):

42. "The Management of Advanced Bladder Cancer: Progress and Potential" Cancer Center Grand Rounds, University of Wisconsin Clinical Cancer Center, Madison, WI, October 25, 1995.

43. "Phase II Trial of Vinblastine, Ifosfamide and Gallium Nitrate in Platinum and Taxol Resistant Ovarian Cancer" Amgen Clinical Investigator Symposium, Thousand Oaks, CA, January 12, 1996.

44. Recent Developments in Cancer Pain Management" Tumor Board, Mercy Medical Center, Cedar Rapids, IA, March 11, 1996.

45. "Paclitaxel in Advanced Urothelial Carcinoma" American Urological Association Meeting, Orlando, FL May 8, 1996

46. "Cancer Pain Management" Genesis Medical Center, Davenport, IA June 4, 1996.

47. "Cancer Pain Management" Cedar Valley Hospice, Waterloo, IA June 6, 1996.

48. "The Management of Pain in Patients with Advanced Disease", Staff Conference, John MO, Moline, IL 8/8/96.

49. "Controversies in Breast Cancer"  Mercy Medical Center Cancer Update,  Cedar Rapids, IA 9/5/96.

50. "The Management of Advanced Bladder Cancer" Iowa Urologic Society Annual Meeting, Iowa City, IA 9/6/96.

51. "Cancer Pain Management" South Dakota State Pain Initiative Annual Conference, Souix Falls, SD 9/14/96

52. "The Management of Advanced Bladder Cancer-Beyond M-VAC" Eastern Cooperative Oncology Group, Education Seminar, Miami, FL 10/2/96.

53. "Cancer Pain Management" Medicine Grand Rounds, Michigan State University, Kalamazoo Center for Medical Studies.  Kalamazoo, MI 10/16/96

54. "The Management of Advanced Bladder Cancer-Beyond M-VAC"  Uro-Oncology Update for Urologists and Oncologists, New Orleans, LA,        11/22/96.

55. "The Role of Opiates in the Management of Malignant and Non-Malignant Pain" Illinois Association of Osteopathic Physicians and    Surgeons, Schaumberg, IL 12/8/96.

56. "Prostate Cancer Management: Clinical Realities and Challenges" Internal Medicine Grand Rounds, University of Iowa , 1/9/97.

57. "Cancer Pain Management" Grinnell Regional Hospital, Grinnell, Iowa,2/20/97.

58. "The Role of  Opiates in the Management of Cancer and Non-Malignant        Pain" Management of Chronic Disease Symposium- Southern Illinois University, Dekatur, Illinois, 2/28/97.

59. "Cancer Pain Management" Wapello County Medical Society, Ottumwa,        IA, 3/4/97.

60. "Adjuvant Chemotherapy for Bladder Cancer" Society of Urologic Oncology, New Orleans, LA  4/12/97

61. "Cancer Pain Management", and "The Role of Palliative Care in Patients with Malignancy" Hospice of Central Iowa, Des Moines, IA  5/10/97

62. "The Management of Cancer Pain"  Midlands Hospital, Omaha, NE 5/12/97.

63. "Cancer Pain Management"  Huron Regional Medical Center, Huron, SD        9/18/97

64. "Cancer Pain Management" Jasper County Medical Society, Newton, IA 10/9/97.

65. "The Management of Malignant and Nonmalignant Pain", Illinois Academy of Family Physicians, Saint Francis Medical Center, Peoria IL.  10/23/97

Presentations (cont):

66. "Pain and Symptom Management of Patients with End-Stage Disease Progress in Internal Medicine, Iowa City, IA 10/23/97

67. "The Management of Malignant and Nonmalignant Pain"- Medicine Grand Rounds Southern  Illinois University, Springfield, IL 3/10/98

68. "The Management of Advanced Bladder Cancer: Old Challenges, New Opportunities" Cancer Center Grand Rounds, University of Wisconsin, Clinical Cancer Center. Madison, WI, 3/25/98.

69. "The Management of Malignant and Nonmalignant Pain", Illinois Academy of Family Physicians, Springfield, IL.  4/9/98

70. "End of Life Care" Iowa Medical Society Annual Meeting, Des Moines, IA 4/17/98

71. "New Agents in Advanced Bladder Cancer" American Society of Clinical Oncology, Educational Session, Annual Meeting, Los Angeles, CA 5/16/98

72. "The Management of Advanced Bladder Cancer: Old Challenges, New Opportunities" University of Rochester, Rochester, N.Y. 7/30/98

73. "The Management of Advanced Bladder Cancer" Twin Cities Oncology Group, Minneapolis, MN 8/9/98

74. "New Agents In Advanced Bladder Cancer" , "Response Assessment in Bladder Preservation"  National Urologic Oncology Update,  Cleveland, OH 8/29/98

75. "Management of Hormone-Refractory Prostate Cancer"  Oncology Update for Primary Care  Algent Health Care Center, Omaha NE 9/11/98

