**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO. LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 21-838-JLH |

**ORDER AFTER PRETRIAL CONFERENCE**

Now, this 19th day of March, 2026, upon consideration of the Proposed Final Pretrial Order (D.I. 149) and for the reasons discussed at the Pretrial Conference held on March 18, 2026, IT IS HEREBY ORDERED that:

1.      The Proposed Final Pretrial Order (D.I. 149) is ADOPTED as modified by this order and any discussions at the March 18, 2026 Pretrial Conference.

2.      A 2-day bench trial will begin on Monday, March 30, 2026, at 8:30 a.m.  The trial is timed.  Each side is allowed 7.5 hours for its opening statement and its direct and cross examinations of witnesses.  Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate.

3.      As explained at the Pretrial Conference, the parties must provide the Court no later than noon on March 27, 2026, with electronic versions of all trial exhibits on the exhibit list in a single folder, as well as a completed AO-187 form, listing all potential exhibits which may be used at trial.  The trial exhibits should be named with their exhibit numbers (*i.e.*, JTX, PTX, or DTX) and organized in ascending numerical order.

4.      On or before March 27, 2026, the parties must file a letter attaching a list of witness names and a glossary of technical terms for the court reporter.

5.      Any trial logistics should be coordinated through the Courtroom Deputy.

6.      The Court will determine the appropriate form, schedule, and procedure of post-trial briefing after the conclusion of the trial.

Dated: March 19, 2026

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

2