**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 21-838-JLH |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Del. Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* of Anna Pedraza Beck of Cozen O'Connor to represent Defendants MSN

Laboratories Private Ltd. and MSN Pharmaceuticals Inc. in the above-captioned action.


Dated:  March 19, 2026

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants MSN Laboratories
Private Ltd. and MSN Pharmaceuticals Inc.*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Anna

Pedraza Beck is granted.


Dated: _____          _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order re Fees effective January 1, 2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  March 19, 2026

/s/ Anna Pedraza Beck
Anna Pedraza Beck
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2014
abeck@cozen.com