

Ethan H. Townsend
Partner
ehtownsend@mcdermottlaw.com
+1 302 485 3911

March 26, 2026

**VIA E-FILING AND HAND DELIVERY**

The Honorable Jennifer L. Hall
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

> Re: *Taiho Pharmaceutical Co., Ltd., et al. v. MSN Laboratories Private Ltd., et al.*
> C.A. No. 21-cv-838-JLH (CONS.)

Dear Judge Hall:

Pursuant to the Order after Pretrial Conference (D.I. 155), the parties jointly submit the attached Glossary of Terms and Names. Plaintiff will provide the glossary to the court reporter via email following this submission.

Respectfully submitted,

/s/ *Ethan H. Townsend*

Ethan H. Townsend (#5813)

cc:    All Counsel of Record (via CM/ECF)

---

**McDermott Will & Schulte**    The Brandywine Building, 1000 N. West Street, Suite 1400  Wilmington Delaware 19801  Tel +1 302 485 3900
Fax +1 302 351 8711

*US practice conducted through McDermott Will & Schulte LLP.*