**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO. LTD. and TAIHO ONCOLOGY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS INC.,<br><br>Defendants. | C.A. No. 21-838-JLH<br><br>**CONSOLIDATED ANDA CASE** |

**GLOSSARY OF TERMS AND NAMES**

Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. (collectively "Taiho" or "Plaintiffs"), and Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. (collectively, "MSN" or "Defendants") respectfully submit the following glossary of terms and names:

**Terms**

- Albumin ("ALB")
- American Society of Clinical Oncology ("ASCO")
- Anscombe's Quartet
- Anticancer
- Area Under The Curve ("AUC" or "Systemic Exposure")
- Bioavailability ("F")
- Biopharmaceutics
- Body Surface Area ("BSA")
- Chemotherapy ("Chemo")
- Citizen Petition
- Clearance ("Cl")
- Clinical Study No. TPU-TAS-102-103 ("QTc Study")
- Clinical Study No. TPU-TAS-102-107 ("Dedicated Renal Study" or "Dedicated Renal Impairment Study")
- Clinical Study No. TPU-TAS-102-301 ("RECOURSE Study")
- Clinical Study No. TPU-5111
- Cockroft-Gault
- Colorectal Cancer ("CRC")
- Creatinine

- Creatinine Clearance ("ClCr" or "CrCl")
- Curriculum Vitae ("CV")
- Dana-Farber
- Dense PK Sampling ("Extensive PK Sampling")
- DMSO Solvate
- DNA Polymerase
- Elimination Half-Life ("$t_{1/2}$")
- End-Stage Renal Disease ("ESRD")
- European Medicines Agency ("EMA")
- Fixed-Dose Combination
- Food and Drug Administration ("FDA")
- Gastrointestinal ("GI")
- Gimeracil
- Half-life
- Inactive Metabolite
- Information Disclosure Statement ("IDS")
- Kilogram ("kg")
- Linear Pharmacokinetics
- Logarithmic ("log")
- Lonsurf® ("TAS-102")
- Maximum Concentration of a Drug in Plasma ("$C_{max}$")
- Maximum Tolerated Dose ("MTD")
- Metabolic Enzyme
- Metastatic Colorectal Cancer ("mCRC" or "Stage IV CRC")
- Milligram Per Meter Squared ("$mg/m^2$" or "Milligram Per Square Meter")
- Milligram Per Meter Squared Per Day ("$mg/m^2/day$" or "Milligram Per Square Meter Per Day")
- Milliliter Per Minute ("mL/min")
- Molar Ratio
- Myelosuppression
- National Clinical Trial No. NCT02301117 ("NCT '117")
- New Drug Application ("NDA")
- Nonlinear Pharmacokinetics
- Oral Clearance ("CL/F")
- Oteracil Oxo
- Person of Ordinary Skill in the Art ("POSA")
- Pharmaceuticals and Medical Devices Agency ("PMDA")
- Pharmacokineticist
- Pharmacokinetics ("PK")
- Pharmacologist
- Pharmacology
- Population Pharmacokinetics ("Population PK" or "PopPK")
- Post-Marketing Requirement ("PMR")
- Power Function Curve

- Regression Analysis
- Renal Impairment ("RI")
- R-Squared ("$R^2$")
- Severe Renal Impairment ("SRI")
- Sparse PK Sampling
- Tegafur
- Teysuno® ("TS-1" or "S-1")
- Third-Line Therapy
- Thymidine
- Time At Which $C_{max}$ is Reached ("$t_{max}$")
- Time-dependent, non-linear pharmacokinetics
- Thymidine Phosphorylase ("TPase")
- U.S. Patent No. 10,456,399 ("'399 patent")
- U.S. Patent No. 10,960,004 ("'004 patent")
- α, α, α -trifluorothymidine ("Trifluridine" or "FTD" or "Trifluorothymidine")
- 5-chloro-6-[(2-iminopyrrolidine-1-yl)methyl]pyrimidine-2,4(1H,3H)-dione hydrochloride ("TPI" or "Tipiracil" or "Tipiracil Hydrochloride")
- 5-Fluorouracil ("5-FU")

**Non Witness Names**

- Cleary, James M.
- Yamashita, Fumiaki
- Yoshisue, Kunihiro
- Chris Field
- Ken Kotarski
- Manako Ihaya
- Dylan Green

**Witnesses**

- Dr. Thomas Abrams
- Dr. Kenichiro Akaike (f/k/a Kenichiro Yoshida)[1]
- Dr. David Taft
- Dr. Robert Dreicer
- Dr. Fabio Benedetti
- Christine Guertin
- Dr. Robert Winkler

---

[1] Dr. Kenichiro Akaike is a native Japanese speaker. Although Dr. Akaike has some familiarity with the English language, he will nevertheless require translation during trial between English and Japanese. Taiho will provide a certified translator to attend trial during Dr. Akaike's testimony. MSN shall be permitted to have a check translator in attendance.

**Attorneys**

- Ethan H. Townsend
- Michael A. Sitzman
- Timothy P. Best
- Samoneh K. Schickel
- Courtney C. Seams
- Cecilia L. Choy
- Raymond Miller
- Megan E. Bowers
- Shuzo Maruyama
- Neal Belgam
- Daniel Taylor
- W. Blake Coblentz
- Aaron S. Lukas
- Keri L. Schaubert
- Anna Pedraza Beck

**Client Representatives**

- Kenji Arashi (Taiho Pharmaceutical Co. Ltd.)
- Yuko Nagase (Taiho Pharmaceutical Co. Ltd.)
- Chris Jewell (Taiho Oncology, Inc.)
- Kondal Reddy Bairy (MSN Pharmaceuticals Inc.)
- Srisiva Rakesh (MSN Pharmaceuticals Inc.)