# SMITH KATZENSTEIN JENKINS LLP

March 27, 2026

*Via CM/ECF*

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17, Room 6312
Wilmington, DE 19801-3555

**Re:** *Taiho Pharmaceutical Co., Ltd. et al v. MSN Laboratories Private Ltd. et al,*
**C.A. No. 21-838-JLH**

Dear Judge Hall,

We represent Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc. ("MSN") in the above matter. We write jointly with Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.("Taiho") to make the Court aware that the parties have worked to narrow the testimony that MSN intends to present through deposition designations. MSN intends to present the testimony of 3 witnesses, for a total run time (including designations and counter-designations) of 1:46:40.

At the pretrial conference, Your Honor indicated that MSN could either read or play this testimony into the record. Given the length of the anticipated testimony, the Parties are prepared to submit this testimony on the papers, in lieu of reading or playing the testimony into the record, if that is acceptable to the Court.

Counsel are available to address any further questions.

Respectfully submitted,

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)

cc: Counsel of Record via CM/ECF and email