**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO. LTD. and TAIHO ONCOLOGY, INC.<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>ACCORD HEALTHCARE INC., *et al.*,<br><br>　　Defendants. | C.A. No. 21-838-JLH<br>**CONSOLIDATED ANDA CASE** |

<u>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**</u>

Pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), and by agreement between Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. (collectively, "Taiho") and Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc. (collectively, "MSN," and together with Taiho, the "Parties"), the Parties, by and through their undersigned counsel, **HEREBY STIPULATE AND AGREE:**

1.　　All claims, counter-claims, and defenses asserted by the Parties against each other in the above captioned actions are **DISMISSED WITH PREJUDICE**;

2.　　Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby; and

3.　　The U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes relating to the Parties' resolution of the above-captioned actions.

MCDERMOTT WILL & SCHULTE LLP

/s/ Ethan H. Townsend
Ethan H. Townsend (#5813)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
(302) 485-3911
ehtownsend@mcdermottlaw.com

*Attorneys for Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.*

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

SO ORDERED this 20th day of April, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge

2