76. "Management of Advanced  Bladder and Renal Cell Carcinoma" Vanderbilt University, Nashville, TN 9/18/98

77. "The Management of Advanced Bladder Cancer: Old Challenges, New Opportunities" The Arizona Clinical Oncology Society, Scottsdale, AZ 10/24/98

78. "End of Life Care" Mercy Medical Center, Cedar Rapids, IA 4/27/99

79. "Cancer Pain Management"  Iowa Palliative Care Conference, Coralville, IA 4/30/99

80. "The Management of Advanced Bladder Cancer-Beyond M-VAC" University of Illinois, Chicago, Chicago, IL 10/7/99

81. "Evidence Based Management of Bladder Cancer" Virginia Commonwealth University Third Annual Cancer Symposium, Richmond, VA 10/9/99

82. "Prostate Cancer Management for The Internist" Methodist Hospital Grand Rounds, Des Moines, IA 10/22/99

83. " The Management of Malignant and Nonmalignant Pain" Des Moines General Hospital 10/22/99

84. "The Management of Advanced Bladder Cancer", "Neoadjuvant and adjuvant therapy for bladder cancer", National Urologic Update, Brooklyn, N.Y.  11/5/99

85. "Beyond M-VAC Contemporary Management of Advanced Bladder Cancer" University of California San Diego- VA Hospital.  San Diego, CA 4/6/00

86. "The Role of Opioids in the Management of Cancer Pain"  Urology Grand Rounds The Medical College of Wisconsin.  Milwaukee, WI  5/5/00

87. "Genitourinary Cancer" ASCO 2000 Review"  Methodist Hospital, Omaha, NE 6/10/00

88. "Prostate Cancer Management: An Update for Oncologists" Ohio-West Virginia Oncology Society, Annual Meeting, Sandusky, OH  9/9/00

Presentations (cont):

89. "Clinical Research In Advanced Prostate Cancer: Challenges and Opportunities" Cancer Center Grand Rounds, University of Iowa, Iowa City, IA 9/13/00

90. "Neoadjuvant Therapy for Prostate Cancer" Aventis Prostate Investigators Meeting, Lake Tahoe, NV 9/19/00

91. "Neoadjuvant and Adjuvant Therapy for Bladder Cancer" National Urologic Oncology Update, Chicago, IL 10/20/00

92. "Clinical Research In Advanced Prostate Cancer: Challenges and Opportunities" Case Western University, Cleveland, OH 11/10/00

93. "Recent Advances in Prostate Cancer Management" Wisconsin Cancer Center Waukesha, WI 4/11/01

94. "Genitourinary Oncology ASCO 2001 Review", Good Samaritan Hospital Dayton, OH 5/30/01

95. "Androgen Independent Metastatic Prostate Cancer", Mercy Hospital, Pittsburgh, PA 9/10/01

96. "Cancer Pain Management" Mountain States Tumor Board, Boise, ID 10/12/01

97. "The Management of Androgen Independent Metastatic Prostate Cancer", National Urologic Oncology Update, San Francisco CA, 11/9/01

98. "Management of Prostate Cancer with Biochemical Failure" Multidisciplinary Genitourinary Oncology Conference, Cleveland, OH 11/13/01

99. "GM-CSF + Thalidomide in Prostate Cancer" 5th Annual Regional Cancer Center Consortium for Biological Treatment of Cancer" Cleveland, OH 2/23/02

100. "Cancer Pain Management" St Josephs Regional Medical Center Tumor Board, South Bend, Indiana 2/27/02

101. "Management of Advanced Renal Cell Carcinoma" West Virginia University-Charleston,WV 4/29/02

102. "Management of Locally Advanced Bladder Cancer" Meet The Professor Session American Society of Clinical Oncology Meeting, Orlando, FL 5/18, 5/20/02

103. "Practical Management of the Rising PSA Syndrome" Education Session, American Society of Clinical Oncology Meeting, Orlando, FL 5/19, 5/20/02

104. "Management of Advanced Renal Cell Carcinoma" Howard University Cancer Center, Washington D.C., 5/23/02

105. "Prostate and Testicular Cancers" Cleveland Clinic Internal Medicine Board Review Cleveland, OH 6/14/02

106. "Beyond M-VAC Contemporary Management of Advanced Bladder Cancer" University of Cincinnati, Hematology/Oncology Grand Rounds, Cincinnati, OH 9/13/02

107. "Management of Locally Advanced Prostate Cancer" ; "The Management of Androgen Independent Metastatic Prostate Cancer" , Fellows conference, Hem/Onc Staff Dinner Mayo Clinic Jacksonville, Jacksonville, FL 9/18/02

108. "Management of Androgen Independent Metastatic Prostate Cancer" AUA Southeast Section Meeting, Colorado Springs, CO 10/7/02

109. "Beyond M-VAC Contemporary Management of Advanced Bladder Cancer" Bethesda Hospital, Zanesville, OH 10/17/02

110. "Management of Advanced Renal Cell Carcinoma" Hematology/Oncology Grand rounds University of Maryland Cancer Center, Baltimore MD, 11/11/02

Presentations (cont):

111. "Management of Prostate Cancer With Evidence of Biochemical Failure" Multidisciplinary Genitourinary Cancer, Cleveland, OH 11/19/02

112. "Management of Advanced Renal Cell Carcinoma" Hematology/Oncology Grand Rounds Lennox Hill Hospital, NY 12/03/02

113. "Prostate Cancer: Issues and Controversies for the Internist" Div of Medicine Grand Rounds, Cleveland Clinic Foundation, Cleveland, OH 12/5/02

114. "Role of Nephrectomy in Metastatic Renal Cancer Con" Society of Urologic OncologyNCI Joint Conference, Bethesda MD 12/13/02

115. "Evolving Concepts in the Management of Prostate Cancer" Miami Baptist Hospital Miami, FL 2/6/03

116. "The evolving role of chemotherapy in the management of prostate cancer" Challenging Cases In Urology, Miami, FL 2/7/03

117. "Rising PSA Can you afford to wait" Scripps Annual Hematology/Oncology Review La Jolla CA, 2/17/03

118. "Evolving role of chemotherapy in prostate cancer" NOCR annual meeting Las Vegas, NV 2/21/03

119. "Role of Chemotherapy in Advanced Prostate Cancer" Wilford Hall Airforce Base, San Antonio, TX 3/26/03

120. "Developments in the management of Advanced renal cell carcinoma" Cancer Center Grand Rounds, University of Rochester, Rochester, NY, 4/20/03

121. "Evolving role of chemotherapy in advanced prostate cancer" Hem/Onc divisional conference, Stanford University, Palo Alto, CA, 4/21/03

122. "Developments in the management of Advanced renal cell carcinoma" State University of NY Downstate, Brooklyn, NY 5/23/03

123. "The Management of Rising PSA Syndrome" Meet the professor session American Society of Clinical Oncology , Chicago, IL 5/31/03

124. "Phase III Trial of Methotrexate, Vinblastine, Doxorubicin, and Cisplatin (M-VAC) Versus Carboplatin and Paclitaxel in Patients with Advanced Carcinoma of the Urothelium: A Trial of the Eastern Cooperative Oncology Group" GU Oral Session American Society of Clinical Oncology , Chicago, IL 6/1/03

125. "The Evolving role of Systemic Therapy in the Management of Prostate Cancer" Mayo Clinic Hematology/Oncology Review, Amelia Island, FL 8/9/03

126. "The Evolving Paradigm in Prostate Cancer Clinical Research" Baylor College of Medicine, Houston, TX 8/12/03

127. "Integration of a multidisciplinary approach to the management of the prostate cancer patient" New Paradigms in the Management of Prostate Cancer" Loyola University, Chicago Il, 10/4/03

128. "The Evolving Paradigm in Prostate Cancer Clinical Research" VICCAN fall research conference, Vanderbilit Ingrahm Cancer Center, Nashville, TN 10/25/03

129. "The Evolving Paradigm in Prostate Cancer Clinical Research" Cancer Center Grand Rounds, Roswell Park, Buffalo, NY 10/31/03

130. "The Evolving Paradigm in Renal Cell Carcinoma Clinical Research" Cancer Center Grand Rounds, University of Wisconsin, Madison 12/3/03

Presentations (cont):

131. "The Management of Androgen Independent Prostate Cancer.  Hem/Onc grand rounds Metro Health Center, Cleveland, OH 1/8/04

132. "14th Annual International Challenging Cases in Urology- Renal, Prostate, Bladder" Invited panelist, Miami, FL 2/20/04

133. "Debate with the Experts: Contemporary Prostate Cancer Treatments. Univ Pittsburgh Pittsburgh, PA  3/12/04    Invited panelist

134. "Evolving strategies in the management of chemotherapy induced nausea and vomiting" Medicine Grand Rounds, East Orange VA Medical Center, Newark NJ,  3/24/04

135. "Advances in the management of androgen-independent prostate cancer"  Advances In Urology, San Diego, CA 3/27/04

136. "The Evolving  Paradigm in  Prostate Cancer Clinical Research"   Karmonas Cancer Center Grand Rounds, Detroit, MI 4/15/04

137. "The Evolving role of Chemotherapy in the Management of Prostate Cancer" Allegheny General Hospital, Pittsburgh, PA 5/13/04

138. "The Evolving role of Chemotherapy in the Management of Prostate Cancer" Genitourinary Malignancies Conference, Univ of Iowa, Iowa City, IA 6/25/04

139. "The Evolving role of Chemotherapy in the Management of Prostate Cancer" Fairview Hospital Tumor Board, Lakewood, OH 79/04

140. "The Evolving role of Chemotherapy in the Management of Prostate Cancer" Gwinnett Hospital System, Tumor Board, Atlanta, GA  8/12/04

141. "Evolving Management of Androgen Independent Prostate Cancer" Moffitt Cancer Center Prostate Cancer Research Symposium, Orlando FL 10/8/04

142. "Management of Androgen Independent Prostate Cancer" University of Minnesota Fairview Hospital. 10/22/04  Minneapolis, MN

143. "Advances in the Management of Advanced Prostate Cancer" Prostate Cancer Conference University of Cincinnati,  Cincinnati OH , 11/6/04

144. "Evolving role of Chemotherapy in Advanced Prostate Cancer" Presbyterian Hospital, Tumor Board, Charlotte, NC  11/10/04

145. "Advances in the Management of Advanced Prostate Cancer"  Ohio Urologic, Ohio Mid Central CCOP meeting, Columbus, OH  11/11/04

146. "Revlimid  in Advanced Renal Cell Carcinoma"   Kidney Cancer Association National Meeting, Chicago, IL   11/14/04

147. " Management of Androgen Independent Prostate Cancer"  Hem/Onc Grand Rounds North Shore University Medical Center, Manhasset, NY   11/16/04

148. "Neoadjuvant Chemotherapy in Prostate Cancer"  Society of Urologic Oncology Meeting Bethesda, MD   12/3/04

149. "Management of Androgen Independent Prostate Cancer" Oncology Grand Rounds Sparrow Hospital System, Lansing Michigan  1/28/05

150. "The Evolving Paradigm of Prostate Cancer Clinical Research" Oncology Grand Rounds Emory University, Atlanta GA  2/2/05

151.   Panelist Prostate, Bladder, Kidney Cancers" "Challenging Cases in Urology"Miami, FL 2/26/05

"Evolving role of systemic therapy in prostate cancer" Oncology Grand Rounds University of Rochester, Strong Memorial HospitaRochester, NY 3/7/05

Presentations (cont):

152. "Management of Atypical Urothelial Cancers" Meet The Professor Session, American Society of Clinical Oncology Meeting, Orlando, Florida  5/14/05

153. "Management of Advanced Prostate Cancer" Florida Hospital, Orlando FL 9/7/05

154. "Management of Advanced Bladder Cancer" Aultman Cancer Center Annual UpdateCanton, OH 9/23/05

155. "Neoadjuvant Chemotherapy for Muscle-Invasive Bladder Cancer: State of the Art?" Society of Urologic Oncology Annual Meeting, Bethesda MD, 12/2/05

156. "What is optimal hormonal therapy for prostate cancer?" ASCO Prostate Meeting, San Francisco, CA  2/26/06

157. "Advances in GU Oncology" and "Current Status of Medical Oncology in the U.S." Japanese Society of Medical Oncology, Osaka, Japan 3/17-3/18/06

158. "Evolving Role of Systemic Therapy in Prostate Cancer", " The Management of Poor Risk Testicular Cancer: Remaining Challenges" "Paradigm Shift: New Approaches to the

159. Management of Advanced Kidney Cancer" University of Cairo, Department of Urology , Cairo Egypt, 4/1-3/06

160. "Evolving role of systemic therapy in prostate cancer"  Rush University Hospital Hematology/Oncology  Grand Rounds, Chicago, IL 4/20/06

161. "Prostate Cancer and Bone"   Bone Innovation Summit, Cleveland, OH 5/4/06

162. "Small cell carcinoma of the bladder" Clinical Problems in Oncology  American Society of Clinical Oncology Annual Meeting, Atlanta, GA 6/4/06

163. "Highlights of the Day:GU Oncology"  American Society of Clinical Oncology Annual Meeting, Atlanta, GA 6/5/06

164. "ASCO Highlights" American Society of Clinical Oncology  GU Oncology  Reston VA 6/22/06

165. Urologic Oncology   Roswell Park ASCO Review, Buffalo, NY 7/15/06

166. "Beyond M-VAC: Contemporary Management of Advanced Urothelial Cancer" Algent Health Cancer Conference, Omaha, NE 9/8/2006 XX.

167. "Recent Developments in the Management of Advanced Prostate and Kidney Cancer" Wings Cancer Conference, Memphis TN 9/15/06

168. "Bone issues in The Patient with Advanced Prostate Cancer" Chicago Supportive Care Conference, Chicago IL  9/29/06

169. "Advances in Prostate Cancer Management" NOCR Annual Meeting, Las Vegas, NV 2/17/07

170. " Management of the Patient with Advanced Bladder Cancer" Scripps AnnualHematology/Oncology Review, San Diego, CA  2/19/07

171. "The role of chemotherapy in non clear cell renal cancer" International Congress on Kidney and Bladder Cancer, Orlando, FL 8/5/07

172. "Chemotherapy as palliative therapy in Patients with Advanced Prostate Cancer" Chicago Supportive Care Conference, Chicago IL  9/28/07

173. "Role of novel agents in advanced renal cell carcinoma" Multidisciplinary GU Oncology Chicago, IL 9/29/07

"Evolving Paradigm of Prostate Cancer Clinical Research" University Hospitals of  Cleveland Hematology/Oncology Grand Rounds, Cleveland, OH 10/17/07

Presentations (cont):

174. "Novel therapeutics in GU Malignancies" Forum Health Annual Cancer Symposium Youngstown, OH  12/13/07

175. "Locally Advanced Prostate Cancer: Management  NOCR Annual Meeting, Las Vegas, NV, 3/6/08

176. "Management of Prostate Cancer": AUA Educational Course, Course Director   AUA Annual Meeting: AUA Educational Course, Course Director, AUA Annual Meeting, Orlando, FL 5/20/08

177. "GU Cancers"  Columbus CCOP 2008 ASCO Review  Columbus, OH 6/20/08

178.  "Androgen deprivation therapy and bone and metabolic consequences"              " Management of Advanced Bladder Cancer"

179. " Sequence and combination therapy options in advanced renal cancer"Perspectives in Urologic Oncology, Chicago, IL  9/5, 9/6/08

180. "Systemic Management of Advanced Prostate Cancer" Aultman Cancer Conference, Canton, OH 9/26/08

181. "Picking the right therapy for the right patient with metastatic renal cancer" "Update on systemic therapy of renal cancer" Fourth Annual Oncology Congress, San Francisco, CA 9/27/08

182. Targeted Therapeutics in Urothelial Cancer" ASCO GU Symposium, Orlando FL 2/27/09

183. "Evolving Systemic Therapy Options For Prostate Cancer" Jefferson University, Kimmel Cancer Center, Philadelphia, PA  3/13/09

184. "Evolving Systemic Therapy Options For Prostate Cancer" University of Cincinnati Prostate Cancer Symposium, Cincinnati, OH  8/15/09

185. "Systemic Therapy for Advanced Prostate Cancer" IPGCC Conference, Athens, Greece 2/23/10

186. "Wither Sipulucel-T" Poster Discussion Session,  American Society of Clinical Oncology Meeting, Chicago, IL 6/7/10

187. "Urothelial Cancer"  M.D. Anderson Hematology/Oncology Board Review, Houston, TX 9/20/10

188. "Systemic Therapy Options for Advanced Prostate Cancer"  Karmonas Cancer Center, Detroit, MI 10/6/10

189. " Integrating Novel Systemic Therapy Options for in the Management of Advanced Prostate cancer"  Valley Hospital, Paramus NJ  10/19/10

190. "TAK-700 in Advanced Prostate Cancer" Chemotherapy Foundation Symposium NY, NY 10/12/10

191. "Integrating Novel Systemic Therapy Options for in the Management of Advanced  Prostate cancer "  Society of Urologic Oncology  Bethesda, MD  12/10/10

192. "Drug Development in Advanced Renal Cancer: Issues of Signal to Noise Ratio in an Emerging "Chronic Disease"  Renal Cancer Oral Abstract Discussant, ASCO GU Orlando, FL  2/19/11

193. "Integrating Novel Systemic Therapy Options for in the Management of Advanced Prostate cancer"  Moffit Cancer Center Prostate Cancer Symposium, Tampa FL 5/9/11

"Evolving Systemic Therapy Options for Advanced Prostate Cancer" Chinese Society of Clinical Oncology, Xiamen China  9/17/11

Presentations (cont):

194." Renal and Urothelial Cancers" Dana Farber Master Class  New York  10/29/11
195." Renal and Urothelial Cancers" "Prostate Cancer" Dana Farber Master Class  Miami, FL 11//12/11
196."Advanced Urothelial Cancer: So Many Drugs, So Little Progress"  GU Seminar series, Dana Farber Cancer Center, Boston MA  3/7/12
197."Prostate Cancer: Current Status, Recent Developments" Martin & Ethel Sirotkin Cancer Lecture Series Cleveland Clinic Westin,  Westin  FL 3/9/12
198." Integrating Novel agents in the Management of Castrate-Resistant Metastatic Prostate Cancer" Community Cancer Research Foundation Cancer Review, Munster IN 3/17/11
199." Management of Prostate Cancer: A Case-Based Approach"  AUA Course, American Urologic Association meeting,  Atlanta, GA   5/21/12
200."The Evolving Management Paradigm of Castration-Resistant Prostate Cancer"  NYU Hematology/Oncology Grand Rounds, NY , NY  6/22/12
201."Advances in the Management of Castration-Resistant Prostate Cancer"  Prostate Cancer Research Institute 2012 Annual Meeting,  Los Angeles, CA  9/8/12
202. "Evolving Management Paradigm of Castration-Resistant Prostate Cancer"   University of Cincinnati,  Hematology/Oncology Grand Rounds  Cincinnati, OH 9/14/12
203. " Castration-resistant prostate cancer, evolving management into a chronic disease"
204.   Roswell Park Cancer Center Grand Rounds  Buffalo, NY 10/19/12
205."  Advanced in Management of Prostate Cancer" "Evolving Therapeutics in Renal and Bladder Cancers" Dana Farber Master Class  NY, NY  10/26/12
206.    Evolving Therapeutics in Renal and Bladder Cancers" Dana Farber Master Class  Fort Lauderdale, FL 11/2/12
207."  Advances in management of castration resistant prostate cancer"  Virginia Oncology Associates 13th Annual Educational Conference  Virginia Beach VA, 11/10/12
208." Castration-resistant prostate cancer, evolving management into a chronic disease"Hematology/Oncology Grand Rounds, Rush University Medical Center, 1/23/13
209. "Prostate Cancer Screening: The Controversy"  Western Michigan Cancer Center Annual Cancer Conference  Kalamzoo, MI 2/1/13
210."Evolving Management Paradigm of Castration-Resistant Prostate Cancer"   Methodist Hospital, Philadelphia, PA  3/20/13
211." Management of Prostate Cancer: A Case-Based Approach"  AUA Course, American Urologic Association meeting,  San Diego, CA 5/05/13
212."Castration resistant prostate cancer evolving management" University of Mass hematology/oncology Grand Rounds,  Worcester, Mass 9/19/13
213."Castration resistant prostate cancer evolving management" Aultman Cancer Center, Canton OH  10/18/13
214."Evolving Management Paradigm of Castration-Resistant Prostate Cancer"   Grand Rounds, Texas HealthResource Dallas Presbyterian Hospital, Dallas, Tx 11/6/13
215."Oreternol ( TAK 700) in Castration Resistant Metastatic Prostate Cancer" Chemotherapy Symposium,  NY 11/8/13

Presentations (cont):

216."Results from a phase 3, randomized, double-blind, multicenter, placebo-controlled trial of orteronel (TAK-700) plus prednisone in patients with metastatic castration-resistant prostate cancer (mCRPC) that has progressed during or following docetaxel-based therapy (ELM-PC 5 trial)" ASCO GU, San Francisco, CA, 1/31/14

217."Novel Anti-androgen Therapies for Castration-Resistant Prostate Cancer" and "Immunotherapeutic Approaches for Advanced Prostate Cancer" Annual Interdisciplinary Prostate Cancer Conference  NY, NY 3/15/14

218. "Evolving management of Castratation-Resistant Prostate Cancer" Ohio Urologic Society Meeting,  3/22/14 Cincinnati OH

219."Management of Prostate Cancer: A Case Based Approach with Emphasis on Integrating New Molecular Diagnostics into Clinical Practice " AUA Course,  American Urologic Association Meeting,  Orlando Fl  5/18/14

220."Evolving Therapeutics in Renal and Bladder Cancers" Dana Farber Master Class  Chicago, IL, 4//23//14

221."Evolving Therapeutics in Renal and Bladder Cancers" Dana Farber Master Class  San Francisco, CA 5//17/14

222."Bone targeted management of castration resistant metastatic prostate cancer,  Methodist Hospital, Thomas Jefferson University,  Philadelphia PA 5/21/14

223. "Current status of Systemic Therapy for Castration-Resistant Prostate Cancer", "Role of perioperative therapy in advanced bladder cancer", Current status of systemic therapy in advanced renal cancer. "   Hospital Albert Einstein GU Oncology Conference, Sao Paolo Brazil  8/9/14

224."Evolving Insights for Integrating New Treatment Options and Optimizing Outcomes for Advanced Prostate Cancer" Hematology/Oncology Grand Rounds John Stronger Hospital, Chicago IL,  9/4/14

225."Evolving Insights for Integrating New Treatment Options and Optimizing Outcomes for Advanced Prostate Cancer"  Gibbs Cancer Center, Spartenburg SC 12/16/14

226."Pathologic Response to Neo-adjuvant Systemic Therapy in Muscle-Invasive Bladder Cancer: Implications for Drug Development"  AACR, Philadelphia 4/19/15

227."Highlights of the Oral Prostate Session"  ASCO, Chicago  6/1/15

228."Prostate Cancer for the Internist: 2015" Medicine Grand Rounds UVA 8/5/15

229."Evolving Management of Renal and Urothelial Neoplasms" Dana Farber Master Class for Oncologists,  NY, NY  10/24/15

230."Bladder and Renal Cancers: Best Practices for Treatment Selection and a Look towards the Future,  Dana Farber Master Class, Chicago, IL 4/30/16

231."Primary Analysis of IMvigor210: Atezolizumab in Platinum-Treated

232.Advanced Urothelial Carcinoma" American Urologic Association Oral Presentation, San Diego CA, 5/8/16

233."Advanced Prostate Cancer: Incorporating Recent Advances into Current Management Paradigms" Dana Farber Master Class, Los Angeles 5/13/16

 "Updated efficacy and  1-year follow up from IMvigor210: Atezolizumab in platinum treated locally advanced/metastatic urothelial carcinoma" American Society of Clinical Oncology Annual Meeting, Oral presentation Chicago IL, 6/6/16

Presentations (cont):

234. "Highlights of the Oral Prostate Session"  American Society of Clinical
      Oncology Annual Meeting, Chicago IL, 6/7/16
"The Promise of Immunotherapy and Benefits of a Multidisciplinary Team Approach"
      2016 Immuno-Oncology Update,  Toronto CA 9/23/16
235. "Immunotherapy in Advanced Urothelial Cancer, Panel Discussant PSA Failure,
      management castration resistant metastatic prostate cancer.  VIII international Uro-
      Oncology Conference, Sao Paulo Brazil 3/24-25/17
236. "Management of Advanced Prostate Cancer" PCRI mid-year conference, Los Angeles, CA
      3/26/17
237. "Evolving management of metastatic castration-resistant prostate cancer" MedStar
      Washington Hospital Center, Washington DC, 4/14/17
238. "Evolving management of metastatic castration-resistant prostate cancer" Brookdale
      Medical Center, Brooklyn, NY, 5/18/17
239. "Management of Advanced Prostate Cancer" Saginaw VA, Saginaw MI 5/26/17
240. "Evolving management of metastatic castration-resistant prostate cancer" Hem/Onc Grand
      Rounds, East Carolina University, Greenville NC 9/6/17
241. " Paradigm Shift in Urothelial Cancer: Evolving from a Cytotoxic to an immunomodulatory
      World"  Oncology Grand Rounds, Roswell Park Cancer Institute 9/22/17
242. "Immunotherapy in Advanced Urothelial Cancer" and "Sequencing Therapy in Metastatic
      Castration-Resistant Prostate Cancer" Multidisciplinary Genitourinary Oncology Course
      Lisbon, Portugal 10/13-14, 2017
243. "Prostate Cancer for the Internist 2017"  Medicine Grand Rounds, Inova Health System,
      Fairfax, VA 1024/17
244. "Appraisal of Recent Progress in Metastatic Castration-Resistant Prostate Cancer:  Current
      Trends and Future Directions   Cancer Grand Rounds, Gwinnet Medical Center, Atlanta,
      GA 12/7/17
245. "Appraisal of Recent Progress in Metastatic Castration-Resistant Prostate Cancer: Current
      Trends and Future Directions   Hem/Onc Grand Rounds, Einstein Medical Center,
      Philadelphia PA 12/8/17
246. "How will Todays Presentations Impact Clinical Practice ?"  ASCO-SITC Symposium,
      San Francisco, CA 1/26/18
247. "Appraisal of Recent Progress in Metastatic Castration-Resistant Prostate Cancer:  Current
      Trends and Future Directions"  Grand Grounds Cape Fear Valley Cancer   Center,
      Fayetteville NC  3/14/18
248. " Management of Advanced Prostate Cancer" Grand Rounds Huntington Hospital,
      Huntington, NY 4/11/18
249. "Appraisal of Recent Progress in Metastatic Castration-Resistant Prostate Cancer:   Current
      Trends and Future Directions"  Maimonides Cancer Center ,  Brooklyn, N.Y.  4/11/18
250. " Evidence-Based Management of Advanced and Metastatic Urothelial and Renal Cancers"
      Dana Farber Master Class San Francisco, CA 4/28/18
251. Evidence-Based Management of Advanced and Metastatic Urothelial and Renal Cancers"
      Dana Farber Master Class Chicago,IL, CA  5/11/18
"Crossfire: Controversies in Urology: Prostate Cancer"  American Urologic Association
      Meeting San Francisco, CA 5/18/18.

Presentations (cont):

252. "Leveraging the Immunologic Dysfunction in Bladder Cancer Through Combination Systemic Therapy"  Cancer Center Grand Rounds UT San Antonio Mays Cancer Center, San Antonio, Tx 10/10/18

253. "Leveraging the Immunologic Dysfunction in Bladder Cancer Through Combination Systemic Therapy"  Hematology/Oncology Grand Rounds Virginia Commonwealth University.  Richmond, VA 11/20/18

254. "Update on Issues in the Management of Advanced Prostate Cancer" JADPRO annual Conference Hollywood FL  12/5/18

255. "Leveraging the Immunologic Dysfunction in Bladder Cancer Through Combination Systemic Therapy"  Cancer Center Grand Rounds University of Maryland Cancer Center, Baltimore, MD. 12/20/18

256. "Evolving management of Non-Metastatic Castration-Resistant Prostate Cancer" Blumenthal Cancer Center, Paramus NJ 3/14/19

257. "Immunotherapy for Advanced Urothelial Cancer"  PER GU oncology Meeting, NY, NY  3/15/19

258. "Unraveling the Complex Treatment Landscape of Prostate Cancer: Guidance for Delivering Evidence-Based, Patient-Centered Care"  Virginia Urologic Association, Hot Springs VA 4/6/19

259. "Evolving Management of Advanced renal and urothelial cancers" Dana Farber Master Class   Los Angeles, CA  4/27/19

260. "Evolving Management of Advanced renal and urothelial cancers" Dana Farber Master Class  Chicago, IL   5/20/19

261. "Immune-related therapy toxicity and its management"   Teramana Cancer Center, Steubenville, OH 6/28/19

262. "Androgen Deprivation Therapy Related Toxicity and Issues in the Management of Hormone Sensitive Metastatic Prostate Cancer"  Hem/Onc Grand Rounds, MedStar, Georgetown.  Washington DC, 9/13/19

263. "Androgen Deprivation Therapy Related Toxicity and Issues in the Management of Hormone Sensitive Metastatic Prostate Cancer"  Medicine Grand Rounds, Holy Name Hospital, Teaneck NJ, 9/24/19

264. "Prostate Cancer: Emerging Strategies for Individualized Management" and Bladder nd Renal Cancers: Treatment Selection in an Evolving Therapeutic Landscape"  Dana Farber Master Class, NY, NY 10/26/19

265. "Advances in Prostate Cancer Management" Mid Atlantic Section American Urologic Association Meeting Pocono, PA 10/24/19

266. " Therapeutic Developments in Advanced Prostate Cancer" Virginia Oncology Associates 20th Annual Educational Conference Norfolk, VA 11/9/19

267. "Immune Therapy Related Toxicity" Sentera Rockingham Memorial Hospital, Harrisonburg, VA Virtual Presentation 5/14/20

268. " Treatment Selection in Renal Cell and Urothelial Carcinoma: Integrating Novel Agents into Daily Practice" Dana Farber Master Class, Virtual Presentation 11/13/20

269  "Front line therapy for advanced urothelial cancer" "Front-line therapy for advanced renal cancer" Onc Live Institutional Perspectives in GU Cancer Virtual 3/3/21

Presentations (cont):

270.  "Combination Treatment Options, Biomarkers, and Immune-related Adverse Event Occurrence In Kidney Cancer  Management During the COVID-19 Pandemic" SUNY Downstate in Brooklyn, NY, Virtual Presentation 4/30/21

271.  "Advanced Treatment Strategies in Prostate Cancer: A Closer Look at the Current and Emerging Therapeutic Options. NAMCP Spring Managed Care Forum, virtual presentation 4/22/21

272. "Improving Survival for Veterans with Bladder Cancer-Translating New Knowledge into Clinical Practice" University of Florida VA, virtual presentation 6/11/21

273. "Management of Castration-Sensitive Metastatic Prostate Cancer" Advances in the Management of Prostate, Kidney and Bladder Cancers Medstar Health, Washington D.C. Virtual Presentation 6/18/21

274. "Immunotherapeutics in Urologic Neoplasms" Whats Next? 2nd ECO Cancer Immunotherapy Breakthrough Conference, Madrid Spain, Virtual Presentation 7/1/21

275. "Advanced Kidney Cancer: Therapeutic Update" 21th Future Directions in Urology Symposium 8/8/21 Charlottesville, VA

276. "Improving Survival for Veterans with Bladder Cancer-Translating New Knowledge into Clinical Practice" University of Iowa VA, virtual presentation 9/17/21

277. "Adjuvant Therapy for Kidney Cancer: Are we There Yet?  Society of Urologic Oncology meeting, Orlando FL 12/3/21

278. "Innovations in Prostate Cancer Management: Taking a Personalized Approach to Optimal Treatment" 2022 Spring Managed Care Forum, Orlando Florida 4/21/22

279.  "Treatment Selection In Renal Cell and Urothelial Carcinoma: Integrating Novel Agents into Daily Practice" Dana Farber Master Class, Chicago, IL 10/21/22

280.  "Triplet Therapy in mHSPC:Nope" AUA Plenary Session, Chicago IL, 4/28/23

281.  "Evolving Role of Immunotherapy in the Management of Urothelial Cancer" Society of Government Service Urology Conference, Norfolk VA 1/20/24

282.  "Sequencing Therapy in mCRPC: When you get to the fork in the road take it" Beaumont Hospital, Hematology/Oncology Grand Rounds (Virtual), Royal Oaks, MI 5/21/24

283.  ""Navigating Treatment Advances for Prostate Cancer: Integrating the Latest Evidence-Based Approaches for Optimal Health Outcomes".National Association of Managed Care Physicians Fall Conference, Las Vegas, NV 11/8/24

284.  "Perioperative Chemotherapy for Upper Track Urothelial Cancer" International Bladder Cancer Update, Dallas, TX 12/7/24

285.  "Evolving Role of PARP inhibitors and Genomics in Advanced Prostate Cancer" George Washington University Cancer Center Grand Rounds (Virtual) 4/25/25